IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

FILED
MAY 23 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Monty Pepper APPELLANT,

v.

Warden Thomas Caroll
Department of Corrections APPELLEE.

CIVIL ACTION NO. 05-084-JJF

## MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW, the appellant, _____, pro se, and moves this Honorable Court for Appointment of Counsel, to represent appellant.

In support of this Motion appellant states that the following is true and correct, to the best of his knowledge and belief:

1. Appellant is incarcerated.

2. Appellant is unskilled in the law.

3. The administration at the Delaware Correctional Center where the appellant is held limits the days and times that appellant is allowed access to the law library.

4. Appointment of counsel would serve "the best interests of justice" in this case.

WHEREFORE, appellant prays this Honorable Court appoint counsel to represent the appellant.

DATE: May 19 2005

_____

Delaware Corr. Center
Smyrna, DE  19977



IM M Pepper
SBI# 00156920 UNIT 18 B 68
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of The Clerk
United States District Court
844 N-King Street Lok box 18
Wilmington Delaware
19801-3570

Civ Action