FILED
JUN - 1 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Respectfully urgent response
Pro Se Litigant
may 30 2005
honer Judge James Farnan

Sir. This is To inform The Honerbal Court That as in my sute case no 05-084-JJF I Talked About Retaliation That I was and Am Reciving in DCC As of Today in The past Two week or so I've experanced a esculating Leval of Retalitory abuse from officers in DCC not only have I've been denied a call The The Clerck of The court To ask a queston but also have been Refused calls To my atterney. Approxamenty 2 weeks ago office Thomas did not give us razers on fryday The Counsler came on The Tier I aske him if he could get us razers he said no That Thomas had To officer Thomas. Slams my gate Closed and started up The stairs saying very Loud The entire Tier heard quote I you wernt a child molester youd sigh off I ask what she said she reaped This. This was done in front of The Counsler I asked To speak To him he and Thomas and guard (John doe) egnore my request and request for a greuvance

2

and left the tear I put in a greavance later. Then last week after Rec I went to my cell I declined on the shower my towl was in my dirty clotes we only get one towl officer Thomas says to officer Boston that I was taking a shower even if I have to dry off with my clothes and call me a stinkin Bitch while in my cell I said she was a moron which officer Boston told officer Thomas. I complied and took a shower when in the shower officer Thomas officer Boston and (Jhondoe) Trashed my Cell taking 1 extra cup 1 extra coffie cup and one extra bowl ~~shoe~~ Then today I recive a wright up that states I was disordly that I had a fire hazard ie my newspaper (a box of trash craker box) and threatning behaviour and that I said "some one should slap that Bitch" which is a Lie I have witnesses that will testifi to that
This retalation extends to officer Ballange who I've Requested cleaning materal and refused not untill

officer Peck and (john doe) Henson? allowed me a sponge and sprayed my floor. officer Peck sall The condition of my floor. To day 30 may LT Seacord brough The rightup Ask if I plead not guilty which I did asked if I had witness I said yes but would name Them Later he marked no. he allowed me one question I ask why I can't get a "Leagal Call" he said The Last Time he call The Public defender office They did n'T Know me, ThaT was The day The Fedral inspector Took my informatio and I had a "paid attorney" and cought LT Seacord in a Lie in Front of The inspector ie "mihners Task Force" since Then I Been refused 3 Times one To your Court and one on The 3ed of may and one a week ago I have copys These were To my attorney Then off LT Seacord gave me no more response This To is either ReTaliation from him on The day officer Thomas is destroying Them never The Less The abuses are not sToping The attemps

4

To geT The greavance SysTem Mrs Merson which even Though I puT emerengcy and senT Them To be PresenTed To The Beuro Chief of Prison The highesT sorce of Remadie avaluble There has been no acTion. all I ask is The reTalaTion To sTop and my consTuTional RighTs To be given back To me. I have conTacTed The ACLU To help and The Delaware Counsel for JusTice for help I Ask ThaT The courT To help As iT is The Law Library Para Leagal To is involved in This 2 weeks ago helping anoThe inmaTe I found ouT about The "Prisoner RighTs 3ed This would ansur all quesTons yeT was never informed of iTs exzisTance also They have never ansured my quesTon on The Law PerTaing To Leagal Calls 14 days ago I requesTed This book he senT me The Table of conTenTs. now I waTe again. Sir you see my delmiA I donT Know whaT moTion To file To sTop This reTaliaTion or who To ask

5

a couple of weeks ago I requesTed appoinTmenT of Counsel. I ask The courT To make specal conserdaTion of This RequesT or please reffer me To one who will inTervean

Respectfully

*[signature]*

monTy Pepper
0015 69 20
DCC
1181 Paddock Rd
Smyrna De 19977

may, 30, 05

I/M M Pepper
SBI# 00156920 UNIT 18 B L8
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal/
Mail



Leag:

Office of The Clerk
United States District Court
844 N King Street Lock box 18
wilmington Delaware 19801-3570