IN The UNITED STATes DisTricT CourT
For The DisTricT OF Delaware

Monty Pepper
                PlanTiff

            V

Wardon Thomas Carroll

officer Jane Doe and officer

Joe Doe          DefendanTs

Civ no 05-084-JJF

RECEIVED
JUN 2 _

InsTanT MoTion

nOTICE of Emerngcy MoTion

INJUNCTION

And/or Summary JudgmenT or Relife

I monTy C Pepper as a Pro Sa LiTiganT

I hear by requesT The honorabal CourT
To hear This moTion for InjuncTion   or
summary JudgmenT or Relife  aT The  soonisT
Avalibal Time.   I Am in imminanT danger

1  Relife SoughT:   I ask The honorable
CourT To Force an InjuncTion  To STop This
reTaliaTion and menTal harm  Forced upon me
by an resTrainT order  or InjuncTion
2    I ask The courT To under "ExTrodanary
CircumsTances" To send copy of This moTion To The
defendanTs if needed . The ResTricTions To Law Library
will unduly Delay AcTion  As To This "emcrnganee."
3    I ask The courT To order a unAnnounced
insepTion of P.C. by CourT Officals or Fedaral
Officals To quesTon inmaTes And To See

IN The UNITED STates DisTrict Court
For The DisTrict of Delaware

## MoTion

conditions

4    I ask The honorable CourT To STop prison from moving me From P.C. "ProTecTive CousTody" or To anoTher Prison aT This Time because The officers can and will geT an inmaTe or oTher guards To aTTack me Physically or MenTaly Such as decribed. in suTe and The aTTached afidavid

5    I Ask ThaT The aTTached afidavid be amended To my suTe

6    I Ask The courT To bear with my hand wriTing and spelling errors due To my menTal STress

7

I Swear under PenTaly of Purjory ThaT every Thing enclosed is The TruTh and FacT

June 20 2005                                                  Pro SA

monTy Pepper