June/20/05

Monty Pepper

Afidavid

RECEIVED
JUN 29 2005

To his honorable Judge James Farnan

As To my other Letter To day I ask The court for an ——

InJunction and Summary Relife "imminat danger"

For The past 3+ weeks I've seen Retalation from guards officer Thomas officer Ballanger officer nuTe and Two others. The retalation stems from This sute and write ups on Thomas and nuTe. To day I was Shook Down only me noone elce Trashed my Leagal work EmpTeyed 4 envelops scattered every whear This work is US DisTricT CourT work as well as SenTance Reduction in Addressed envelopes. They may have been Looking for The HoT dog noles ThaT nuTe squashed aT Lunch This is Retalation because I Showed The 4

3

DCC as I said is crupT To The poinT of "organized Crime" or "rackettiering" aloT of This also sTems from The STaTmenT of Officer Thomas on The Tiear quoTe "IF you werenT a Child MulesTer you'd sign off" AtThe hearing "Thomas" Laffed asked if I wanTed To Sign off

ThaT STaTmenT was hurd by Mr Sims The counsler noThing was done This is no differenT Than saying I a sniTch or worse. ThaT was To puT my Life in danger agensT The 8Th noT To say anyThing abouT The ResT. When no ACTion is Taken from higher up officals Then iT is indefferend and As To my TreaTmenT as well as oThers iT is malicious an sadisTic I feel

{ imminaT Danger } ThaT an aTTack from Them is "imminahT" yeT no one will Take acTion I have wiTness of This noT only in hear now buT oThers back To OCT 16 04. The 8Th Amend requires ThaT This Abuse and SadisTic behaviour dosenT Take Place

I Am noT a violenT or disrupTive ThaT why Im in P.C.

2

Pices of Crust from 2 days ago cpT Respolo and LT off Weleom I Requested Them To show Them The crust after LT Wilkens Told me The night Befor when I Requested a shift Commander That: I have To Talk To day Shift Commander: which I did and was Refused By "off Thomas" off "nuTe off(Doc)" The nexT night I Talked To "Respob" who is shift commander 4-12 Told him The issues he egnored everything To day of NuTe Squashed my bread for HoTdogs. I gotton crust all week I showed DocTor Remmey "menTal health" I suffer from depression major and Pi Poler Ive wrote Letters To InTernal Affairs I wrote Letters To The Wardon and DepuTy Wardon I've puT in greavances no AcTion This is in addition To The LasT LetTer / Afidavid "off Thomas" Lied and wroTe me up in The So Called hearing "officer Savage" was Laffing and gave me 15 days in The hole he refused my sTaTment Afidavids sTaTmenTs and witnesses punishmenT goes well beyond accepTial, and equal To other

5

I ask The Honorable CourT To Force an inJucTion To STop This ReTaliaTion and abuse and The "imminaT aTTack" I Feel is comming as well as The "menTal Harm" iT is doing To me and others I ask The inJucTion Forces officer Thomas officer NuTe? officer Doe officer Ballanger. To be invesTagaTed as well as LM Merson greivance eP RespoNd and Welcom for inacTion This This is a serrous issue. "my Life is in danger"

I also Ask ThaT a suprise inspecTion of PC Tiear By The courT or Fedral AgenTs of The courT To be carried ouT wiTh ouT noTice To The Prison and quesTon inmaTes and Look aT CondiTions (wiTh a noTice They will move People and aulTer condiTions) There are guards ThaT will TesTifiy on my behalf and See The abuse I RespecTfully Ask ThaT This inspecTon is done as soon as possible as well as an inJucTion To STop The RePalaTion and resTore Religous Services and Privlages

June 20, 05    [signature]

Case Law | Hudson v McMillian 503 US 1 112 S CT 995-1001 117 L Ed 2d 156
Serious injury is not Required to show Maliciousness    8th Amendment excessive Force

Case Law | Watson v McGinnis 981 F supp 815 (SD NY 1997)  Labeled Inmate a (Snitch) and  8Th  Excessive Force
Benefield v McDowall 241 F 3d 1267 (10Th Cir 2001)
Labeling an inmate a (Snich) To other inmates meets deliberate Indifference Standard

Fact 1 | officer Thomas by Labeling me a child mulester is worse Than Snitch and Puts my Life in danger and Mental health  8Th "excessive Force" and "deliberate indifference" My Mental health is deTerating I Live in fear each day from guards

Fact 2 | officers not Acting on This issue of Retaliation is an acceptance of iT I have documentation & witnesses

iE | will need help To "develop Copys" Per To. Sute

Fact 3 | Danger from officer will extend To other Prisons by officer and Warden in Action Acceptance of abuse will Fallow me There