**Time Line**

|  |  |
|---|---|
|  | Ballanger BroughT greavance forms Laffing knows nothin is don informed Mallisa Gattlen whaT was happning She said she geT S<sup>k</sup>om mental health Mellisa Gattlen showed her my Role and Cell Shook down Cell Trashed Leagal work Trashed |
| Time (Today 20 June) | officer NuTe and (Joe Doe) Laffing my hoT dog roles squashed / no razers |
| Friday | no razers for anyone havenT Shaved Since Tue |
| Thursday | Showed CPT Respolo and LT Welcom The 4 crusts They didn'T Take iT serously Told about The retalaTion and Riligous services on TV and Loss of Privlage and denial of Leagal calls and The inTercepTion of mail To officals |
| Wendsday | officer Thomas gives 4 pices of crusT 2 were ½ pices Thin for PeanuT ButTer s Jelly |
| monday or Tuesday | 2 pices of crusT |
| " | showed LT WaTkens |
| Fryday | 2 pices of crusT Showed mental health |
| Thursday | Dr Remmie   nurse an docTor |
| Thursday | hearing Thomas 5 oTher's in The Room Laffing. LT Savage Refuses SaTTmenT from me refuses wiTness Refuses Afidavids Find me guilTy 15 in The hole Then Laffs when I said iTs RetalaTion asking how do you spell ThaT "They Read LeTTers" going out |
| Fryday 29Th → | This is all afTer I wroTe Thomas up for hallaring on The Tiear ThaT: If you weren'T a Child MalesTer you'd Sign off !! counsler Sims witnessed refused Razers for Everyone |

(Illgal SenTance)
Today 4:00 Asked office Phillups for Shift Commander said he would come all the way down hear
"This the Third Lunch missed donT TrusT The Food aT Lunch" becoming verry depressed nervous (I will not Fight or retalate!)
on Reck Told nurse! and she said They would Tell Someone They the 2 Nurses know what is happning wating for LT         To come show him the roles donT know if They SpiT in my food or not if They'll do This Thyll do anyThing.

ITs 8:30 Talked To officer WaTkens he agreed To See what he could do his Superror however is cpt Respolo who has Taken no Act
I have also puT in MoTion To Reduce SenT. "Illgal Sentance.
{ These can be Turned in The Light or Pencle }
{ or STaTe Police    noTher Way To Copy        }
{ June 20 2005    Evedance 1/2/3 please keep   }
orignals
        Sir I've included a impresson copy
This is The only Means of Copys I have
This is a LeTTer To inTernal Affairs on The 17th June I have one From The 5Th and The 8Th    No AcTion From These or greavances when They Shook me down Today They gave me greavance form's and LeFFed knowing noThing would Be done I have informed my Family for help!

Internal Affairs
17
Evidence

Internal Affairs Evidence
17

Internal Affairs Evedance Look in the Light
17 Impresson Copy of
← ↙ ↓

3



Evedance
*(handwritten: Evedance)*

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 02/14/2005

**Inmate Copy**

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : PEPPER, MONTY C | SBI# : 00156920 | Institution : DCC |
| Grievance # : 11501 | Grievance Date : 02/12/2005 | Category : Individual |
| Status : Unresolved | Resolution Status : | Resol. Date : |
| Grievance Type: Staff Issues | Incident Date : 02/12/2005 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg 18, Lower, Tier B, Cell 8, Single | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Officer Snead served breakfast to us. When Snead came to pick up trays he asked if I through the trash out I said yes Then he said called me a name like stinkey or something and said he'd tell tear man I said go ahead he knows that what we do He told me "Im lucky I locked down tuff guy" This is the third time last time at window of door witnessed by the other inmates and the first on the 1st Feb when I went to court he told me he out to put me in a cell iwth a SHU inmate he told me he beat me up then told me he'd write me up for my nasty cell

