In The United States District Court
For The District of Delaware

Monty C Pepper
          Plantiff

V

Warden Thomas Caroll
Officer Bambi Thomas
Officer Nute (DOE)
Officer Ballanger DOE
        Defendants

Civ no

05-84 (JJF)

FILED
JUL -6 2005
BD scanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Motion For Temporary Restraining Order Without Notice and for Preliminary Injunction

Plantiff moves The Court upon The Verified complaint and The attached affidavits of Monty Pepper and The attached memorandum of points and authoritys as Fallows

1  To issue a Temporary restraining Order and

2  To issue a preliminary injunction

Both Restraining

    1  Officer Bambi Thomas
    2  Officer Nute Joe Doe
    3  Delaware Correctional Center

From -

From

1. ConTacT from officer Bambi Thomas
2. ConTacT from officer NuTe (Doe)
3. ConTacT from officer Ballanser (Doc)
4. Tampering of Food by said Persons or oThers
5. Physical ThreaTs Abusive Language and Language ThaT indangers my Life To STop and invesTigaTed
6. RequesT InvesTagTion and AffecTive Remedy Rendered From D.C.C
7. Allow TV's To Access Religious Services and Programs and oTher RighTs
8. STop The refusal of cleaning maTeral Spong-mops and saniTary needs. TorleTT Paper, Razers
9. Require D.C.C. To PrevenT The imminanT ATTack from said Persons and oThers
10. InvesTigaTe The ClassificaTion SysTem wiTch dose noT screen inmaTes for compaTibiliTy causing The violance issues in D.CC as "Arnald decribes" and prevenTs me from enTering The Compound

From

11 Stop Disiplinary Action agenst me unTill an invesTagaTion on said Persons is done and AT AS To 1017654 Action

12 RequesT The CourT To appouinT or RequesT indivisuals from a Fedral Source To InvesTigaTe

# U.S. District Court for
## The District of Delaware

I declare under penalty of perjury That The foregoing is True and Correct

1. On 2/23/05 I filed Sute in US District Court Case name Pepper V Caroll et al case no# 1:05-CV-84 Persueant To A Civil Rights ACT 42 USC @1983 -- ComplainT

2. I ThaT clame/Complaint I have stated Facts of Abusive Language Restrictons on Leagal Calls Restrictions on Religious Services and Loss of Privlages As Inmates on compound as well as The MHU SHU Death Row enjoy in ProtecTure Custody These Rights are Refused

3. As of may 30 2005 my Request for a Legal call was denied

4. On or around April/may I Requested Legal Assisance from a court Appointed counsel

5. On Feb 2005 There were Threats of Putting a razer in my Cell By officer Thomas and officer Sneed And Physical Threats from Sneed he has been Taken of The Tier

6. On 4 29 2005 officer Thomas in Front of Counsler Sims and (Joe Doe) co and hurd by All inmates on The Tiear officer Thomas yells out quote "I you weren'T a child Molester you'ed sign off" (I am not a Child molster) This was done becouse I aske Counsler Sim's for razers That Thomas had Refused every one Last Shave was Tuesday it was now Fryday I greavanced 4/29/05 13704 apperently Recived 6/9/2005 on 6/29/05 iT was hurd iT was upheld but States only quote: "staff should not be verbally abusing inmates no! other action was Taken. This statement By Thomas was was worse Than Calling me a snitch which Puts my well being as well as my Life in danger

7. On 5 11 05 Thomas wife I was in The Shower after Calling me a stinking Bitch becose I wanted no To Take a Shower becouse my Towl was in The dirty Clothes She Thomas Said I was Takeing one if I had To dry

off with my clothes Thomas wrights me up on a Lie by stating That I Said Some one should Smack That Bitch. wich I did not At a hearing wich The write up I got 20 days after The incedent yet Rule 300-222 says it should had been written That day during The hearing 6/16/05 officer Savage refused my witness my Afidavids and a Statment from me when I Said IT was Retalation he and Thomas Laffed and asked how do you spell That Then found me Guilty and gave me 15 day in The hole witch LT Respolo Said That would never happen I Appealed but do not Expect a fair or Just out come These Actions are Retalation and it extends To high officals

