Peter T Dalleo
or Clerk of The Court

July 15 05

Request

Sir on July 7 2005 my civ action sute was approved By Judge Joseph Farnan Jr J.J.F. Civ Action no 05-084-JJF

Sir I do not have copys of some of This due To my incaration and & not knowing all The proper steps To Take
 I Am Requesting one copy each of (DI 7) and (DI 8)
(DI 7) - is a Ameded complaint
(DI 8) - is a motion for injunction and/or Summary Judgment

I also around The "1st of July" or so sent in a "motion for Restraining without notice and injunction" This my not have been avalible when The Order July 7 05 was issued This contained a "afidavid" of abuses and relalation I am now reciving
 I assume (DI 2) is The orgnal 42 USC§1983 complaint which I do have a copy of

Im rerry sorry for any problems This may cause your office  These were done under panic situations

FILED
AUG 4 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Clerk of the Court

July 15 05

Sir please just one copy of each I can get others done hear to conform to the Order

send To    Monty Pepper SBI 00156920
           Delaware Correctional Center
           1181 Paddock Road
           Smyrna Delaware
                    19977

Again sorry for the inconvenance.

I have no other choice

I also need 3 more US Marshals Service forms USM 285

Thank you

*[signature]*

Monty Pepper
July 15 05



I/M Monty Pepper
SBI# 00156920    UNIT 16 B L8
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

Office of The Clerk
United States District Court
844 N. King Street  Loxbox 18
Wilmington Delaware
19801-3570