OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 10, 2005

TO: **Monty C. Pepper**
SBI #0015920
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

*RE: Response to Letter dated 7/15/05, CA 05-84 JJF*

Dear Mr. Pepper:

A letter has been received by the Clerk's office from you requesting a copy of the docket and various papers from the above noted civil action.

Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copies (including docket sheets) is fifty ($.50) cents per page. ***A copy of the documents requested and a docket sheet are enclosed, free of charge for this request only. Should you require copies (including docket sheets) in the future,*** please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/rbe

PETER T. DALLEO
CLERK

cc: The Honorable Joseph J. Farnan, Jr., CA 05-84 JJF
enc. Docket Sheet, DI 7 and 8, CA 05-84 JJF , US MARSHAL 285 Forms (3)

cc: CAP

Peter T Dalleo　　　　　　　　　　　　　　July 15 05
Clerk of The Court
　　　　　　Request
　Sir on July 7 2005 my civ action sute was approved By Judge Joseph Farnan Jr J.J.F. Civ Action no 05-C84-JJF

　Sir I do not have copys of some of This due To my incaration and not knowing all The proper steps To Take
　I am Requesting one copy each of (DE 7) and (DI 8)
(DI 7) - is a Ameded complaint
(DI 8) - is a motion for injunction and Summary Judgment

I also around The "1st of July" or so sent in a "motion for Restrainting without notice and injunction" This my not have been avalible when The Order July 7 05 was issued This contained a "afidavid" of abuses and relalation I am now reciving
　I assume (DI 2) is The orgnal 42 USC §1983 complaint which I do have a copy of

　Im verry sorry for any problems This may cause your office These were done under panic sitiations

FILED
AUG   2005
U.S. DISTRICT COURT
DISTRICT OF DE



Respectfully urgent response
Pro Se Litigant
                    may 30 2005
Honer Judge James Farnan

Sir. This is to inform The Honerbal Court That as in my sute cuse no 05-084-JJF I Talked About Retaliation That I was and am Reciving in DCC As of Today in The pasT Two week or so I've experanced a esculating Leval of Retalitory abuse from officers in DCC not only have I've been denied a call The The Clerck of The court To ask a questin but also have been Refused calls To my aTterney. Approxumenty 2 weeks ago office Thomas did not give us razers on Fryday The Counsler came on The Tier I aske him if he could get us razers he said no ThaT Thomas had To officer Thomas. slams my gate Closed and started up The stairs saying very Loud The entire Tier heard quote I you wernT a child molester youd sigh off I ask what she said she reaped This. This was done in front of The Counsler I asked To speak To him he and Thomas and guard (John doe) egnore my request and request for a greuvance

In The UNITED STATES DISTRICT COURT
For The DISTRICT OF Delaware

Monty Pepper
            PlanTiff
    V
Wardon Thomas Carroll
officer Jane Doe and officer
Joe Doe       Defendants

Civ No 05-084-JJF

RECEIVED

## Instant Motion

## NOTICE of Emergcy MOTION
## INJUNCTION
## And/or Summary Judgment or Relife

I monty C Pepper as a Pro Sa Litigant
I hear by request The honorabal Court
To hear This motion for Injunction or
summary Judgment or Relife at The soonist
Avalibal Time. I am in imminant danger

1 Relife Sought: I ask The honorable
Court To Force an Injunction To Stop This
retaliation and mental harm Forced upon me
by an restraint order or Injunction
2  I ask The court To under "Extrodanary
Circumstances" To send copy of This motion To The
defendants if needed. The Restrictions To Law Library
will unduly Delay Action As To This "emernganace."
3  I ask The court To order a unanounced
inseption of P.C. by Court Officals or Fedaral
Officals To queston inmates And To see

U.S. District Court
District of Delaware (Wilmington)
CIVIL DOCKET FOR CASE #: 1:05-cv-00084-JJF
Internal Use Only

Pepper v. Caroll et al
Assigned to: Honorable Joseph J. Farnan, Jr.
Demand: $1500000
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 02/25/2005
Jury Demand: None
Nature of Suit: 555 Prisoner: Prison Conditions
Jurisdiction: Federal Question

**Plaintiff**

Monty C. Pepper     represented by    **Monty C. Pepper**
SBI #0015920
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977
PRO SE

V.

**Defendant**

**Wardon Thomas Caroll**

**Defendant**

**Officer John Doe**

**Defendant**

**Officer Jane Doe**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/15/2005 | 1 | MOTION for Leave to Proceed in forma pauperis - filed by Monty C. Pepper. (mwm, ) (Entered: 02/16/2005) |
| 02/15/2005 | 2 | COMPLAINT filed pursuant to 42:1983 against Thomas Caroll, John Doe, Jane Doe - filed by Monty C. Pepper.(mwm, ) (Entered: 02/16/2005) |
| 02/23/2005 | 3 | Case assigned to Judge Joseph J. Farnan, Jr. (rjb, ) (Entered: 02/23/2005) |
| 02/25/2005 | 4 | ORDER granting [1] Motion for Leave to Proceed in forma pauperis; $250 filing fee assessed; pltf shall within 30 days from when the Order is sent, complete and return the authorization form allowing the agency having custody of him to forward the $23.36 initial partial filing fee and subsequent payments to the Clerk of the Court. Signed by Judge Joseph J. Farnan, Jr. on 2/25/05. (mwm, ) Modified on 4/29/2005 (rbe, ). (Entered: 02/28/2005) |