Sep 9 2005

To The Clerk of The Court

Sir inclosed is a motion To Amend Complaint under Rule 15 The addition of defendants names To be Corrected from "Jane & Jhon" Doe To Proper names.

There are Copys added To The 285 US Marshells forms along with DI 2 DI 7 DI 8. Case No # Civ 1:05-cv-00084 JJF. I have sent a Total of 5 - 285 Forms and copys Required by The Court

There was one other affidavit and restraining order / injunction without notice That was not seen by The Court As of Today

The 285 Form are being sent in Seperate mail Envelope's 2 and 3

Thank You

Civ 1:05-cv-00084 JJF

Sep 9 2005

FILED
SEP 13 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Monty Pepper
SBI 00156920
D C C
Smyrna Del

Envelope 1#

1 of 2

I/M Monty C Pepper
SBI# 156920   UNIT
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk
US District Court
Lock Box 18
Wilmington De
19801