| | |
|---|---|
| UNITED STATES DISTRICT COURT  DISTRICT OF DELAWARE | |
| Monty C Pepper  V  Wardon Thomas Caroll  Officer Bambi Thomas  Officer James Cordell  Officer Thomas Seacord | Civ no 1:05-cv-00084-JJF |

## Motion To Amend Complaint Under Rule 15

FILED
SEP 13 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Monty C Pepper
Delaware Correctonal Center
1181 Paddock Rd
Smyrna De 19977
SBI 00156920

#1

# UNITED STATES DISTRICT COURT
## DISTRICT of DELAWARE

## MOTION

To The honorabal CourT. As Requried under Rule 15 I wish To correct The CapTioned DefendanTs officers Jane and Jhon doe As Fallowes

1 officers Bambi Thomas
2 officer James Cordell
3 officer Thomas Seacord

Date Sep 9 2005

Monty C Pepper
SBI 00 15 69 20

#2

1 of 2

I/M Monty C Pepper
SBI# 156920 UNIT V
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk
US District Court
Lock Box 18
Wilmington De
19801