IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT of DELAWARE

| | |
|---|---|
| MONTY C PEPPER pro se<br><br>V<br><br>Warden Thomas Carroll c/o<br>Bambi Thomas c/o James<br>Gardels c/o Thomas Seacord | CA no 05-084-JJF |

Petition for Writ of Mandamus



FILED

DEC 15 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I Monty Pepper pro se Do here by request The Honorable Court supply me with a "order" To have Delaware Correctional Center at 1181 Paddock Rd Smyrna Del 19977 supply me with adequate Time in the Prison law library To defend my self as required 6Th amend U.S.C.A.

Where as on July 7 2005 after Satisfieing The filing prerequisites of 28 USC §1915A; and The Court determining That The complaint is not Frivolous, and Where as on July 7 2005 The Pltf's Motion To Appoint Counsel was "Denied" with out prejudice and Where as on Oct 4 2005 The required US Marshal 285 Forms

were sent To The US Marshal for service And on OcT 25 2005 The DepuTy ATTorney General Lisa Barchi Did file a Entry of Appearance on behalf of The DefendanTs and a CerTificaTe of Service which I recived on OcT 26 2005

FuTher more I have filed a moTion To CorrecT The daTes within The DepuTy ATTorney Generals CerTificaTe of Service

In addiTion To The insTanT Fedral AcTion I Am As a "pro se liTiganT" in Superior CourT of KenT CounTy have a PeTiTion for ReTurn of ProperTy which was referred To Superior CourT Commissioner Andrea M Freud for proposed findings and recommendaTion pursuanT To 10 Del § 512(b) CA 05m-11-009 RBY

and Civil Rule 132. Pending The outcome There may be need for a appeal CA 05M-11-009 RBY Also under Rule 32 motion To withdraw plea "Failed" Apr 15 2005. At This point without adequate Knolage of Law and The inappropriate actions and Lack of actions by defence counsel and The Unconstitutional ~~In Time~~ 6TH USCA restrictions To access Legal meTearl and research Law in a Timely manner I was bard To appeal under Time Limitations Rule. On 7/11/2005 As a Pro Se Litigant I filed motion For Reduction of Sentence on 7/20/2005 iT was "Denied" This Too was due To inadequate Access To Legal maTeral and inadequate assisTance From D.C.C. Law Library. This motion also became Time bard For appeal due To issues stated as well as

3

mental and physical duress caused by The Treatment recieved in Protective Custody in D.C.C. and The lack of mental and physical Treatment from D.C.C. medical staff. As reflected in CA 05-841-JJF

As of sep 2005 I have been moved To compound still no Treatment for Mental or physical needs and Access To Law Library is restricted To 5½ hours a week. "no" law books allowed out, "no" Law in books or case Law is allowed To be photo Copyed, all has To be hand copyed, some "state" case law not avalable at all Lawrence v Texas case is one example. Maryland case on Depict, and new Jersy case on voting right of Felons, are others That can not be accessed by D.C.C. Law Library.

Further more Mr ▮▮▮▮ who is incharge of The law Library has stated without a

4

dead line or a court order you get no extra Time; however when I had a 60 day deadline I was refused.

What I get now Wendnesdays role call at am 9:45 you are allowed To get one chance To get Law books no more untill after Lunch am 11:30 - 12:00 +- pm The Session ends at 2:20 pm books must be in. Friday session 8:00 am To 9:30 am request form inclosed only 2 sessions a week, my Last Session was nov 25 next session Dec 13 due To move and 1 week scedual delay. There are only 2 Typewriters and 1 empty room That could be used. I filed Greavances I returned no action I not returned 10 19 2005

  Mr ▮▮▮▮ has stated I need no more Time To research. The inmate paralegals have given me inaccurat information and fear from Loosing There Jobs The fallowing Litigation is To be filed as soon

5

as I can research and hand copy case law Constitutional law and Civil and Criminal ~~court~~ Court Rules as required To file affective Civil Action as well as defend my self in Criminal Court

The fallowing are some of actions That are To be filed and court errors and constitutional questons of law and rights and prisoner rights

1 inaffective Counsel    Super Court

(A) The STaTe Failed To Keep a Commitment conserning sentence recommendations

(B) Pre Sentence Report was not seen by me There For I could not explain or denie   6 Amd USCA

(C) VicTum impact staTments or other staTment used at and for Sentencing were not hurd by me

(D) Pre Sentence report may be incomplete where my son my nighbors my mom were not questond

(E) Tis form shows 2-5 year presump 10 considered Tis filled out in attorneys hand writing Manditory X out

(F) Counsel Failed To give metigating facts as required

(G) counsel failed To properly investigate evedance proof

(H) Counsel Failed To show porn addiction and The help I sought for This problum  no collecTions

(I) no fact That I was a single father for 9 years

(J) Abuse of a Search Warrant DeT Wood agaInst my will questond my son 9 year old sexual queston got cought by my sister, agenst 11 § 2301 10s1004 Family Court 5(B) This was rummiging and Property had not been removed I was not under arrest no adult presant  my son would had been my witness  a Flagrant abuse of Power  Scaird my son detained

