DCC - Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 11/01/2005

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name:** PEPPER, MONTY C | **SBI#:** 00156920 | **Institution:** DCC |
| **Grievance #:** 19576 | **Grievance Date:** 10/19/2005 | **Category:** Individual |
| **Status:** Unresolved | **Resolution Status:** | **Resol. Date:** |
| **Grievance Type:** Law Library | **Incident Date:** 10/19/2005 | **Incident Time:** |
| **IGC:** Merson, Lise M | **Housing Location:** Bldg V, Tier A, Cell 8, Bottom | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate claims (verbatim): Also have afidavid in on this access on wendays office Brown witness To day I was refused access to Law Libraty Mr Johnson said I made no appointment for week 10/17 which I did I make appointments every week as is my app is made for 24th oct (have copy) will make copys also will inform US DistrictCourt. V Bld only gets 8:00-9:30 fry and only 10:00 - 2:30 only allowed to get las at 10:00 nothing eloe checked untill after lunch a 12+ that leaves only 4 1/2hr in Law Library. Today there were only 5 people in there there no excuse I must have access and more access that is my right under the 1st amendment this is the only exhaustion of relife I will attempt. TimeBar/time recarch

**Remedy Requested:** Please- I expect more then 4 1/2 hrs a week to research I have fedral case and state case if I get no response a 1983 claim will be filed I request more time in Law Library A letter to Judge Farnann US district court for relife/amendment to 05/84/jjf

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

Inmate Copy

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance:** NO | **Date Received by Medical Unit:** |
| **Investigation Sent:** | **Investigation Sent To:** Little, Michael |
| **Grievance Amount:** | |

Page 1 of 2

DCC Delaware Correction Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

# INFORMAL RESOLUTION

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** PEPPER, MONTY C | **SBI# :** 00156920 | **Institution :** DCC |
| **Grievance # :** 19576 | **Grievance Date :** 10/19/2005 | **Category :** Individual |
| **Status :** Unresolved | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Law Library | **Incident Date :** 10/19/2005 | **Incident Time :** |
| **IGC :** Merson, Lise M | **Housing Location :** Bldg V, Tier A, Cell 8, Bottom | |

## INFORMAL RESOLUTION

**Investigator Name :** Little, Michael           **Date of Report** 11/01/2005

**Investigation Report :**

**Reason for Referring:**


**Offender's Signature:** _____

**Date** : _____

**Witness (Officer)** : _____

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR KENT COUNTY

In Re:                                    :
MONTY PEPPER                              :    C.A. No. 05M-11-009 RBY
                                          :

### ORDER OF REFERENCE

This 17 day of November, 2005,

**IT IS ORDERED** that the Petition for Return of Property in the above matter is referred to Superior Court Commissioner Andrea M. Freud for proposed findings and recommendation pursuant to 10 *Del. C.* § 512(b) and Superior Court Civil Rule 132.

_____
Judge

oc:   Prothonotary
cc:   Hon. Andrea M. Freud
      Attorney General's Office
      Petitioner
      File

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR KENT COUNTY

MONTY PEPPER, :
: C.A. No. 05M-11-009-RBY
    Plaintiff, :
v. :
:
STATE OF DELAWARE :
:
    Defendant. :

**ORDER ON APPLICATION TO PROCEED**
*IN FORMA PAUPERIS*

The Court having considered the application to proceed *in forma pauperis* and the affidavit filed in connection therewith,

**IT IS ORDERED**:

✓    The application is **GRANTED**. The applicant shall:

____    Pay twenty percent (20%) of the applicant's average daily balance in the applicant's inmate account for the previous six months or time of incarceration, whichever period of time is less.

BEGINNING 12-15-05, Pay $ 25.00 per month ~~(or more than 20% of account)~~ on or before the 15th of each month. IF ANY PAYMENT IS NOT MADE BY THE 15th, THE PETITION SHALL BE DISMISSED WITHOUT FURTHER NOTICE.

____    ~~No fee or court costs to be paid.~~

The complaint shall be filed.

____    The application is **DENIED**. The filing fee of $____ is due (not less than 15 calendar days from the date of notice). If not paid by then, the complaint will be dismissed.

_____
J.

Dated: November 17, 2005