IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT of DELAWARE

| | |
|---|---|
| MonTy C Pepper <br> V <br> Warden Thomas Carroll c/o <br> Bambi Thomas c/o James <br> Gardels c/o Thomas Seacord | C.A. no 05-084-JJF |

Correction of Motion

I MonTy C Pepper Pro Se request The honorable court aT The earlyésT possible Time To consider correction of CerTificaTe of Service mailed To me on OCT 26 2005 by DepuTy ATTorney General Lisa Barchi



FILED
DEC 15 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

On OCT 26 2005 I recived a copy of EnTry of Appearance motion by DepuTy ATTorney General Lisa Barchi on behalf of The named defendanTs This is daTed OcT 25 2005

However The CerTificaTe of Service cerTify's a copy was senT To The Clerk of The CourT using CM/ECF on OcT 25 2005 yeT The DepuTy ATTorney Genral Lisa Barchi cerTify's ThaT on May 20 2005 she mailed The document To me MonTy Pepper

This is in error no document was senT To me on May 20 2005

I requesT The CourT To Take noTice of This error and The DepuTy ATTorney General Lisa Barchi To correcT The CerTificaTe

of Service so there will be no error under statute of limitations defenses or time bared motions or delay of required answers from the defendants counsel

A copy of Entry of Appearance and Certificate of Service are included

Dec 2 2005

_[signature]_ pro se

Monty C Pepper

00 156920

I hereby certify That on Dec 15 2005 I mailed a copy of Correction of Motion and Petition for Writ of Mandamus To The Lisa Barchi Deputy Attorney General AT

Lisa Barchi
Deputy Attorney General
Department of Justice
820 N French Street 6Th Floor
Wilmington De 19801

Monty C Pepper
D.C.C.
1181 Paddock RD
Smyrna De
19977



IM MonTy Pepper
SBI# 156920 UNIT D
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of The Clerk
United States DisTric Court
844 N King STreet Lockbox 18
wilmingTon Del
19801-3570

