## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONTY C. PEPPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-084-JJF |
| | ) | |
| Warden THOMAS CARROLL, C/O | ) | |
| BAMBI THOMAS, C/O JAMES | ) | |
| GARDELS, C/O THOMAS SEACORD | ) | |
| | ) | |
| Defendants. | ) | |

### ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Lisa Barchi

on behalf of Defendants Thomas Carroll, Bambi Thomas, James Gardels and Thomas

Seacord. The Defendant specifically reserves the right to raise any jurisdictional, service

or statute of limitations defenses which may be available.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Lisa Barchi
Deputy Attorney General
Department of Justice
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
lisa.barchi@state.de.us

Date: October 25, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2005, I electronically filed *Entry of*

*Appearance* with the Clerk of Court using CM/ECF. I hereby certify that on May 20,

2005, I have mailed by United States Postal Service, the document to the following non-

registered participant:

> Monty C. Pepper
> SBI # 0015920
> Delaware Correctional Center
> 1181 Paddock Road
> Smyrna, DE 19977

> /s/ Lisa Barchi
> Deputy Attorney General
> Department of Justice
> 820 N. French Street, 6th Floor
> Wilmington, DE 19801
> (302) 577-8400
> lisa.barchi@state.de.us

# Notices

1:05-cv-00084-JJF Pepper v. Caroll et al

### U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Barchi, Lisa Ann entered on 10/25/2005 at 11:08 AM EDT and filed on 10/25/2005

| | |
|---|---|
| **Case Name:** | Pepper v. Caroll et al |
| **Case Number:** | 1:05-cv-84 |
| **Filer:** | Thomas Seacord |
| | Bambi Thomas |
| | Thomas Caroll |
| | James Cordell |

**Document Number:** 19

**Docket Text:**
NOTICE of Appearance by Lisa Ann Barchi on behalf of Thomas Caroll, Bambi Thomas, James Cordell, Thomas Seacord (Barchi, Lisa)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=10/25/2005] [FileNumber=116975-0
] [3251e8ae0b380894169d7a2a3da53541858ffe92abed4861e7fe3637a0fbf0e571b
0a717711743453f1d3c03f78238a08b4339e42f1c093b4a493fa0684d2a10]]

**1:05-cv-84 Notice will be electronically mailed to:**

Lisa Ann Barchi    lisa.barchi@state.de.us,

**1:05-cv-84 Notice will be delivered by other means to:**

Monty C. Pepper
SBI #0015920
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977