

**M. JANE BRADY**
**ATTORNEY GENERAL**

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

New Castle County

December 22, 2005

Clerk of Court
U.S. District Court
District of Delaware
844 N. King Street
Wilmington, DE 19801

                Re:   Monty Pepper v. Thomas Carroll, et al.
                      C.A. 05-084-JJF

Dear Clerk of Court:

      It has come to the attention of the State defendants that the name of a defendant listed in the caption on the above referenced case is incorrect. After searching the Department of Correction employee roster, it was discovered that the defendant listed as James Cordell is really James Gardels. The State defendants request that the name be corrected on the caption. Thank you.

                                              Very truly yours,

                                              /s/ Lisa Barchi

                                              Lisa Barchi
                                              Deputy Attorney General

Xc:    Monty Pepper