

**M. JANE BRADY**
**ATTORNEY GENERAL**

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

[New Castle County-Civil Division]

December 22, 2005

Clerk of Court
U.S. District Court
District of Delaware
844 N. King Street
Wilmington, DE 19801

                *Re:   Monty Pepper v. Thomas Carroll, et al.*
                     *C.A. 05-084-JJF*

Dear Clerk of Court:

      Attached please find a corrected Certificate of Service. On December 15, 2005, State Defendants filed a Motion for Enlargement of Time which was certified as to the wrong date of filing and addressed to the wrong recipient. The Motion has been recent to the Plaintiff with a new Certificate of Service.

      Thank you for your attention to this matter. If there are any questions, please feel free to give me a call.

                                      Very truly yours,

                                      /s/ Lisa Barchi

                                      Lisa Barchi
                                      Deputy Attorney General

Xc:   Monty Pepper