## *CERTIFICATE OF MAILING AND/OR DELIVERY*

I hereby certify that on December 15, 2005, I electronically filed *State Defendant's Motion for Enlargement of Time* with the Clerk of Court using CM/ECF. On December 22, 2005, I corrected a mistake in the addressee, and have re-sent by United States Postal Service, the document to the following non-registered participant:

Monty Pepper
SBI # 00015620
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ Lisa Barchi
Deputy Attorney General
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
lisa.barchi@state.de.us

Attorney for State Defendant