IN The United States District Court
for The District of Delaware

Monty C Pepper
    PlanTiff

ORIGINAL

Warden Thomas Carroll c/o
Bambi Thomas c/o James
Gardels c/o Thomas Seacord

CA No 05-084-JJF

FILED
DEC 22 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Correction of States Certificate of
Mailing And/or Delivery

Where As The States Motion for Enlargement of Time which was Dated December 15 2005 And I received on Dec 16 2005 was accompanied by a Certificate of mailing and/or Delivery which was in error The Date of December 7 2005 is in error The name Donald Jordan SBI 095723, Sussex Correctional Insitution, PO Box 500 Georgetown Del 19947 is in error.

Furthermore The possession of other inmates SBI numbers are considered contraband in Delaware Correctional Center Smyrna

I as The PlainTiff and as a inmate of

Delaware Correctional Center would ask The State Take special care when sending prisoners of The States addresses and SBI numbers in The Future

Date December 20 2005

Plaintiff
Monty C Pepper
1181 Paddock RD
Smyrna Del 19977

Certificat of Service

I hereby certify That on December 20 2005 I sent by mail a copy of correction of Certificat of mailing and/or Delivery To The Deputy Attorney Genral office at The fallowing address

Lisa Barchi
Deputy Attorney Genral
820 N French Street 6th Floor
Wilmington Del 19801

Date Dec 20 2005

_[signature]_
Monty C Pepper
1181 Paddock Rd
Smyrna Del 19977