IN The United States District Court
for The District of Delaware

Monty C Pepper
          Plaintiff,

Warden Thomas Carroll c/o
Bambi Thomas c/o James
Gardels c/o Thomas Seacord

       Defendants

CA No 05-084-JJF

FILED
DEC 22 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Plaintiff response To The States Defendants Motion For Enlargement of Time

I monty Pepper in response To The States request For a enlargement of Thirty days To respond

Understanding That The State has unlimited Time and funds as well as access To Law Second To none, ignoring These facts I would agree To The enlargement of Time up To Thirty days as requested by The State For The fallowing reasons

(1#) The severity and seriousness of The facts I have presented in The said action should be Throughly investigated by The ATTorney Genral office. As The ACLU has informed me of possible criminal charges against some defendants involved in The instant action

Futher more I feel That The ATTorney Genrals office in There responsibility To uphold Justice and The law can not egnore The facts as well as The Truth in This case

2# As To The points The ATTerney Genral makes of The verry wide range of claims and grievances They should also be aware of letters sent To counsler McFadden internal Affairs The Warden as well as Superior Court Judge Vaughn. and others including The US ATTorney Genral The US Commission on Civil Rights as well As The

Department of Justice Civil Division and The ACLU and News Jornal which I wate for a response conserning The Death of mr Williams and The instant action and additional witnesses

3# In The intrest of Justice may be The Attorney Genral office would be better served by appliying for "wistle blowers" status for officers That will Testify in my behalf who Fear as I do from retalitation or involve The F.B.I.,

Wherefore for The reasons stated and knowing The obligation The Attorney Genrals office has in upholding The Constitution and The Law and seeking out The Truth I do here by request There motion for enlargement of Time for Thirty days be granted

Further more I would request The STaTe File motions in a manner ThaT Leaves me with sufficienT Time To reply

Were as The restricTions To Delaware CorrecTional CenTers Law Library leave's me with insufficienT Time To file responses with copys as requried and research CourT Rules To verify The motions FacTs Also being a inmate in DCC, Phone Calls can easly be seTup by appointmenT There are phones in This bulding

Dec 20 2005                    *signature* Pro se
                                monTy Pepper

## Certificate of Service

I hereby certify That on Dec 20 2005 I sent by mail a copy of Response To States Defendant motion for Enlargement of Time To The Deputy Attorney General At The Fallowing address

Lisa Barchi
Deputy Attorney Genral
820 N Freneh Street 6th floor
Wilmington Del 19801

Dec 20 2005

Monty C Pepper
DCC
1181 Paddock RD
Smyrna Del 19977
Pro Se



I/M M Pepper
SB# 156920 UNIT D C12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

CLerk
United States DisTricT Court
844 N King sT Lock Box 18
Wilmington Del
19801

05-84-JJF
Judge JJF