**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Monty Pepper | COURT CASE NUMBER: Civ 05-084-JJF |
| DEFENDANT: James Cordel AKA (NUTE) | TYPE OF PROCESS: 42 USC 1983 Suit |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Delawar

AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 1181 Paddoc Rd Smyrna Del 19977

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Monty Pepper
Delaware Correctional Center
1181 Paddoc Rd Smyrna Del 19977

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 5
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Delaware Correction Center 8-4" Day Shift
Bld 18

Pauper Case

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 302 653 9261
DATE: Sep 1 05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Date: 10/13/05

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Date of Service: 1/11/06

Address (complete only if different than shown above):
FILED
JAN 12 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

REMARKS: Det. Unexecuted - Unknown to DCC

PRIOR EDITIONS MAY BE USED          1. CLERK OF THE COURT          FORM USM-285 (Rev. 12/15/80)