IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONTY C. PEPPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-084-JJF |
| | ) | |
| Warden THOMAS CARROLL, C/O | ) | |
| BAMBI THOMAS, C/O JAMES | ) | |
| GARDELS, C/O THOMAS SEACORD | ) | |
| | ) | |
| Defendants. | ) | |

**STATE DEFENDANTS MOTION TO DISMISS/SUMMARY JUDGMENT PURSUANT TO RULE 12(b)(6) OF THE**
**FEDERAL RULES OF CIVIL PROCEDURE**

COME NOW, the Defendants, Thomas Carroll, Bambi Thomas, James Gardels and Thomas Seacord, by and through undersigned counsel, and hereby respectfully request that this Honorable Court enter an Order, pursuant to Rules 12 (b)(6) and 56(c) of the Federal Rules of Civil Procedure, dismissing with prejudice all claims against the Defendants. In support of their motion to dismiss/summary judgment, the Defendants have filed simultaneously herewith a memorandum of points and authorities demonstrating the requested relief.

WHEREFORE, the Defendants respectfully requests that this Honorable Court enter an Order dismissing Plaintiff's claims with prejudice.

                                                    STATE OF DELAWARE
                                                    DEPARTMENT OF JUSTICE

                                                    /s/ Lisa Barchi
                                                    Lisa Barchi  #3927
                                                    Deputy Attorney General
                                                    820 N. French Street, 6th floor
                                                    Wilmington, DE 19801
                                                    (302) 577-8400
                                                    lisa.barch@state.de.us
Date: January 26, 2006                            Attorney for State Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONTY C. PEPPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-084-JJF |
| | ) | |
| Warden THOMAS CARROLL, C/O | ) | |
| BAMBI THOMAS, C/O JAMES | ) | |
| GARDELS, C/O THOMAS SEACORD | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

AND NOW, this _____ day of _____, 2006, the Motion to Dismiss/Summary Judgment filed by Defendants Thomas Carroll, Bambi Thomas, James Gardels and Thomas Seacord in the above-captioned matter having been duly considered, and any opposition thereto,

IT IS ORDERED that the Motion to Dismiss is granted and that judgment is hereby entered in favor of the movant and against the Plaintiff.

_____
The Honorable Joseph J. Farnan, Judge
United States District Court

## CERTIFICATE OF SERVICE

      I hereby certify that on January 26, 2006, I electronically filed *Motion to Dismiss* with the Clerk of Court using CM/ECF.  I hereby certify that on January 26, 2006, I have mailed by United States Postal Service, the document to the following non-registered participant:

Monty Pepper  
SBI # 156920  
Delaware Correctional Center  
1181 Paddock Road  
Smyrna, DE 19977

                                                        /s/ Lisa Barchi  
                                                        Lisa Barchi  # 3927  
                                                        Deputy Attorney General  
                                                        Carvel State Office Building  
                                                        820 N. French Street, 6th Floor  
                                                        Wilmington, DE 19801  
                                                        302-577-8400  
                                                        lisa.barchi@state.de.us

                                                        Attorney for Defendants