```
Position cursor or enter screen value to select
GC701A                   ***** Courts Case Management *****
Jan 18,06                      - Browse Docket -                       1 more >

Name: PEPPER MONTY C.                SBI#: 00156920  DOB: 03/28/1959
Age Of Case: 692   Status: SA CC     Crt: S  Loc: K  Company Ind:
    Event      Date     Ref
--  ------  ----------  ----  ----------------------------------------------
01  CFCR    08/11/2004   14   FINAL CASE REVIEW:  NO PLEA/SET FOR TRIAL.  DEF. SCHE
02  TJT     08/16/2004   15   TRIAL CALENDAR-JURY TRIAL-PLED GUILTY-PSI ORDERED
03  LETTER  09/24/2004   16   LETTER FROM BETH SAVITZ      TO JUDGE VAUGHN
04  MTNWAC  10/12/2004   17   MOTION TO WITHDRAW AS COUNSEL FILED._(BETH SAVITZ, ES
05  MTNWGP  10/12/2004   18   MOTION FOR WITHDRAW OF GUILTY PLEA FILED._(BETH SAVIT
06  MTNSTA  10/12/2004   19   MOTION TO STAY SENTENCING FILED. (BETH SAVITZ, ESQUIR
07  DEFLTR  10/28/2004   20   DEFENDANT'S LETTER FILED.
08  DEFLTR  11/22/2004   21   DEFENDANT'S LETTER FILED.
09  DEFLTR  11/22/2004   22   DEFENDANT'S LETTER FILED.
10  SENT    11/24/2004   23   SENTENCING CALENDAR - CONTINUED.  COURT'S REQUEST - L
11  MTNWAC  11/24/2004   24   MOTION TO WITHDRAW AS COUNSEL PASSED TIL 2/1/05
12  MTNWGP  11/24/2004   25   MOTION FOR WITHDRAW OF GUILTY PLEA PASSED TIL 2/1/05
13  MTNSTA  11/24/2004   26   MOTION TO STAY PASSED TIL 2/1/05
Case#: 0401017318_  Date: _____   Event: _____   Crt S  Detail _  Sel: __
Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
     help  retrn CASE  DETL  SCHED CHARG bkwrd SENT  PRINT WANTP  < >   main
```