MEMO

TO: I/M Monty Pepper #156920

FROM: Brian Engrem, SHU Law Library Paralegal

DATE: January 18, 2005

RE: Beth Savitz

I have contacted the prothonary office of the Kent County Superior Court regarding your issue with your paid attorney Beth Savitz. They told me Beth Savitz has filed a motion to withdraw as counsel. This motion and several others are scheduled for a hearing on February 01, 2005. I did not contact Beth Savitz since this matter is pending before the court. If you desire to file the lawsuit regarding your legal phone calls to Beth Savitz, I will send you the forms. You may want to wait until the judge rules on these motions before you proceed on any lawsuit. I will direct your request sent to me on this matter to the Inmate Paralegals on the Main Compound for further interpretation of this matter.

Cc: Mike Little
    File