# Delaware Correctional Center

# Inmate Reference Manual

Revised
August 2001

# INDEX

Warden's Message.................................................................................................1

Rules and Regulations..........................................................................................2

Classification........................................................................................................12

Facility Rules.......................................................................................................13

Correctional Code of Penal Discipline................................................................16

Education.............................................................................................................23

Gate Money..........................................................................................................24

Inmate Grievance Procedure...............................................................................26

Inmate Jobs..........................................................................................................27

Law Library Services..........................................................................................28

Medical and Dental Care....................................................................................32

Telephone Access.................................................................................................34

Treatment Services..............................................................................................36

## TELEPHONE ACCESS

Inmates are provided access to telephones as a privilege related to their behavior history and quality of life level. The number of telephone calls permitted is dependent upon the inmate's assigned quality of life level.

If the Institution receives an incoming call from inmate family members or friends regarding an emergency matter, the call shall be referred to Treatment staff/Shift Commander for verification of the emergency and appropriate action.

Routine telephone calls shall be made at the expense of the person being called and shall be made using the inmate telephones provided for that purpose. Inmate telephone calls will not be charged to the Institution and will not be conducted on security telephones.

Inmates may designate up to five personal telephone numbers and one attorney telephone number in the telephone computer system by completing a Telephone System Telephone Number Request Form, which can be obtained from staff. Completed Telephone System Telephone Number Request Forms are to be submitted by the inmate to the housing unit leadworker for review by the housing unit Treatment staff and leadworker. The staff will verify the information on the form and forward it to the proper channels. The attorney telephone number must be a valid telephone number that can be verified. Inmates providing false information or attempting to abuse the telephone privilege will be referred for disciplinary action.

To place a telephone call, the inmate will enter his SBI number, followed by one of his pre-selected telephone numbers. Personal calls may last up to ten minutes. There will be a two-minute, one-minute, and thirty-second warning before the call is

automatically terminated. Legal telephone calls are completed during the 8 to 4 shift and are scheduled and placed by the housing unit staff.

If the inmate wishes to change one or more of his telephone numbers, he must complete a new Telephone System Telephone Number Request Form. The Telephone System Telephone Number Request Form containing changes must be submitted to the housing unit leadworker on the fifth of each month. Therefore, changes to the inmate's telephone number listing will only are made once a month.

If an inmate is suspected of abusing telephone privileges, the inmate will be referred for disciplinary action. There shall be no bartering, selling, trading, or permitting of one inmate to use another inmate's telephone time.

Telephone numbers may be blocked either by the institution for security reasons or by the outside person with the telephone company. In either case, the inmate will not be able to call numbers that are blocked.

The inmate's submission of and signature on the Telephone System Telephone Number Request Form acknowledges the inmate's consent to the conditions and restrictions placed upon the DCC inmate telephones, including the possibility of monitoring, recording, and reporting all telephone activities. Inmate behavior will be controlled and monitored by the housing unit staff while using the telephone.

Any exceptions to the telephone regulations must be approved by the Warden.

Case 1:05-cv-00084-JJF   Document 34-6   Filed 01/26/2006   Page 5 of 5

| STATE OF DELAWARE | SOP NUMBER | PAGE NUMBER |
| DELAWARE CORRECTIONAL CENTER | 3.4 | 4 of 10 |
| SUBJECT: INMATE ACCESS TO TELEPHONE | | |

 d. Access to telephones by inmates shall be the responsibility of the Lead Worker or his designee in each housing area.

 e. Inmate shall be referred for abuse of telephone privileges to the Disciplinary Hearing Officer. There shall be no bartering, selling, trading or the permitting of one (1) inmate to use another inmate's telephone time under any circumstances.

 f. Amount and duration of telephone time shall be:

  (1) <u>Pre-Trial Detainee(s)</u>: Legal collect-calls shall be as requested at the earliest time convenient to Lead Worker. Personal collect-calls shall be no more than two (2) ten (10) minute sessions per week.

  (2) <u>Maximum</u>: Legal collect-calls shall be as requested at the earliest time convenient to Lead Worker. Personal collect-calls shall be no more than one (1) ten (10) minute session per week.

  (3) <u>Medium</u>: Legal collect-calls shall be as requested. Personal collect-calls shall be no more than two (2) ten (10) minute sessions per week.

  (4) <u>Minimum</u>: Legal collect-calls shall be as needed and are verified as such. Personal collect-calls for those inmates gainfully employed, and being paid for such employment, shall be no more than three (3) ten (10) minute sessions per week. Otherwise, two (2) sessions shall be permitted.