# Individual Statement

Date Printed: 1/20/2006

Page 1 of 1

## For Month of December 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $6.04 |
|---|---|---|---|---|---|---|
| 00156920 | Pepper | Monty | C | | | |
| Current Location: D/W | | Comments: QOLPC | | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc | 12/5/2005 | $100.00 | $0.00 | $0.00 | $106.04 | 191485 | 5472397429 | | E. PEPPER |
| Pay-To | 12/9/2005 | ($25.00) | $0.00 | $0.00 | $81.04 | 193596 | | SUPERIOR COURT | |
| Canteen | 12/13/2005 | ($11.84) | $0.00 | $0.00 | $69.20 | 194551 | | | |
| Canteen | 12/14/2005 | ($20.32) | $0.00 | $0.00 | $48.88 | 195047 | | | |
| Misc | 12/14/2005 | $20.20 | $0.00 | $0.00 | $69.08 | 195268 | | GRIEVANCE REIMBU | |
| Canteen | 12/21/2005 | ($28.23) | $0.00 | $0.00 | $40.85 | 197647 | | | |
| Mail | 12/23/2005 | $20.00 | $0.00 | $0.00 | $60.85 | 198896 | 92893862867 | | B. BARTLEY |
| Mail | 12/23/2005 | $50.00 | $0.00 | $0.00 | $110.85 | 198963 | 54680878945 | | E. PEPPER |
| Canteen | 12/28/2005 | ($21.22) | $0.00 | $0.00 | $89.63 | 200367 | | | |

Ending Mth Balance: $89.63

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($2.35)