**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 11/07/2005

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : PEPPER, MONTY C | **SBI#** : 00156920 | **Institution** : DCC |
| **Grievance #** : 7347 | **Grievance Date** : 09/22/2004 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status** : Level 2 | **Resol. Date** : 10/25/2005 |
| **Grievance Type:** Personal Property | **Incident Date** : 09/21/2004 | **Incident Time** : |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg V, Tier A, Cell 8, Bottom | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** On 9/18/04 2:30 I moved to PC 18 BL8 on my own free will to head off trouble with the advice of C/O Werda. She inventoried my property Things were stolen.Headphones $20.00 which were in the box, I have the receipt. Ms Morgan said they had been stolen. This leaves me with no radio.

**Remedy Requested** : replace headphones please or $20.00 asap.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance** : NO | **Date Received by Medical Unit** : |
| **Investigation Sent** : | **Investigation Sent To** : Kromka, Frank |
| **Grievance Amount** : $20 | |

**DCC Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 11/07/2005

# INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| Offender Name : PEPPER, MONTY C | SBI# : 00156920 | Institution : DCC |
| Grievance # : 7347 | Grievance Date : 09/22/2004 | Category : Individual |
| Status : Resolved | Resolution Status: Level 2 | Inmate Status : |
| Grievance Type: Personal Property | Incident Date : 09/21/2004 | Incident Time : |
| IGC : Merson, Lise M | Housing Location :Bldg V, Tier A, Cell 8, Bottom | |

| INFORMAL RESOLUTION |
|---|

**Investigator Name** : Kromka, Frank                    **Date of Report** 10/01/2004

**Investigation Report :** The property room received a 537 form dated 9/18/04 listing a pair of Sony headphones, however, there were no headphones in I/M Pepper's contents. As of this date the property room still has not received the headphones.

**Reason for Referring:**

---

**Investigator Name** : Henry, Janice                    **Date of Report** 01/07/2005

**Investigation Report :** As of 1-12-05 the Pre-Trial area was checked to see if anyone had the missing headphone. None where found belonging to inmate M. Pepper. Grievance is forwarded to Cpl. Merson for resolution, pending inmates receipt of purchase and 537 from Sgt. Kromka.

**Reason for Referring:** Capt. Henry,
This inmate was removed from B/PT and sent to SHU. please see Cpl. Kromka's and continue the investigation in your area. Thanks,
                                          Merson

Offender's Signature:_____

Date                    :_____

Witness (Officer)    :_____

**DCC Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 11/07/2005

---

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** PEPPER, MONTY C | **SBI#**              : 00156920 | **Institution**      : DCC |
| **Grievance #**    : 7347 | **Grievance Date**   : 09/22/2004 | **Category**        : Individual |
| **Status**         : Resolved | **Resolution Status** : Level 2 | **Inmate Status :** |
| **Grievance Type:** Personal Property | **Incident Date**    : 09/21/2004 | **Incident Time :** |
| **IGC**            : Merson, Lise M | **Housing Location :** Bldg V, Tier A, Cell 8, Bottom | |

### IGC

**Medical Provider:**                    **Date Assigned**

**Comments**:

☐ **Forward to MGC**          ☐ **Warden Notified**

☑ **Forward to RGC**          **Date Forwarded to RGC/MGC :** 02/04/2005

☐ **Offender Signature Captured**     **Date Offender Signed**    :

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 11/07/2005

# GRIEVANCE INFORMATION - RGC

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** PEPPER, MONTY C | **SBI#** : 00156920 | **Institution** : DCC |
| **Grievance #** : 7347 | **Grievance Date** : 09/22/2004 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status :** Level 2 | **Inmate Status :** |
| **Grievance Type:** Personal Property | **Incident Date** : 09/21/2004 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg V, Tier A, Cell 8, Bottom | |

