L. M. Merson
Chair P

Capt. Sagers xc 11/10
FVF 11/10/04

FORM #584

GRIEVANCE FORM

FACILITY: DCC  DATE: OCT 22 04
GRIEVANT'S NAME: Monty Pepper  SBI#: 00156920
CASE#: 8482  TIME OF INCIDENT:
HOUSING UNIT: Shu 18 B L8

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

L. M. Merson I have been Trying To get Leagle calls for over 3 weeks I have sent in multiple Requests on day shift to sagers and Requested Through McFadden Telling the problem I have Requested call forms Day & nite shifts dozens of times yet have not got one yet I have wrote a Letter To Judge James T Vaughn To get action on my case and Let him Know what is takeing Place in hear This has infringed on my Rites To The Law

ACTION REQUESTED BY GRIEVANT: Leigle call's and ~~possible~~ Leagl action denieing my civ Rites To counsel agenst DCC
Hope no retibution from staff for complains (As of today I have sent him (3+ letters)

GRIEVANT'S SIGNATURE: _____  DATE: OCT 22 04
                                 OCT 24 04

WAS AN INFORMAL RESOLUTION ACCEPTED?  ___(YES)  ___(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____  DATE: 0

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED
NOV 03 2004
Inmate Grievance Office

## Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven(7) days from the date of the occurance or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be recieved during the next working day.

---

## Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

_____ **Vulgar/Abusive or Threatening Language.** The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_____ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed.     _____Disciplinary Action     _____Parole Decision
                                _____Classification Action

✓ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

_____ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance #_____.

_____ **Original Grievances must be submitted to the Inmate Grievance Chairperson.** Photocopies are not accepted.

_____ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

_____ **Expired filing period.** Grievance exceeds seven(7) days from date of occurrence.


_____          NOV 0 3 2004
Inmate Grievance Chairperson                    Date


Form#: 584 (F&B)
(Reverse Revised July '99)

**FORM #584**

**GRIEVANCE FORM**

*12/30/04*

FACILITY: DCC Smyrna                    DATE: Dec 8 04

GRIEVANT'S NAME: Monty Pepper           SBI#: 00156920

CASE#: 7347 9858                        TIME OF INCIDENT: _____

HOUSING UNIT: 18 B L8

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

about 13 weeks ago I put in a grievance on The Theaft of my Headphones from property I Have The Recipts To show They went in But didnT come ouT now I canT even buy eny unTill you Resolve This This is being done on purpose noone can be This incompetanT, So I have given The other copy of These grievance To my parents The are going To contacT InTarnel afferes and Dad said he may send a copy To Sandra Archilds Atterney so They can see The problem

ACTION REQUESTED BY GRIEVANT: eiTher Head Phones or Permission To buy a seT!

all Frank Kromkn hasTo do is call The properTy room ! Is ThaT Too hard maybe we need feds in hear

GRIEVANT'S SIGNATURE: _____           DATE: Dec 8 04

WAS AN INFORMAL RESOLUTION ACCEPTED?    ___(YES)  ___(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____           DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

DEC 13 2004
Inmate Grievance Office

## Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven(7) days from the date of the occurance or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be recieved during the next working day.

---

## Return of Unprocessed Grievance

<u>Intake Action:</u> This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

_____ **Vulgar/Abusive or Threatening Language.** The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_____ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed.   _____ Disciplinary Action   _____ Parole Decision
_____ Classification Action

_____ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

__✓__ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance # _7347_.

_____ **Original Grievances** must be submitted to the Inmate Grievance Chairperson. Photocopies are <u>not</u> accepted.

_____ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

_____ **Expired filing period.** Grievance exceeds seven(7) days from date of occurrence.

_____
Inmate Grievance Chairperson

DEC 1 3 2004
_____
Date

Form#: 584 (F&B)
(Reverse Revised July '99)

ms merson

FORM #584

GRIEVANCE FORM

duplicate
8482

FACILITY: DCC                                DATE: Dec 21 04
GRIEVANT'S NAME: Monty Pepper    SBI#: 00156920

CASE#: _____              TIME OF INCIDENT: _____
HOUSING UNIT: 18 B L 8

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

I am being Refused Leagal calls 10TH Try either Bambe or Lt Seacord or someone is not Letting call happen I have copys Ive informd The Task Force I intend on fileing Sute, Bambi and co's Refuse Request for Grievance forms ' sick forms and Leagal call forms I am sendind Letter's To Judge Vaugh Letting him know and I see no other couice But To file Sute over This issue and The Lack of your office in all matters To resolve Problems has been forworded To Fed Task force

ACTION REQUESTED BY GRIEVANT: Face To Face with you To Resolve This befor This goes To Court / Resolve Greaviance 7347 9/22/04

GRIEVANT'S SIGNATURE: _____   DATE: _____

WAS AN INFORMAL RESOLUTION ACCEPTED?   ____(YES)   ____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____   DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

DEC 27 2004

RECEIVED
JAN 03 2005
Inmate Grievance Office

Ms Johnson
Case #11022
Fac   Dcc   Greivance
name   Monty Pepper
Caseno
Housing   1B L8

Impression Copy made Jan 29.04
Clyde Sagers
0015 69 20
Jan 29 05
Time of incident Jan 29 05
5:00

As the nurse gave me my meds I had asked her if she could turn up the heat in hear its cold. I have a soure throught and chest pains she said she couldn't and I told her that it was crule and unusal punshment. The guard Terry who slamd the gate closed while I was talking to her told me to "quote" Lay down or I'll show you crule and unusal punshment. This is Terristic threating "I wish to press charges" This is not the first time he's been verbaly abusive he is named as a defendant I the upcoming Law suTe agenst DCC I asked for a greavance from co moore and the other co, he said no! That's his frend. I Am pressing charges RECEIVED.

action Request: I wish that off Terry is arrested for Terristic threating. Fear of Retribution

Inmate Grievance Office

LM Marson

Inpreson Copys & grevances sent home

Sagers

## FORM #584

### GRIEVANCE FORM

FACILITY: DCC  
DATE: Feb 12 05  
GRIEVANT'S NAME: Monty Pepper  
SBI#: 00156920  
CASE#: 11501  
TIME OF INCIDENT: 5:00 AM  
HOUSING UNIT: 18B8L

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

This morning "officer Snead" served brakfast to us in PC while the gate is open we Remove our Trash by Throwing it out on the tier This was done by other cells also when Snead came To Pick up Trays he asked if I Through The Trash out I said yes Then he "said" called me a name like stinkey or somthing and said he'd Tell Tear man I said go ahead he knows Thas what we do This made snead mad he Told me "I'm Luckey I Locked down Tuff guy" insinuating he would hurt me or kill me? This is called "Terristic Threating" This is a crime! This is The Third Time Last Time at window of door witnessed by other inmates and The first on The 1st Feb when I went to court he Told me he out To Put me in a cell with shit inmate He Told me he beat one up Then Told me he'd write me up for my nasty

ACTION REQUESTED BY GRIEVANT:

cell which I get no cleaning supplys To Clean, I Told him goahead These are Threats For Retalation for upcoming Sute agenst DCC & DOC and up To 20 officers and The greavance system There has Been "no resolution" on "any" of my greavances what so ever The Sute has been filed I expect Resolutions but you know There is none out of your office

GRIEVANT'S SIGNATURE: _____  DATE: Feb 12 05

his To is being sent To governers office I expect Charges To be Pressed

WAS AN INFORMAL RESOLUTION ACCEPTED? ___(YES) ___(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____  DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE  
    GRIEVANT

April '97 REV

RECEIVED  
FEB 14 2005  
Inmate Grievance Office