| Incident# | DCC Delaware Correctional Center | Date: 11/08/2005 |
|---|---|---|
| 1015722 | Smyrna Landing Road | |
| | SMYRNA DE, 19977 | |
| | Phone#: 302-653-9261 | |

## INCIDENT REPORT

Group#: N/A    Type: Inmate Involved    Incident Date: 09/18/2004    Time: 01:50    Confidential: No

Facility: DCC Delaware Correctional Center                                        Followup Required: No
Incident Location: B/PT
Location Description: C tier cell 25

Violated Conditions:

Description of Incident:
On the above date and time C/O Werda was conducting a tier check and I/M Pepper, Monty SBI# 00156920 asked to speak to me. I/M Pepper told C/O Werda that I/M Fisher, Kenneth SBI# 00273050 and I/M Hopkins, Eric SBI# 00212803 were making threats of physical harm toward I/M Pepper. I/M Pepper said that he would defend himself anyway he had too. Inmate request Protective Custody. Inmate removed from tier pending investigation moved to Protective Custody. Notified Bldg Cpl Gauani who notified Lt Endres.

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| N/A | N/A | N/A |

Evidence Type: N/A                                                    Date Collected: N/A
Discovered By: N/A                                                    Secured By: N/A

Type of Force Used: [ ] PHYSICAL  [ ] CHEMICAL  [ ] STUN  [ ] OTHER  [ ] CAPSTUN  [X] NONE
Restraints Used: N/A

Immediate Action Taken:
removed I/M from tier/ Area Lt. Notified

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Inmate | Monty, Pepper C | 00156920 | N/A |
| Staff | Sandra, Werda | N/A | Correctional Officer |

Reporting Officer: Werda, Sandra (Correctional Officer)    Entered By: Werda, Sandra (Correctional Officer)

### Approval Information

[X] Approved  [ ] Disapproved  Date: 09/18/2004  Approved by: Burton, Bruce (Shift Commander - Large Inst.)
Comments: N/A