## INMATE HOUSING RULES FOR THE SECURITY HOUSING UNIT

1. One toothbrush
2. One tube of toothpaste
3. One roll of toilet paper
4. One bar of soap
5. Up to ten sheets of writing paper
6. Up to five envelopes

IV. **PERSONAL HYGIENE**

    A. **SHOWERS:** All inmates are required to take a shower at least three times a week based upon assigned Quality of Life Level. Showers shall be taken during exercise periods (time has been included for this purpose).

    B. **SHAVING:** Disposable razors may be issued twice weekly during the shower period on days designated by the Unit Lieutenant. Tampering with razors or removing blades is prohibited. Razors will be collected and inspected by security staff prior to the end of the shower period.

    C. **HAIRCUTS:** Haircuts shall normally be scheduled on the 4 to 12 shift as staffing permits. Requests shall be made in writing to the Leadworker, who will schedule all haircuts. Inmates are allowed only one haircut per month. Inmates shall not be permitted to have haircuts while serving a sanction of cell confinement or segregated for disciplinary reasons. No inmate other than the barber and the inmate pre-scheduled for the haircut shall be in the Barber Shop area. No more than one inmate shall be out at a given time for a haircut.