**DCC Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 01/07/2005

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** PEPPER, MONTY C | **SBI# :** 00156920 | **Institution :** DCC |
| **Grievance # :** 11282 | **Grievance Date :** 02/04/2005 | **Category :** Individual |
| **Status :** Unresolved | **Resolution Status :** | **Resol. Date :** |
| **Grievance Type:** Staff Issues | **Incident Date :** 02/04/2005 | **Incident Time :** 12:00 |
| **IGC :** Merson, Lise M | **Housing Location :** Bldg V, Tier A, Cell 8, Bottom | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** This morning I asked c/o Boston and Loydd for a razor with no response at lunch time I asked again with no response I asked for a grievance form no responce a c/o was talking to L6 (Janodoe) c/o. When trays were picked up I asked c/o Bamby for a razor she said no! I asked why she said because she said I asked for a grievance form she said no she told me that razors are a privlage. Other inmates witnessed this I haven't shaved since last fryday Tuesday I went to court the didnt let me shave. This is retaliation.

**Remedy Requested :** Solve this problem up to you legal action is in process agenst DCC and agenst c/oBoston and other in the profeshanl and non profeshanl status as other greaivances this has a copy and I expect action.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| Inmate | 00156920 | PEPPER, MONTY C |
| Staff | | Boston, Kenya Q |
| Staff | | Lloyd, Joshua |
| Staff | | Thomas, Bambie |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** NO | **Date Received by Medical Unit :** |
| **Investigation Sent :** | **Investigation Sent To :** Sagers, Clyde |
| **Grievance Amount :** | |

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 11/07/2005

# INFORMAL RESOLUTION

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : PEPPER, MONTY C | **SBI#** : 00156920 | **Institution** : DCC |
| **Grievance #** : 11282 | **Grievance Date** : 02/04/2005 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status:** | **Inmate Status** : |
| **Grievance Type:** Staff Issues | **Incident Date** : 02/04/2005 | **Incident Time** : 12:00 |
| **IGC** : Merson, Lise M | **Housing Location** :Bldg V, Tier A, Cell 8, Bottom | |

### INFORMAL RESOLUTION

**Investigator Name** : Sagers, Clyde                **Date of Report** 02/07/2005

**Investigation Report** :

**Reason for Referring:**

**Investigator Name** : Seacord, Thomas J                **Date of Report** 02/22/2005

**Investigation Report** : HOUSING RULES IN SHU STATE THAT INMATES RECIEVE RAZORS ON MONDAY AND THURSDAY. DAY IN QUESTION ON THIS GRIEVANCE WAS A FRIDAY. INMATE REFUSED TO SIGN THIS GRIEVANCE AND DISAGREE'S.

**Reason for Referring:** please resolve grievance. Sagers

**Offender's Signature:** _____

**Date** : _____

**Witness (Officer)** : _____

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 11/07/2005

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** PEPPER, MONTY C | **SBI# :** 00156920 | **Institution :** DCC |
| **Grievance # :** 11282 | **Grievance Date :** 02/04/2005 | **Category :** Individual |
| **Status :** Unresolved | **Resolution Status :** | **Inmate Status :** |
| **Grievance Type:** Staff Issues | **Incident Date :** 02/04/2005 | **Incident Time :** 12:00 |
| **IGC :** Merson, Lise M | **Housing Location :** Bldg V, Tier A, Cell 8, Bottom | |

### IGC

**Medical Provider:**          **Date Assigned**

**Comments:**

☐ Forward to MGC          ☐ Warden Notified

☒ Forward to RGC          Date Forwarded to RGC/MGC : 02/25/2005

☐ Offender Signature Captured     Date Offender Signed     :

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 11/07/2005

# GRIEVANCE INFORMATION - RGC

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** PEPPER, MONTY C | **SBI# :** 00156920 | **Institution :** DCC |
| **Grievance # :** 11282 | **Grievance Date :** 02/04/2005 | **Category :** Individual |
| **Status :** Unresolved | **Resolution Status :** | **Inmate Status :** |
| **Grievance Type:** Staff Issues | **Incident Date :** 02/04/2005 | **Incident Time :** 12:00 |
| **IGC :** Merson, Lise M | **Housing Location :** Bldg V, Tier A, Cell 8, Bottom | |

## RGC

**Date Received :** 02/25/2005    **Date of Recommendation:** 03/11/2005

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| Inmate | 00188380 | IRWIN, RICHARD N | Deny |
| Inmate | 00187042 | BASS, DONALD F | Deny |
| Staff | | Kramer, William | Deny |
| Staff | | Beall, Wayne | Deny |
| Staff | | Vargas, Rosalie | Abstain |

### VOTE COUNT

**Uphold : 0**    **Deny : 4**    **Abstain : 1**

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| | | | |

### RECOMMENDATION

March 07, 2005
Deny: Razors are passed out twice a week. Note: inmate was disorderly during hearing.

