# Mental Health Services
# Comprehensive Mental Health Evaluation



| MENTAL HEALTH HISTORY | |
|---|---|
| 1. History of psychotropic medications  PAXIL<br>Current usage<br>If so, list medications below:<br>    PAXIL | Yes ☒ No ☐<br>Yes ☒ No ☐ |
| Evidence of EPS | Yes ☐ No ☒ |
| 2. History of psychiatric hospitalization<br>A) Name of facility/provider _____<br>B) Date: From _____ to _____     Request Records? | Yes ☐ No ☒<br><br>Yes ☐ No ☐ |
| 3. History of outpatient mental health treatment<br>A) Name of facility/provider  DR. BOYER<br>           THIS SUMMER<br>B) Date: From _____ to _____     Request Records? | Yes ☒ No ☐<br><br>Yes ☐ No ☒ |
| 4. History of violence: (check those that apply)<br>☐ Behavior      ☐ Threats<br>☐ Verbally Assaultive  ☐ Physically Assaultive<br>Comments: | Yes ☐ No ☒ |
| 5. History of self-injurious behavior<br>Comments: | Yes ☐ No ☒ |
| 6. History of head injury, trauma or seizures<br>Describe:<br><br>Comments: | Yes ☐ ☒ |
| 7. History of sexual abuse<br>Comments: | Yes ☐ ☒ |
| 8. Length of time in jail: _____ Years _____ Months  5  Days | |
| 9. Previous Prison Incarceration   State: _____<br>Request Records? | Yes ☐ ☒<br>Yes ☐ ☒ |
| 10. History of placement in any special education programs<br>Unit: | Yes ☐ ☒ |
| 11. History of Substance Use/Abuse:<br>Alcohol:   Amount DENIES  Frequency: _____ Date: From _____ to _____<br>Drug use: Type: MJ  Amount: DAILY  Date: From _____ to 20 YRS.<br>           Type: _____ Amount: _____ Date: From _____ to _____ | |
| Screened By: ROBERT HARRIS, RN, MSW | Title: P NURSE |
| Date: 8/20/04 | Time: 1515 |
| Reviewed By: | Title: |
| Date: | Time: |
| Inmate Name: PEPPER, MONTY | Inmate Number: 156920 |
| Institution:  DCC | Date of Arrival: 8/16/04 |

MR-1063
Revised 4/8/2004                First Correctional Medical, Inc.                Page