| I/M Name | SBI | DATE IN | DATE OUT | ITEMS SENT |
|---|---|---|---|---|
| Monty Pepper | 156920 | 11/29/2004 | 11/30/2004 | I/M PL. Response |
| Monty Pepper | 156920 | 12/2/2004 | 12/7/2004 | Super.Ct.Cr.R.11,32,61; Ct. Cases (3) 7 pgs. |
| Monty Pepper | 156920 | 12/2/2004 | 12/9/2004 | I/M PL. Response |
| Monty Pepper | 156920 | 12/9/2004 | 12/9/2004 | Return Super.Ct.Cr.R.11,32,61;Ct.Cases (3) |
| Monty Pepper | 156920 | 12/13/2004 | 12/15/2004 | I/M PL. Response |
| Monty Pepper | 156920 | 12/20/2004 | 12/23/2004 | I/M PL. Response; Title11s.2301,2311,3513 |
| Monty Pepper | 156920 | 12/20/2004 | 12/23/2004 | Ct. Case(1) 3pgs.;DE.Const.Art.1s.6 |
| Monty Pepper | 156920 | 12/20/2004 | 12/23/2004 | Super.Ct.Cr.R.41 |
| Monty Pepper | 156920 | 12/28/2004 | 12/28/2004 | Return Title 11 s.3513,2301,2311 |
| Monty Pepper | 156920 | 12/28/2004 | 12/28/2004 | Return Super.Ct.Cr.R.41;DEConst.Art.1s.6 |
| Monty Pepper | 156920 | 12/28/2004 | 12/28/2004 | Return Ct. Case (1) |
| Monty Pepper | 156920 | 12/28/2004 | 12/30/2004 | Title 10 s. 1004; Fam.Ct.Cr.R.5 |
| Monty Pepper | 156920 | 12/28/2004 | 12/30/2004 | Ct. Cases (2) 9 pgs. |
| Monty Pepper | 156920 | 1/10/2005 | 1/11/2005 | Ct. Case (1) 2pgs.; Title 11 s.1109,1111;TISPg. |
| Monty Pepper | 156920 | 1/10/2005 | 1/11/2005 | Request for Notary |
| Monty Pepper | 156920 | 1/13/2005 | 1/18/2005 | I/M PL. Response; Memo Re:Beth Savitz |
| Monty Pepper | 156920 | 1/19/2005 | 1/19/2005 | Title 11 s.1109,1111 |
| Monty Pepper | 156920 | 1/19/2005 | 1/25/2005 | USCA42s.1983;FPDK.4(4);Ct.Case(1)24pgs |
| Monty Pepper | 156920 | 1/24/2005 | 1/27/2005 | (1) 1983 Form |
| Monty Pepper | 156920 | 1/27/2005 | 1/27/2005 | Return FPDK4(4); USCA 42 s. 1983 |
| Monty Pepper | 156920 | 1/27/2005 | 2/1/2005 | I/M PL. Response |
| Monty Pepper | 156920 | 1/31/2005 | 2/3/2005 | I/M PL. Response |
| Monty Pepper | 156920 | 2/3/2005 | 2/8/2005 | USCA 18 s.2256; Memo Re: Legal Copies |

| Monty Pepper | 156920 | 2/9/2005 | 2/9/2005 | Return Ct. Cases (2) |
|---|---|---|---|---|
| Monty Pepper | 156920 | 2/9/2005 | 2/11/2005 | Photocopies (108pgs); Ct. Case (1) 22 pgs |
| Monty Pepper | 156920 | 2/16/2005 | 2/18/2005 | I/M PL. Response |
| Monty Pepper | 156920 | 2/16/2005 | 2/24/2005 | Ct. Case (1) 24 pgs.; Address (1) |
| Monty Pepper | 156920 | 3/1/2005 | 3/4/2005 | I/M PL. Response |
| Monty Pepper | 156920 | 3/9/2005 | 3/17/2005 | FRCP 15; USCA42s.1997e&Sheps. |
| Monty Pepper | 156920 | 3/9/2005 | 3/17/2005 | FPD K.1469 |
| Monty Pepper | 156920 | 3/29/2005 | 3/29/2005 | Return USCA42s.1997e&Sheps.;FPDK1469 |
| Monty Pepper | 156920 | 3/29/2005 | 3/29/2005 | Return FRCP15; Ct.Cases (1) |
| Monty Pepper | 156920 | 3/29/2005 | 3/31/2005 | Ct. Cases (3) 12 pgs. |
| Monty Pepper | 156920 | 3/29/2005 | 3/31/2005 | I/M PL. Response |
| Monty Pepper | 156920 | 4/4/2005 | 4/4/2005 | Return Ct. Cases (2) |
| Monty Pepper | 156920 | 4/4/2005 | 4/8/2005 | I/M Grievance Procedures return by 4/11/05 |
| Monty Pepper | 156920 | 4/4/2005 | 4/8/2005 | Atl.Dig.K.641.12(2);FPDK272(2);FRCP15 |
| Monty Pepper | 156920 | 4/4/2005 | 4/8/2005 | Ct.Cases(2)7pgs;USDist.Ct.Appt.CounselF. |
