11/4/2005

# LAW LIBRARY APPOINTMENTS
## MONTY PEPPER # 156920

| DATE | TYPE OF APPT. | SHOW/NO-SHOW |
|---|---|---|
| 8/19/05 | REGULAR | SHOWED |
| 8/31/05 | PARALEGAL | SHOWED |
| 9/7/05 | REGULAR | SHOWED |
| 9/9/05 | REGULAR | SHOWED |
| 9/12/05 | PARALEGAL | NO SHOW |
| 9/16/05 | REGULAR | NO SHOW |
| 9/21/05 | REGULAR | SHOWED |
| 9/23/05 | REGULAR | SHOWED |
| 9/28/05 | REGULAR | SHOWED |
| 9/30/05 | REGULAR | SHOWED |
| 10/3/05 | REGULAR | SHOWED |
| 10/5/05 | REGULAR | SHOWED |
| 10/12/05 | REGULAR | NO SHOW |
| 10/14/05 | REGULAR | NO SHOW |
| 10/17/05 | NO SLIP OR APPOINTMENT THIS WEEK | |
| 10/26/05 | REGULAR | SHOWED |
| 10/28/05 | REGULAR | SHOWED |
| 11/02/05 | REGULAR | SHOWED |
| 11/04/05 | REGULAR | SHOWED |

## DCC LAW LIBRARY APPOINTMENTS
## FOR WEEK OF: 08/15/05

### FRIDAY MORNING

| | NAME | SBI | BLDG |
|---|---|---|---|
| (L) | CUBBAGE, JARID | | W |
| ( · ) | ROYAL, EDWARD | | V |
| (L) | FLEMING, SEBRON | | W |
| (L) | ZUPPO, ANTHONY | | W |
| (L) | BRUTON, RAYMOND | | W |
| ( · ) | GRIFFIN, GREGORY | | V |
| (L) | CRUMP, ERNEST | | W |
| (L) | BROWN, WINFRED JR | | V |
| ( · ) | NIEVES, LUIS | | V |
| ( . ) | REESE, MICHAEL | | V |
| (L) | REED, RONALD | | V |
| ( ) | BAILEY, EDMUND | | W |
| (L) | PEPPER, MONTY | | V |

17/16

### PARALEGAL APPOINTMENTS

| | NAME | SBI | BLDG |
|---|---|---|---|
| ( ) | SAMPSON, EUGENE | | W  H.J. |
| (L) | KRAFCHICK, STEVEN | | V  1/ |
| (L) | HARDEN, WALLACE | | W  W.J. |
| (L) | WELLS, JAMES | | V  1/ |

### SPECIAL APPOINTMENTS

| NAME | SBI | BLDG |
|---|---|---|
| | | |

## DCC LAW LIBRARY APPOINTMENTS
## FOR WEEK OF: 08/29/05
### WEDNESDAY AFTERNOON          8+9=17

| NAME | SBI | BLDG |
|---|---|---|
| (L) BROWN, WINFRED SR | | V |
| ( ) DYTON, JAMES | | W |
| (L) BROOKS, DASHAWN | | W |
| (L) ROYAL, EDWARD | | V |
| ( ) MORRIS, DASHAUN | | W |
| ( ) BRUTON, RAYMOND | | W |
| (L) FLEMING, SEBORN | | W |
| ( ) CUBBAGE, JARID | | W |
| ( ) MCMILLIAN, BENJAMIN | | W |
| ( ) BACON, RONALD | | W |
| ( ) WIDGEON, CECIL | | W |
| ( ) NEWSOME, WILLIE | | V |
| (L) REESE, MICHAEL | | V |
| (L) BAILEY, EDMUND | | W |
| ( ) FRANCIS, WILLIAM | | W |

19/10

−8+10=18

### PARALEGAL APPOINTMENTS

| NAME | SBI | BLDG |
|---|---|---|
| (L) KRAFCHICK, STEVEN | | V H.U. |
| ( ) REED, RONALD | | V |
| (L) PEPPER, MONTY | | V |
| (L) NEWSOME, WILLIAM | | V |

