## INMATE HOUSING RULES FOR THE SECURITY HOUSING UNIT

    h. Three handkerchiefs – white (commissary)

    i. One winter coat (issue) as needed for transport only

    j. One pair shower shoes or flip flops (commissary)

4. **PERSONAL ITEMS**

    a. Bible or Koran

    b. Two magazines, two library or personal reading books, and one newspaper that does not promote illegal activity. These items must be purchased directly from the publisher and/or bookstore and must be mailed directly from the publisher or bookstore prepaid. This does not include the approved education and treatment material described in Item C. These materials must be kept in an orderly manner. Sexually explicit material is not permitted at the Delaware Correctional Center. Sexually explicit material is any pictorial or written depiction of actual or simulated sexual acts including sexual intercourse, oral sex, and/or masturbation; any pictorial or written demonstration, depiction, or symbolization of nudity, frontal or otherwise; and any promotion of sexual activity of any manner. All sexually explicit items are considered contraband except publications containing nudity illustrative of medical, educational, and anthropological content and material of a news information type such as publications covering activities of gay or religious groups. To be permitted into the Delaware Correctional Center, the sexually explicit material must have scholarly value or general social or literary value. No distinction is made between depiction of heterosexual or homosexual activity in enforcing this

5

## INMATE HOUSING RULES FOR THE SECURITY HOUSING UNIT

policy. As with all items not permitted, when a sexually explicit publication, picture, or other item is received at DCC through the mail, a notice will be sent to the inmate and the sender notifying them that the item is not permitted into the Institution. The inmate will have five days to notify the Institution Mail Room of how to dispose of the item (send out with a visit, donate to a charitable organization, or send out of Institution at inmate's expense). Failure to notify the Mail Room of the requested method of disposition within five days will result in the item being disposed of according to the institutional operating procedures.

c. The Treatment and Education Departments will issue a memorandum to the Deputy Warden II or designee listing the educational material required for the particular classes/programs to which an inmate is assigned. The memorandum will include timeframes specific to the class/program in which the named inmate is participating with an expiration date and whether the material must be returned to the Education and/or Treatment Departments. If the material is not required to be returned to the Education and/or Treatment Departments, the inmate must either send the material out of the Institution or make the adjustment to his personal property to ensure compliance with the inmate housing rules.

d. Five envelopes (issue or commissary).

e. Ten sheets of writing paper (issue) or two tablets (commissary).

f. Legal materials regarding active personal litigation. Inmates will not have in

6