| Incident# | | |
|---|---|---|
| 1022350 | | |

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone#: 302-653-9261

Date: 11/08/2005

# INCIDENT REPORT

Group#: N/A   Type: Inmate Involved   Incident Date: 05/11/2005   Time: 09:45   Confidential: No

Facility: DCC Delaware Correctional Center   Followup Required: No

Associated Disciplinary Report #(s): 1017654

Incident Location: Bldg.18 B Tier

Location Description: BL9

Violated Conditions: 1.06/200.203 Disorderly or Threatening Behavior
2.03/200.106 Creating a Health, Safety or Fire Hazard
2.06/200.108 Failing to Obey an Order

Description of Incident:
On 11 May 05 at 0945 while conducting a routine shakedown I Sgt. B. Thomas found a large ammount of trash in Inmate Pepper's cell. This excess trash is against the housing rules on page 1D. Along with the trash he was in possession of 1 extra cup, 1 extra coffee cup, 1 extra bowl and lid. These extra items are against the housing rules according to page 30E. Inmate Pepper also became disorderly by stating " Someone should slap that bitch".

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| N/A | N/A | N/A |

Evidence Type: N/A   Date Collected: N/A
Discovered By: N/A   Secured By: N/A

Type of Force Used: [ ] PHYSICAL  [ ] CHEMICAL  [ ] STUN  [ ] OTHER  [ ] CAPSTUN  [X] NONE
Restraints Used: N/A

Immediate Action Taken:
N/A

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Staff | Bambie, Thomas | N/A | CO Corporal/Sgt. - Large Inst. |
| Inmate | Monty, Pepper C | 00156920 | N/A |

Reporting Officer: Thomas, Bambie (Co Corporal/Sgt. - Large Inst.)   Entered By: Thomas, Bambie (Co Corporal/Sgt. - Large Inst.)

### Approval Information

[X] Approved   [ ] Disapproved   Date: 05/16/2005   Approved by: Seacord, Thomas J (Staff Lt./Lt)
Comments: N/A

| Incident# 1024226 | **DCC Delaware Correctional Center**<br>**Smyrna Landing Road**<br>**SMYRNA DE, 19977**<br>Phone#: 302-653-9261 | Date: 11/08/2005 |
|---|---|---|

# INCIDENT REPORT

**Group#:** N/A    **Type:** Inmate Involved    **Incident Date:** 07/13/2005    **Time:** 12:00    **Confidential:** No

**Facility:** DCC Delaware Correctional Center    **Followup Required:** No

**Associated Disciplinary Report #(s):** 1019081
**Associated Disciplinary Report #(s):** 1019082
**Incident Location:** Bldg.18 B Tier
**Location Description:**
**Violated Conditions:** 2.06/200.108 Failing to Obey an Order
2.13/200.111 Possession of Non-Dangerous Contraband

**Description of Incident:**
I Sgt. B. Thomas was called by C/O R.Vargas on 5/7/05 explaining that inmate Monty Pepper should be shaken down due to the fact that it he might have carbon paper because his greivences were copied. At that time I notified SLT Ramon Taylor of the situation and was advised that the shake down be done. On 13 July 05 the shakedown was preformed and while going through inmate Pepper's legal envelopes he was in possession of one piece of carbon paper which is in poor shape. Inmate Pepper stated we were doing a retaliatory shakedown and he "was given the carbon paper by the law library guy". Inmate Pepper was told by myself that he would be given this write-up.

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| N/A | N/A | N/A |

**Evidence Type:** carbon paper    **Date Collected:** 07/13/2005
**Discovered By:** Bambie, Thomas    **Secured By:** Bambie, Thomas

**Type of Force Used:** [ ] PHYSICAL  [ ] CHEMICAL  [ ] STUN  [ ] OTHER  [ ] CAPSTUN  [X] NONE
**Restraints Used:** cuffs

**Immediate Action Taken:**
carbon paper confiscated

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Staff | Bambie, Thomas | N/A | CO Corporal/Sgt. - Large Inst. |
| Inmate | Monty, Pepper C | 00156920 | N/A |

**Reporting Officer:** Thomas, Bambie (Co Corporal/Sgt. - Large Inst.)    **Entered By:** Thomas, Bambie (Co Corporal/Sgt. - Large Inst.)

### Approval Information

[X] Approved  [ ] Disapproved   **Date:** 07/13/2005   **Approved by:** Seacord, Thomas J (Staff Lt./Lt)
**Comments:** N/A