```
          UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF DELAWARE
```

MONTY PEPPER,                     :
                                  :
      Plaintiff,              :
                                  :
  v.                              :    Civil Action No. 05-84-JJF
                                  :
WARDEN THOMAS CARROLL,            :
OFFICER BAMBI THOMAS, OFFICER     :
JAMES CORDELL, and OFFICER        :
THOMAS SEACORD,                   :
                                  :
      Defendants.             :

## ORDER

WHEREAS, Plaintiff has filed a Notice Of Emergency Motion For Injunction And/Or Summary Judgment Or Relief (D.I. 8), a Motion For Temporary Restraining Order Without Notice And For Preliminary Injunction (D.I. 12), and a Petition For Writ Of Mandamus (docketed as a Motion For Permanent Injunction) (D.I. 25);

WHEREAS, Defendants have not filed a response to Plaintiff's Motions;

NOW THEREFORE, IT IS HEREBY ORDERED that Defendants shall file an answer to Plaintiff's Notice Of Emergency Motion For Injunction And/Or Summary Judgment Or Relief (D.I. 8), Plaintiff's Motion For Temporary Restraining Order Without Notice And For Preliminary Injunction (D.I. 12), and Plaintiff's

Petition For Writ Of Mandamus (docketed as a Motion For Permanent Injunction) (D.I. 25), along with any supporting affidavits, by **February 15, 2006.**

January  31 , 2006             _____
                                                 UNITED STATES DISTRICT JUDGE