ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN

DISTRICT OF DELAWARE

Monty Pepper,
       Plaintiff,

v.

Warden Thomas Carroll  co Bambi Thomas
Co James Gardels co Thomas Seacord
       Defendent.

Civil Action No. 05-084 JJF

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE ANSWERING BRIEF TO DEFENDENT'S MOTION AND OPENING BRIEF

Plaintiff, pro se, Monty Pepper, hereby moves this Honorable Court pursuant to Fed. R. Civ. P. 6 (b), for an Enlargement of Time to March 26 2006, to prepare, type, and file his answering brief to Defendent's opening brief in support of their Motion to Dismiss which was otherwise due to be filed on Febuary 26, 2006. Plaintiff, is an incarcerated Inmate at a State Institution and has very limited access to the Law Library for the purpose of research, due to scheduling difficulties.

DATED: Feb 2 2006.

Respectfully Submitted,

[signature]

Plaintiff incarceated in Delaware Correctonal Center as put fourth in the orginal complaint still suffers from a digree of impedement to Law research. As a result Plaintiff is restricted to 4 hours on tuesday and thursday a total of 8 hours a week

Plaintiff has requested additional time to research and file motion and ansures. Even after noting a deadline to J Johnson the the paralegal incharge Plaintiff was REFUSED extra time

AS a result iI have sent a letter to administrater Mink Little and awate reply and remedy

Plaintiff also asserts due to DEFENDANTS reqesting a disimissal under Rule 12 (B) (6) which conciders this a motion of summery judgement under Rule 56 (c) and further attaches Extraneous Material the Plaintiff must gather the meteral fact to rebut the conflicting statements and other arguments defendants putforth in a attempt a dismissal

Defendant has sent many arguements to rebut
Also copys of Legal call request witch my mother is in possesion of and copys of other materal is being gathered and copyed and sent in to DCC which requires a additional time Unlike Defendant contends the Plaintiff c can produce all documentatin needed to prove his case

Plaintiff is not experanced at law and must research every rule and law as well as Constitutional rights this takes more than 8 hours a week Plaintiff is also a slow reader which adds to disability

need more time to perfect his claims.

      WHEREFORE, based on the above reasons, plaintiff respectfully prays this Honorable Court to grant his motion and extend the time for filing his response to the Order to Dismiss Feb 2, 2006.

                                      Monty Pepper

DATED: _____
                              Pro-se Litigant
                              Delaware Correctional Center
                              Smyrna, DE  19977

The appellant's response is due _____ ____, ____.

SO ORDERED this _____ day of _____, ____.

                                                        _____
                                                        JUSTICE

# Certificate of Mailing and/or Delivery

I hereby certify That on <u>February 2, 2006</u> I mailed by United States mail a copy of The inclosed "<u>Motion For Extension of Time</u>" To file answering brief To The Defendants motion and opening brief (CA# 05-084-JJF)

This copy(s) was sent To The Following address and party   attorney for Defendants

To Lisa Barchi
   Deputy Attorney General
   820 N French Street 6th Floor
   Wilmington Del 19801

   302-577-8400

                           sent by Monty Pepper
                           SBI      00156920
                           Delaware Correctonal Center
   Feb, 2, 2006            1181 Paddock Road
                           Smyrna   De
                                    19977



I/M  M. P.
SBI# 156920  UNIT D w c 12
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of The Clerk
United States District Court
844 N King Street Lockbox 18
Wilmington  Del
            19801-3570