```
Position cursor or enter screen value to select
GC701A                   ***** Courts Case Management *****
Feb  3,06                       - Browse Docket -                        1 more >

Name: PEPPER MONTY C.                SBI#: 00156920  DOB: 03/28/1959
Age Of Case: 708    Status: SA CC    Crt: S  Loc: K  Company Ind:
     Event      Date       Ref
   ------    ----------   ----  ----------------------------------------------
01 CFCR      08/11/2004    14 FINAL CASE REVIEW:  NO PLEA/SET FOR TRIAL.  DEF. SCHE
02 TJT       08/16/2004    15 TRIAL CALENDAR-JURY TRIAL-PLED GUILTY-PSI ORDERED
03 LETTER    09/24/2004    16 LETTER FROM BETH SAVITZ         TO JUDGE VAUGHN
04 MTNWAC    10/12/2004    17 MOTION TO WITHDRAW AS COUNSEL FILED._(BETH SAVITZ, ES
05 MTNWGP    10/12/2004    18 MOTION FOR WITHDRAW OF GUILTY PLEA FILED._(BETH SAVIT
06 MTNSTA    10/12/2004    19 MOTION TO STAY SENTENCING FILED. (BETH SAVITZ, ESQUIR
07 DEFLTR    10/28/2004    20 DEFENDANT'S LETTER FILED.
08 DEFLTR    11/22/2004    21 DEFENDANT'S LETTER FILED.
09 DEFLTR    11/22/2004    22 DEFENDANT'S LETTER FILED.
10 SENT      11/24/2004    23 SENTENCING CALENDAR - CONTINUED.  COURT'S REQUEST - L
11 MTNWAC    11/24/2004    24 MOTION TO WITHDRAW AS COUNSEL PASSED TIL 2/1/05
12 MTNWGP    11/24/2004    25 MOTION FOR WITHDRAW OF GUILTY PLEA PASSED TIL 2/1/05
13 MTNSTA    11/24/2004    26 MOTION TO STAY PASSED TIL 2/1/05
Case#: 0401017318_  Date: _____   Event: _____   Crt S  Detail _  Sel: __
Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
      help  retrn CASE  DETL  SCHED CHARG bkwrd SENT  PRINT WANTP  < >  main
```

```
Position cursor or enter screen value to select
GC701A                    ***** Courts Case Management *****
Feb  3,06                       - Browse Docket -                      1 more >

Name: PEPPER MONTY C.                 SBI#: 00156920  DOB: 03/28/1959
Age Of Case: 708    Status: SA CC     Crt: S  Loc: K  Company Ind:
    Event      Date      Ref
 -- ------ ---------- ---- -----------------------------------------------------
 01 DEFLTR 01/31/2005   31 DEFENDANT'S LETTER FILED.
 02 SENT   02/01/2005   27 SENTENCING CALENDAR CONTINUED 2/28/05.
 03 MTNWAC 02/01/2005   28 MOTION TO WITHDRAW AS COUNSEL GRANTED.
 04 MTNWGP 02/01/2005   29 MOTION FOR WITHDRAW OF GUILTY PLEA PASSED UNTIL 2/28/
 05 MTNSTA 02/01/2005   30 MOTION TO STAY PASSED UNTIL 2/28/05 AT 9:00 A.M.
 06 TRANS  02/07/2005   32 TRANSCRIPT FILED OF PLEA HELD ON 8/16/04 BEFORE PRESI
 07 DEFLTR 02/16/2005   36 DEFENDANT'S LETTER FILED.
 08 SENT   02/28/2005   33 SENTENCING CALENDAR - CONTINUED.  COURT'S REQUEST - S
 09 MTNWGP 02/28/2005   34 MOTION FOR WITHDRAW OF GUILTY PLEA PASSED.
 10 MTNSTA 02/28/2005   35 MOTION TO STAY PASSED.
 11 SENT   03/14/2005   37 SENTENCING CALENDAR - CONTINUED.  DEFENSE REQUEST - A
 12 MTNWGP 03/14/2005   38 MOTION FOR WITHDRAW OF GUILTY PLEA PASSED FOR 2 WEEKS
 13 MTNSTA 03/14/2005   39 MOTION TO STAY PASSED FOR 2 WEEKS UNTIL 3/28/05 AT 9:
Case#: 0401017318_  Date: _____   Event: _____   Crt S  Detail _  Sel: __
Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
      help  retrn CASE  DETL  SCHED CHARG bkwrd SENT  PRINT WANTP  < >  main
```