```
Position cursor or enter screen value to select
GC377A              ***** Court Case Management *****
Feb  3,06                  - Document Browse -                      12:33 PM

                          Document Text
-----------------------------------------------------------------------


CASE NUMBER:                  CRIMINAL ACTION NUMBER:
0401017318                      IK04-02-0594
                                RAPE 2ND TRUST(F)
                                IK04-03-0351
                                COMP CHILD PORN(F)
                                IK04-03-0352
                                COMP CHILD PORN(F)
                                IK04-03-0366
                                POSS CHILD PORN(F)
                                IK04-03-0367
                                POSS CHILD PORN(F)
                                IK04-03-0368
                                POSS CHILD PORN(F)


Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
      help  retrn                     bkwrd frwrd PRINT      PURGE main
```

```
Position cursor or enter screen value to select
GC377A                ***** Court Case Management *****
Feb  3,06                  - Document Browse -                    12:34 PM


                        Document Text
-----------------------------------------------------------------------------


COMMITMENT
TIER 3


                          SENTENCE ORDER

 NOW THIS 15TH DAY OF APRIL, 2005, IT IS THE ORDER OF THE
COURT THAT:

The defendant is adjudged guilty of the offense(s) charged.
The defendant is to pay the costs of prosecution and all
statutory surcharges.


Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
      help  retrn                      bkwrd frwrd PRINT       PURGE main
```

```
Position cursor or enter screen value to select
GC377A                 ***** Court Case Management *****
Feb  3,06                 - Document Browse -                      12:34 PM

                           Document Text
------------------------------------------------------------------------


   AS TO IK04-02-0594- : TIS
   RAPE 2ND TRUST

 Effective August 16, 2004  the defendant is sentenced
 as follows:

 - The defendant is placed in the custody of the Department
 of Correction for 20 year(s) at supervision level 5 with
 credit for 8 day(s) previously served



Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
      help  retrn                         bkwrd frwrd PRINT      PURGE main
```

```
Position cursor or enter screen value to select
GC377A                  ***** Court Case Management *****
Feb  3,06                   - Document Browse -                        12:34 PM

                              Document Text
----------------------------------------------------------------------------

 - Suspended after serving 10 year(s)  at supervision level

 STATE OF DELAWARE
      VS.
MONTY C PEPPER
DOB: 03/28/1959
SBI: 00156920

5

 - Followed by 1 year(s)  at supervision level 4  HALFWAY
HOUSE

 - Followed by 8 year(s)  at supervision level 3

Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
      help  retrn                          bkwrd frwrd PRINT      PURGE main
```

```
Position cursor or enter screen value to select
GC377A                  ***** Court Case Management *****
Feb  3,06                   - Document Browse -                      12:34 PM

                               Document Text
----------------------------------------------------------------------------


 - Hold at supervision level 5

 - Until space is available at supervision level 4  HALFWAY
HOUSE

 Probation is concurrent to any probation now serving.


  AS TO IK04-03-0351- : TIS
  COMP CHILD PORN

 - The defendant is placed in the custody of the Department

Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
     help  retrn                        bkwrd frwrd PRINT        PURGE main
```

```
Position cursor or enter screen value to select
GC377A                  ***** Court Case Management *****
Feb  3,06                   - Document Browse -                        12:34 PM

                            Document Text
----------------------------------------------------------------------------

of Correction for 5 year(s) at supervision level 5

 - Suspended after serving 1 year(s)  at supervision level 5

 - Followed by 2 year(s)  at supervision level 3


 Probation is concurrent to criminal action number
IK04-02-0594 .


  AS TO IK04-03-0352- : TIS

Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
     help  retrn                         bkwrd frwrd PRINT      PURGE main
```

Position cursor or enter screen value to select
GC377A                  ***** Court Case Management *****
Feb  3,06                    - Document Browse -                        12:34 PM

                              Document Text
-----------------------------------------------------------------------------

  COMP CHILD PORN

  - The defendant is placed in the custody of the Department
of Correction for 5 year(s) at supervision level 5

  - Suspended after serving 1 year(s)  at supervision level 5

  - Followed by 2 year(s)  at supervision level 3

  Probation is concurrent to criminal action number
IK04-03-0351 .

Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
      help  retrn                        bkwrd frwrd PRINT       PURGE main

```
Position cursor or enter screen value to select
GC377A                 ***** Court Case Management *****
Feb  3,06                    - Document Browse -                      12:34 PM

                             Document Text
-----------------------------------------------------------------------------


 STATE OF DELAWARE
      VS.
MONTY C PEPPER
DOB: 03/28/1959
SBI: 00156920

  AS TO IK04-03-0366- : TIS
  POSS CHILD PORN

 - The defendant is placed in the custody of the Department
of Correction for 3 year(s) at supervision level 5

Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
      help  retrn                       bkwrd frwrd PRINT      PURGE main
```

```
Position cursor or enter screen value to select
GC377A                      ***** Court Case Management *****
Feb  3,06                      - Document Browse -                    12:34 PM

                              Document Text
----------------------------------------------------------------------------


 - Suspended after serving 6 month(s)  at supervision level
5

 - Followed by 2 year(s)  at supervision level 3


 Probation is concurrent to criminal action number
IK04-03-0352 .


  AS TO IK04-03-0367- : TIS
  POSS CHILD PORN

Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
      help  retrn                        bkwrd frwrd PRINT      PURGE main
```

```
Position cursor or enter screen value to select
GC377A                   ***** Court Case Management *****
Feb  3,06                    - Document Browse -                      12:34 PM

                              Document Text
----------------------------------------------------------------------------


 - The defendant is placed in the custody of the Department
of Correction for 3 year(s) at supervision level 5


 - Suspended after serving 6 month(s)  at supervision level
5

 - Followed by 2 year(s)  at supervision level 3


 Probation is concurrent to criminal action number
IK04-03-0366 .


Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
      help  retrn                          bkwrd frwrd PRINT      PURGE main
```

```
Position cursor or enter screen value to select
GC377A                ***** Court Case Management *****
Feb  3,06                 - Document Browse -                       12:34 PM

                           Document Text
-----------------------------------------------------------------------------


  AS TO IK04-03-0368- : TIS
  POSS CHILD PORN

 - The defendant is placed in the custody of the Department
of Correction for 3 year(s) at supervision level 5


 - Suspended after serving 6 month(s)  at supervision level
5

 - Followed by 2 year(s)  at supervision level 3


Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
      help  retrn                       bkwrd frwrd PRINT      PURGE main
```

```
Position cursor or enter screen value to select
GC377A                    ***** Court Case Management *****
Feb  3,06                    - Document Browse -                        12:34 PM

                              Document Text
-----------------------------------------------------------------------------

 Probation is concurrent to criminal action number
IK04-03-0367 .


                    SPECIAL CONDITIONS BY ORDER

   STATE OF DELAWARE
        VS.
MONTY C PEPPER
DOB: 03/28/1959
SBI: 00156920
                         CASE NUMBER:
                              0401017318


Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
       help  retrn                         bkwrd frwrd PRINT        PURGE main
```

```
Position cursor or enter screen value to select
GC377A                ***** Court Case Management *****
Feb  3,06                  - Document Browse -                      12:34 PM

                            Document Text
----------------------------------------------------------------------------


The Defendant is to pay all financial obligations pursuant
to a schedule established by probation officer.

Have no contact with the victim(s) Brittany Bartsch , the
victim's family or residence.


Have no contact with any minor under the age of 18 years.


Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
     help  retrn                         bkwrd frwrd PRINT       PURGE main
```

Position cursor or enter screen value to select
GC377A                  ***** Court Case Management *****
Feb  3,06                   - Document Browse -                    12:34 PM

                            Document Text
-----------------------------------------------------------------------

The provisions of 11 Del. C. Sections 4120, 4121 and 4336 -
Sex Offender Registration and Community Notification -
apply to this case. NOTE: Victim is under 16 years of age.


