```
Position cursor or enter screen value to select
CVJ21A1                ***** Courts Case Management *****
Feb  3,06                      - Browse Docket -                        12:41 PM

CIVIL ACTION-NO: 05M-11-009          JUDGE INIT: RBY   LAST USED REF#:    3
 E-FILED:              STATUS: NEW  N         YOUNG ROBERT B.
       MONTY PEPPER VS STATE OF DELAWARE
  DATE   KEYWRD REF#            DOCKET ENTRY

11162005 CAPT         MONTY PEPPER
11162005 CAPT                           -- VS --
11162005 CAPT         STATE OF DELAWARE
11162005 COMPT      1 INITIAL COMPLAINT - PETITION FOR RETURN OF PROPERTY
                      FILED.  IN FORMA PAUPERIS FILED. SENT TO CHAMBERS
                      (PRO SE) MSC
11172005 ORDER      2 SO ORDERED, ON 11/17/2005 SIGNED BY JUDGE YOUNG,
                      APPLICATION FOR IN FORMA PAUPERIS IS GRANTED.  THE
                      APPLICANT SHALL PAY $25.00 PER MONTH ON OR BEFORE THE
                      15TH OF EACH MONTH BEGINING ON 12/15/05.  IF ANY
                      PAYMENT IS NOT MADE BY THE 15TH, THE PETITION SHALL
                      BE DISMISSED WITHOUT FURTHER NOTICE.
Civil Action No: 05M-11-009__  County: K  Date: _____        Court S
Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
     SUBM                              bkwrd frwrd ABRWS       ESC   MAIN
```

```
Position cursor or enter screen value to select
CVJ21A1                 ***** Courts Case Management *****
Feb  3,06                      - Browse Docket -                         12:41 PM

CIVIL ACTION-NO: 05M-11-009        JUDGE INIT: RBY   LAST USED REF#:     3
 E-FILED:              STATUS: NEW  N       YOUNG ROBERT B.
       MONTY PEPPER VS STATE OF DELAWARE
  DATE    KEYWRD REF#          DOCKET ENTRY

                      (RBY) MSC
11172005 ORDER     3 SO ORDERED, ON 11/17/2005 SIGNED BY JUDGE YOUNG,
                     THE PETITION FOR RETURN OF PROPERTY IS REFERRED TO
                     COMMISSIONER FREUD
                     (RBY) MSC
                         *** End of Data ***




Civil Action No: 05M-11-009__  County: K  Date: _____         Court S
Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
     SUBM                                bkwrd frwrd ABRWS          ESC   MAIN
```