## HOURS SCHEDULED IN LAW LIBRARY
## MONTY PEPPER #156920
## AUGUST 2005 THRU FEBRUARY 2006

| DATE | APPOINT. SCHEDULED | TYPE OF APPOINTMENT | SHOW NO-SHOW | TOTAL HOURS FOR WEEK |
|---|---|---|---|---|
| 9/7/05 | 1 | Paralegal | Showed | 4 Showed |
| 9/12/05 | 1 | Regular | No Show | ======== |
| 9/16/05 | 1 | Regular | No Show | 6 No Show |
| 9/21/05 | 1 | Regular | Showed | ======== |
| 9/23/05 | 1 | Regular | Showed | 6 Showed |
| 9/28/05 | 1 | Regular | Showed | ======== |
| 10/2/05 | 1 | Regular | Showed | 6 Showed |
| 10/5/05 | 1 | Regular | No Show | ======== |
| 10/9/05 | 1 | Regular | No Show | 6 No Show |
| 10/12/05 | 1 | Regular | Showed | ======== |
| 10/14/05 | 1 | Regular | Showed | 6 Showed |
| 10/17/05 | 0 | NOT SCHEDULED THIS WEEK | | ======== |
| 10/26/05 | 1 | Regular | Showed | ======== |
| 10/28/05 | 1 | Regular | Showed | 6 Showed |
| 11/2/05 | 1 | Regular | Showed | ======== |
| 11/4/05 | 1 | Regular | Showed | 6 Showed |
| 11/9/05 | 1 | Regular | No Show | Holiday |
| 11/16/05 | 1 | Regular | No Show | ======== |
| 11/18/05 | 1 | Regular | Showed | 6 Showed |
| 11/23/05 | 1 | Regular | Showed | Holiday |
| 11/30/05 | 1 | Regular | No Show | ======== |
| 12/2/05 | 1 | Regular | No Show | 6 No Show |
| 12/7/05 | 1 | Regular | No Show | ======== |
| 12/9/05 | 1 | Regular | No Show | 6 No Show |
| 12/14/05 | 1 | Regular | Showed | ======== |
| 12/15/05 | 1 | Regular | Showed | 8 Showed |
| 12/20/05 | 1 | Regular | Showed | ======== |
| 12/22/05 | 1 | Regular | Showed | 8 Showed |
| 12/27/05 | 1 | Regular | Showed | ======== |
| 12/29/05 | 1 | Regular | Showed | 8 Showed |
| 1/3/06 | 1 | Regular | Showed | ======== |
| 1/5/06 | 1 | Regular | Showed | 8 Showed |
| 1/10/06 | 1 | Regular | Showed | ======== |
| 1/12/06 | 1 | Regular | Showed | 8 Showed |

| Date | | Type | Status | Notes |
|---|---|---|---|---|
| 1/17/06 | 1 | Regular | Showed | ======== |
| 1/19/06 | 1 | Regular | Showed | 8 Showed |
| 1/24/06 | 1 | Regular | Showed | ======== |
| 1/26/06 | 1 | Regular | Showed | 8 Showed |
| 1/31/06 | 1 | Regular | No Show | ======== |
| 2/2/06 | 1 | Regular | Showed | 4 Showed / 4 No Show |
| 2-7/06 | 1 | Regular | Showed | 4 Showed |

**TOTAL APPOINTMENTS: 40**
**TOTAL APPOINTMENTS MISSED: 11**
**TOTAL HOURS SCHEDULED: 140**

**INMATE WAS TRANSFERRED FROM V BLDG. TO D BLDG. ON OR ABOUT 11/30/05**