DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 02/06/2006

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** PEPPER, MONTY C | **SBI#** : 00156920 | **Institution** : DCC |
| **Grievance #** : 19576 | **Grievance Date** : 10/19/2005 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status :** | **Resol. Date** : |
| **Grievance Type:** Law Library | **Incident Date** : 10/19/2005 | **Incident Time** : |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg D-WEST, Tier C, Cell 12, Bottom | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate claims (verbatim): Also have afidavid in on this access on wendays office Brown witness To day I was refused access to Law Libraty Mr Johnson said I made no appointment for week 10/17 which I did I make appointments every week as is my app is made for 24th oct (have copy) will make copys also will inform US DistrictCourt. V Bld only gets 8:00-9:30 fry and only 10:00 - 2:30 only allowed to get las at 10:00 nothing eloe checked untill after lunch a 12+ that leaves only 4 1/2hr in Law Library. Today there were only 5 people in there there no excuse I must have access and more access that is my right under the 1st amendment this is the only exhaustion of relife I will attempt. TimeBar/time recarch

**Remedy Requested :** Please- I expect more then 4 1/2 hrs a week to research I have fedral case and state case if I get no response a 1983 claim will be filed I request more time in Law Library A letter to Judge Farnann US district court for relife/amendment to 05/84/jjf

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** NO | **Date Received by Medical Unit :** |
| **Investigation Sent :** | **Investigation Sent To** : Little, Michael |
| **Grievance Amount :** | |

DCC Delaware Correctional Center  
Smyrna Landing Road  
SMYRNA DE, 19977  
Phone No. 302-653-9261

Date: 02/06/2006

# INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | | |
|---|---|---|---|
| Offender Name : PEPPER, MONTY C | SBI# : 00156920 | Institution : DCC | |
| Grievance # : 19576 | Grievance Date : 10/19/2005 | Category : Individual | |
| Status : Unresolved | Resolution Status: | Inmate Status : | |
| Grievance Type: Law Library | Incident Date : 10/19/2005 | Incident Time : | |
| IGC : Merson, Lise M | Housing Location : Bldg D-WEST, Tier C, Cell 12, Bottom | | |

### INFORMAL RESOLUTION

**Investigator Name** : Little, Michael      **Date of Report** 11/01/2005

**Investigation Report** : Inmate pepper (per letter from Ed Johnson attached ) had no scheduled appointment on 10/17/05, and nothing in writing requesting an appointment. Inmate also had no court ordered deadline , thus no appointment was scheduled.

**Reason for Referring:**

Offender's Signature: _____

Date            : _____

Witness (Officer)   : _____

**DCC** Delaware Correctional Center  Date: 02/06/2006
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : PEPPER, MONTY C | SBI# : 00156920 | Institution : DCC |
| Grievance # : 19576 | Grievance Date : 10/19/2005 | Category : Individual |
| Status : Unresolved | Resolution Status : | Inmate Status : |
| Grievance Type: Law Library | Incident Date : 10/19/2005 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg D-WEST, Tier C, Cell 12, Bottom | |

### IGC

**Medical Provider:**        Date Assigned

**Comments:**

☐ Forward to MGC              ☐ Warden Notified

☑ Forward to RGC              Date Forwarded to RGC/MGC : 12/08/2005

☐ Offender Signature Captured   Date Offender Signed   :

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 02/06/2006

## GRIEVANCE INFORMATION - RGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : PEPPER, MONTY C | SBI# : 00156920 | Institution : DCC |
| Grievance # : 19576 | Grievance Date : 10/19/2005 | Category : Individual |
| Status : Unresolved | Resolution Status : | Inmate Status : |
| Grievance Type: Law Library | Incident Date : 10/19/2005 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg D-WEST, Tier C, Cell 12, Bottom | |

### RGC

Date Received : 12/08/2005     Date of Recommendation: 01/25/2006

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| Inmate | 00166958 | CLARK, JEROME D | Deny |
| Inmate | 00275064 | COOPER, ANTHONY A J | Deny |
| Staff | | Hollis, Stacy | Deny |
| Staff | | Merson, Lise M | Deny |
| Staff | | McCreanor, Michael | Abstain |

### VOTE COUNT

Uphold : 0     Deny : 4     Abstain : 1

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| | | | |

### RECOMMENDATION

Hearing held 1/24/2006
4 - Deny

There's a process and inmate needs to follow it.

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 02/06/2006

# GRIEVANCE INFORMATION - WARDEN

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : PEPPER, MONTY C | SBI# : 00156920 | Institution : DCC |
| Grievance # : 19576 | Grievance Date : 10/19/2005 | Category : Individual |
| Status : Unresolved | Resolution Status : | Inmate Status : |
| Grievance Type: Law Library | Incident Date : 10/19/2005 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg D-WEST, Tier C, Cell 12, Bottom | |

### REFERRED TO

Due Date :          Referred to:          Name:

Type of Information Requested :

### DECISION

Date Received : 01/25/2006
Decision Date :          Vote :
Comments :

_____                                    _____
**WARDEN / WARDEN'S DESIGNEE SIGNATURE**                        **DATE**

I WISH TO APPEAL THIS TO THE BUREAU GRIEVANCE OFFICER (B.G.O.)     YES:_____     NO:_____

_____                                    _____
**GRIEVANT'S SIGNATURE**                                        **DATE**

_____                                    _____
**I.G.C. SIGNATURE**                                            **DATE**