Delaware Department of Correction - Offender Housing Details and History Report Created on Tuesday October 25, 2005 13:35

| Select Offender SBI Number | Name | | Location | R/S | SENTAC | Sec/Cust |
|---|---|---|---|---|---|---|
| PO | | | | Multi Status | Location | |
| PO | | | | | | |
| 00156920 | PEPPER | MONTY | | C | W | V |
| | | | DCC - 02 | M | N | |

| Bed | Facility | Tier / Pod | Building | Date Entered |
|---|---|---|---|---|
| Cell | Wing / Unit | Floor | Bed Type | |
| Time Entered | Date Departed | Time Departed | Comments | |
| Single | DCC Delaware Correctional Center | Tier D | Bldg D/Infirmary | |
| Cell 188 | | | | 08/16/2004 |
| 17:18 | 08/21/2004 | 20:59 | | |
| Single | DCC Delaware Correctional Center | Tier D | Bldg D/Infirmary | |
| Cell 196 | | | | 08/21/2004 |
| 20:59 | 08/24/2004 | 14:07 | | |
| Single 2 | DCC Delaware Correctional Center | Ward | Bldg D/Infirmary | ( |
| Cell 6 | | | | 08/24/2004 |
| 14:07 | 08/26/2004 | 17:36 | | |
| Bottom | DCC Delaware Correctional Center | Tier C | Building B/PT | |
| Cell 25 | | | | 08/26/2004 |
| 17:36 | 09/18/2004 | 05:09 | | |
| Single | DCC Delaware Correctional Center | Tier B | Bldg 18 | |
| Cell 8 | | Lower | | 09/18/2004 |
| 05:09 | 08/02/2005 | 17:07 | | |
| Bottom | DCC Delaware Correctional Center | Tier A | Bldg V | |

| Cell 8 | | | | 08/02/2005 |
|---|---|---|---|---|
| 17:07 | | | | |