**Incident#**
**1022350**

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone#: 302-653-9261

Date: 02/14/2006

## INCIDENT REPORT

Group#: N/A     Type: Inmate Involved | Incident Date: 05/11/2005 | Time: 09:45 | Confidential: No

Facility: DCC  Delaware Correctional Center

Associated Disciplinary Report #(s): 1017654

Incident Location: Bldg.18 B Tier

Location Description: BL9

Followup Required : No

Violated Conditions: 1.06/200.203 Disorderly or Threatening Behavior
2.03/200.106 Creating a Health, Safety or Fire Hazard
2.06/200.108 Failing to Obey an Order

**Description of Incident:**
   On 11 May 05 at 0945 while conducting a routine shakedown I Sgt. B. Thomas found a large ammount of trash in Inmate Pepper's cell.  This excess trash is against the housing rules on page 1D. Along with the trash he was in possession of 1 extra cup, 1 extra coffee cup, 1 extra bowl and lid. These extra items are against the housing rules according to page 30E. Inmate Pepper also became disorderly by stating " Someone should slap that bitch".

| Injured Persons | Hospitalized | | Nature Of Injuries |
|---|---|---|---|
| N/A | N/A | N/A | |

Evidence Type: N/A                                    Date Collected: N/A

Discovered By : N/A                          Secured By: N/A

Type of Force Used: [ ]    PHYSICAL    [ ]    CHEMICAL [ ]    STUN  [ ]    OTHER   [ ]    CAPSTUN [X]    NONE

Restraints Used    : N/A

Immediate Action Taken:
N/A

| Individuals Involved | | | | |
|---|---|---|---|---|
| Person Code | Name | | SBI# | Title |
| Staff | Bambie, Thomas | | N/A | CO Corporal/Sgt. - Large Inst. |
| Inmate | Monty, Pepper C | | 00156920 | N/A |

Reporting Officer: Thomas, Bambie  (Co Corporal/Sgt. - Large Inst.)     Entered By: Thomas, Bambie  (Co Corporal/Sgt. - Large Inst.)

| Approval Information |
|---|

[X] Approved  [ ] Disapproved  Date: 05/16/2005  Approved by: Seacord, Thomas J (Staff Lt/Lt)

Comments: N/A

Disciplinary#
1017654

**DCC Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**
## DISCIPLINARY REPORT

*18 BL8*

Date: 05/30/2006

| Disciplinary Type: Class1 | Housing Unit: Bldg 18 | IR#: 1022350 |
|---|---|---|

| SBI# | Inmate Name | Inst. Name | Location Of Incident | Date | Time |
|---|---|---|---|---|---|
| 00156920 | Pepper, Monty C | DCC | Bldg.18 B Tier | 05/11/2005 | 09:45 |

Violations: 1.06/200.203 Disorderly or Threatening Behavior, 2.03/200.106 Creating a Health, Safety or Fire Hazard, 2.06/200.106 Failing to Obey an Order

| Witnesses:1. N/A | 2. N/A | 3. N/A |
|---|---|---|

### Description of Alleged Violations

On 11 May 05 At 0945 While Conducting A Routine Shakedown I Sgt. B. Thomas Found A Large Ammount Of Trash In Inmate Pepper'S Cell. This Excess Trash Is Against The Housing Rules On Page 1d. Along With The Trash He Was In Possession Of 1 Extra Cup, 1 Extra Coffee Cup, 1 Extra Bowl And Lid. These Extra Items Are Against The Housing Rules According To Page 30e. Inmate Pepper Also Became Disorderly By Stating " Someone Should Slap That Bitch".
Reporting Officer: Thomas, Bambie (CO Corporal/Sgt. - Large Inst.)

### Immediate Action Taken

Immediate action taken by: Thomas, Bambie -CO Corporal/Sgt. - Large Inst.

N/A

### Offender Disposition Details

| Disposition: N/A | Date:N/A | Time: N/A | Cell secured? No |
|---|---|---|---|

Reason: N/A

Disposition Of Evidence: N/A

### Approval Information

Approved: ☑    Disapproved: ☐    Approved By: Seacord, Thomas J (Staff Lt./Lt)

Comments: N/A

### Shift Supervisor Details

Date Received: 05/30/2005    Time: 14:56    Received From: Seacord, Thomas J

Shift Supervisor Determination:

[ ]  Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[X]  Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing

Seacord, Thomas J (Staff Lt./Lt)

I have received a copy of this notice on **DATE:** _____ **TIME:** _____ and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

Preliminary Hearing
Officer:                                                      Offender:
              Seacord, Thomas J                                           Pepper, Monty C

DR#

1017654

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## DISCIPLINARY HEARING DECISION

Inmate : Pepper, Monty C                                    SB#:00156920          Type: Class 1

Institution: DCC Delaware Correctional Center               Hearing Date: 06/16/2005   Time: 10:30

Inmate Present: Yes        Reason(If No): N/A

Violation: 1.06/200.203 Disorderly or Threatening Behavior, 2.03/200.106 Creating a Health, Safety or Fire Hazard, 2.06/200.108 Failing to Obey an Order

Inmate PLEA: Not Guilty

Inmate Statement:  Trash was my newspapers. I didn't say what she said I did. Inmate said its retaliation.

Decision : Guilty

Rational : During confrontation c/o Thomas said inmate called her the name she reported.  Per report and confrontation inmate found guilty of all charges.

Sanctions: N/A

### HEARING OFFICER'S SIGNATURE

Savage, Larry

I understand that I may appeal the decision of a Class II Hearing to the Class I Hearing Officer. I may appeal the decision of a Class I Hearing to the facility administrator. I also understand that I have 72 hours to submit my notice of appeal in writing to the Class I Hearing Officer if I am appealing a Class II Hearing decision or the Warden if I am appealing a Class I Hearing decision.

