IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MONTY C PEPPER

plaintiff

V

THOMAS CARROLL

BAMBI THOMAS

THOMAS SEACORD                    C.A. No.05-084-JJF

JAMES GARDELS

defendants

---

MOTION TO AMEND UNDER RULE 15(a) Fed.R.Civ.P.

---

NOW COMES Plaintiff Monty C Pepper do request The court To AMEND The fallowing issue To Join in To doinder of Claims under Rule 18a Fed R Civ P where The fallowing consTiTuTional issue has noT been remedyed and sTems from The original abuse recieved in D.C.C. which were addressed in original complainT PlainTiFF has FurTher aTTempTed To seek remedy wiTh ToTal Failure being These concerns helTh and medical issues PlainTiFF afTer original ComplainT as well a addiTions of DI 2 DI OI7 DI8 DI 12 OI 25 would had expecTed acTion To cure The issues defendanT have noT DefendanT (Wardon) Thomas Carroll as The person overseeing prison condiTions rules and securiTy of boTh inmaTes as well as public is responsable as well as medical issues.

The PlainTiFF puTs FourTh ThaT for over a year The PlainTiFF has requesTed help on a cough ThaT will noT go away oTher inmaTes have iT PlainTiFF dose noT Know why may be Possibal PolesTer from BlankeTTs a form of [illegible] AsbesTosis from PolesTer

Plaintiff is Just spectulating on why he has The cough
Also The back issues still go on looked aT or
diganosed   Plaintiff is in constant Pain from back
Lower back pain   Also   Plaintiff has a meaty Lump
on his spine mid back   That hurts aT Times and
has grown   Medical will noT look aT iT will
noT give me a appointment or see if iT cancer
This is verry dangrious . Also Plaintiff still
soffers from bouts of depression and paanoia
paranoia from guards as well as relalaTion of
whaT he has recived and may recive
      The negleganT and deliberate indifference standard
applys and if This is parT of The ongoing
relalaTion or Just phin neglecT or abuse This
is criminal      PlainTiff is in ConstanT Pain and worrie
      PlainTiff has included greavances and sick calls
That he gaThered and This medical issues go back To
ocT 2004 as DI 2 will show (Exhibits 1-17)
      There For PlainTiff requesT The Honarable
CourT To Joinder or Join This added complainT
inTo The exisTing ComplainT
      I noT The PlainTiff will File a sepreaT ███ SuiT
To The issue


Again some Copys are impression            monTy Pepper
oThers are being senT inTo D.C.C,        Feb 13 2006
By PlainTiffs ParenTs

*Ex 1*

*Copy*
*g. Cttie cs*

FORM #585

MEDICAL GRIEVANCE

FACILITY:_____    DATE SUBMITTED:_____

INMATE'S NAME: _____    SBI#:_____

HOUSING UNIT: _____    CASE #:_____

//////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: _____

TYPE OF MEDICAL PROBLEM:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

GRIEVANT'S SIGNATURE:_____    DATE:_____

ACTION REQUESTED BY GRIEVANT: _____

_____

_____

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

9/28/05 *Copy* EX 2

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

_____          _____
Name (Print)                                             Housing Location

_____   _____   _____
Date of Birth                          SBI Number              Date Submitted

Complaint (What type of problem are you having)? _____

_____

_____

_____

_____          _____
Inmate Signature                                           Date

**The below area is for medical use only.  Please do not write any further.**

S: _____

_____

O:   Temp:_____   Pulse: _____   Resp: _____   B/P: _____   WT: _____

_____

A: _____

_____

P: _____

_____

_____

E: _____

_____

_____          _____
Provider Signature & Title                              Date & Time

3/1/99 DE01

FORM#:

MED

263

Ex 3

FORM #584

<u>GRIEVANCE FORM</u>

FACILITY:_____    DATE:_____

GRIEVANT'S NAME:_____    SBI#: _____

CASE#:_____    TIME OF INCIDENT:_____

HOUSING UNIT:_____

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

ACTION REQUESTED BY GRIEVANT:_____

_____

_____

_____

_____

GRIEVANT'S SIGNATURE:_____    DATE:_____

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

Ex 4

FORM #585

MEDICAL GRIEVANCE

FACILITY:_____    DATE SUBMITTED:_____

INMATE'S NAME: _____    SBI#:_____

HOUSING UNIT: _____    CASE #:_____

//////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: _____

TYPE OF MEDICAL PROBLEM:

