IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MONTY C PEPPER
    plaintiff
    (

V    (

THOMAS CARROLL    (
BAMBI THOMAS    (    C.A. NO. 05-084-JJF
THOMAS SEACORD    (
JAMES GARDELS    (
    (

FILED FEB 17 11:47 AM CLERK, U.S. DISTRICT DISTRICT OF DELAWARE

PLANITIFFs RESPONSE TO AND MEMORANDUM IN RESPONSE TO
DEFENDANTS MOTION TO DISMISS/SUMMARY JUDGEMENT

---

Plaintiff Request The Honanbal Court denie The Defendants motion To Dismiss/summary Judgement where The facts within The fallowing memorandum will show That Plaintiff was in fact denied access To counsel and suffered mental as well as physical damage at The hands of The Defendants and as The added amendment shows That Deliberate Indifference stadard has been crossed by The continued absence of Remedy To Plaintiffs Health and Mental needs

As in Hicks v Frey 992 F2d 1450 6cT 1993) states Extreme conduct by costodians That cause sever emotional distress is sufficent and in Scher v Engelke 943 F3d 921 8Th cir 1981 evidence of fear mental anguish and misery can establish The requisit injury for Eight Amendment Claim 112 s ct 1516 (1992)

As well as Helling v Mckenny, unsafe conditions That pose an unreasonable risk of serious damage To a prisoners Future helth may violate The 8 amendment even if The damage has not yet occurred and may not affect every prisoner exposed To

The Conditions deliberate Indifference a standard of recklessness which permits defendants to be held liable based on what they "should" have known or what was obvious if prison officials know that conditions are objectively cruel and fail to remedy them they are diliberate Indifference The Defendants were aware

I request The Court to denie Defendants Motion and or stay so Plaintiff can gather and cataloge The 100+ documents greavance copys sickcall copys as well as resposnes to Affitadavits and Prothonatory Defendant is still limeted to Time in Law Library

_Monty Pepper_