IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MONTY C PEPPER
        plaintiff    (
                   (
          V          (
                   (
THOMAS CARROLL      (
BAMBI THOMAS        (   C.A. No. 05-084-JJF
THOMAS SEACORD     (
JAMES GARDELS      (
        defendants   (
                   (

## PLAINTIFFs MEMORANDUM of FACT AND BRIEF

IN OPPOSITION TO DEFENDANTS MOTION TO DISMISS SUMMARY JUDGEMENT

Now Comes PlainTiff on This day Febuary 13 2006 PlainTiff puts FourTh The Fallowing memorandum of Facts To supporT The PlainTiffs complainTs DI 2 DI 7 DI 8, DI 12, DI 25, Where The PlainTiff being refused added access To Law Library As puT fourTh in affiTdaviT ExhibiT A A and Futher can noT File a compleTe response There For PlainTiff aTTacks The DefendanTs moTion as besT as he can. As To original complainTs PlainTiff fallowed direcTions ExhibiT BB and wiTh resTricTions as To a mail sysTem no face To face meeTing's wiTh Law aids This impeded As To The exTra Time PlainTiff puts FourTh ExhibiT CC This is The only exTra Time plainTiff has ever recived DefendanTs will conTend ThaT PlainTiff had and Fired and laTer was appoinTed counsel Each of The aTTerneys BeTh SaviTz Failed in effecTiveness As ExhibiT DD show's in no 5 of moTion and her

dismissal but This Took some 4 month where Plaintiff attempted To gain Leagal Knolage and as per complaint Failed To gain menningfull access To The law . in Febuary 1 2005 Plaintiff appointed new counsel This was From public Defenders office Sheryl Rush milstead who again Failed To be effective as PlainTiff Filed motion 61 where not only did she fail To with draw plea but Failed To fallow Superor Court Crim. Rule 32 (b) and (3) under Pre sentence Reports as well as failure To object To sentence increase and object To states Failure To Fulfill Sentence agreement To recommendation as well as investigating abuse of search warrant where dective questoned my Plaintiff 9 year old son PlainTiff was not under arrest This was not questoning For Wellbeing but investigative questoning ThaT was Far outside of the scope of The warrant also dealing and The "PlainTiff" in The Criminal case is not Telling The Truth yet The state refuses To put her on a lie detector . Both counsels would not in Form PlainTiff of legal rules or laws pertaining To his charges Both counsels were aware of my situation and abuses in DCC as well as letters To Judge Vaught which PlainTiff has requesTed (ExhibiT I) Furthe because The PlainTiff is unable To supply The Court with a full response PlainTiff will show copys of hand written case law and copy's of Letters That need To be raised and others That are copys

State of Delaware    )
                     ) SS.
County of New Castle )

Affidavit of: MonTy Pepper
Dated: Feb 14 2006

## AFFIDAVIT

PlainTiff I, MonTy Pepper , being first duly sworn deposes and says that the foregoing statement is a true and correct observation of what occurred on the above date herein at/in Law Library located in the Delaware Correctional Center, Smyrna, Delaware, in that I was a part of or witnessed the incident described herein. I would clearly state under penalty of perjury of the laws of the State of Delaware.

iT is 9:50 am I goT To Law Library aT 7:30 am aT 7:50 am I was allowed To recive Law books aT 8:20 I had To Turn my law books in Then aT 9:50 allowed To check books ouT again will noT be able To Check books ouT again unTill afTer lunch aT 11:45 reTurned aT

now can check ouT oTher needed books and can geT phoTo copys of only personal case being senT To courT only no case law no copy of pages of Law or case law all case Law has To be hand copyed shown in (ExhibiT . ) I PlainTiff DaTes and Times every Thing I copy will noT geT copys afTer 1:30 PM only AfTer lunch unTill 1:30

PlainTiff was re Fused exTra Time when plainTiff recived DeFendanTs ansure on January 26 2006 Time was given on Friday Feb 9 2006 monday Feb 13 and 2 hours on Feb 14 2006 Today

Febuary 15 2006 is Dead line under Fed Civil Rules Summry JudgemenT 56

Affiant

Signature

Print Name MonTy Pepper
Delaware Correctional Center
Smyrna, Delaware 19977

SWORN TO AND SUBSCRIBED before me this _____ day of _____, 200__

My Commission Expires:

_____
Notary Public

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

(Rev. 5/05)

## Instructions for Filing a Complaint by a Prisoner
## Under the Civil Rights Act, 42 U.S.C. § 1983

To start an action you must file an original and one copy of your complaint for the Court's use, and an additional copy for each defendant that you name. If you name a defendant who is employed by the State of Delaware, you must provide an additional copy of the complaint for service on the Attorney General. For example, if you name two defendants, you must file an original signed complaint, along with four identical copies. You should also keep an additional copy of the complaint for your own records. If you later request copies of documents previously filed in your case, you will be required to prepay the Clerk of Court for such copies.

The original signed complaint must be legibly handwritten or typewritten. Copies of the complaint may be provided in the form of photocopies of the original, or may also be exact hand or typewritten copies. You, as plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space to answer a question, you may attach supplemental pages to the complaint. **All copies of the complaint must be identical to the original and include all supplemental pages.** Note that you are required to give facts. The complaint **SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.**

Your complaint can be brought in this Court only if one of the named defendants is located within this district. Furthermore, you must file a separate complaint for each claim that you have unless all of your claims are related to the same incident or issue.

In order for your complaint to be filed by the Clerk's Office, it must be accompanied by the filing fee of $250.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants. If you are unable to prepay the filing fee and service costs for this action, you may petition the court to proceed *In Forma Pauperis*, by submitting an Application to Proceed Without Prepayment of Fees (AO Form 240).

**When/if the Court orders service** of your complaint by the U.S. Marshal, you will **then** be required to provide a completed **U.S. Marshal 285 form** for each person you have named as a defendant, and for the Attorney General if you have named State of Delaware defendants. If you fail to supply a U.S. Marshal 285 form for a defendant, that defendant cannot be served with process and may be dismissed from the case.

On March 1, 2005, the United States District Court for the District of Delaware adopted an electronic filing system which makes documents submitted for filing available on the internet. Certain kinds of personal information should not be included on public filings except in limited fashion. For example: (1) the names of minor children should not be used, only their initials; (2) only the last four digits of a social security number should be used; (3) a full date of birth should not be used, only the year of birth need be given; and (4) only the last four digits of any financial account should be included. Caution should also be used when filing documents that contain the following: (1) personal identifying numbers, such as driver's license numbers; (2) medical records; (3) employment history; (4) individual financial information; (5) proprietary or trade secret information; (6) information regarding cooperation with the government; (7) victim information; and (8) national security information.

EXHIBIT BB

III.  Parties

(In item A below, place your name in the first blank and place your present address
in the second blank. Do the same for additional plaintiffs, if any.)

A.  Name of Plaintiff  Monty C Pepper

Address Delaware Correctional Center  1181 Paddock Road
Smyrna  Delaware  19977

(In item B below, place the full name of the defendant in the first blank, his official
position in the second blank, and his place of employment in the third blank. Use
item C for the names, positions, and place of employment of any additional defendants.)

B.  Defendant Warden Thomas Caroll is employed as Warden

at Delaware Correctional Center

C.  Additional Defendants  Jane & John Doe's officers

will seek adments


IV.  Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant
is involved. Include also the names of other persons involved, dates, and places.
Do not give any legal arguments or cite any cases or statutes. If you intend to allege
a number of related claims, number and set forth each claim in a separate paragraph.
Use as much space as you need. Attach extra sheet if necessary.)

1# "Leagal Calls" I requested Leagal calls from

Oct 14 04 up untill Nov 12 04 I requested a mimum

of 20 Times I was Refused Leagal call forms

again in Dec I Requested more about 10+ calls

Through 16th again I was Acfused  I was Told my atterney didnT

want To Talk To me . This was Told To me by

-3-

*DCC Main Law Library*

## SPECIAL LAW LIBRARY APPOINTMENT

TO:  Education C/O; Housing Unit Security

RE:  Inmate _Pepper, Monte_     _156920_     _D/W_
            (Name)                (SBI Number)      (Housing Unit)

Please release the above named inmate for the following Special
Law Library appointment(s) to satisfy a validated or documented court
deadline.

| | | | | |
|---|---|---|---|---|
| Monday | __/__/__ | 0730 | 1030 | 1630 |
| Tuesday | 02/14/06 | (0730) | 1030 | 1630 |
| Wednesday | __/__/__ | 0730 | 1030 | 1630 |
| Thursday | __/__/__ | 0730 | 1030 | 1630 |
| Friday | __/__/__ | 0730 | 1030 | 1630 |

Appointments can only be approved by:

    Mackinnon Young
    Edward Johnson
    Melissa Stiller
    Francene Kobus

Signed:  _Edward Johnson_

Date:  _2/13/06_

cc:  Housing Unit Security
    Inmate
    C/O Education Building
    File

EXHIBIT
CC.

*DCC Main Law Library*

# SPECIAL LAW LIBRARY APPOINTMENT

TO: Education C/O; Housing Unit Security

RE: Inmate _Monty Pepper_       _156930_       _D/W_
                    (Name)              (SBI Number)      (Housing Unit)

Please release the above named inmate for the following Special
Law Library appointment(s) to satisfy a validated or documented court
deadline.

Books out
800  930 Books in

| | | | | |
|---|---|---|---|---|
| Monday | 02 / 13 / 06 | (0730) | (1030) | 1630 |
| Tuesday | ___ / ___ / ___ | 0730 | 1030 | 1630 |
| Wednesday | ___ / ___ / ___ | 0730 | 1030 | 1630 |
| Thursday | ___ / ___ / ___ | 0730 | 1030 | 1630 |
| Friday | 02 / 10 / 06 | (0730) | (1030) | 1630 |

Appointments can only be approved by:

> Mackinnon Young
> Edward Johnson
> Melissa Stiller
> Francene Kobus

Signed: _Edward Johnson_

Date: _2/9/06_

cc:  Housing Unit Security
     Inmate
     C/O Education Building
     File

Exhibit D D

discharge the undersigned as his counsel.