**Remedy Requested :** This it is being sent to governers office I expect charges to be pressed

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : NO | Date Received by Medical Unit : |
| Investigation Sent : | Investigation Sent To : Sagers, Clyde |
| Grievance Amount : | |

*(handwritten: I have more others eghnored)*

*(handwritten: LT said he moved Snead)*

Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 02/14/2005

# INFORMAL RESOLUTION

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** PEPPER, MONTY C | **SBI# :** 00156920 | **Institution :** DCC |
| **Grievance # :** 11501 | **Grievance Date :** 02/12/2005 | **Category :** Individual |
| **Status :** Unresolved | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Staff Issues | **Incident Date :** 02/12/2005 | **Incident Time :** |
| **IGC :** Merson, Lise M | **Housing Location :** Bldg 18, Lower, Tier B, Cell 8, Single | |

### INFORMAL RESOLUTION

**Investigator Name :** Sagers, Clyde

**Date of Report** 02/14/2005

**Investigation Report :**

**Reason for Referring:**


Offender's Signature: _____

Date            : _____

Witness (Officer) : _____

Page 2 of 2

Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 02/09/2005

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : PEPPER, MONTY C | **SBI#** : 00156920 | **Institution** : DCC |
| **Grievance #** : 11282 | **Grievance Date** : 02/04/2005 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status** : | **Resol. Date** : |
| **Grievance Type:** Staff Issues | **Incident Date** : 02/04/2005 | **Incident Time** : 12:00 |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg 18, Lower, Tier B, Cell 8, Single | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** This morning I asked c/o Boston and Loydd for a razor with no response at lunch time I asked again with no response I asked for a grievance form no responce a c/o was talking to L6 (Janodoe) c/o. When trays were picked up I asked c/o Bamby for a razor she said no! I asked why she said because she said I asked for a grievance form she said no she told me that razors are a privlage. Other inmates witnessed this I haven't shaved since last fryday Tuesday I went to court the didnt let me shave. This is retaliation.

**Remedy Requested** : Solve this problem up to you legal action is in process agenst DCC and agenst c/oBoston and other in the profeshanl and non profeshanl status as other greaivances this has a copy and I expect action.

### INDIVIDUALS INVOLVED

| Type | SBI# | Name |
|---|---|---|
| Inmate | 00156920 | PEPPER, MONTY C |
| Staff | | Boston, Kenya Q |
| Staff | | Lloyd, Joshua |
| Staff | | Thomas, Bambie |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance** : NO | **Date Received by Medical Unit** : |
| **Investigation Sent** : | **Investigation Sent To** : Sagers, Clyde |
| **Grievance Amount** : | |

Page 1 of 2

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 02/09/2005

# INFORMAL RESOLUTION

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : PEPPER, MONTY C | SBI# : 00156920 | Institution : DCC |
| Grievance # : 11282 | Grievance Date : 02/04/2005 | Category : Individual |
| Status : Unresolved | Resolution Status: | Inmate Status : |
| Grievance Type: Staff Issues | Incident Date : 02/04/2005 | Incident Time : 12:00 |
| IGC : Merson, Lise M | Housing Location :Bldg 18, Lower, Tier B, Cell 8, Single | |

## INFORMAL RESOLUTION

Investigator Name : Sagers, Clyde          Date of Report 02/07/2005

Investigation Report :

Reason for Referring:

---

Investigator Name : Seacord, Thomas J          Date of Report 02/08/2005

Investigation Report :

Reason for Referring: please resolve grievance. Sagers

---

Offender's Signature: _____

Date          : _____

Witness (Officer)   : _____

Page 2 of 2

Legal mail

Court

Instant Motion Enclosed June 20, 2005

att Judge Joseph Farran Jr
Office of The Clerk
United States District Court
844 N King Street Lox Box 18
Wilmington Del
19801-3570

M. Pepper
168920  UNIT 18 B 68
DELAWARE CORRECTIONAL CENTER
PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal

Instant Motion Enclosed "Injunction" Tme June 20-2005