8. On or around June 18-+ 05 Thomas nute Ballanger Doe officers start Tampering with my Lunch by placeing only crust on my Tray Taking Chese putting something in my salad squashing roles no Juce in cup Food dirty The Last incedent nute Thomas gave a stail hot dog role for checken Pattie every one Ham berger roles There "may" have been spit in my salad, officer Thomas Tryed To get The role back Befor she could officer Porter and counsler Came on The Tear I asked off Porter To Look he Refused I Told him what had happend counsler did Look said he would do someThing Thomas said SomeThing Pryer To Them Leaving The Ticar -- officer Porter wrote my cell # down he could Tell I was mad and I wrote a grecuance on The incedents

This Food Tampering has happen about 10 Times I greaivanced each one with no acTon I've wroTe LeTTers To Warden Caroll AssT Warden Internal Affairs greaivances LT Respolo and counsler Sims. <u>wiTh NO ACTion aT All!</u>

Dr Remmie officer Phillups Dr GaTlen nurses And oTher have seen The bread CrusT squashed food whaT I can save oThers Like LT PorTer Counsler and Dr Remmie and Dr GaTlen were There while my Tray was sTill in The cell Dr GaTlen Told me To dokumenT iT noT no AcTon Taken

Officer Phillups goT LT WaTkens Told him Two Times no acTon Told LT Seacord no acTion These c.o officers have seen and have or hurd Thomas and nuTes abuse while off LT PorTer was on The Tier coNuTe says Pepper I'll make a deal I'll geT you a LiTTle Boy for a cellie and Call iT even Thomas and nuTe and c.o BosTon Laffed

I have noT eaTen Lunch for Approx 3 weeks now If They are on duTy I fear my food

The Lack of acTion from DCC oficals has emboldenThem This mounTh I have morning reck wich They are in charge

On one incedenT of Food Tampering officer NuTe alond with officer Ballanger I assume Trying To find The crusTs They had LefT Trashed my cell Poring out my sugar my Legal work wich consisTed of

4

4] 9x12 Envelopes of Leagal work from Sepeor Court as well as district Court and dumpeed Them all over my desk and cabnett Empetine out Debbie boxes Trashine bed Throwine Clothes sheets Ect on The floor "my floor has not been moped since Last moonth may we are Refused mop and cleaning meteral. Officer Phillups Officer Watkens witnessed my cell condition after This event Officer Phillups has been The only one To Let me mop my cell she informed officer Watkens, she can get in Truble for giving us a mop

Even Saturday July 2 05 Thomas Refused To give us Torlett Paper some inmates had To use socks we finally got it To day Sunday July 3 05 we only get 1 role a week if you run out you must beg for a wrap "a small amount raped around a hand" Some 4-12 shift will give you some 8-4 will not 8-4 shift will not do anything

This comming week I am in fear Thomas and nute can do anyThing from Trashing my cell To wrighTing me up on bogas clames or Phisically attacking me witch I expect because of The inaction of There Seperors I will not be able To eat Lunch I know and fear for my Life This is Just some of The abuseive acts that are done others I decribed in other afidavids To The

Court I Pryer Requests

I am in imminant danger and the Request for help from DCC officals which I have copys for go un hurd officer Thomas has intercepted letters Be for witnessed By officer Pike and Paul I don't know if his honrable court has recived other Request and motions

As I say I am I "imminant" danger from physical attack" as well as attack on my status as a inmate by bogas write-up's the stress from this worry has affected my sleep severly and Eating is ended as far as Lunch goes

They can attack me with no worry from Superors just as the food Tampering continues

I am now Request ine to sign off witch also puts my Life in danger because of the inaficant classification sistem has shown by the amount of attacks one on guard by a Lifer Attacks on inmates don't make the news There was a stabbing Thursday

I ask The court To act in my behalf for my safty as well as The well being of others who fear To but are afraid To say anyThing in fear of Retalation who will if They know They are safe and guards will if They know There Job is safe

I only got The information To do This motion Fryday and donT know if iT is correct due To RestricTons To The Law Library and inaTquiT assisTance

I have no way To Inform The defendanTs

I MonTy Pepper do declare under The Penalty of Perjury ThaT The forgoing is True and correcT

This daTe of July 3 2005

monTy Pepper
00156920

IM Monty Pepper
SBI# 00156926 UNIT 18 B 16
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Mr. JJF

Legal Mail

Office of The Clerk
United States District Court
844 N Kings Street Lock box 18
Wilmington Delaware
19801-3570