(K) Prosicution Lied 3 Times in court DeT Wood Lied 1 Time and purposly decived about 1 homosexual photo only 1

(L) My Counsel ToTaly unprepaird as paid counsel stating she can handeliT and she could not ToTaly incompetant affected the plea

(m) questoned me during search warrant no meranda

(n) Accuser had no lie dector if she had she would fail

(o) immunity Laws Perjure of accuser and mother of accuser and abstrution of Justice by accuser & accusers mother   self incrimination Laws

(p) Constitutional Questons of Law

(1) striped of Voting Wright   1st Amd USCA

(2) striped of Del Driver Licence Above The Plea and sentencing Guide lines no crime To Account for Punshment Law not rational Legitimate State intrest

(3) Classification in a Violant Feloney, not admited or found guilty is abouve guide lines adds punshment after Sentencing and Prison Changes after Sentencing and has additional Punshment after Sentencing in The Point system as well as Time in Guidelines

8

Constitutional Questions of Law

(4) Del Code 11 § 770 allows for married people to excape prosicution equal protection USCA Liberty

(5) Del Code 13 § 123 allow one to marry without age limets

(6) Knowing 11 § 762 defined 11 § 231 12 years and up

(7) defence of consent victum participation 11 § 451

(8) Construction of Provisions Del code 11 § 308 equal Protection

(9) Liberty USCA 14 amend under Lawrance v Texas Age

(10) extortion force fear threats of the Plea System and the direct association with the inflated guideline and bravd punshment non violant less punshment

(11) Violant and non Violant crime Class not rational

(12) Moral Law Lawrance v Texas International Law

(13) Queston of Manditory Sentencing Apperhendi Fairness

(14) The Competance of sentencing Commission only 1 defence attorney in 11 unfair

9

(15) Depict  This word is making not Looking uscn

(17) international Law State law assoation To Moral Law and The Legitimat state intrest

(18) Looking at Photos  USCA  moral Law rational

(20) Down loading knowl ing I dont know whats comming

(21) Age in States and internet international Age of consent

(22) appeals court rules Law how To appeal 61 motion

(23) Supream court rules Laws Forms appeals

(24) Fileing constitutional sutes Supream Court Cirtification

(25) damage done To familys verses moral Law and accomplace in crime willing partisipant ar accomplace

(26) Judges record of accepting pleas on cirten crimes prejudice in Type of crime and accoation To plea acceptance for sex crimes  Superor Coort

In my Fedral CourT Case   05-84-JJF

① denial of access To The CourTs, 6 amendment
② denial of religious services, ③ privlages, ④ Law Library,
⑤ Greivance sysTem with no remedy, ⑥ Medical request unheard no remedy, ⑦ no MenTal health help. ⑧ ReTalaTion For Fileing greaivances
⑨ Tampering with food, ⑩ impeding legal AcTion,
⑪ ReTalaTion To sTop legal acTion. ⑫ ConsTuTional righTs of prisoners, ⑬ WisTel Blower STaTus for officer witness ⑭ Supena's For Witnesses, ⑮ CourT AppoinTed MasTer, ⑯ Medical records Greivance records
⑰ CourT Rules for DisTricT CourT and ⑱ CourT of appeals
⑲ Supream CourT ecT   none of This Law Do I Know or can fully under sTand with ouT "Research" This is some aspecTs There are more as The CourT is aware

without adequate time to research the intricacy of Court Rules Law case Law and Constitutional Law and precedence of Law, it will be impossible to defend my Superior Court Case or my US District Court Case and would prejudice my actions and impede the Constitutional rights that I still retain as a citizen of The United States.

I request that The Honorable Court supply me in The interest of Justice a "order" to have additional sessions in DCC Law Library up to 20 hours a week so I can defend my self as The Constitution demands USCA 6th Amend

Dec 3 2005

Monty Pepper

Furthermore as a Pro Se litigant and In The intrest of Justice I would request The honorable Court To request a inspection To affirm The restrictions described in The Delaware Correction Center smyrna by one of The Fallowing agency's or a court appointed master. The United States Attorny Genrals office or The United States Commission on Civil Rights (washington DC) or The United States Department of Justice Civil Division

This again To affirm statements put Forth in This request To uphold The right of The Sixth Amendment of The Constitution That prisoners of The State still possess That right To meaningfull adequate access To The Law

I here by certify That on Dec 13 2005 I mailed a copy of Correction of Motion and Petition for Writ of Mandamus To The Lisa Barchi Deputy Attorney General AT

Lisa Barchi
Deputy Attorney General
Department of Justice
820 N French Street 6Th Floor
Wilmington De 19801

_____
Monty C Pepper
D.C.C.
1181 Paddock RD
Smyrna De
19977



IM Monty Pepper
SBI# 156928  UNIT D
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of The Clerk
United States District Court
844 N King Street Lockbox 18
Wilmington Del
19801-3570

U.S.M.S
X-RAY