### RGC

**Date Received** : 02/04/2005          **Date of Recommendation:** 03/11/2005

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| Inmate | 00188380 | IRWIN, RICHARD N | Uphold |
| Inmate | 00187042 | BASS, DONALD F | Uphold |
| Staff | | Kramer, William | Uphold |
| Staff | | Beall, Wayne | Uphold |
| Staff | | Vargas, Rosalie | Abstain |

### VOTE COUNT

**Uphold : 4**                  **Deny : 0**                  **Abstain : 1**

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|

### RECOMMENDATION

March 07, 2005
Uphold: Inmate should be reimbursed for headphones. $20.20

**DCC  Delaware Correctional Center**                                    Date: 11/07/2005
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

# GRIEVANCE INFORMATION - WARDEN

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name :** PEPPER, MONTY C | **SBI#** : 00156920 | **Institution** : DCC |
| **Grievance #** : 7347 | **Grievance Date** : 09/22/2004 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status :** Level 2 | **Inmate Status :** |
| **Grievance Type:** Personal Property | **Incident Date** : 09/21/2004 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg V, Tier A, Cell 8, Bottom | |

| REFERRED TO | | |
|---|---|---|
| **Due Date :** | **Referred to:** | **Name:** |

**Type of Information Requested :**

| DECISION |
|---|

| **Date Received** | : 03/11/2005 |
|---|---|
| **Decision Date** | : 10/14/2005   **Vote :** Uphold |
| **Comments** | : Upheld.  Headphones were purchased on Sept. 15, 2004, and were lost by staff on or about Sept. 18, 2004.  Therefore, Inmate Pepper shall be reimbursed $20.20. |

cc  DCC IGC
    Inmate
    DCC Business Office
    Admin. Officer Smith

---

**WARDEN / WARDEN'S DESIGNEE SIGNATURE**                    **DATE**

**I WISH TO APPEAL THIS TO THE BUREAU GRIEVANCE OFFICER (B.G.O.)**     **YES:**_____     **NO:**_____

**GRIEVANT'S SIGNATURE**                    **DATE**

**I.G.C. SIGNATURE**                    **DATE**

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 11/07/2005

# GRIEVANCE INFORMATION - Appeal

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name :** PEPPER, MONTY C | **SBI# :** 00156920 | **Institution :** DCC |
| **Grievance # :** 7347 | **Grievance Date :** 09/22/2004 | **Category :** Individual |
| **Status :** Resolved | **Resolution Status :** Level 2 | **Inmate Status :** |
| **Grievance Type:** Personal Property | **Incident Date :** 09/21/2004 | **Incident Time :** |
| **IGC :** Merson, Lise M | **Housing Location :** Bldg V, Tier A, Cell 8, Bottom | |

| APPEAL REQUEST |
|---|
| Appeal Due 10-21-2005 Inmate does not wish to appeal |

| REMEDY REQUEST |
|---|
|  |

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 11/07/2005

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | | | |
|---|---|---|---|---|
| Offender Name : PEPPER, MONTY C | | SBI# : 00156920 | Institution : DCC | |
| Grievance # : 8482 | | Grievance Date : 10/22/2004 | Category : Individual | |
| Status : Non Grievable | | Resolution Status : | Resol. Date : | |
| Grievance Type: Telephone | | Incident Date : 10/22/2004 | Incident Time : | |
| IGC : Curlett, Dawn M | | Housing Location : Bldg V, Tier A, Cell 8, Bottom | | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** LM Merson I have been trying to get leagle calls for over 3 weeks I have sent in multuple requests on day shift to Sagers and requested through Mcffadden telling the problem I have requested call forms day & nite shifts dozen's of times yet have not got one yet I have wrote a letter to Judge James T Vaughn to get action on my case and let him know what is takeing place in hear this has infringed on my rites to the law.