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 11/07/2005

# GRIEVANCE INFORMATION - WARDEN

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : PEPPER, MONTY C | **SBI#** : 00156920 | **Institution** : DCC |
| **Grievance #** : 11282 | **Grievance Date** : 02/04/2005 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status** : | **Inmate Status** : |
| **Grievance Type**: Staff Issues | **Incident Date** : 02/04/2005 | **Incident Time** : 12:00 |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg V, Tier A, Cell 8, Bottom | |

### REFERRED TO

**Due Date** :                **Referred to:**                **Name:**

**Type of Information Requested :**

### DECISION

**Date Received** : 03/11/2005

**Decision Date** : 10/17/2005        **Vote** : Deny

**Comments** : Denied. Inmates are issued razors pursuant to housing rules. By way of a copy of this grievance, I am directing that Major Holman ensure that razors are being issued and collected consistently as authorized in housing rules.

cc  DCC IGC
    Inmate
    Major Holman

---

**WARDEN / WARDEN'S DESIGNEE SIGNATURE**                **DATE**

**I WISH TO APPEAL THIS TO THE BUREAU GRIEVANCE OFFICER (B.G.O.)**    YES:_____    NO:_____

**GRIEVANT'S SIGNATURE**                **DATE**

**I.G.C. SIGNATURE**                **DATE**

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 11/07/2005

# GRIEVANCE INFORMATION - Appeal

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** PEPPER, MONTY C | **SBI# :** 00156920 | **Institution :** DCC |
| **Grievance # :** 11282 | **Grievance Date :** 02/04/2005 | **Category :** Individual |
| **Status :** Unresolved | **Resolution Status :** | **Inmate Status :** |
| **Grievance Type:** Staff Issues | **Incident Date :** 02/04/2005 | **Incident Time :** 12:00 |
| **IGC :** Merson, Lise M | **Housing Location :** Bldg V, Tier A, Cell 8, Bottom | |

### APPEAL REQUEST

Appeal due 10-23-2005. Appeal returned 10-23-3005.
Sir's/mam's as you can read this grievance ia about not only razers But the biger point officer's abuse of power The refusal of constitutional and civil Rights this is only one of many that do no adress the issue of abuse of power there are 24 witnesses to this abuse as other grivances The damage was done 240 days ago my appearance in court was descusting This was done to "Purposly" hurt me and others The damage is done you "denie" than say razors will be handed out yet do not address officers behaviour. The same hearing I said it was about time off Vargus said are you getting smart we can end this now I said OK that is all that was said I will not be abused by Officer Vargas along with others shows Cruptshon.

### REMEDY REQUEST

DCC  Delaware Correctional Center                    Date: 11/07/2005
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE INFORMATION - BGO

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** PEPPER, MONTY C | **SBI#** : 00156920 | **Institution** : DCC |
| **Grievance #** : 11282 | **Grievance Date** : 02/04/2005 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status :** | **Inmate Status :** |
| **Grievance Type:** Staff Issues | **Incident Date** : 02/04/2005 | **Incident Time :** 12:00 |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg V, Tier A, Cell 8, Bottom | |

### REFERRED TO

**Due Date :**          **Referred to:**          **Name:**

**Type of Information Requested :**

### DECISION

**Date Received :** 10/24/2005

**Decision Date :** 10/24/2005          **Vote :** Deny

**Comments :**

I concur with the unanimous Resident Grievance Committee recommendation, which is further supported by the Warden's decision.

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 11/07/2005

## GRIEVANCE INFORMATION - Bureau Chief

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** PEPPER, MONTY C | **SBI# :** 00156920 | **Institution :** DCC |
| **Grievance # :** 11282 | **Grievance Date :** 02/04/2005 | **Category :** Individual |
| **Status :** Unresolved | **Resolution Status :** | **Inmate Status :** |
| **Grievance Type:** Staff Issues | **Incident Date :** 02/04/2005 | **Incident Time :** 12:00 |
| **IGC :** Merson, Lise M | **Housing Location :** Bldg V, Tier A, Cell 8, Bottom | |

### DECISION

**Decision Date:**          **Vote :**

**Comments :**