| Monty Pepper | 156920 | 4/11/2005 | 4/11/2005 | Return Ct. Case (1); I/M Griev. Procedures |
| Monty Pepper | 156920 | 4/13/2005 | 4/13/2005 | Title 11 s.770-72; I/M PL. Response |
| Monty Pepper | 156920 | 4/21/2005 | 4/21/2005 | Return Atl.Dig.K.641.12(2); Title 11 s. 770-72 |
| Monty Pepper | 156920 | 4/21/2005 | 4/21/2005 | Return Ct. Cases (1) |
| Monty Pepper | 156920 | 4/21/2005 | 4/25/2005 | I/M PL. Response; Sent.Red.Form |
| Monty Pepper | 156920 | 4/21/2005 | 4/26/2005 | DE S Ct Not Appl Form; IFP Form |
| Monty Pepper | 194496 | 4/25/2005 | 4/26/2005 | Ct. Case (1) 10 pgs. |
| Monty Pepper | 156920 | 5/2/2005 | 5/10/2005 | Photocopies 3 pgs.; TIS Pg.29 |
| Monty Pepper | 156920 | 5/3/2005 | 5/5/2005 | I/M PL. Response |
| Monty Pepper | 156920 | 5/3/2005 | 5/10/2005 | Super.Ct.Cr.R.35 |
| Monty Pepper | 156920 | 5/17/2005 | 5/17/2005 | ReturnFRCP15;Ct.Case(2);TISPg.29 |
| Monty Pepper | 156920 | 5/17/2005 | 5/17/2005 | Return FPD K.272(2) |
| Monty Pepper | 156920 | 5/17/2005 | 5/20/2005 | PSHLM T.O.C. |
| Monty Pepper | 156920 | 5/26/2005 | 6/8/2005 | Ct. Cases (2) 31 pgs; Title 11 s.770-73,1109-11 |
| Monty Pepper | 156920 | 5/31/2005 | 6/8/2005 | Response (See File) |
| Monty Pepper | 156920 | 6/15/2005 | 6/15/2005 | Return Ct. Cases(2);Title11s.770-73,1109-1111 |
| Monty Pepper | 156920 | 6/15/2005 | 6/15/2005 | Return Super.Ct.Cr.R.35 |
| Monty Pepper | 156920 | 6/15/2005 | 6/16/2005 | Photocopies 90pgs |
| Monty Pepper | 156920 | 6/15/2005 | 6/16/2005 | CC Penal Discipline-return by June 20, 2005 |

| Monty Pepper | 156920 | 6/15/2005 | 6/16/2005 | Ch.2 RightsofPrisonersPgs.45-352 |
| Monty Pepper | 156920 | 6/20/2005 | 6/20/2005 | Return CC Penal Discipline |
| Monty Pepper | 156920 | 6/24/2005 | 6/30/2005 | (1)Blks.LawDef;TRO Sample Form |
| Monty Pepper | 156920 | 6/24/2005 | 6/30/2005 | Title 13 s.123 |
| Monty Pepper | 156920 | 6/27/2005 | 6/27/2005 | Photocopies 54pgs |
| Monty Pepper | 156920 | 7/5/2005 | 7/5/2005 | Return (1)Blks.LawDef;Ch2RightsPrisoners |
| Monty Pepper | 156920 | 7/5/2005 | 7/5/2005 | Photocopies 16 pgs; Rule 61 Mot. |
| Monty Pepper | 156920 | 7/5/2005 | 7/12/2005 | Ct.Case(1)12pgs;Dig.Index-Prisoners |
| Monty Pepper | 156920 | 7/5/2005 | 7/12/2005 | Ch.6,11 Rights of Prisoners |
| Monty Pepper | 156920 | 7/11/2005 | 7/19/2005 | I/M PL Response |
| Monty Pepper | 156920 | 7/18/2005 | 7/21/2005 | USCA 28 s1915;Super.CtCrR37 |
| Monty Pepper | 156920 | 7/18/2005 | 7/21/2005 | DE S Ct R41; Ct. Case (1) 54 pgs. |
| Monty Pepper | 156920 | 7/19/2005 | 7/28/2005 | Title11s.762,770-72; Ct. Case (1) 13 pgs. |
| Monty Pepper | 156920 | 7/19/2005 | 7/19/2005 | Return Ct. Case (1); Ch.6 Rights of Prisoners |
| Monty Pepper | 156920 | 7/19/2005 | 8/1/2005 | I/M PL. Response |
| Monty Pepper | 156920 | 7/26/2005 | 7/26/2005 | Photocopies; (4)Marshal Forms |
| Monty Pepper | 156920 | 7/26/2005 | 7/29/2005 | Ct.Cases(2)56pgs.;Ch.4RightsofPrisoners |
| Monty Pepper | 156920 | 7/26/2005 | 7/26/2005 | Return USCA28s.1915;Ch.11RightsofPrisoner |
| Monty Pepper | 156920 | 8/1/2005 | 8/4/2005 | I/M PL. Response |
| Monty Pepper | 156920 | 8/1/2005 | 8/5/2005 | I/M PL. Response;DigestPrisonKeys T.O.C. |