### SPECIAL APPOINTMENTS

| NAME | SBI | BLD |
|---|---|---|

## DCC LAW LIBRARY APPOINTMENTS
## FOR WEEK OF: 09/05/05

### WEDNESDAY AFTERNOON

| | NAME | SBI | BLDG |
|---|---|---|---|
| (✓) | FOREMAN, ELIJAH | | W |
| ( ) | WIDGEON, CECIL | | W |
| (✓) | ANDERSON, PETE | | W |
| ( ) | BRUTON, RAYMOND | work release | W |
| ( ) | CUBBAGE, JARID | | W |
| ( ) | MORGAN, ANTHONY | | W |
| ( ) | HARBER, DEMARRO | | W |
| ( ) | LABERGE, ROGER | | V |
| (✓) | BROWN, WINFRED SR | | V |
| ( ) | BAILEY, EDMUND | | W |
| (✓) | FLEMING, SEBRON | | W |
| (✓) | PASWUALS, MICHAEL | | W |
| (✓) | SAMPSON, DELBERT | | W |

0935

### PARALEGAL APPOINTMENTS

| | NAME | SBI | BLDG |
|---|---|---|---|
| ( ) | ~~KRAFCHICK, STEVEN~~ | D-E | ~~V~~ |
| (✓) | PEPPER, MONTY | | V |
| (✓) | ZUPPO, ANTHONY | | W |
| ( ) | SERRANO, VICTOR | | W |

### SPECIAL APPOINTMENTS

| NAME | SBI | BLD |
|---|---|---|
| | | |

# DCC LAW LIBRARY APPOINTMENTS
## FOR WEEK OF: 09/12/05

### MONDAY AFTERNOON

5+4=9

| | NAME | SBI | BLDG |
|---|---|---|---|
| ( ✓ ) | COLLINS, JOHNNY | | E |
| ( ✓ ) | ORTIZ, CARLOS | | E |
| ( ✓ ) | MORGAN, THOMAS | | E |
| ( ✓ ) | PARULAK, PAUL | | E |
| ( . ) | MARINE, RICKY | | E |
| ( L ) | FINK, KENNETH | | E |
| ( L ) | PAYNE, JERRY | | E |

11/7

−2+7=9

### PARALEGAL APPOINTMENTS

| | NAME | SBI | BLDG |
|---|---|---|---|
| ( L ) | McCAFFERTY, HUGH | | E W.J |
| ( ) | McCORKLE, DAVID | | E L.K |
| ( ) | LOFLAND, AMOS | | E H.J. |
| ( ) | PEPPER, MONTY | | ✓ 11 |

### SPECIAL APPOINTMENTS

| NAME | SBI | BLDG |
|---|---|---|
| | | |

# DCC LAW LIBRARY APPOINTMENTS
## FOR WEEK OF: 09/12/05

### FRIDAY MORNING

| | NAME | SBI | BLDG |
|---|---|---|---|
| ( ✓ ) | RESSE, MICHAEL | | V |
| ( ✓ ) | RICHARDSON, LARRY | | V |
| ( L ) | RIVERA, FRANCISCO | | W |
| ( L ) | ZUPPO, ANTHONY | | W |
| ( L ) | RONDON, ROBERT | | W |
| ( ✓ ) | PEPPER, MONTY | | V |
| ( ✓ ) | CRUMP, ERNEST | | W |
| ( ✓ ) | LIONEL, ASHLEY | | W |
| ( ✓ ) | JOHNSON, RYAN | | V |
| ( L ) | BROWN, WINFRED SR | | V |
| ( L ) | FLEMING, SEBRON | | W |
| ( ✓ ) | BAILEY, EDMUND | | W |
| ( L ) | Warrington, Robert | | V |

17/9

### PARALEGAL APPOINTMENTS

| | NAME | SBI | BLDG |
|---|---|---|---|
| ( L ) | HARDEN, WALLACE | | W W J. |
| ( ✓ ) | ESDAILE, DONOVAN | | W 11 |
| ( L ) | CUBBAGE, JARID | | W 11 |
| ( ) | RUSSELL, JAMES | | W 11 |