Defendant is required to register with the State Bureau of
Identification as a Sex Offender pursuant to 11 Del. C.
4336 , 11 Del. C. 4120, 11 Del.C. 4121.


Pursuant to 29 Del.C. 4713(b), the defendant shall undergo
DNA testing under the direction of the Division of Public
Health, or pursuant to statute, and the results shall be
made available to the State.

Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
     help  retrn                        bkwrd frwrd PRINT      PURGE main

```
Position cursor or enter screen value to select
GC377A                    ***** Court Case Management *****
Feb  3,06                    - Document Browse -                    12:34 PM

                            Document Text
--------------------------------------------------------------------------


Defendant shall complete Sexual Disorders counseling
treatment program.

Participate and complete Parenting Classes.


Defendant to be evaluated for substance abuse and follow
recommendations for counseling, testing, treatment at level
5 or all levels.


Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
      help  retrn                            bkwrd frwrd PRINT        PURGE main
```

```
Position cursor or enter screen value to select
GC377A                 ***** Court Case Management *****
Feb  3,06                  - Document Browse -                      12:34 PM

                           Document Text
----------------------------------------------------------------------------

Defendant shall receive mental health evaluation and comply
with all recommendations for counseling and treatment
deemed appropriate.


 STATE OF DELAWARE
      VS.
MONTY C PEPPER
DOB: 03/28/1959
SBI: 00156920

Forfeit all computers


Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
      help  retrn                      bkwrd frwrd PRINT        PURGE main
                                                                       .
```

```
Position cursor or enter screen value to select
GC377A                     ***** Court Case Management *****
Feb  3,06                     - Document Browse -                      12:34 PM

                           Document Text
-------------------------------------------------------------------------------

Defendant must surrender drivers license to court pursuant
to 21 Del.C. 2718(e).


Pursuant to 11 Del.C. 3912, the defendant shall undergo HIV
testing under the direction of the Division of Public
Health and the results shall be made available to the
state, pursuant to statute.


The length of probation imposed in this sentence today
exceeds SB 50 sentencing guidelines pursuant to 11 Del.C.
4333(d)( 1 )


Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
     help  retrn                    bkwrd frwrd PRINT         PURGE main
```

```
Position cursor or enter screen value to select
GC377A                  ***** Court Case Management *****
Feb  3,06                  - Document Browse -                        12:34 PM

                            Document Text
----------------------------------------------------------------------------


See Notes


                            NOTES


ADDITIONAL SPECIAL CONDITIONS:

As to CRA No. IK04-02-0594, Rape 2nd Trust, the defendant
is to serve a minimum of 10 years at Supervision Level 5.

While at Supervision Level V, the defendant shall complete

Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
      help  retrn                        bkwrd frwrd PRINT         PURGE main
```

```
Position cursor or enter screen value to select
GC377A                     ***** Court Case Management *****
Feb  3,06                     - Document Browse -                      12:34 PM

                             Document Text
-------------------------------------------------------------------------
```

the Pre-Release Program and Thresholds. He shall also be
evaluated by the Department of Correction for substance
abuse and follow all recommendations made.

While at Supervision Level V, the defendant shall obtain
his GED.

The defendant shall have only supervised visitation with
his son, Matthew Pepper.