I [X]  DO      [ ]   DO NOT INTEND TO APPEAL

INMATE's SIGNATURE

### ORDER TO IMPLEMENT SANCTIONS

[X]   Inmate does not wish to appeal              [ ]   Appeal has been denied by Commissioner or Designate

[ ]   Sanctions have been modified               [ ]   Time Limit(72 Hours since hearing) for appeal has expired

It is here by ordered to implement the sanctions:

| Sanctions | Start Date | Days | End Date |
|-----------|-----------|------|----------|
| 1. Isolated Confinement | | 15 | |

DR # 787 7654

Date: 6/8/05

DCC Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

## DISCIPLINARY HEARING DECISION

☑ Class I (Major)  ☐ Class II (Minor)  ☐ Summary (24 Hour LOAP)

Inmate: _Pepper Monty_  SBI#: 00 _156920_
Institution: Delaware Correctional Center  Hearing Date: _6/8/05_  Time: _1255_
_cont 6/14/05_

Inmate Present: ☑ Yes  ☐ No

Reason (If No): _____

Violation: _200, 203 DTB  200.106  200.108_
Inmate Plea: _Not Guilty_
Inmate Statement: _Trash was my newspapers. I didnt say what she say I did. Inmate said it was restitution retaliation._

Witness Name: _____
Testimony: _____

Witness Name: _____
Testimony: _____

Witness Name: _____
Testimony: _____

Decision: ☑ Guilty  ☐ Not Guilty  ☐ Further Investigation
Rational: _Dance confrontation C/Thomas says inmate called her the name she reported. Per report to confrontation inmate found guilty of all charges._

Sanctions: _15 days isolation to be scheduled_

Hearing Officer's Signature _Lorien Scula_

I understand that I may appeal the decision of the Hearing Officer (or Shift Supervisor in the case of a Summary Sanction) to the Commissioner of Correction or his designee. I must complete a Disciplinary Appeal Form within 72 hours immediately following the hearing and mail it to the DCC Hearing Office.

☑ I do intend to appeal.

☐ I do not intend to appeal.

_inmate unable to sign cuffed in rear_

Inmate's Signature

### ORDER TO IMPLEMENT SANCTIONS

☐ Inmate does not wish to appeal
☐ Sanctions have been modified

☐ Appeal has been denied by Commissioner or Designee
☐ Time Limit (72 hours since hearing) for appeal has expired

Modifications: _____
It is hereby ordered to implement the sanctions or modified sanctions on Date: _____ Time: _____
Form 121 – May 30, 2003 - 2 pt, NCR  DACS

DR #
7017654

Date: 5/30/05

DCC Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

## NOTICE OF DISCIPLINARY HEARING – FOR MINOR/MAJOR OFFENSE

To: Inmate: Pepper, monty          SBI#: 00 156 920 Housing Unit: SHU /8

1. You will be scheduled to appear before the Hearing Office to answer charges pending against you. (Staff are to explain the charges as listed on the 122).

2. At that time, a hearing will be held to determine whether you violated Institutional Rule(s) as alleged in the attached Disciplinary Report.

   How do you plead?   ☐ Guilty   ☒ Not Guilty

3. A "Minor Offense" is a rule violation in which the extent of the sanction to be imposed shall be restricted to:
   a. Written Reprimand.
   b. Loss of one or more privileges for a period of time **of more than 24 hours but less than 15 days**.

4. A "Major Offense" is a rule violation in which the extent of the sanction to be imposed shall be restricted to:
   a. Loss of one or more privileges for a period **of more than 15 days but less than 60 days**.
   b. Confinement to assigned quarters for a period of time not to exceed 30 days.
   c. Isolation confinement for a period of time not to exceed 15 days.
   d. Loss of good time for a period of time not to exceed 30 days. (Forfeiture of accumulated good time shall be subject to the approval of the Commissioner or his designee.)

5. You have the rights in the disciplinary process as stated on the lower and back of this page. These have been fully explained to you at the time of this notification.

6. Counsel requested?   ☐ Yes   ☒ No    Name of Counsel: _____

7. Confront accuser?   ☒ Yes   ☐ No

8. Witness requested?   ☐ Yes   ☒ No    Name of Witness: _____

I certify that on 5/30/05 at 1400 ,
(Date)        (Time)

I served upon the above inmate this notice of
Disciplinary Hearing for Minor/Major Offense
and the Disciplinary Report is attached hereto.

_____
(Employee's Signature & Title)

I have received copies of 122 & 127 and
understand my rights as Form #127 has
been read to me.

_____
(Inmate's Signature)

Page 1

Form 127: May 30, 2003   DACS

DR#
1017654

DCC  **Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE. 19977**
**Phone#: 302-653-9261**

Date: **05/31/2005**

# NOTICE OF DISCIPLINARY HEARING - FOR MINOR/MAJOR OFFENSE

## INMATE RIGHTS IN THE DISCIPLINARY PROCESS

**MINOR OFFENSE :**

**Right to Remain Silent:** If you are charged criminally based upon the same facts giving rise to the disciplinary process, you have the right to remain silent at the Disciplinary Hearing. If you choose to remain silent, your silence will not be considered against you at the Disciplinary Hearing. In all other circumstances, silence at the Disciplinary Hearing may be considered against you.

**Presence:** You have the right to be present at all phases of the hearing, except that you may be excluded during the Hearing Officer's deliberations and at any time your behavior becomes disruptive to the proceedings. Reason for such exclusions sha e stated in writing.

**Page 2 of 2**