_____

_____

_____

_____

_____

_____

_____

_____

_____

GRIEVANT'S SIGNATURE:_____    DATE:_____

ACTION REQUESTED BY GRIEVANT: _____

_____

_____

_____

DATE RECEIVED BY MEDICAL UNIT: _____

NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL
GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one):  MEDICAL  DENTAL  MENTAL HEALTH

Monty Pepper
Name (Print)                                          Housing Location

3 28 59                    00156920              Aug 2 005
Date of Birth              SBI Number              Date Submitted

Complaint (What type of problem are you having)?    a  cough  and
Back Pain     The cough is prestant
will not stop    continus Back Pain
This all started in The SHU .

Inmate Signature                                    Aug 20 05
                                                    Date

**The below area is for medical use only. Please do not write any further.**

S:

O:    Temp:_____    Pulse: _____    Resp: _____    B/P: _____    WT: _____

A:    to see Medical

P:

E:

RECEIVED
AUG 2 : 2005

Provider Signature & Title                          Date & Time

3/1/99 DE01
FORM#:
MED
263

Ex 5

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

Monty Pepper
Name (Print)

Housing Location

3-25-59
Date of Birth

00156920
SBI Number

9 29 05
Date Submitted

Complaint (What type of problem are you having)? I'm still haveing problems. I don't know whats going to happen The meds you gave me are too strong Don't know what They are suposto do I have a ringing in my ears constant They arn't Takeing care of my back pain I've had rectum bleed when I was in 18 don't know why haven't noticed it latly ? is it

Inmate Signature

9 29 05
Date

The meds

The below area is for medical use only. Please do not write any further.

S:

O:   Temp:____   Pulse:____   Resp:____   B/P:____   WT:____

A:   To see Medical

P:

E:

Provider Signature & Title

Date & Time

3/1/99 DE01

FORM#:

MED

263

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY:  DELAWARE CORRECTIONAL CENTER
### This request is for (circle one):  MEDICAL  DENTAL  MENTAL HEALTH

_____          _____
Name (Print)                                              Housing Location

_____   _____   _____
Date of Birth                      SBI Number          Date Submitted

Complaint (What type of problem are you having)? _____

_____

_____

_____


_____          _____
Inmate Signature                                          Date

**The below area is for medical use only.  Please do not write any further.**

S: _____

_____


O:   Temp:_____     Pulse:_____     Resp:_____     B/P:_____     WT:_____

_____


A: _____

_____


P: _____

_____

_____


E: _____

_____


_____          _____
Provider Signature & Title                              Date & Time

3/1/99 DE01

FORM#:

MED

263

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one):  MEDICAL  DENTAL  MENTAL HEALTH

_____                    _____
           Name (Print)                                         Housing Location

_____    _____    _____
    Date of Birth                        SBI Number                   Date Submitted

Complaint (What type of problem are you having)? _____

_____

_____

_____

_____                    _____
         Inmate Signature                                        Date

**The below area is for medical use only.  Please do not write any further.**

S: _____

_____

O:  Temp:_____    Pulse: _____    Resp: _____    B/P: _____    WT: _____

_____

A: _____

_____

P: _____

_____

_____

_____

E: _____

_____

_____                    _____
    Provider Signature & Title                              Date & Time

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY:  DELAWARE CORRECTIONAL CENTER
### This request is for (circle one):  MEDICAL  DENTAL  MENTAL HEALTH



_____        _____
Name (Print)                                                  Housing Location

_____    _____    _____
Date of Birth                    SBI Number                  Date Submitted

Complaint (What type of problem are you having)? _____

_____

_____

_____


_____        _____
Inmate Signature                                               Date

### The below area is for medical use only.  Please do not write any further.

S: _____

_____

O:   Temp:_____    Pulse: _____    Resp: _____    B/P: _____    WT: _____

_____

A: _____

_____

P: _____

_____

_____

E: _____

_____


_____        _____
Provider Signature & Title                                  Date & Time

**3/1/99 DE01**
FORM#:
**MED**
**263**

FORM #585

MEDICAL GRIEVANCE

*COPY*

FACILITY:_____

DATE SUBMITTED:_____

INMATE'S NAME: _____

SBI#:_____

HOUSING UNIT: _____

CASE #:_____

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: _____

TYPE OF MEDICAL PROBLEM:

_____

_____

_____

_____

_____

_____

_____

_____

_____

GRIEVANT'S SIGNATURE:_____    DATE:_____

ACTION REQUESTED BY GRIEVANT: _____

_____

_____

_____

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

EX 10

*MM*

10-17-05

## FORM #585

## MEDICAL GRIEVANCE

FACILITY: Dcc

DATE SUBMITTED: July 14 05

INMATE'S NAME: Monty Pepper

SBI#: 00156920

HOUSING UNIT: 18 B 68

CASE #: 18748

✓

///////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

### SECTION #1

DATE & TIME OF MEDICAL INCIDENT: July 14 05   s4:30

TYPE OF MEDICAL PROBLEM:

Iv Asked for 2 days To see menTal health
I need DR Remmie or Dr Elean only & The
herey seT indean Dr egnored my issue Dr Elean
was supos To Talk To major HolTon? I need
To get out of PC for my safTy The guards have
been messing with my Lunch I will not eaT it when Thomas rcTo
orballanger are on duTie These are The only shifT ThaTs a
problum The sTress is causing my back To hurT and Im getTing
depressed more and more and fear for my Life and wellBeing They can
wriTe me up for noThing and The hearing Seacord egnored The issue

GRIEVANT'S SIGNATURE: *MM*   DATE: July 15 05

Seacord said 5 years ago he'd of kicked my ass said he was

ACTION REQUESTED BY GRIEVANT: going To move me To SCI
I wanT To go To Compound E or B Like
me and porTer Talked about or I need To
go To infirmery I don'T TrusT Seacord if he moves me?

DATE RECEIVED BY MEDICAL UNIT: _____

RECEIVED

NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL JUL 2 2 2005
GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.

Inmate Grievance Office

Ex 11

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
# FACILITY: DELAWARE CORRECTIONAL CENTER
## This request is for (circle one):  MEDICAL  DENTAL  MENTAL HEALTH

_____     _____
Name (Print)                                                    Housing Location

_____     _____     _____
Date of Birth                        SBI Number                      Date Submitted

Complaint (What type of problem are you having)? _____

_____

_____

_____

_____     _____
Inmate Signature                                                 Date

**The below area is for medical use only.  Please do not write any further.**

S: _____

_____

O:  Temp:_____   Pulse:_____   Resp:_____   B/P:_____   WT:_____

_____

A: _____

_____

P: _____

_____

_____

E: _____

_____

_____     _____
Provider Signature & Title                                     Date & Time

**3/1/99 DE01**
FORM#:
**MED**
**263**

EX 12

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): MEDICAL DENTAL  MENTAL HEALTH

Monty Pepper                                  V 8 A
_____                      _____
Name (Print)                                  Housing Location

3 28 59            001S6920            nov 8 05
_____    _____    _____
Date of Birth      SBI Number          Date Submitted

I have ringing in my ears ? Back Pain Constant! depresson !
Complaint (What type of problem are you having)? I've Repeatly asked To
have a Cough Look aT by a DocTor This has gone on
Since LasT year I have back Pain and a Lump on my
spine a meaTy Lump I need To Find ouT whaT iT is by
a DocTor noT a nurse. if iT is cancer I need To know now!?

_____        nov 8 05
Inmate Signature                        Date

**The below area is for medical use only.  Please do not write any further.**

S: _____

_____

_____

O:  Temp:_____   Pulse:_____   Resp:_____   B/P:_____   WT:_____

11-9-05 To be seen. Referred to mHales 18ck)

_____

A: _____

_____

P: _____

_____

_____

_____

E: _____

_____

[stamp: RECEIVED NOV 0 9 2005]