4.    Today, the undersigned spoke to the Defendant via "video-phone" from Delaware
      Correctional Center through the use of the "video-phone" equipment at the Office
      of the Public Defender.

5.    During this conversation, Defendant raised certain psychological and issues which
      he believed made him unable to fully comprehend the guilty plea which he
      entered in August.

6.    Defendant further raised issues as to the representation of him by the undersigned
      and indicated that he no longer wished to be represented by the undersigned.

7.    Sentencing has not yet taken place and is scheduled for this Thursday, October 14,
      2004 at 9:00 a.m. It is the undersigned's belief that sentencing should be delayed
      pending the Court's review of the instant motions.

    **WHEREFORE,** Defendant, Monty C. Pepper, respectfully requests this Honorable
Court enter Orders substantially in the form attached hereto, allowing him to Withdraw His
Guilty Plea, allowing the undersigned to withdraw as Counsel and staying the sentencing
scheduled for Thursday, October 14, 2004.

                                    **HUDSON, JONES, JAYWORK & FISHER**

DATED: ↙ ⌂ ↙ ↙ ↙ ↙            BY: _____
                                    BETH DEBORAH SAVITZ (ID #3774)
                                    225 South State Street
                                    Dover DE 19901
                                    (302) 734-7401
                                    Attorney for Defendant

Plaintiffs  Memorandum  of  Fact

I    Plaintiff  To defeat  defendants argument IV of
immunity  under The 11th Amendment  where  Plaintiff
makes  clear  That  Thomas  Carroll, Bambi Thomas,
Thomas  Seacord, and  James Gardels  are being  sued in
Their "individual capacities" As under Hafer V Melo 502 US 21
(1991) and White V Gregory  1 F3d 267-270 (4th Cir 1993)
   There for  even  when  state official  actions  cloaked with  state
authority and could not have  been  effectuated if acting only in
personal  capacity  suit in Their  individual capacity is upheld

II   Plaintiff  To  defeat  defendants  argument  VI
Qualified Immunity    Plaintiff states  as  Complaint  DI 2
IV  statement of Claim (1) That  The defendants  were "denieing"
Legal  call  To his  attorney  Beth Savits esq  This is a
6th Amendment  violation Also a  violation  of "prison rules". Than
no reasonable  person would not have know, as a officer  Trained by
The State  and is a protected constitutional Right under 6th
amendment  and possably The 1st Amendment  14th Amendment
   The Complaint clearly states  specific conduct  in statement
(1) a I was refused  Leagal call form's . ¿These are important
where it list Time date when called  what happend which officer Took
The call ;   This form  is being  sent in by Plaintiffs Parents I
can have a copy For The Court by Feb 30 2006,

II

(1) B $^{3-2}$ my requests were Taken but not Fallowed Through

c $^{3-2}$ again in Dec I requested more about 10 + calls Through 16TH   I was refused

The statement 3 $^{3-2}$ my request were Taken but not Fallowed Through   States That Plaintiff was not reciving his legal calls . c $^{3-2}$   States clearly   I requested more about 10 + "calls" and was refused

---

statement of claim   2

Plaintiff   was   denied   due   process   under The 14TH Amendment and prison rules   The   defendants   who on any greairance would  be The paritys who investigate and or remedy . if greairance officer hears   The Warden   has  last say as well controles  abuses  by  officers    he was made aware

statement of  Claim  3

Plaintiff was  denied  Greivance forms  sick call forms Legel call forms  This again due process under 14Th Amendment but further This was deliberate  and was part of The added burden To affect  mentaly The plaintiff

Also  is a  8TH Amendment claim   crule and unusel punshment where it was  maliciously and sadistically done To deter remedy To greavances sickcalls  and Legal calls where without These forms  one  can not Take action

statement of Claim  4

Plaintiff was denied  equal protection  and due process under The 14Th Amendment   By orders from defendants denial of  TVs  Religious Services  ect  as put forward in 4

statement 4    These denial of privlages are unequal to others in the SHU and unequal to others in Buld 18 SHU and unequal to three others on the Tier. Three others have TV's denial of Religious services is a First Amendment violation and denial of cleaning tools denial of out door reck denial visits and phone calls are 8th Amendment violations when taken in total is no different than punshment Plaintiff was a pre trial / convicted not sentenced inmate

Heat as well as egnoring Plaintiff's medical needs again 8 Th Amendment violation.

The defendants not only verbaly told Plaintiff they don't caer and knew these actions on their part did not conform to SHU Rules and were unconstitutional as trained officers

13 statement of Clame 13 and 15

Plaintiff denied protection under 8 Amendment by verbalyc Abusing Plaintiff. The Threats described in DI 2·3·5 as well as in DI 7 and DI 8 where This was deliberately dune with intent to mentaly harm and to imtimadate The Plaintiff from filing greavances As DI 7 shows the increase of This retalation and intimidation and DI 8 shows a further increase

The defendants by there profeshnal Training as a officer would without a doubt know This was unconstitional as well as illegal. Futhe These were maliciously and sadistically done with The intended out come on The Plaintiffs mental state

Statement of Claim 14 & 15

Plaintiff was denied protection of the 8th Amendment where As Taken in Totality confinement in Protective Custody was no different than punshment done dileberty To have the Plaintiff and others To sign off To sigh off would put the Plaintiff in physical danger

Defendants were aware of Plaintiffs mental state and delibertly used these denial of privlages To get the resolts intended That is Plaintiff To sign off P.C. withoot regard To the damage done, again as Trained officers knew what the mental state of the ~~defend~~ Plaintiff and did nothing To help This is deliberate indifferance

Statement of Claim 16

Plaintiff was denied protection under the 8th Amendment as well as 6th Amendment where the defendants acts were To intimadate the Plaintiff from filing greaivances and To force Plaintiff To sigh off Protective Custody a constitutional right under the 8th Amendment

again There's no way the defendants were not aware of the constitutional guarintee To the Plaintiff as Trained officers

Statement of Claim 17

Plaintiff was denied 6th Amendment access To courts Where defendants ie Defendant Thomas Carroll has 3 paralegals as well as atterney Genral and state officals who all know the access To law meaning ful access and when Plaintiff complained action was not Taken

statement of Claim   18

Plaintiff was denied the protection of First Amendment where the warden is responsable for not allowing word puzzles sent in by Family members in regulair mail where in Protective Custody in Plaintiff was refused word puzzles. These were considered games  defendant Carroll was the person who makes these rules. Also catalogs for magizenes or books are denied by mail. This amounts To censer-ship. Mr. Carroll is responsable for Rules

statement of Claim 19

Plaintiff was denied protection of the 8TH Amendment under Crule and Unusal where again Defendant Thomas Carroll controle rules allowed the gouging of prices on Commissary Plaintiff paid 190$^{00}$ for 13 in TV no remote some 300% over any street price as well as others. There can be no security intrest or any other reason except To punsh and hurt the Plaintiff and others as well as Familys who support the Plaintiff. The Defendant has To be aware of this gouging of inmates who are restricted by the state

Each statement of claim states a constitutional denial That any trained Correctonal Officer would have known was directly against Prison rules and proceedure The rules are in place to prevent constitutional denials and safty of the officers as well as the inmate ie Plaintiff

The officers are under the direct controle of the warden The warden wot would have added knolage of constitutional denials. These constitutional amendment and meaning have been in effect for years

There for Defendants have no right To Qualified immunity

**III**      Plaintiff  To defeat  the defendants argument II
state ment of fact II

legal Calls  are a protected  right  under  The 6Th Amendment
1st Amendment  and  14Th Amendment

As  Bambi Thomas  states  That she was Told That
Plaintiffs attorney  was in Trial and Too busy To speak To
Plaintiff  ( pargraph 3, statement II)  Further states That
subsequent To the call  attorney  filed a motion To with draw
as Plaintiffs attorney  and That  she Bambi Thomas was
Told This by attorneys office.

Then contends  That Plaintiff requested a call To Public
Defenders office

Then Defendants  Bambi Thomas  and Thomas Seacords
affidavits  merror  each other with respect To The Fact
That There are no specific forms for requesting legal phone calls

Defendants  Bambi Thomas and Thomas Seacord  dissigree
in who is To make The call  and further do not conform To
Rule The provide To The court  Exhibit 4 and 5 affidavit
and Rule (Exhibit A2)

The fact on  200  Plaintiff after contacting
his mother To contact Plaintiff attorney  Fired counsel for short
comming and ineffective counsel Aspot Fourth in post conviction
motion. and filed a motion To withdraw plea  and stay sentencing
cancel for Plaintiff was not at liberty To egnore The Plaintiff
or refuse calls untill released by The court.