Remedy Requested: Leagle call's and legal action denieing my civil rites to counsel agenst DCC Hoope no retubution from staff for complaing (as of to dax I have sent mim 13 + letters)

**Remedy Requested** : Requests - are not processed through the grievance procedure

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : NO | Date Received by Medical Unit : |
| Investigation Sent : | Investigation Sent To : |
| Grievance Amount : | |

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 11/07/2005

# INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name :** PEPPER, MONTY C | **SBI#** : 00156920 | **Institution** : DCC |
| **Grievance #** : 8482 | **Grievance Date** : 10/22/2004 | **Category** : Individual |
| **Status** : Non Grievable | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Telephone | **Incident Date** : 10/22/2004 | **Incident Time :** |
| **IGC** : Curlett, Dawn M | **Housing Location :** Bldg V, Tier A, Cell 8, Bottom | |
| INFORMAL RESOLUTION | | |

**Offender's Signature:**_____

**Date**          :_____

**Witness (Officer)**  :_____

**Page 2 of 2**

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 11/07/2005

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name :** PEPPER, MONTY C | **SBI#** : 00156920 | **Institution** : DCC |
| **Grievance #** : 9858 | **Grievance Date** : 12/08/2004 | **Category** : Individual |
| **Status** : Non Grievable | **Resolution Status :** | **Resol. Date** : |
| **Grievance Type:** Personal Property | **Incident Date** : 08/04/2004 | **Incident Time :** |
| **IGC** : Curlett, Dawn M | **Housing Location :** Bldg V, Tier A, Cell 8, Bottom | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** About 13 weeks ago I put in a grievance on the theaft of my headphones from property I have the recipts to show they went in but didn't come out now I cant even buy eny untill you resolve this this is being done on purpose noone can be this incompetant. So I have given the other copy of these grievance to my parents they are going to contact Intarnel Afferes and Dad said he may send a copy to Sandra Arnlds atterney so they see the problem

Remedy Requested: Either headpones or permission to buy a set! All Frank Kromkn hastodo is call the property room! is that too hard maybe we need feds in hear

**Remedy Requested** : Duplicate Grievance# 7347

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** NO | **Date Received by Medical Unit :** |
| **Investigation Sent :** | **Investigation Sent To** : |
| **Grievance Amount :** | |

**DCC   Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 11/07/2005

# INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name :** PEPPER, MONTY C | **SBI#** : 00156920 | **Institution** : DCC |
| **Grievance #** : 9858 | **Grievance Date** : 12/08/2004 | **Category** : Individual |
| **Status** : Non Grievable | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Personal Property | **Incident Date** : 08/04/2004 | **Incident Time :** |
| **IGC** : Curlett, Dawn M | **Housing Location :** Bldg V, Tier A, Cell 8, Bottom | |

| INFORMAL RESOLUTION |
|---|

**Offender's Signature:**_____

**Date**        :_____

**Witness (Officer)**   :_____

Smyrna Landing Road
**SMYRNA DE, 19977**
Phone No. 302-653-9261

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| Offender Name : PEPPER, MONTY C | SBI# : 00156920 | Institution : DCC |
| Grievance # : 11222 | Grievance Date : 01/29/2005 | Category : Individual |
| Status : Unresolved | Resolution Status : | Resol. Date : |
| Grievance Type: Staff Issues | Incident Date : 01/29/2005 | Incident Time : 17:00 |
| IGC : Merson, Lise M | Housing Location : Bldg 18, Lower, Tier B, Cell 8, Single | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** As the nurse gave me my meds I had asked her if she could turn up the heat in hear its cold! I have a soure throught and chest pains she said she couldn't and I told her that it was crule and unusal punshment! The guard of Terry who slamd the gate closed while I was talking to her told me to "quote" Lay down or I'll show you crule and unusal punshment. This is terristic threating "I wish to press charges" This is not the first time he's been verbaly abusive he is named as a defendant I the upcoming law sute agenst DCC I asked for a greavance from co moore and the other co. he said no! That's his frend. I am pressing charges Fedraly!