### SPECIAL APPOINTMENTS

| NAME | SBI | BLDG |
|---|---|---|
| | | |

# DCC LAW LIBRARY APPOINTMENTS
## FOR WEEK OF: 09/19/05

### WEDNESDAY AFTERNOON

7 + 10 = 17

| | NAME | SBI | BLDG |
|---|---|---|---|
| (L) | PASQUALE, MICHAEL | | W |
| ( ) | FLEMING, SEBRON | | W |
| (L) | PEPPER, MONTY | | V |
| (L) | ANDERSON, RICHARD | | W |
| ( ) | BAILEY, EDMUND | | W |
| (X) | BROWN, WINFRED JR SR | | V |
| (L) | FINK, KENNETH | | W |
| (L) | BELL, DANIEL | | V |
| ( ) | WEIDGEON, CECIL | | W |
| ( ) | DEPUTY, KENNETH | | W |

14/$5/$5

−9 + 5 = $14

### PARALEGAL APPOINTMENTS

| | NAME | SBI | BLDG |
|---|---|---|---|
| (L) | ZUPPO, ANTHONY | | W  W-J. |
| (L) | CUBBAGE, JARID | | W  11 |
| (L) | BROWN, WINFRED SR | | Y  11 |
| (L) | HARDEN, WALLACE | | W  11 |

### SPECIAL APPOINTMENTS

| | NAME | SBI | BLD |
|---|---|---|---|
| (L) | Fisher, Royal | | C |

## DCC LAW LIBRARY APPOINTMENTS
## FOR WEEK OF: 09/19/05

### FRIDAY MORNING

| | NAME | SBI | BLDG |
|---|---|---|---|
| (L) | PASQUALE, MICHAEL | | W |
| (L) | FLEMING, SEBRON | | W |
| (L) | PEPPER, MONTY | | V |
| ( ) | ANDERSON, RICHARD | | W |
| ( ) | BAILEY, EDMUND | | W |
| ( ) | BROWN, WINFRED JR | | V |
| ( ) | FINK, KENNETH | | W |
| ( ) | BELL, DANIEL | | V |
| ( ) | WIDGEON, CECIL | | W |
| ( ) | ZUPPO, ANTHONY | | W |

13/8

### PARALEGAL APPOINTMENTS

| | | | |
|---|---|---|---|
| (L) | CUBBAGE, JARID | | W W.S. |
| (L) | HARDEN, WALLACE | | W u |
| ( ) | Fleming | | W |
| ( ) | Pasquale, | | W |
| ( ) | Pepper | | V |

### SPECIAL APPOINTMENTS

| | NAME | SBI | BLDG |
|---|---|---|---|
| ( ) | Allen, Mike | | S-1 |
| (✓) | Warrington, Robert | | W. |

## DCC LAW LIBRARY APPOINTMENTS
## FOR WEEK OF: 10/03/05

### WEDNESDAY AFTERNOON     3+3=6

| | NAME | SBI | BLDG |
|---|---|---|---|
| (✓) | CUBBAGE, JARID | | W |
| ( ) | PASQUALE, MICHAEL | | W |
| ( ) | PEPPER, MONTY | | V |
| ( ) | WARRINGTON, ROBERT | | V |
| (✓) | HARRIS, KEVIN | | V |
| ( ) | BAILEY, EDMUND | | W |
| ( ) | COLE, DION | | W |

9/6

6+6=12

### PARALEGAL APPOINTMENTS

| | NAME | SBI | BLDG |
|---|---|---|---|
| (✓) | FLEMING, SEBRON | | W  R.C. |
| ( ) | NALLY, SAMAI AL. | | V |
| ( ) | | | |

### SPECIAL APPOINTMENTS

| NAME | SBI | BLD |
|---|---|---|
| | | |

## DCC LAW LIBRARY APPOINTMENTS
## FOR WEEK OF: 10/03/05

### FRIDAY MORNING

| | NAME | SBI | BLDG |
|---|---|---|---|
| ( ) | ZUPPO, ANTHONY | | W |
| ( ) | PEPPER, MONTY | | V |
| (L) | WARRINGTON, ROBERT | | V |
| (L) | FLEMING, SEBRON | | W |
| (L) | CRUMP, ERNEST | | W |
| ( ) | HARRIS, KEVIN | | V |
| (L) | BAILEY, EDMUND | | W |
| ( ) | JOHNSON, RYAN | | V |