During all periods of probation, the defendant shall be
supervised by the sex offender unit at Probation and
Parole.

```
Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
     help  retrn                       bkwrd frwrd PRINT       PURGE main
```

```
Position cursor or enter screen value to select
GC377A                 ***** Court Case Management *****
Feb  3,06                  - Document Browse -                        12:34 PM

                             Document Text
----------------------------------------------------------------------------

Tier designation is required.

The Department of Correction shall notify this Court if any
aspect of this order cannot be carried out.

 STATE OF DELAWARE
      VS.
MONTY C PEPPER
DOB: 03/28/1959
SBI: 00156920




Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
     help  retrn                      bkwrd frwrd PRINT        PURGE main
```

```
Position cursor or enter screen value to select
GC377A                    ***** Court Case Management *****
Feb  3,06                    - Document Browse -                        12:34 PM

                              Document Text
-------------------------------------------------------------------------

                          FINANCIAL SUMMARY

   STATE OF DELAWARE
        VS.
MONTY C PEPPER
DOB: 03/28/1959
SBI: 00156920
                          CASE NUMBER:
                          0401017318



SENTENCE CONTINUED:


Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
     help  retrn                        bkwrd frwrd PRINT        PURGE main
```

Position cursor or enter screen value to select
GC377A                     ***** Court Case Management *****
Feb  3,06                      - Document Browse -                     12:34 PM

                              Document Text
----------------------------------------------------------------------------


TOTAL DRUG DIVERSION FEE ORDERED

TOTAL CIVIL PENALTY ORDERED

TOTAL DRUG REHAB. TREAT. ED. ORDERED

TOTAL EXTRADITION ORDERED

TOTAL FINE AMOUNT ORDERED

FORENSIC FINE ORDERED                      100.00

RESTITUTION ORDERED

Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
     help  retrn                        bkwrd frwrd PRINT      PURGE main

```
Position cursor or enter screen value to select
GC377A                    ***** Court Case Management *****
Feb  3,06                  - Document Browse -                        12:34 PM

                          Document Text
---------------------------------------------------------------------------


SHERIFF, NCCO ORDERED

SHERIFF, KENT ORDERED                   150.00

SHERIFF, SUSSEX ORDERED

PUBLIC DEF, FEE ORDERED                  50.00

PROSECUTION FEE ORDERED                 100.00

VICTIM'S COM ORDERED

VIDEOPHONE FEE ORDERED                    6.00

Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
     help  retrn                      bkwrd frwrd PRINT      PURGE main
```

```
Position cursor or enter screen value to select
GC377A                     ***** Court Case Management *****
Feb  3,06                       - Document Browse -                        12:34 PM

                               Document Text
----------------------------------------------------------------------------



TOTAL                                   406.00




                      AGGRAVATING-MITIGATING

 STATE OF DELAWARE
      VS.
MONTY C PEPPER

Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
     help  retrn                        bkwrd frwrd PRINT      PURGE main
```

```
Position cursor or enter screen value to select
GC377A                   ***** Court Case Management *****
Feb  3,06                    - Document Browse -                    12:34 PM

                            Document Text
--------------------------------------------------------------------------

DOB: 03/28/1959
SBI: 00156920
                        CASE NUMBER:
                        0401017318


 AGGRAVATING
UNDUE DEPRECIATION OF OFFENSE
OFFENSE AGAINST A CHILD
OTHER
                    *** End of Data ***


Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
      help  retrn                          bkwrd frwrd PRINT         PURGE main
```

```
  02/03/06                                                          12:36:51
   JAGRLAB                            Case Summary                  GC911AM1
 Case # 0501020960_ Court S County S Status SA   AGE OF CASE: 354    1 More >
 Defendant Name MONTY C PEPPER                 Co.Ind      SBI 00156920  HIST.
  Arraignmen 04142005 Cont              Trial      06062005 Cont 06222005
  Case Revie 04282005 Cont 06152005     Sentence          Cont
 Type Issued   Returned  Reason         Type Issued   Returned  Reason
   W  02202004 02262004
   W  01312005 02142005
  Seq  CRIM ACT    Statute     \/     /\    CON/VOP    Filed    Disposition
  001 IK05020760   1112630003FE TAMP.W/WITNESS         02182005 06222005 PG



 Docket - Motions etc. -        \/     /\            Outcome/Disp   Judge




 Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
       HELP  Retn  Sched Deft  Dspvc Disp  Bail  Dockt Wantd List   < >   menu
```