_____            _____
Provider Signature & Title          Date & Time

3/1/99 DE01
FORM#:
MED
263

EX 13

FORM #585

MEDICAL GRIEVANCE

FACILITY: _DCC_

INMATE'S NAME: _Monty Pepper_

HOUSING UNIT: _W D\W_

DATE SUBMITTED: _Sunday Nov 19 05_

SBI#: _00156920_

CASE #: _21200_

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: _nov 19 05 STarTed Dec 04_

TYPE OF MEDICAL PROBLEM:

ATT Chris Malony HSA
I have asked over and over To geT my
~~~~~~~ ThroaT Looked aT no action This
since LasT year Dec + 04 also a Lump on my
back bone The size of a gulf Ball half and
back pain every day I also have a ringing
in my ears numness in my hands someTimes I sa II menTal helTh
for 30 seconds on The 17 nov no help in Fear of whaT They
my due because of SuTe I have deppression I geT no help
I'm Takeing paxial DocT said no side effecTs colord urin 3

GRIEVANT'S SIGNATURE: _[signature]_    DATE: _nov 19 2005_

ACTION REQUESTED BY GRIEVANT: _____

_____

_____

_____

DATE RECEIVED BY MEDICAL UNIT: _____

RECEIVED

NOV 21 2005

Inmate Grievance Office

NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL
GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.

EX 14

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
# FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

monTy Pepper                                    V
_____                    _____
Name (Print)                                    Housing Location

3 28 59          00152920          9 27 05
Date of Birth          SBI Number          Date Submitted

Complaint (What type of problem are you having)? I asked before To have a Cough
Checkout I had iT sinc Xmas 04 SHU Theres a Lump on my
Back Also need To check and Back pain    Also The medican
mental healTh gave me is Too sTrange iT put me To Sleep!
need Some Thins Elce , Pleas donT secud me on wendsdays

_____          9 22 05       Law
Inmate Signature                    Date        Library

### The below area is for medical use only. Please do not write any further.

S: Scheduled

O:    Temp:_____    Pulse:_____    Resp:_____    B/P:_____    WT:_____

A:

P:

E:

_____          _____
Provider Signature & Title               Date & Time

RECEIVED
SEP 2 8 2005

**3/1/99 DE01**
FORM#:
**MED**
263

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY:  DELAWARE CORRECTIONAL CENTER
### This request is for (circle one):  MEDICAL  DENTAL  MENTAL HEALTH

monly Pepper                              V

_Name (Print)_

3/28/59                    00 158920              Sep 1 05

_Date of Birth_            _SBI Number_           _Date Submitted_

Complaint (What type of problem are you having)?  Sorry I had a visit
They sccdualed me That afternoon No one seen
me 1# My Back hurTs Spasms hearing Problum
2 The med's That mental health I cannoT Take
The Roplem ?

_____      _____
Inmate Signature                 Date

**The below area is for medical use only.  Please do not write any further.**

S: _____

_____

O:  Temp:_____  Pulse:_____  Resp:_____  B/P:_____  WT:_____

_____

A:      49 pu Mediral

_____

P: _____

_____

E: _____

RECEIVED
SEP 0 6 2005

_____      _____
Provider Signature & Title        Date & Time

3/1/99 DE01

FORM#:

MED

263

EX ib

Copy
Feb 2 06

FORM   #585

MEDICAL GRIEVANCE

FACILITY:_____      DATE SUBMITTED:_____

INMATE'S NAME: _____      SBI#:_____

HOUSING UNIT: _____      CASE #:_____

//////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: _____

TYPE OF MEDICAL PROBLEM:

_____

_____

_____

_____

_____

_____

_____

_____

GRIEVANT'S SIGNATURE:_____      DATE:_____

ACTION REQUESTED BY GRIEVANT: _____

_____

_____

_____

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

FORM #585

MEDICAL GRIEVANCE

FACILITY:_____    DATE SUBMITTED:_____

INMATE'S NAME: _____    SBI#:_____

HOUSING UNIT: _____    CASE #:_____

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: _____

TYPE OF MEDICAL PROBLEM: _____

_____

_____

_____

_____

_____

_____

_____

_____

GRIEVANT'S SIGNATURE:_____    DATE:_____

ACTION REQUESTED BY GRIEVANT: _____

_____

_____

_____

DATE RECEIVED BY MEDICAL UNIT: _____

NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL
GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.