Through This period Plaintiff  had important issues To
discuss with counsel where a delay from 10/12/2004 untill
2/1/2005 some four months That Plaintiff requested phone
call To counsel , docket (Exhibit A3 )

As To Defendants statement There are no specific form for legal calls. This is unTrue and PlainTiff will produce This Legal call request form with in 20 days where copy are being sent in but will not Make deadline of The 15th for response PlainTiff will call This (exhibit A)

• PlainTiff argues That These affidavits of Bambi Thomas and Thomas Seacord were made in bad faith and or for The purpose To render a summery Judgement and decive The court, "The Legal Call Request form is signed by officer Ballanger" where The PlainTiff includes a responce From Counsler MicFadden when PlainTiff complained of denial of calls (ExhibiT B. Also The Greavance The defendanTs present (Exhibits C and D)
8482 which is marked "request" not processecT. and one marked duplicaTe where 8482 DaTed Oct/22/04 and Duplicate? is DaTed Dec /21/ 04 and as The court can see They are "noT" request The duplicaTe marked 7347 is a head phone greavance (Exhibit E) is SHU Housing rules on page 7 reads
Submit your request on The Legal Call Request form
PlainTiff argues That all request made on paper were Trashed by Bambi Thomas Thomas Seacord and James Gardels 8-4 shift worker's

PlainTiff argues That iT was not a Telephone computer form (Exhibit F) as in compound rule but Legal call Request for which verified That The call was made

PlainTiff argues That mr Brian Engram was noT asked by sTaff which defendanTs are careful not To say who asked he was asked by PlainTiff in Legal Law Library request forms afTer The Third or fourTh request Mr Engram came To PlainTiff cell and asked for numbers. he did noT call PlainTiff's counsel but The ProThonarTary's office (Exhibit G) where he makes no contacT with PlainTiffs aTTorney

Futher as SHU rules Exhibit E "only" The 8-4
Lieutenant is To make The call unlike The affidavit
(Exhibit 4) Bambi Thomas again makes Faluse clame
ThaT "Lieutenant or his designee (lead worker)." makes The
call

    Plaintiff is unprepaired To add The additional evidance
which he is in possission due To Time constraints as well
as research research Time in Law Library To preperly assin
legal cite and rules but will provide as soon as possable


    defendanTs unlike They clame in VII The vague an conclusery
allegaTions were clean enuff To determin on staTement of
FacT II ThaT The plainTiff was denied Legal Calls
and even afTer repeaTed complainTs still allowed The
Plaintiff consTiTuTional right To counsel and The CourTs
This was To a Leveal of DeliberaTe Indiffence as well
as causing The PlainTiff To Loose his moTion To
reduce and moTion To WiTh draw Plea under Superor Court
Crim Rule 32 as well as causing The PlainTiff severe
menTal anguish sTress and put The defendanT Futher


    PlainTiff also has copys of letters more greaivances
Letters To internal affairs ect ThaT are impression copy's
This To bring lettering up I will need either carbon paper
possible or for       science FBI or US Marshells
or some one who can raise The lettering as in copys in
D I    . The CourT can Try carbon paper rubbing iT softly
over The impression This will raise The words!

Plaintiff also has requested an ansure from Beth Savitz est to the affirdavid by Bambi Thomas and have asked for a repliy to the statements with in concering her or her office reciveing a call (Exhibit H) Also requested the three letters to the Court and Judge James Vaughn Jr which contain statement to the conditions the plaintiff was suffering at the hands of the defendants (Exhibit I)

Plaintiff responds To The next issue in defendants statement of fact II page 3   The lack of response To The grievances filed between Sep 22 2004  Febuary 14 2005

defendants con Tend The Plaintiff filed only six grievances defendants refer To a grie grievance For head phones This grievance was some 390 days To finalize and 450 days To reimbursed in Dec 14 2005  remedy final (Exhibit J)

1 grievance concirning 11500 which is concerning The unequal Treatment as Defendant Carroll has been notified of condition and attacks and refuses To investigate  The questons asked by C/o welcom "he was Told who was attacked" greivances were filed by Them and was part of The fear and intimidation knowing That inmates ie Plaintiff could be attacked and nothing would be done no recordings This neglect by Wardon Carroll as well as other defendants was a dose rise To The leveal of diliberat Indifferance if not a criminal                          (Exhibit K)

grievance 11500 is  330 days old before a unsatifactory Remedy

grievance 11282 dated 2/04/2005 on razers The greavance is about The denial of razers by The defendants Bambi Thomas and ~~Thomas~~ as page 2 of (Exhibit L) egnoreing The issue That Plaintiff hadn't shaven For over a week and had To go To court in That condition he Defendant Thomas Seacord fails To Take any action and says The grivance was on a Friday onot on Thursday when razers are passedout. This is deliberate Indifference

where Defendants Knew That This Treatment was
damaging The Plaintiffs mental condition This
mental condition affected The Plaintiffs Physical
condition   Defendants would Laff about it All inmates
on 18 B Tier were witness and were Treated The same
abuses some Times others were directed at me Plaintiff
personally

Greivance 11282 was 330 days old and The
True issue was egnored   (Exhibit L)

Plaintiff has attempted To get copys of housing
rules and greivance proceedures for Exhibits and
was refused as well as inmate Grievance procedures
As proceedure 4.4   7 reads maxum period between
initial grievance receipt and final appeal shall not exceed
180 calender days . where The greivances Plaintiff list
are a well over   Futher section E Reprisal inform
against of reprisal   And under Emergency Grievance it says
That a issue That concern substantial risk of personal or
psychological injury shall be addressed immediately as far
as medical grievances They have gone unresolved for over
a year to Plaintiff will address This in ~~amme~~ amended
complaint with The courts permission

Futher Plaintiff puts Fourth a affidavit on
The refusal To photo pages of Grievance proceedure
and rules and   Exhibit

Plaintiff dose have redacted orientation information
dated August 27 2002 . Plaintiff assumes are up To date
where Inmate Reference Manual From Law Library is
Dated October 10 2001

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

MONTY C. PEPPER,                    )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )    C.A. No. 05-084-JJF
                                    )
Warden THOMAS CARROLL, C/O          )
BAMBIE THOMAS, C/O JAMES            )
GARDELS, C/O THOMAS SEACORD         )
                                    )
        Defendants.                 )

## AFFIDAVIT OF BAMBIE THOMAS

I, Bambie Thomas, having been duly sworn according to the law, do hereby depose and state the following:

1.      I am employed by the State of Delaware, Department of Correction at the Delaware Correctional Center ("DCC") near Smyrna, Delaware as a correction officer. I have been employed by the Department of Correction for 10 years. My duties include Correctional Sergeant. I have held this position since March 2002.

2.      In response to a request from the State of Delaware Department of Justice, I am providing the following information regarding inmate Monty Pepper's legal phone calls.

3.      The procedure for an inmate requesting legal phone calls to an attorney involves three steps. First, the inmate writes the attorney's name and phone number on a piece of paper, there are no specific forms for requesting legal phone calls, and the inmate then gives the paper to the lead worker, usually a Sergeant and then forwards the request to the Lieutenants office. Second, the Lieutenant or his designee (lead worker) then calls the attorney to set up a time for the attorney and inmate to speak on the phone. This is done to ensure that the attorney will be

EXZiBT (4

available when the inmate is taken from his cell to the room where he can speak privately with the attorney. After the phone appointment has been scheduled, the inmate is notified. At the time of the appointment, the connection is made with the attorney and the inmate is taken to the recreation room where he can have a private conversation alone.

4.      In the autumn of 2004, inmate Pepper made a request for a call to attorney Beth Savitz. According to procedure for assisting inmates in making calls to their attorneys, I first called Ms. Savitz's office to arrange an appointment for her to speak with inmate Pepper over the phone. Ms. Savitz's secretary stated that Ms. Savitz was involved in a murder trial and would not be able to speak with inmate Pepper for several weeks. This response was reported to inmate Pepper.

5.      On another occasion, after the first call to Ms. Savitz, inmate Pepper requested another call to the attorney. This time, when I placed the call to Ms. Savitz's office, I was informed that Ms. Savitz filed a motion to withdraw as inmate Pepper's attorney. Therefore, she was not going to arrange to speak with him. This response was reported to inmate Pepper.

6.      Inmate Pepper continues to have access to legal phone calls if he has an attorney who will accept his calls.

7.      I have made these statements based upon my personal knowledge, specialized training, and experience as an employee of the Department of Correction.


Bambie Thomas
Bambie Thomas

SWORN TO AND SUBSCRIBED BEFORE ME THIS 20th DAY OF January
2006

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

MONTY C. PEPPER, )
)
Plaintiff, )
)
v. ) C.A. No. 05-084-JJF
)
Warden THOMAS CARROLL, C/O )
BAMBI THOMAS, C/O JAMES )
GARDELS, C/O THOMAS SEACORD )
)
Defendants. )

## AFFIDAVIT OF THOMAS SEACORD

I, Thomas Seacord, having been duly sworn according to the law, do hereby depose and state the following:

1.   I am employed by the State of Delaware, Department of Correction at the Delaware Correctional Center ("DCC") near Smyrna, Delaware as a correction officer. I have been employed by the Department of Correction for 16 years. My duties include area Lieutenant of the S.H.U. Complex. I have held this position since January 2003; currently I am a Classification Officer and have held this position since August 2005.

2.   In response to a request from the State of Delaware Department of Justice, I am providing the following information regarding inmate Monty Pepper's legal phone calls.

3.   The procedure for an inmate requesting legal phone calls to an attorney involves three steps. First, the inmate writes the attorney's name and phone number on a piece of paper, there are no specific forms for requesting legal phone calls, and the inmate then gives the paper to the lead worker, usually a Sergeant and then forwards the request to the Lieutenants office. Second, the Lieutenant then calls the attorney to set up a time for the attorney and inmate to speak on the

phone. This is done to ensure that the attorney will be available when the inmate is taken from his cell to the room where he can speak privately with the attorney. After the phone appointment has been scheduled, the inmate is notified. At the time of the appointment, the connection is made with the attorney and the inmate is taken to a recreation room where he can have a private conversation.

4.    In the autumn of 2004, inmate Pepper gave me a legal call request with the number for the Public Defender's office. He did not have the name of specific attorney listed. I called the Public Defender's office and was told that they never heard of Monty Pepper and no attorney was assigned to his case.

5.    I relayed the response from the Public Defender's office to inmate Pepper and told him that if he could provide the name and phone number of a specific attorney, then a legal call could be arranged for him. Inmate Pepper never contacted me again about making legal phone calls.

6.    Inmate Pepper continues to have access to legal phone calls if he has an attorney who will accept his calls.

7.    I have made these statements based upon my personal knowledge, specialized training, and experience as an employee of the Department of Correction.

Thomas Seacord

SWORN TO AND SUBSCRIBED BEFORE ME THIS $\underline{2\,0}$ DAY OF January

2006.