**Remedy Requested :** I wish that Off Terry is arrested for Terristic Threating. Fear of Retubtion!

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| Inmate | 00156920 | PEPPER, MONTY C |
| Staff | | Terry, William C |
| Staff | | Moore, Marshall V IV |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : NO | Date Received by Medical Unit : |
| Investigation Sent : | Investigation Sent To : Sagers, Clyde |
| Grievance Amount : | |

*C/O Terry apologized, was probly having bd day.*

**Page 1 of 2**

DCC Delaware Correctional Center

Smyrna Landing Road
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| Offender Name : PEPPER, MONTY C | SBI# : 00156920 | Institution : DCC |
| Grievance # : 11222 | Grievance Date : 01/29/2005 | Category : Individual |
| Status : | Resolution Status: | Inmate Status : |
| Grievance Type: Staff Issues | Incident Date : 01/29/2005 | Incident Time : 17:00 |
| IGC : Merson, Lise M | Housing Location :Bldg 18, Lower, Tier B, Cell 8, Single | |

| INFORMAL RESOLUTION | |
|---|---|
| Investigator Name : Sagers, Clyde | Date of Report 02/07/2005 |

Investigation Report :

**Reason for Referring:**

---

| Investigator Name : Seacord, Thomas J | Date of Report 02/07/2005 |
|---|---|

**Investigation Report :**

**Reason for Referring:** please investigate.

Offender's Signature: _____

Date :Feb 14/05

Witness (Officer) : Cpl Scott Sykes _____

**Page 2 of 2**

Smyrna Landing Road
**SMYRNA DE, 19977**
Phone No. 302-653-9261

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** PEPPER, MONTY C | **SBI#** : 00156920 | **Institution** : DCC |
| **Grievance #** : 11222 | **Grievance Date** : 01/29/2005 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status :** Level 1 | **Resol. Date** : 02/25/2005 |
| **Grievance Type:** Staff Issues | **Incident Date** : 01/29/2005 | **Incident Time :** 17:00 |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg 18, Lower, Tier B, Cell 8, Single | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** As the nurse gave me my meds I had asked her if she could turn up the heat in hear its cold!  I have a soure throught and chest pains she said she couldn't and I told her that it was crule and unusal punshment!  The guard of Terry who slamd the gate closed while I was talking to her told me to "quote" Lay down or I'll show you crule and unusal punshment.  This is terristic threating "I wish to press charges"  This is not the first time he's been verbaly abusive he is named as a defendant I the upcoming law sute agenst DCC I asked for a greavance from co moore and the other co.  he said no!  That's his frend.  I am pressing charges Fedraly!

**Remedy Requested** : I wish that Off Terry is arrested for Terristic Threating. Fear of Retubution!

### INDIVIDUALS INVOLVED

| Type | SBI# | Name |
|---|---|---|
| Inmate | 00156920 | PEPPER, MONTY C |
| Staff | | Terry, William C |
| Staff | | Moore, Marshall V IV |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** NO | **Date Received by Medical Unit :** |
| **Investigation Sent :** | **Investigation Sent To** : Sagers, Clyde |
| **Grievance Amount :** | |

**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

# INFORMAL RESOLUTION

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** PEPPER, MONTY C | **SBI#** : 00156920 | **Institution** : DCC |
| **Grievance #** : 11222 | **Grievance Date** : 01/29/2005 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status:** Level 1 | **Inmate Status :** |
| **Grievance Type:** Staff Issues | **Incident Date** : 01/29/2005 | **Incident Time :** 17:00 |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg 18, Lower, Tier B, Cell 8, Single | |

## INFORMAL RESOLUTION

**Investigator Name** : Sagers, Clyde                    **Date of Report** 02/07/2005

**Investigation Report :**

**Reason for Referring:**

---

**Investigator Name** : Seacord, Thomas J                **Date of Report** 02/15/2005

**Investigation Report :** Inmate signed off on this grievance

**Reason for Referring:** please investigate.

---

**Offender's Signature:**_____

**Date**                    :_____

**Witness (Officer)**    :_____

Smyrna Landing Road
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name :** PEPPER, MONTY C | **SBI#** : 00156920 | **Institution** : DCC |
| **Grievance #** : 11222 | **Grievance Date** : 01/29/2005 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status :** Level 1 | **Inmate Status :** |
| **Grievance Type:** Staff Issues | **Incident Date** : 01/29/2005 | **Incident Time :** 17:00 |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg 18, Lower, Tier B, Cell 8, Single | |