12/8/6

### PARALEGAL APPOINTMENTS

| | | |
|---|---|---|
| (L) HARDEN, WALLACE | W | W J. |
| ( ) CUBBAGE, JARID | W | " |
| ( ) BROWN, WINFRED SR | V | R-C. |
| (L) PASQUALE, MICHAEL | W | H J. |

### SPECIAL APPOINTMENTS

| NAME | SBI | BLDG |
|---|---|---|

## DCC LAW LIBRARY APPOINTMENTS
## FOR WEEK OF: 10/03/05

### WEDNESDAY AFTERNOON     3+3=6

| | NAME | SBI | BLDG |
|---|---|---|---|
| (✓) | CUBBAGE, JARID | | W |
| ( ) | PASQUALE, MICHAEL | | W |
| ( ) | PEPPER, MONTY | | V |
| ( ) | WARRINGTON, ROBERT | | V |
| (✓) | HARRIS, KEVIN | | V |
| ( ) | BAILEY, EDMUND | | W |
| ( ) | COLE, DION | | W |

9/6

6+6=12

### PARALEGAL APPOINTMENTS

| | NAME | SBI | BLDG |
|---|---|---|---|
| (✓) | FLEMING, SEBRON | | W  R.C. |
| ( ) | NALLY, SAMAI AL. | | V |
| ( ) | | | |

### SPECIAL APPOINTMENTS

| NAME | SBI | BLD |
|---|---|---|
| | | |

## DCC LAW LIBRARY APPOINTMENTS
## FOR WEEK OF: 10/10/05

### WEDNESDAY AFTERNOON     6+5=11

| | NAME | SBI | BLDG |
|---|---|---|---|
| ( · ) | WIDGEON, CECIL | | W |
| ( ) | CUBBAGE, JARID | | W |
| (L) | PEPPER, MONTY | | V |
| ( ) | BROWN, WINFRED SR | | V |
| (L) | PASQUALE, MICHAEL | | W |
| (L) | WELLS, JAMES | | V |
| ( · ) | SIMPKINS, TIMOTHY | | V |

10/5

-4+5=9

### PARALEGAL APPOINTMENTS

| | NAME | SBI | BLDG |
|---|---|---|---|
| (L) | ZUPPO, ANTHONY | | W  W.J. |
| ( ) | VITANZIA, PAUL | | W |
| (L) | BAILEY, EDMUND | | W |

### SPECIAL APPOINTMENTS

| NAME | SBI | BLD |
|---|---|---|

# DCC LAW LIBRARY APPOINTMENTS
# FOR WEEK OF: 10/10/05

## FRIDAY MORNING

| | NAME | SBI | BLDG |
|---|---|---|---|
| ( ) | WIDGEON, CECIL | | W |
| (L) | ZUPPO, ANTHONY | | W |
| (L) | PEPPER, MONTY | | V |
| (L) | RIVERA, FRANCISCO | | W |
| (L) | WARRINGTON, ROBERT | | V |
| ( ) | WALDEN, BRIAN | | V |
| (A) | CRUMP, ERNEST | | W |
| ( ) | BROWN, WINFRED SR | | V |
| (L) | PASQUALE, MICHAEL | | W |
| ( ) | WALLACE, KEVIN | | W |
| ( ) | VITANZIA, PAUL | | W |
| ( ) | BAILEY, EDMUND | | W |

16/

## PARALEGAL APPOINTMENTS

| | | | |
|---|---|---|---|
| ( ) | CUBBAGE, JARID | W | W.J |
| ( ) | CLARK, DAVID | W | W |
| (L) | HARDEN, WALLACE | W | V |
| ( ) | NIEVES, LUIS | V | W |