NOTARY

SUPERIOR COURT CRIMINAL DOCKET                    Page    3
( as of  09/27/2005 )

State of Delaware v.  MONTY C PEPPER                      DOB: 03/28/1959
State's Atty: MARIE O GRAHAM , Esq.         AKA:
Defense Atty: SHERYL RUSH-MILSTEAD , Esq.

```
      Event
No.   Date          Event                                  Judge
----------------------------------------------------------------------------
16    09/24/2004                                      VAUGHN JAMES T. JR.
          LETTER FROM BETH SAVITZ      TO JUDGE VAUGHN
          RE: REQUEST SENTENCING BE CONTINUED.  ATTY IN DISTRICT COURT.
          SENTENCING CONTINUED TO OCT. 14, 2004.
17    10/12/2004
          MOTION TO WITHDRAW AS COUNSEL FILED. (BETH SAVITZ, ESQUIRE)
18    10/12/2004
          MOTION FOR WITHDRAW OF GUILTY PLEA FILED. (BETH SAVITZ, ESQUIRE)
19    10/12/2004
          MOTION TO STAY SENTENCING FILED. (BETH SAVITZ, ESQUIRE)
20    10/28/2004
          DEFENDANT'S LETTER FILED.
          RE: ASK YOUR HONOR TO WITHDRAW PLEA, STAY SENTENCING AND APPOINT NEW
          COUNSEL.
21    11/22/2004
          DEFENDANT'S LETTER FILED.
          RE: PENDING MOTIONS.
          NOTE: SCHEDULED FOR 11/24/2004 (PJV).
22    11/22/2004
          DEFENDANT'S LETTER FILED.
          RE: PENDING MOTIONS.
          NOTE: SCHEDULED FOR 11/24/2004 (PJV).
23    11/24/2004                                      VAUGHN JAMES T. JR.
          SENTENCING CALENDAR - CONTINUED.  COURT'S REQUEST - LACK OF JUDGES
          PRESIDENT JUDGE VAUGHN N/A
          SENTENCING 2/1/05
24    11/24/2004                                      VAUGHN JAMES T. JR.
          MOTION TO WITHDRAW AS COUNSEL PASSED TIL 2/1/05
          PRESIDENT JUDGE VAUGHN N/A
25    11/24/2004                                      VAUGHN JAMES T. JR.
          MOTION FOR WITHDRAW OF GUILTY PLEA PASSED TIL 2/1/05
          PRESIDENT JUDGE VAUGHN N/A
26    11/24/2004                                      VAUGHN JAMES T. JR.
          MOTION TO STAY PASSED TIL 2/1/05
          PRESIDENT JUDGE VAUGHN N/A
31    01/31/2005
          DEFENDANT'S LETTER FILED.
          RE: REQUEST FOR APPOINTMENT OF COUNSEL.
27    02/01/2005                                      VAUGHN JAMES T. JR.
          SENTENCING CALENDAR CONTINUED 2/28/05.
          DEFENDANT'S REQUEST-AWAITING DECISION ON MOTION.
28    02/01/2005                                      VAUGHN JAMES T. JR.
```

| STATE OF DELAWARE | / SOP NUMBER | / PAGE NUMBER |
|---|---|---|
| / DELAWARE CORRECTIONAL CENTER | / 3.4 | / 4 of 10 |
| SUBJECT: INMATE ACCESS TO TELEPHONE | | |

d.  Access to telephones by inmates shall be the responsibility of the Lead Worker or his designee in each housing area.

e.  Inmate shall be referred for abuse of telephone privileges to the Disciplinary Hearing Officer. There shall be no bartering, selling, trading or the permitting of one (1) inmate to use another inmate's telephone time under any circumstances.

f.  Amount and duration of telephone time shall be:

(1)  <u>Pre-Trial Detainee(s)</u>:  Legal collect-calls shall be as requested at the earliest time convenient to Lead Worker.  Personal collect-calls shall be no more than two (2) ten (10) minute sessions per week.

(2)  <u>Maximum</u>: Legal collect-calls shall be as requested at the earliest time convenient to Lead Worker.  Personal collect-calls shall be no more than one (1) ten (10) minute session per week.

(3)  <u>Medium</u>:  Legal collect-calls shall be as requested. Personal collect-calls shall be no more than two (2) ten (10) minute sessions per week.

(4)  <u>Minimum</u>:  Legal collect-calls shall be as needed and are verified as such.  Personal collect-calls for those inmates gainfully employed, and being paid for such employment, shall be no more than three (3) ten (10) minute sessions per week.  Otherwise, two (2) sessions shall be permitted.

SPEED LETTER

TO _Monty Pepper_____  FROM _Ash McFuss_____

___ 18BL8 _legal call___

SUBJECT: _____

MESSAGE _You will need to write to the_

_824 Lt. & request a legal call_

DATE _10/19/04_  SIGNED _____

REPLY: _____

_____

_____

_____

_____

DATE_____  SIGNED_____

FORM #: 535    SEND PARTS 1 & 2 INTACT. PART 2 WILL BE RETURNED WITH REPLY. RETAIN PART 3 FOR FILE.

EXHIBIT B

o M. Merson
hair P

Capt. Sagers yc 1/11/04
FVF 11/10/04

**FORM #584**

**GRIEVANCE FORM**

LITY: DCC                    DATE: OCT 22 04

EVANT'S NAME: Monty Pepper  SBI#: 0015 69 20

SE#: 8482                    TIME OF INCIDENT: _____

OUSING UNIT: Shu 18 B L8

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

L.M Merson   I have been Trying To get Leagle
calls foroven 3 weeks I have sent in mulTuple
RequesTs on day shift To sagers and RequesTed Through
meffadden Telling The problem I have RequesTed
Call forms Day & nite shifts dozen's of Times
yet have noT goT one yet I have wrote
a Letter To Judge JamesT Vaughn To
geT acTion on my case and LeT him
Know what is Takeing Place in hear
This has infringed on my Rites To The Law

ACTION REQUESTED BY GRIEVANT:   Leagle calls and possible
Leagl acTion deniring myCivRiTes To counsel
agenST DCC
    Hope no reTibuTion from STaff for complains
(As of To day I have SenT mim 13 + LeTlers)

GRIEVANT'S SIGNATURE: _____  DATE: OCT 22 04
                                           OCT 24 04

WAS AN INFORMAL RESOLUTION ACCEPTED?   _____(YES)   _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____  DATE: 0

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

**RECEIVED**

NOV 0 3 2004

April '97 REV

Inmate Grievance Office

## Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven(7) days from the date of the occurance or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be recieved during the next working day.

---

### Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

_____ **Vulgar/Abusive or Threatening Language.** The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_____ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed. _____Disciplinary Action _____Parole Decision _____Classification Action

_____ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

_____ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance # _____.

_____ **Original Grievances must be submitted to the Inmate Grievance Chairperson.** Photocopies are not accepted.

_____ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

_____ **Expired filing period.** Grievance exceeds seven(7) days from date of occurrence.

_____
Inmate Grievance Chairperson

NOV 0 3 2004
_____
Date

Form#: 584 (F&B)
(Reverse Revised July '99)

n.s merson

duplicate

8482

**FORM #584**

**GRIEVANCE FORM**

FACILITY: DCC                    DATE: Dec 21 04

GRIEVANT'S NAME: MonTy Pepper    SBI#: 00156920

CASE#:_____            TIME OF INCIDENT:_____

HOUSING UNIT: 18 B L8

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

I Am being Refused Leagal calls 10ᵀᴴ Try either
Bambe or H Seacord or someone is noT LeTTing call happee
I have copys Ive informd The Task Force  I inTend
on fileing suTe, Bambi and co's Refuse
RequesT for Grievance forms ' sick forms
and Leagal call forms  I Am sendind LeTTer's
To Judge Vaugh LeTTing him know and I see
no oTher couice B uT To file suTe oVer This issue
and The Lack of your office in all maTTers
To resolve Problms has been forwonded To Fed/Task force

ACTION REQUESTED BY GRIEVANT: Face To Face wiTh you
To Resolve This befor This goes To CourT /
Resolve Greaviance  7347  9/22/04

GRIEVANT'S SIGNATURE:_____    DATE:_____

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)  _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

**RECEIVED**

DEC 27 2004

JAN 0 3 2005

Inmate Grievance Office

## Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven(7) days from the date of the occurance or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be recieved during the next working day.

---

## Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

_____ **Vulgar/Abusive or Threatening Language.** The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_____ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed. _____ Disciplinary Action _____ Parole Decision _____ Classification Action

_____ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

__✓__ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance # _7347_ .

_____ **Original Grievances** must be submitted to the Inmate Grievance Chairperson. Photocopies are not accepted.

_____ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

_____ **Expired filing period.** Grievance exceeds seven(7) days from date of occurrence.

_____
Inmate Grievance Chairperson

**DEC 1 3 2004**

_____
Date

Form#: 584 (F&B)
(Reverse Revised July '99)

Exhibit E

# *Security Housing Unit*

# *Orientation Information*

**SHU Counselors Office**
**Delaware Correctional Center**

**August 27, 2002**

FORM# 952

## Who handles Legal Call requests?

The Lieutenant on 8 x 4 shift handles the Legal Call Requests. Submit your request on the Legal Call Request form to the 8 x 4 Lieutenant. He will call the attorney to verify the request and schedule a time suitable to the attorney and security staff.

## Are there Religious Services in SHU?

There are three chapel services in SHU. All chapel services are on video. You can watch them on channel 4 on your Television. The Jumu'ah Services are on Fridays at 1:00 p.m., the Catholic Service tape is played on Saturday at 1:00 p.m., and the Protestant tape is played on Sunday at 1:00 p.m.

## Who do I talk to about my Release Date or Goodtime?

You should write to the records department if you have a question about your sentencing, Short Time Release date, or Goodtime that you have earned. Your counselor may be able to help you with some of this also.