### IGC

**Medical Provider:**                **Date Assigned**

**Comments:**

☐ **Forward to MGC**           ☐ **Warden Notified**

☐ **Forward to RGC**           **Date Forwarded to RGC/MGC :** 02/25/2005

☑ **Offender Signature Captured**      **Date Offender Signed** : 02/25/2005

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : PEPPER, MONTY C | **SBI#** : 00156920 | **Institution** : DCC |
| **Grievance #** : 11282 | **Grievance Date** : 02/04/2005 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status** : | **Resol. Date** : |
| **Grievance Type:** Staff Issues | **Incident Date** : 02/04/2005 | **Incident Time :** 12:00 |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg V, Tier A, Cell 8, Bottom | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** This morning I asked c/o Boston and Loydd for a razor with no response at lunch time I asked again with no response I asked for a grievance form no responce a c/o was talking to L6 (Janodoe) c/o.  When trays were picked up I asked c/o Bamby for a razor she said no!  I asked why she said because she said I asked for a grievance form she said no she told me that razors are a privlage.  Other inmates witnessed this I haven't shaved since last fryday Tuesday I went to court the didnt let me shave.  This is retaliation.

**Remedy Requested** : Solve this problem up to you legal action is in process agenst DCC and agenst c/oBoston and other in the profeshanl and non profeshanl status as other greaivances this has a copy and I expect action.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| Inmate | 00156920 | PEPPER, MONTY C |
| Staff | | Boston, Kenya Q |
| Staff | | Lloyd, Joshua |
| Staff | | Thomas, Bambie |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** NO | **Date Received by Medical Unit :** |
| **Investigation Sent :** | **Investigation Sent To** : Sagers, Clyde |
| **Grievance Amount :** | |

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 11/07/2005

# INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name :** PEPPER, MONTY C | **SBI#** : 00156920 | **Institution** : DCC |
| **Grievance #** : 11282 | **Grievance Date** : 02/04/2005 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Staff Issues | **Incident Date** : 02/04/2005 | **Incident Time :** 12:00 |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg V, Tier A, Cell 8, Bottom | |

| INFORMAL RESOLUTION |
|---|

**Investigator Name** : Sagers, Clyde                **Date of Report** 02/07/2005

**Investigation Report :**

**Reason for Referring:**

---

**Investigator Name** : Seacord, Thomas J            **Date of Report** 02/22/2005

**Investigation Report :** HOUSING RULES IN SHU STATE THAT INMATES RECIEVE RAZORS ON MONDAY AND THURSDAY.DAY IN QUESTION ON THIS GRIEVANCE WAS A FRIDAY. INMATE REFUSED TO SIGN THIS GRIEVANCE AND DISAGREE'S.

**Reason for Referring:** please resolve grievance. Sagers

<br><br>

**Offender's Signature:**_____

**Date**            :_____

**Witness (Officer)**  :_____

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 11/07/2005

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name :** PEPPER, MONTY C | **SBI#** : 00156920 | **Institution** : DCC |
| **Grievance #** : 11282 | **Grievance Date** : 02/04/2005 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status :** | **Inmate Status :** |
| **Grievance Type:** Staff Issues | **Incident Date** : 02/04/2005 | **Incident Time :** 12:00 |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg V, Tier A, Cell 8, Bottom | |

### IGC

**Medical Provider:**                    **Date Assigned**

**Comments:**

☐ **Forward to MGC**              ☐ **Warden Notified**

☑ **Forward to RGC**              **Date Forwarded to RGC/MGC :** 02/25/2005

☐ **Offender Signature Captured**      **Date Offender Signed**        :