## SPECIAL APPOINTMENTS

| NAME | SBI | BLDG |
|---|---|---|
| | | |

## DCC LAW LIBRARY APPOINTMENTS
## FOR WEEK OF: 10/24/05

### WEDNESDAY AFTERNOON        4+4=8

| NAME | SBI | BLDG |
|------|-----|------|
| ( ) WELLS, JAMES | | V |
| (L) PEPPER, MONTY | | V |
| (·) BAILEY, EDMUND | | W |
| (L) PASQUALE, MICHAEL | | W |
| (·) WARRINGTON, ROBERT | | V |
| (.) GUESFEIRD, CARROLL | | W |
| (L) RIVERA, ANGEL | | W |
| (·) SIMPKINS, TIMOTHY | | W |
| ( ) PAYNE, VINCENT | | W |

10/6

—5+6=11

### PARALEGAL APPOINTMENTS

| NAME | SBI | BLDG |
|------|-----|------|
| (L) ZUPPO, ANTHONY | | W  W.J. |

### SPECIAL APPOINTMENTS

| NAME | SBI | BLD |
|------|-----|-----|
| | | |

# DCC LAW LIBRARY APPOINTMENTS
# FOR WEEK OF: 10/24/05

## FRIDAY MORNING

| | NAME | SBI | BLDG |
|---|---|---|---|
| ( ) | ZUPPO, ANTHONY | | W |
| (L) | PEPPER, MONTY | | V |
| (L) | PASQUALE, MICHAEL | | W |
| (L) | RIVERA, FRANCISCO | | W |
| (L) | WARRINGTON, ROBERT | | V |
| ( ) | CRUMP, ERNEST | | W |
| ( ) | GUESFEIRD, CARROLL | | W |
| (L) | SIMPKINS, TIMOTHY | | W |

## PARALEGAL APPOINTMENTS

| (L) | BAILEY, EDMUND | W | W.J. |
| (L) | MARIN, JAIR | W | II |
| (L) | HARDEN, WALLACE | W | II |

## SPECIAL APPOINTMENTS

| NAME | SBI | BLDG |
|---|---|---|

# DCC LAW LIBRARY APPOINTMENTS
## FOR WEEK OF: 10/31/05

### WEDNESDAY AFTERNOON          7+7=14

| | NAME | SBI | BLDG | |
|---|---|---|---|---|
| (L) | ROYAL, EDWARD | | V | |
| ( ) | WARRINGTON, ROBERT | | V | |
| ( ) | KUSMAUL, JAMES | | W | |
| ( ) | HARRIS, KEVIN | | V | |
| ( ) | PAYNE, VINCENT | | W | |
| ( ) | RICHARD, DEOTTIS | | W | 12/5 |
| (L) | NESMITH, RODNEY | | W | |
| (L) | PEPPER, MONTY | | V | |

−6 + 5 = 11

### PARALEGAL APPOINTMENTS

| | NAME | SBI | BLDG |
|---|---|---|---|
| (L) | ZUPPO, ANTHONY | | W  w.J. |
| (L) | NALLEY, SAMAI | | V  R.C. |
| (L) | BROOKS, DASHAWN | | W 1/ |
| (L) | FLEMING, SEBRON | | W 4 |

### SPECIAL APPOINTMENTS

| NAME | SBI | BLD |
|---|---|---|
| | | |

# DCC LAW LIBRARY APPOINTMENTS
## FOR WEEK OF: 10/31/05

### FRIDAY MORNING

| | NAME | SBI | BLDG |
|---|---|---|---|
| (L) | ZUPPO, ANTHONY | | W |
| ( ) | HENRY, JOSHUA | | W |
| ( ) | ROYAL, EDWARD | | V |
| (L) | RIVERA, FRANCISCO | | W |
| ( ) | FLEMING, SEBRON | | W |
| (L) | WARRINGTON, ROBERT | | V |
| ( ) | KUSMAUL, JAMES | | W |
| (L) | HARRIS, KEVIN | | V |
| ( ) | NESMITH, RODNEY | | W |
| (L) | PEPPER, MONTY | | V |

13/7

### PARALEGAL APPOINTMENTS

| | | SBI | BLDG |
|---|---|---|---|
| (L) | HARDEN, WALLACE | | W  W.J. |
| ( ) | JURSKI, DAVE | | W  '' |
| ( ) | RICHARDS, DEOTTIS | | W  '' |

### SPECIAL APPOINTMENTS

| NAME | SBI | BLDG |
|---|---|---|
| | | |