**Good Luck!!**
**SHU Counselors**

FORM # 952

EXHIBIT F

### STATE OF DELAWARE
### DELAWARE CORRECTIONAL CENTER - SMYRNA

Telephone System Telephone Number Request Form

INMATE NAME_____ SBI NUMBER_____

DATE OF BIRTH _____/_____/_____      HOUSING UNIT_____

PERSON TO BE CALLED      RELATIONSHIP      (AREA CODE) NUMBER

1. _____      _____      _____

2. _____      _____      _____

3. _____      _____      _____

4. _____      _____      _____

5. _____      _____      _____

ATTORNEY:_____                          _____

Your signature on this form and using the Inmate telephones shall be deemed as consent to the conditions and restrictions placed upon the Delaware Correctional Center - Smyrna telephones, including the possibility of monitoring, recording, and the recording of all call detail.

SIGNATURE: _____/_____
                                                              DATE

Reviewed by Staff Member

SIGNATURE: _____/_____
                                                              DATE

FORM #: 703
   (4-pt NCR)

Exhibit G

MEMO

TO: I/M Monty Pepper #156920

FROM: Brian Engrem, SHU Law Library Paralegal

DATE: January 18, 2005

RE: Beth Savitz

I have contacted the prothontary office of the Kent County Superior Court regarding your issue with your paid attorney Beth Savitz. They told me Beth Savitz has filed a motion to withdraw as counsel. This motion and several others are scheduled for a hearing on February 01, 2005. I did not contact Beth Savitz since this matter is pending before the court. If you desire to file the lawsuit regarding your legal phone calls to Beth Savitz, I will send you the forms. You may want to wait until the judge rules on these motions before you proceed on any lawsuit. I will direct your request sent to me on this matter to the Inmate Paralegals on the Main Compound for further interpretation of this matter.

Cc: Mike Little
    File

To BETH SAVITZ  esq

FEBURARY 10 2006

FROM  MONTY C PEPPER

Delaware Correctonal Center

INCLOSED you will find a affidavit of Offcer BAMBIE THOMAS
of D.C.C.

This affitdavit concerns mv ATTEMPTS  to contact you during
the time after OCT /24/04 or around up untill FEBQ/ 1 /2005  as
Defendants in a 1983 Civil Action Ms Thomas says she called your office
on two occations

On both occasions Ms thomas states that you refused to talk to me
as this case is proceeding to trial I would ask that you ansure tu this
AFFIDAVIT weather included statements are true

Ansureing to this AFFIDAVIT would save time and effort on both me
and you and would help prevent a summons at a later time

I would appreciate a timely response to this request were as There
are deadlines that Ihave to meet

Respectfully

MONTY C PEPPER

Delaware Correctional Center
1181 Paddock RD
Smyrna Del 19977

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

MONTY C. PEPPER,                          )
                                          )
            Plaintiff,                    )
                                          )
    v.                                    )    C.A. No. 05-084-JJF
                                          )
Warden THOMAS CARROLL, C/O                )
BAMBIE THOMAS, C/O JAMES                  )
GARDELS, C/O THOMAS SEACORD               )
                                          )
            Defendants.                   )

## AFFIDAVIT OF BAMBIE THOMAS

I, Bambie Thomas, having been duly sworn according to the law, do hereby depose and state the following:

1.      I am employed by the State of Delaware, Department of Correction at the Delaware Correctional Center ("DCC") near Smyrna, Delaware as a correction officer. I have been employed by the Department of Correction for 10 years. My duties include Correctional Sergeant. I have held this position since March 2002.

2.      In response to a request from the State of Delaware Department of Justice, I am providing the following information regarding inmate Monty Pepper's legal phone calls.

3.      The procedure for an inmate requesting legal phone calls to an attorney involves three steps. First, the inmate writes the attorney's name and phone number on a piece of paper, there are no specific forms for requesting legal phone calls, and the inmate then gives the paper to the lead worker, usually a Sergeant and then forwards the request to the Lieutenants office. Second, the Lieutenant or his designee (lead worker) then calls the attorney to set up a time for the attorney and inmate to speak on the phone. This is done to ensure that the attorney will be

available when the inmate is taken from his cell to the room where he can speak privately with the attorney. After the phone appointment has been scheduled, the inmate is notified. At the time of the appointment, the connection is made with the attorney and the inmate is taken to the recreation room where he can have a private conversation alone.

4.      In the autumn of 2004, inmate Pepper made a request for a call to attorney Beth Savitz. According to procedure for assisting inmates in making calls to their attorneys, I first called Ms. Savitz's office to arrange an appointment for her to speak with inmate Pepper over the phone. Ms. Savitz's secretary stated that Ms. Savitz was involved in a murder trial and would not be able to speak with inmate Pepper for several weeks. This response was reported to inmate Pepper.

5.      On another occasion, after the first call to Ms. Savitz, inmate Pepper requested another call to the attorney. This time, when I placed the call to Ms. Savitz's office, I was informed that Ms. Savitz filed a motion to withdraw as inmate Pepper's attorney. Therefore, she was not going to arrange to speak with him. This response was reported to inmate Pepper.

6.      Inmate Pepper continues to have access to legal phone calls if he has an attorney who will accept his calls.

7.      I have made these statements based upon my personal knowledge, specialized training, and experience as an employee of the Department of Correction.

Bambie Thomas
Bambie Thomas

SWORN TO AND SUBSCRIBED BEFORE ME THIS 20th DAY OF January
2006

## REQUEST FOR MATERIALS FROM PROTHONOTARY

TO: _____Kent_____ County

DATE REQUESTED: _Feb  13  2006_

INDICTMENT NUMBER(S): _IK 0402594_____ Doc # 04 01017318

OFFENSE(S): __11 § 772 Trust  11 61111  11 § 1109__

DATE ARREST: __Jan 22  2004__

DATE OF BIRTH: __3/28/59__

Please send the following:

    1. Court docket sheets    [ ] plain  [ ] Certified

    2. Court docket Numbers    [ ]

    3. Indictment Sheet    [ ]

    4. Other _Letters____    [✓]

Please send materials to the following:

    Defendants letter  10/28/04

    Defendants letter  11/24/2004

    Defendants letter  1/31/2004

_____
Signature

Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

# GRIEVANCE INFORMATION - WARDEN

### OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| Offender Name : PEPPER, MONTY C | SBI# | : 00156920 | Institution : DCC |
| Grievance # : 7347 | Grievance Date : 09/22/2004 | | Category : Individual |
| Status : Unresolved | Resolution Status : | | Inmate Status : |
| Grievance Type: Personal Property | Incident Date : 09/21/2004 | | Incident Time : |
| IGC : McCreanor, Michael | Housing Location : Bldg V, Tier A, Cell 8, Bottom | | |

### REFERRED TO

| Due Date : | Referred to: | Name: |
|---|---|---|

Type of Information Requested :

### DECISION

| | |
|---|---|
| Date Received | : 03/11/2005 |
| Decision Date | : 10/14/2005    **Vote :** Uphold |
| Comments | : Upheld. Headphones were purchased on Sept. 15, 2004, and were lost by staff on or about Sept. 18, 2004. Therefore, Inmate Pepper shall be reimbursed $20.20. |

cc DCC IGC
　　Inmate
　　DCC Business Office
　　Admin. Officer Smith

*Elizabeth Buris*

**WARDEN / WARDEN'S DESIGNEE SIGNATURE**

_10/14/05_
**DATE**

I WISH TO APPEAL THIS TO THE BUREAU GRIEVANCE OFFICER (B.G.O.)    YES:_____    NO:_____

**GRIEVANT'S SIGNATURE**

**I.G.C. SIGNATURE**

**RECEIVED**

DATE **OCT 1 7 2005**

**Inmate Grievance Office**
**DATE**

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : PEPPER, MONTY C | **SBI#** : 00156920 | **Institution** : DCC |
| **Grievance #** : 7347 | **Grievance Date** : 09/22/2004 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status** : | **Resol. Date** : |
| **Grievance Type:** Personal Property | **Incident Date** : 09/21/2004 | **Incident Time** : |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg V, Tier A, Cell 8, Bottom | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** On 9/18/04 2:30 I moved to PC 18 BL8 on my own free will to head off trouble with the advice of C/O Werda. She inventoried my property Things were stolen.Headphones $20.00 which were in the box, I have the receipt. Ms Morgan said they had been stolen. This leaves me with no radio.

**Remedy Requested** : replace headphones please or $20.00 asap.

### INDIVIDUALS INVOLVED

| Type | SBI# | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** NO | **Date Received by Medical Unit :** |
| **Investigation Sent :** | **Investigation Sent To** : Kromka, Frank |
| **Grievance Amount :** $20 | |

Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | | |
|---|---|---|---|
| **Offender Name** : PEPPER, MONTY C | **SBI#** : 00156920 | **Institution** : DCC | |
| **Grievance #** : 7347 | **Grievance Date** : 09/22/2004 | **Category** : Individual | |
| **Status** : Unresolved | **Resolution Status:** | **Inmate Status :** | |
| **Grievance Type:** Personal Property | **Incident Date** : 09/21/2004 | **Incident Time :** | |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg V, Tier A, Cell 8, Bottom | | |

| INFORMAL RESOLUTION | | | |
|---|---|---|---|

**Investigator Name** : Kromka, Frank                     **Date of Report** 10/01/2004

**Investigation Report :** The property room received a 537 form dated 9/18/04 listing a pair of Sony headphones, however, there were no headphones in I/M Pepper's contents. As of this date the property room still has not received the headphones.

**Reason for Referring:**

---

**Investigator Name** : Henry, Janice                     **Date of Report** 01/07/2005

**Investigation Report :** As of 1-12-05 the Pre-Trial area was checked to see if anyone had the missing headphone. None where found belonging to inmate M. Pepper. Grievance is forwarded to Cpl. Merson for resolution, pending inmates receipt of purchase and 537 from Sgt. Kromka.