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 11/07/2005

## GRIEVANCE INFORMATION - RGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** PEPPER, MONTY C | **SBI# :** 00156920 | **Institution :** DCC |
| **Grievance # :** 11282 | **Grievance Date :** 02/04/2005 | **Category :** Individual |
| **Status :** Unresolved | **Resolution Status :** | **Inmate Status :** |
| **Grievance Type:** Staff Issues | **Incident Date :** 02/04/2005 | **Incident Time :** 12:00 |
| **IGC :** Merson, Lise M | **Housing Location :** Bldg V, Tier A, Cell 8, Bottom | |

### RGC

**Date Received :** 02/25/2005          **Date of Recommendation:** 03/11/2005

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| Inmate | 00188380 | IRWIN, RICHARD N | Deny |
| Inmate | 00187042 | BASS, DONALD F | Deny |
| Staff | | Kramer, William | Deny |
| Staff | | Beall, Wayne | Deny |
| Staff | | Vargas, Rosalie | Abstain |

### VOTE COUNT

| Uphold : 0 | Deny : 4 | Abstain : 1 |
|---|---|---|

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| | | | |

### RECOMMENDATION

March 07, 2005
Deny: Razors are passed out twice a week. Note: inmate was disorderly during hearing.

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 11/07/2005

# GRIEVANCE INFORMATION - WARDEN

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** PEPPER, MONTY C | **SBI#** : 00156920 | **Institution** : DCC |
| **Grievance #** : 11282 | **Grievance Date** : 02/04/2005 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status :** | **Inmate Status :** |
| **Grievance Type:** Staff Issues | **Incident Date** : 02/04/2005 | **Incident Time :** 12:00 |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg V, Tier A, Cell 8, Bottom | |

## REFERRED TO

**Due Date :**          **Referred to:**          **Name:**

**Type of Information Requested :**

## DECISION

**Date Received** : 03/11/2005

**Decision Date** : 10/17/2005          **Vote :** Deny

**Comments** : Denied.  Inmates are issued razors pursuant to housing rules.  By way of a copy of this grievance, I am directing that Major Holman ensure that razors are being issued and collected consistently as authorized in housing rules.

cc DCC IGC
   Inmate
   Major Holman

**WARDEN / WARDEN'S DESIGNEE SIGNATURE**                    **DATE**

**I WISH TO APPEAL THIS TO THE BUREAU GRIEVANCE OFFICER (B.G.O.)**     YES:_____     NO:_____

**GRIEVANT'S SIGNATURE**                    **DATE**

**I.G.C. SIGNATURE**                    **DATE**

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 11/07/2005

# GRIEVANCE INFORMATION - Appeal

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name :** PEPPER, MONTY C | **SBI#** : 00156920 | **Institution** : DCC |
| **Grievance #** : 11282 | **Grievance Date** : 02/04/2005 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status :** | **Inmate Status :** |
| **Grievance Type:** Staff Issues | **Incident Date** : 02/04/2005 | **Incident Time :** 12:00 |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg V, Tier A, Cell 8, Bottom | |

| APPEAL REQUEST |
|---|

Appeal due 10-23-2005. Appeal returned 10-23-3005.
Sir's/mam's as you can read this grievance ia about not only razers But the biger point officer's abuse of power The refusal of constitutional and civil Rights this is only one of many that do no adress the issue of abuse of power there are 24 witnesses to this abuse as other grivances The damage was done 240 days ago my appearance in court was descusting This was done to "Purposly" hurt me and others The damage is done you "denie" than say razors will be handed out yet do not address officers behaviour. The same hearing I said it was about time off Vargus said are you getting smart we can end this now I said OK that is all that was said I will not be abused by Officer Vargus along with others shows Cruptshon.