**Reason for Referring:** Capt. Henry,
This inmate was removed from B/PT and sent to SHU. please see Cpl. Kromka's and continue the investigation in your area. Thanks,
Merson

**Offender's Signature:**_____

**Date** :_____

**Witness (Officer)** :_____

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | | | |
|---|---|---|---|---|
| **Offender Name :** PEPPER, MONTY C | **SBI#** | : 00156920 | **Institution** | : DCC |
| **Grievance #** : 7347 | **Grievance Date** | : 09/22/2004 | **Category** | : Individual |
| **Status** : Unresolved | **Resolution Status :** | | **Inmate Status :** | |
| **Grievance Type:** Personal Property | **Incident Date** | : 09/21/2004 | **Incident Time :** | |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg V, Tier A, Cell 8, Bottom | | | |

### IGC

**Medical Provider:**                 **Date Assigned**

**Comments:**

☐ **Forward to MGC**              ☐ **Warden Notified**

☑ **Forward to RGC**              **Date Forwarded to RGC/MGC :** 02/04/2005

☐ **Offender Signature Captured**       **Date Offender Signed**       :

Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE INFORMATION - RGC

### OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name :** PEPPER, MONTY C | | **SBI#** : 00156920 | **Institution** : DCC |
| **Grievance #** : 7347 | | **Grievance Date** : 09/22/2004 | **Category** : Individual |
| **Status** : Unresolved | | **Resolution Status :** | **Inmate Status :** |
| **Grievance Type:** Personal Property | | **Incident Date** : 09/21/2004 | **Incident Time :** |
| **IGC** : Merson, Lise M | | **Housing Location :** Bldg V, Tier A, Cell 8, Bottom | |

### RGC

**Date Received :** 02/04/2005          **Date of Recommendation:** 03/11/2005

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| Inmate | 00188380 | IRWIN, RICHARD N | Uphold |
| Inmate | 00187042 | BASS, DONALD F | Uphold |
| Staff | | Kramer, William | Uphold |
| Staff | | Beall, Wayne | Uphold |
| Staff | | Vargas, Rosalie | Abstain |

### VOTE COUNT

**Uphold :** 4          **Deny :** 0          **Abstain :** 1

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|

### RECOMMENDATION

March 07, 2005
Uphold: Inmate should be reimbursed for headphones. $20.20

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE INFORMATION - WARDEN

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name :** PEPPER, MONTY C | **SBI# :** 00156920 | **Institution :** DCC |
| **Grievance # :** 7347 | **Grievance Date :** 09/22/2004 | **Category :** Individual |
| **Status :** Unresolved | **Resolution Status :** | **Inmate Status :** |
| **Grievance Type:** Personal Property | **Incident Date :** 09/21/2004 | **Incident Time :** |
| **IGC :** Merson, Lise M | **Housing Location :** Bldg V, Tier A, Cell 8, Bottom | |

| REFERRED TO | | |
|---|---|---|
| **Due Date :** | **Referred to:** | **Name:** |

**Type of Information Requested :**

| DECISION | | |
|---|---|---|
| **Date Received :** 03/11/2005 | | |
| **Decision Date :** 10/14/2005 | **Vote :** Uphold | |
| **Comments :** Upheld.  Headphones were purchased on Sept. 15, 2004, and were lost by staff on or about Sept. 18, 2004.  Therefore, Inmate Pepper shall be reimbursed $20.20. | | |

    cc  DCC IGC
        Inmate
        DCC Business Office
        Admin. Officer Smith

---

**WARDEN / WARDEN'S DESIGNEE SIGNATURE**　　　　　　　　**DATE**

**I WISH TO APPEAL THIS TO THE BUREAU GRIEVANCE OFFICER (B.G.O.)**　　**YES:_____**　　　　**NO:_____**

**GRIEVANT'S SIGNATURE**　　　　　　　　　　　　　　**DATE**

**I.G.C. SIGNATURE**　　　　　　　　　　　　　　　　**DATE**

Smyrna Landing Road
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

# GRIEVANCE INFORMATION - Appeal

| OFFENDER GRIEVANCE INFORMATION | | | |
|---|---|---|---|

**Offender Name :** PEPPER, MONTY C

| | | | |
|---|---|---|---|
| **Grievance #** : 7347 | | | |
| **Status** : Unresolved | | | |
| **Grievance Type:** Personal Property | | | |
| **IGC** : Merson, Lise M | | | |

**SBI#** : 00156920   **Institution** : DCC

**Grievance Date** : 09/22/2004   **Category** : Individual

**Resolution Status :**   **Inmate Status :**

**Incident Date** : 09/21/2004   **Incident Time :**

**Housing Location :** Bldg V, Tier A, Cell 8, Bottom

### APPEAL REQUEST

Appeal Due 10-21-2005

### REMEDY REQUEST

Exhibit K

**DEPARTMENT OF CORRECTION**
Bureau of Prisons
245 McKee Road
Dover, Delaware 19904

December 19, 2005

D/W    C-12

Inmate PEPPER MONTY C
SBI # 00156920
DCC  Delaware Correctional Center
SMYRNA DE, 19977

Dear MONTY PEPPER:

We have reviewed your Grievance Case # 11500 dated 02/13/2005.

Based upon the documentation presented for our review, we deny your appeal request.

Accordingly, there is no further issue to mediate nor Outside Review necessary as provided by BOP Procedure 4.4 entitled "Inmate Grievance Procedure", Level III appeals.

Sincerely,

Paul W. Howard                                    Inmate Copy
Bureau Chief

DCC - Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| Offender Name | : PEPPER, MONTY C | SBI# | : 00156920 | Institution | : DCC |
| Grievance # | : 11500 | Grievance Date | : 02/13/2005 | Category | : Individual |
| Status | : Resolved | Resolution Status | : Level 3 | Resol. Date | : 01/13/2006 |
| Grievance Type: Miscellaneous | | Incident Date | : 02/13/2005 | Incident Time | : |
| IGC | : Merson, Lise M | Housing Location | : Bldg D-WEST, Tier C, Cell 12, Bottom | | |

## OFFENDER GRIEVANCE DETAILS

Description of Complaint: Even inmates that were attacted by guards your office has egnored and told them too bad yet inmates have witnessed these attacks. Religous services and reading materal have been purposly & mulishily denied us.

Remedy Requested : Give us our wrights back.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

## ADDITIONAL GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Medical Grievance : NO | Date Received by Medical Unit : | |
| Investigation Sent : | Investigation Sent To | : Sagers, Clyde |
| Grievance Amount : | | |

# INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|

**Offender Name :** PEPPER, MONTY C

**SBI# :** 00156920

**Institution :** DCC

**Grievance # :** 11500

**Grievance Date :** 02/13/2005

**Category :** Individual

**Status :** Resolved

**Resolution Status:** Level 3

**Inmate Status :**

**Grievance Type:** Miscellaneous

**Incident Date :** 02/13/2005

**Incident Time :**

**IGC :** Merson, Lise M

**Housing Location :** Bldg D-WEST, Tier C, Cell 12, Bottom

| INFORMAL RESOLUTION | |
|---|---|

**Investigator Name :** Sagers, Clyde

**Date of Report** 02/14/2005

**Investigation Report :**

**Reason for Referring:**

---

**Investigator Name :** Welcome, Michael

**Date of Report** 02/15/2005

**Investigation Report :** Interviewed Inmate Pepper to try to clarify his grievance: On the "Inmates are attacked by guards" issue he made reference to an incident involving another Inmate that he alleges occurred over a year ago, and the Inmate is no longer here. He has nothing to substantiate his claim, and can not recall Officers names or date of incident etc. As to his second complaint: He alleges he is being denied access to a regular library for reading material, and that he is being denied access to religious services because he is not permitted to have a television to watch church services on. Currently Protective Custody Inmates are not permitted televisions. This issue is policy set by the administration, and is beyond the scope of my supervision or ability to change. Inmate refuses to settle the grievance at this level, and is requesting a hearing before the grievance board concerning his access to religous services. Forwarded grievance to IGC for next level of resolution attempt.

**Reason for Referring:** Please resolve. Sagers

Offender's Signature: _____

Date            : _____

Witness (Officer) : _____

**DCC Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** PEPPER, MONTY C | **SBI#** : 00156920 | **Institution** : DCC |
| **Grievance #** : 11500 | **Grievance Date** : 02/13/2005 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status** : Level 3 | **Inmate Status :** |
| **Grievance Type:** Miscellaneous | **Incident Date** : 02/13/2005 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg D-WEST, Tier C, Cell 12, Bottom | |

### IGC

**Medical Provider:**                              **Date Assigned**

**Comments:**

☐ **Forward to MGC**            ☐ **Warden Notified**

☑ **Forward to RGC**            **Date Forwarded to RGC/MGC** : 02/21/2005

☐ **Offender Signature Captured**      **Date Offender Signed**       :

Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

# GRIEVANCE INFORMATION - RGC

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : PEPPER, MONTY C | SBI# : 00156920 | Institution : DCC |
| Grievance # : 11500 | Grievance Date : 02/13/2005 | Category : Individual |
| Status : Resolved | Resolution Status : Level 3 | Inmate Status : |
| Grievance Type: Miscellaneous | Incident Date : 02/13/2005 | Incident Time : |
| IGC : Merson, Lise M | Housing Location : Bldg D-WEST, Tier C, Cell 12, Bottom | |

## RGC

Date Received : 02/21/2005          Date of Recommendation: 03/11/2005

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI # | Name | Vote |
|---|---|---|---|
| Inmate | 00188380 | IRWIN, RICHARD N | Deny |
| Inmate | 00187042 | BASS, DONALD F | Deny |
| Staff | | Kramer, William | Deny |
| Staff | | Beall, Wayne | Deny |
| Staff | | Vargas, Rosalie | Abstain |

### VOTE COUNT

| Uphold : 0 | Deny : 4 | Abstain : 1 |
|---|---|---|

### TIE BREAKER

| Person Type | SBI # | Name | Vote |
|---|---|---|---|

### RECOMMENDATION

March 07, 2005
Deny: inmate stated he signed onto P/C voluntarilly - Policy for P/C in place has option of removing himself from P/C
Note: Inmate disorderly during hearing

Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

# GRIEVANCE INFORMATION - WARDEN

| OFFENDER GRIEVANCE INFORMATION | | | |
|---|---|---|---|
| **Offender Name :** PEPPER, MONTY C | **SBI#** : 00156920 | **Institution** : DCC | |
| **Grievance #** : 11500 | **Grievance Date** : 02/13/2005 | **Category** : Individual | |
| **Status** : Resolved | **Resolution Status :** Level 3 | **Inmate Status :** | |
| **Grievance Type:** Miscellaneous | **Incident Date** : 02/13/2005 | **Incident Time :** | |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg D-WEST, Tier C, Cell 12, Bottom | | |

| REFERRED TO | | |
|---|---|---|
| **Due Date :** | **Referred to:** | **Name:** |

**Type of Information Requested :**

| DECISION |
|---|
| **Date Received** : 03/11/2005 |
| **Decision Date** : 10/17/2005          **Vote :** Deny |
| **Comments** : Denied.  Protective Custody is transient housing, utilized to stabilize a situation until the inmate can be placed in the appropriate housing status.   The inmate should work with Treatment staff to develop a treatment plan for his movement from Protective Custody. |

cc DCC IGC
   Inmate
   Treatment Administrator Hosterman

 

**WARDEN / WARDEN'S DESIGNEE SIGNATURE**        **DATE**

**I WISH TO APPEAL THIS TO THE BUREAU GRIEVANCE OFFICER (B.G.O.)**    **YES:_____**      **NO:_____**

**GRIEVANT'S SIGNATURE**        **DATE**

**I.G.C. SIGNATURE**        **DATE**

# GRIEVANCE INFORMATION - Appeal

| OFFENDER GRIEVANCE INFORMATION | | | |
|---|---|---|---|
| **Offender Name :** PEPPER, MONTY C | **SBI#** : 00156920 | **Institution** : DCC | |
| **Grievance #** : 11500 | **Grievance Date** : 02/13/2005 | **Category** : Individual | |
| **Status** : Resolved | **Resolution Status :** Level 3 | **Inmate Status :** | |
| **Grievance Type:** Miscellaneous | **Incident Date** : 02/13/2005 | **Incident Time :** | |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg D-WEST, Tier C, Cell 12, Bottom | | |

### APPEAL REQUEST

Appeal due 10-23-2005. Appeal returned 10-24-2005
Sir I have copies of all greavaces and medical forms
(1) grv11500 the attacks I do have names names are sute. Inmates put in greavances Lt. Welcom did not ask (12/18/ is my sons birthday) if he did he would had got an ansure they too fear from retaliation from Guards/
(2) The resuloition dose not address the abuse of inmates or denial of privlages TV/Religious
(3) The resulation does not address the grievance system's inaffectiveness and lack of "Remedy"
(4) grv 11500 is about the other greavances that were not hurd or marked "Not Grievancable"
(5) some inmates have TV's are the privlaged.
(6) I was not disordley I said: It was about time: Vargus said are getting smart we can end this now there was a grievance put in on that hearing.
(7) Inmates/citizens are to be afforted rights as other inmates Legitimat Penal Intrest.
With all due Respect
The remedy is no addressing the complaints put in grievance 11500. The first line states "That grievances go unherd". as your Remedy shows it is still unherd this griev. being 240 dayts old 7347 is 395 days old
    This griev as other's the grv officers have changed or left out the main reason or request for remedy and as others they are egnored or checked not grv/able 4.4 rules state 180 days from beginning to appeal remedy. yes grvs. on attacks, on Religous services on denial of legal calls restrictions of Law Library. cleaning tool as well as TV's exercize time and other rights as medical which was one of the most important ans is still denied to date i have been in pain since last year no help I have a cough and a lump on my spine which could be canser for all I know no help! yet grievances were put in. and egnored
    Retalation from guards for exerciseing my constitutional Right the grievance system
    Religious services denied could be done on TV this is agenst 42 USCA11977 and 42 USCD 2000cc-2cc)
Continued in "Remedy Request"

### REMEDY REQUEST

All this information was sent in a letter to warden caroll and internal Affairs (All egnored)
Retailation from officer's grievnces went unhurd. I fear for my life from these officers! Seacord states at a hearing agenst (retalation) officers Thomas/Cordell told me quote if it was 5 years ago he would had beat the shit out of me and put me in the hole;
    The other officers were presant he wouldn't unhand cuff me to sign, Bogas write ups Officer Savage Laffes say you know your quilty and refused withness or afidavids officer Thomas states dont you want to sign off now, This "Conspiracy" falls under 42 usc 1983 and was witnessed officers/Dr. Remmie/Dr. Eelan/inmates
    Ad of today I fear fore my life each day no matter what prison the fear from retaliation would fallow because of the proven crupt officers. could just make a call or pay a inmate to hurt or kill me.
The total neglance from medical has left me in pain. A cough (dry) that started in P.C. and has not stoped for all most a year as being biPoler diagnosed major depperessant disorder no care at all I sleep verry littel and antisapate a attack at any time
    I fear the cough and the lump on my spine could be cancer I don't know will it be too late by the time I do { I was a pretrail inmate 4 05 visits to mt family shakeled was harnfull to my son and family and me was excessive restraint} There no excuse for that lack of medical help. when mental health check a book while they walk by our cells.
    The Law Library restriction caused me to loose my plea with drawl, caused me to send a incomplete motion for reduction-of sentence and caused me to fail to appeal it in time when the plea is unjust and plead to a crime I did not do I am trying to correct that, then and now and still am restricted from access to law. without ampel time to recarch I stand no cance to reverce my sentance or get it lowered.
    The denial of legal calls "to my counsel" added difficulties in the case which also added to my loss this wenton from oct 24 04 - may 30 05 have copys and grievances checked not grievancable no calls allowed
    these are a small amount of what happend the fact that Im in "V" I feel safer "but not safe" at all" The damage has allready

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

# GRIEVANCE INFORMATION - BGO

| OFFENDER GRIEVANCE INFORMATION | | | |
|---|---|---|---|
| Offender Name : PEPPER, MONTY C | SBI# : 00156920 | Institution : DCC | |
| Grievance # : 11500 | Grievance Date : 02/13/2005 | Category : Individual | |
| Status : Resolved | Resolution Status : Level 3 | Inmate Status : | |
| Grievance Type: Miscellaneous | Incident Date : 02/13/2005 | Incident Time : | |
| IGC : Merson, Lise M | Housing Location : Bldg D-WEST, Tier C, Cell 12, Bottom | | |

| REFERRED TO | | |
|---|---|---|
| Due Date : | Referred to: | Name: |

Type of Information Requested :

| DECISION |
|---|
| Date Received : 10/24/2005 |
| Decision Date : 10/24/2005    Vote : Deny |
| Comments : |
| I concur with the unanimous Resident Grievance Committee recommendation, which is further supported by the Warden's decision. |

Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE INFORMATION - Bureau Chief

| OFFENDER GRIEVANCE INFORMATION | | | |
|---|---|---|---|
| **Offender Name :** PEPPER, MONTY C | **SBI#** : 00156920 | **Institution** : DCC | |
| **Grievance #** : 11500 | **Grievance Date** : 02/13/2005 | **Category** : Individual | |
| **Status** : Resolved | **Resolution Status :** Level 3 | **Inmate Status :** | |
| **Grievance Type:** Miscellaneous | **Incident Date** : 02/13/2005 | **Incident Time :** | |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg D-WEST, Tier C, Cell 12, Bottom | | |

| DECISION | |
|---|---|
| **Decision Date:** 12/19/2005 | **Vote :** Deny |
| **Comments :** | |

Exhibit L

**DEPARTMENT OF CORRECTION**
Bureau of Prisons
245 McKee Road
Dover, Delaware 19904

December 19, 2005

D|W    C-12

Inmate PEPPER MONTY C
SBI # 00156920
DCC  Delaware Correctional Center
SMYRNA DE, 19977

Dear MONTY PEPPER:

We have reviewed your Grievance Case # 11282 dated 02/04/2005.

Based upon the documentation presented for our review, we deny your appeal request.

Accordingly, there is no further issue to mediate nor Outside Review necessary as provided by BOP Procedure 4.4 entitled "Inmate Grievance Procedure", Level III appeals.

Sincerely,

Paul W. Howard
Bureau Chief

Inmate Copy

Smyrna Landing Road
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| **Offender Name :** PEPPER, MONTY C | | **SBI#** | : 00156920 | **Institution** | : DCC |
| **Grievance #** : 11282 | | **Grievance Date** | : 02/04/2005 | **Category** | : Individual |
| **Status** : Resolved | | **Resolution Status :** Level 3 | | **Resol. Date** | : 01/13/2006 |
| **Grievance Type:** Staff Issues | | **Incident Date** | : 02/04/2005 | **Incident Time :** 12:00 | |
| **IGC** : Merson, Lise M | | **Housing Location :** Bldg D-WEST, Tier C, Cell 12, Bottom | | | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** This morning I asked c/o Boston and Loydd for a razor with no response at lunch time I asked again with no response I asked for a grievance form no responce a c/o was talking to L6 (Janodoe) c/o. When trays were picked up I asked c/o Barnby for a razor she said no! I asked why she said because she said I asked for a grievance form she said no she told me that razors are a privlage. Other inmates witnessed this I haven't shaved since last fryday Tuesday I went to court the didnt let me shave. This is retaliation.

**Remedy Requested** : Solve this problem up to you legal action is in process agenst DCC and agenst c/oBoston and other in the profeshanl and non profeshanl status as other greaivances this has a copy and I expect action.