| REMEDY REQUEST |
|---|

**DCC Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

# GRIEVANCE INFORMATION - BGO

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name :** PEPPER, MONTY C | **SBI#** : 00156920 | **Institution** : DCC |
| **Grievance #** : 11282 | **Grievance Date** : 02/04/2005 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status :** | **Inmate Status :** |
| **Grievance Type:** Staff Issues | **Incident Date** : 02/04/2005 | **Incident Time :** 12:00 |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg V, Tier A, Cell 8, Bottom | |

| REFERRED TO | | |
|---|---|---|
| **Due Date :** | **Referred to:** | **Name:** |
| **Type of Information Requested :** | | |

| DECISION |
|---|
| **Date Received :** 10/24/2005 |
| **Decision Date :** 10/24/2005    **Vote :** Deny |
| **Comments** : |
| I concur with the unanimous Resident Grievance Committee recommendation, which is further supported by the Warden's decision. |

**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

## GRIEVANCE INFORMATION - Bureau Chief

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name :** PEPPER, MONTY C | **SBI#** : 00156920 | **Institution** : DCC |
| **Grievance #** : 11282 | **Grievance Date** : 02/04/2005 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status :** | **Inmate Status :** |
| **Grievance Type:** Staff Issues | **Incident Date** : 02/04/2005 | **Incident Time :** 12:00 |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg V, Tier A, Cell 8, Bottom | |

| DECISION | |
|---|---|
| **Decision Date:** | **Vote :** |
| **Comments :** | |

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** PEPPER, MONTY C | **SBI#** : 00156920 | **Institution** : DCC |
| **Grievance #** : 11501 | **Grievance Date** : 02/12/2005 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status :** Level 1 | **Resol. Date** : 05/26/2005 |
| **Grievance Type:** Staff Issues | **Incident Date** : 02/12/2005 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg 18, Lower, Tier B, Cell 8, Single | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Officer Snead served breakfast to us. When Snead came to pick up trays he asked if I through the trash out I said yes Then he said called me a name like stinkey or something and said he'd tell tear man I said go ahead he knows that what we do He told me "Im lucky I locked down tuff guy"  This is the third time last time at window of door witnessed by the other inmates and the first on the 1st Feb when I went to court he told me he out to put me in a cell iwth a SHU inmate he told me he beat me up then told me he'd write me up for my nasty cell

**Remedy Requested** : This it is being sent to governers office I expect charges to be pressed

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** NO | **Date Received by Medical Unit :** |
| **Investigation Sent :** | **Investigation Sent To** : Sagers, Clyde |
| **Grievance Amount :** | |

Smyrna Landing Road
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

## GRIEVANCE REPORT

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|

| | | |
|---|---|---|
| Offender Name : PEPPER, MONTY C | SBI# : 00156920 | Institution : DCC |
| Grievance # : 11501 | Grievance Date : 02/12/2005 | Category : Individual |
| Status : Unresolved | Resolution Status : | Resol. Date : |
| Grievance Type: Staff Issues | Incident Date : 02/12/2005 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg 18, Lower, Tier B, Cell 8, Single | |

| OFFENDER GRIEVANCE DETAILS |
|---|

**Description of Complaint:** Officer Snead served breakfast to us. When Snead came to pick up trays he asked if I through the trash out I said yes Then he said called me a name like stinkey or something and said he'd tell tear man I said go ahead he knows that what we do He told me "Im lucky I locked down tuff guy" This is the third time last time at window of door witnessed by the other inmates and the first on the 1st Feb when I went to court he told me he out to put me in a cell iwth a SHU inmate he told me he beat me up then told me he'd write me up for my nasty cell

**Remedy Requested** : This it is being sent to governers office I expect charges to be pressed

| INDIVIDUALS INVOLVED | | |
|---|---|---|
| Type | SBI # | Name |
| | | |

| ADDITIONAL GRIEVANCE INFORMATION |
|---|

| | |
|---|---|
| Medical Grievance : NO | Date Received by Medical Unit : |
| Investigation Sent : | Investigation Sent To : Sagers, Clyde |
| Grievance Amount : | |

ISSUE RESOLVED: INMATE PEPPER IS SATISFIED BECAUSE SGT SNEAD IS NO LONGER ASSIGNED TO THE SHU.