### INDIVIDUALS INVOLVED

| Type | SBI# | Name |
|---|---|---|
| Inmate | 00156920 | PEPPER, MONTY C |
| Staff | | Boston, Kenya Q |
| Staff | | Lloyd, Joshua |
| Staff | | Thomas, Bambie |

### ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance :** NO

**Date Received by Medical Unit :**

**Investigation Sent :**

**Investigation Sent To** : Sagers, Clyde

**Grievance Amount :**

Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

# INFORMAL RESOLUTION

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** PEPPER, MONTY C | **SBI#** : 00156920 | **Institution** : DCC |
| **Grievance #** : 11282 | **Grievance Date** : 02/04/2005 | **Category** : Individual |
| **Status** : Resolved | **Resolution Status:** Level 3 | **Inmate Status :** |
| **Grievance Type:** Staff Issues | **Incident Date** : 02/04/2005 | **Incident Time :** 12:00 |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg D-WEST, Tier C, Cell 12, Bottom | |

## INFORMAL RESOLUTION

**Investigator Name** : Sagers, Clyde                    **Date of Report** 02/07/2005

**Investigation Report :**

**Reason for Referring:**

**Investigator Name** : Seacord, Thomas J                **Date of Report** 02/22/2005

**Investigation Report :** HOUSING RULES IN SHU STATE THAT INMATES RECIEVE RAZORS ON MONDAY AND THURSDAY.DAY IN QUESTION ON THIS GRIEVANCE WAS A FRIDAY. INMATE REFUSED TO SIGN THIS GRIEVANCE AND DISAGREE'S.

**Reason for Referring:** please resolve grievance. Sagers

Offender's Signature:_____

Date                    :_____

Witness (Officer)    :_____

Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| Offender Name : PEPPER, MONTY C | SBI# : 00156920 | Institution : DCC | |
| Grievance # : 11282 | Grievance Date : 02/04/2005 | Category : Individual | |
| Status : Resolved | Resolution Status : Level 3 | Inmate Status : | |
| Grievance Type: Staff Issues | Incident Date : 02/04/2005 | Incident Time : 12:00 | |
| IGC : Merson, Lise M | Housing Location : Bldg D-WEST, Tier C, Cell 12, Bottom | | |

### IGC

Medical Provider:                    Date Assigned

Comments:

☐ Forward to MGC            ☐ Warden Notified

☑ Forward to RGC            Date Forwarded to RGC/MGC : 02/25/2005

☐ Offender Signature Captured     Date Offender Signed     :

Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE INFORMATION - RGC

### OFFENDER GRIEVANCE INFORMATION

Offender Name : PEPPER, MONTY C
Grievance # : 11282
Status : Resolved
Grievance Type: Staff Issues
IGC : Merson, Lise M

SBI# : 00156920
Grievance Date : 02/04/2005
Resolution Status : Level 3
Incident Date : 02/04/2005

Institution : DCC
Category : Individual
Inmate Status :
Incident Time : 12:00
Housing Location : Bldg D-WEST, Tier C, Cell 12, Bottom

### RGC

Date Received : 02/25/2005

Date of Recommendation: 03/11/2005

### GRIEVANCE COMMITTEE MEMBERS

| Person Type | SBI# | Name | Vote |
|---|---|---|---|
| Inmate | 00188380 | IRWIN, RICHARD N | Deny |
| Inmate | 00187042 | BASS, DONALD F | Deny |
| Staff | | Kramer, William | Deny |
| Staff | | Beall, Wayne | Deny |
| Staff | | Vargas, Rosalie | Abstain |

### VOTE COUNT

Uphold : 0

Deny : 4

Abstain : 1

### TIE BREAKER

| Person Type | SBI# | Name | Vote |
|---|---|---|---|

### RECOMMENDATION

March 07, 2005
Deny: Razors are passed out twice a week. Note: inmate was disorderly during hearing.

PCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

# GRIEVANCE INFORMATION - WARDEN

| OFFENDER GRIEVANCE INFORMATION | | | |
|---|---|---|---|
| **Offender Name :** PEPPER, MONTY C | **SBI#** : 00156920 | **Institution** : DCC | |
| **Grievance #** : 11282 | **Grievance Date** : 02/04/2005 | **Category** : Individual | |
| **Status** : Resolved | **Resolution Status :** Level 3 | **Inmate Status :** | |
| **Grievance Type:** Staff Issues | **Incident Date** : 02/04/2005 | **Incident Time :** 12:00 | |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg D-WEST, Tier C, Cell 12, Bottom | | |

| REFERRED TO | | | |
|---|---|---|---|
| **Due Date :** | **Referred to:** | **Name:** | |

**Type of Information Requested :**

| DECISION | | | |
|---|---|---|---|
| **Date Received** | : 03/11/2005 | | |
| **Decision Date** | : 10/17/2005 | **Vote :** Deny | |
| **Comments** | : Denied. Inmates are issued razors pursuant to housing rules. By way of a copy of this grievance, I am directing that Major Holman ensure that razors are being issued and collected consistently as authorized in housing rules. | | |
| | cc DCC IGC
Inmate
Major Holman | | |

---

**WARDEN / WARDEN'S DESIGNEE SIGNATURE**              **DATE**

**I WISH TO APPEAL THIS TO THE BUREAU GRIEVANCE OFFICER (B.G.O.)**     **YES:_____**     **NO:_____**

**GRIEVANT'S SIGNATURE**              **DATE**

**I.G.C. SIGNATURE**              **DATE**

**DCC Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

# GRIEVANCE INFORMATION - Appeal

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name :** PEPPER, MONTY C | **SBI# :** 00156920 | **Institution :** DCC |
| **Grievance # :** 11282 | **Grievance Date :** 02/04/2005 | **Category :** Individual |
| **Status :** Resolved | **Resolution Status :** Level 3 | **Inmate Status :** |
| **Grievance Type:** Staff Issues | **Incident Date :** 02/04/2005 | **Incident Time :** 12:00 |
| **IGC :** Merson, Lise M | **Housing Location :** Bldg D-WEST, Tier C, Cell 12, Bottom | |

| APPEAL REQUEST |
|---|

Appeal due 10-23-2005. Appeal returned 10-23-3005.
Sir's/mam's as you can read this grievance ia about not only razers But the biger point officer's abuse of power The refusal of constitutional and civil Rights this is only one of many that do no adress the issue of abuse of power there are 24 witnesses to this abuse as other grivances The damage was done 240 days ago my appearance in court was descusting This was done to "Purposly" hurt me and others The damage is done you "denie" than say razors will be handed out yet do not address officers behaviour. The same hearing I said it was about time off Vargus said are you getting smart we can end this now I said OK that is all that was said I will not be abused by Officer Vargas along with others shows Cruptshon.

| REMEDY REQUEST |
|---|

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

## GRIEVANCE INFORMATION - BGO

| OFFENDER GRIEVANCE INFORMATION | | | |
|---|---|---|---|
| **Offender Name** : PEPPER, MONTY C | **SBI#** : 00156920 | **Institution** : DCC | |
| **Grievance #** : 11282 | **Grievance Date** : 02/04/2005 | **Category** : Individual | |
| **Status** : Resolved | **Resolution Status** : Level 3 | **Inmate Status** : | |
| **Grievance Type:** Staff Issues | **Incident Date** : 02/04/2005 | **Incident Time** : 12:00 | |
| **IGC** : Merson, Lise M | **Housing Location** : Bldg D-WEST, Tier C, Cell 12, Bottom | | |

| REFERRED TO | | |
|---|---|---|
| **Due Date :** | **Referred to:** | **Name:** |

**Type of Information Requested :**

| DECISION | |
|---|---|
| **Date Received :** 10/24/2005 | |
| **Decision Date :** 10/24/2005 | **Vote :** Deny |

**Comments** :

I concur with the unanimous Resident Grievance Committee recommendation, which is further supported by the Warden's decision.

**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

## GRIEVANCE INFORMATION - Bureau Chief

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| Offender Name : PEPPER, MONTY C | SBI# : 00156920 | Institution : DCC |
| Grievance # : 11282 | Grievance Date : 02/04/2005 | Category : Individual |
| Status : Resolved | Resolution Status : Level 3 | Inmate Status : |
| Grievance Type: Staff Issues | Incident Date : 02/04/2005 | Incident Time : 12:00 |
| IGC : Merson, Lise M | Housing Location : Bldg D-WEST, Tier C, Cell 12, Bottom | |

| DECISION | |
|---|---|
| Decision Date: 12/19/2005 | Vote : Deny |
| Comments : | |

State of Delaware )
) SS.
County of New Castle )

Affidavit of: Monty Pepper
Dated: Feb 13 2006

## AFFIDAVIT

I, Monty Pepper , being first duly sworn deposes and says that the foregoing statement is a true and correct observation of what occurred on the above date herein at/in Law Library located in the Delaware Correctional Center, Smyrna, Delaware, in that I was a part of or witnessed the incident described herein. I would clearly state under penalty of perjury of the laws of the State of Delaware.

Del Code 118 4322 (c) perTains To Proceedure manuals noT Housing rules

The plainTiff has aTTempTed To have a copy of page 8 of housing rules For Maximum SecuriTy and was reFused By Mr Johnson of The Law Library. Page 8 was concerned wiTh properTy as in games oTher SHU inmaTes could have buT noT B Tiear niTher Could I have a copy of page 10 E dealing wiTh legal calls, or page 22 E which describes conducT where "TV" and raidos are To be played wiTh headphones only. where TV are allowed To all oTher SHU inmaTes excepT B & D Tiers of bulding 18 These are unequal and unFair

Mr Johnson sTaTes ThaT inmaTes are noT allowed To have housing rules only in officers office or Law Library

PlainTiff ThereFor ~~correcT~~ Can noT Produce a copy Can noT copy Grievance Proceedure 4.4

Affiant

Signature _Monty Pepper_
Print Name
Delaware Correctional Center
Smyrna, Delaware 19977

SWORN TO AND SUBSCRIBED before me this _____ day of _____, 200___

My Commission Expires:

_____
Notary Public

## Certificate of Service

I, _Monty Pepper_ ,hereby certify that I have served a true

And correct cop(ies) of the attached: _Plaintiffs Response To and Memorandum_

_in Response To Defendants motion To Dismiss_ upon the following

parties/person (s):

TO: _Lisa Barchi_          TO: _____

_Deputy Attorney Genral_   _____

_820 N French Street 6Th Floor_   _____

_Wilimington Del 19801_    _____

_____    _____


TO:_____    TO:_____

_____    _____

_____    _____

_____    _____

_____    _____


BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United
States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this_ 1 4 _day of _ Febuary _ ,200 6

_____