LT. *[signature]*

Smyrna Landing Road
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| Offender Name : PEPPER, MONTY C | SBI# : 00156920 | Institution : DCC |
| Grievance # : 11501 | Grievance Date : 02/12/2005 | Category : Individual |
| Status : Unresolved | Resolution Status: | Inmate Status : |
| Grievance Type: Staff Issues | Incident Date : 02/12/2005 | Incident Time : |
| IGC : Merson, Lise M | Housing Location :Bldg 18, Lower, Tier B, Cell 8, Single | |

| INFORMAL RESOLUTION |
|---|

**Investigator Name** : Sagers, Clyde                    **Date of Report** 02/14/2005

**Investigation Report :**

**Reason for Referring:**

---

**Investigator Name** : Welcome, Michael                 **Date of Report** 02/15/2005

**Investigation Report :** This Sgt. Snead who the grievance is referring to does not work for me. He does not work on my shift, and I do not see him. Forwarded grievance to Lt. John Barlow. He works 2 days a week in SHU on 12-8. Lt. Bourne the regular 12-8 shift SHU Lt. is out on extended sick leave.

**Reason for Referring:** please resolve. Sagers

---

**Investigator Name** : Barlow, John                     **Date of Report** 02/17/2005

**Investigation Report :**

**Reason for Referring:** Sgt. Snead who the Inmate is refering to works 12-8 shift in SHU 18. Lt. Barlow is the 12-8 supervisor in SHU 18. I do not see Sgt. Snead to question him.

Offender's Signature: _____

Date              : 4 15 05

Witness (Officer)  : LT John Barlow

DCC - Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|

**Offender Name :** PEPPER, MONTY C

**Grievance # :** 11501

**Status :** Resolved

**Grievance Type:** Staff Issues

**IGC :** Merson, Lise M

**SBI# :** 00156920

**Grievance Date :** 02/12/2005

**Resolution Status:** Level 1

**Incident Date :** 02/12/2005

**Institution :** DCC

**Category :** Individual

**Inmate Status :**

**Incident Time :**

**Housing Location :** Bldg 18, Lower, Tier B, Cell 8, Single

| INFORMAL RESOLUTION | | |
|---|---|---|

**Investigator Name :** Sagers, Clyde          **Date of Report** 02/14/2005

**Investigation Report :**

**Reason for Referring:**

---

**Investigator Name :** Welcome, Michael          **Date of Report** 02/15/2005

**Investigation Report :** This Sgt. Snead who the grievance is referring to does not work for me. He does not work on my shift, and I do not see him. Forwarded grievance to Lt. John Barlow. He works 2 days a week in SHU on 12-8. Lt. Bourne the regular 12-8 shift SHU Lt. is out on extended sick leave.

**Reason for Referring:** please resolve. Sagers

---

**Investigator Name :** Barlow, John          **Date of Report** 02/17/2005

**Investigation Report :** Inmate Pepper is satisfied because Sgt. Snead is no longer assigned to the SHU.

**Reason for Referring:** Sgt. Snead who the Inmate is refering to works 12-8 shift in SHU 18. Lt. Barlow is the 12-8 supervisor in SHU 18. I do not see Sgt. Snead to question him.

**Offender's Signature:** _____

**Date** : _____

**Witness (Officer)** : _____

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

# GRIEVANCE INFORMATION - IGC

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** PEPPER, MONTY C | **SBI#** : 00156920 | **Institution** : DCC |
| **Grievance #** : 11501 | **Grievance Date** : 02/12/2005 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status** : Level 1 | **Inmate Status** : |
| **Grievance Type:** Staff Issues | **Incident Date** : 02/12/2005 | **Incident Time** : |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg 18, Lower, Tier B, Cell 8, Single | |

## IGC

**Medical Provider:**                                   **Date Assigned**

**Comments:**

☐ **Forward to MGC**            ☐ **Warden Notified**

☐ **Forward to RGC**            **Date Forwarded to RGC/MGC** : 05/26/2005

☑ **Offender Signature Captured**    **Date Offender Signed**    : 05/26/2005