OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 21, 2006

Monty Pepper
SBI# 156920
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Re: Motion To Amend Under Rule 15(a) Fed. R. Civ. P. (D.I. 39), Plaintiff's Response To And Memorandum In Response To Defendants Motion To Dismiss/ Summary Judgment (D.I. 40), Plaintiffs Memorandum Of Fact And Brief In Opposition To Defendant's Motion To Dismiss Summary Judgment (D.I. 41) Received by the Court on February 17, 2006
Civil Action No. 05-84 JJF
Notice of Deficiency as to: No Original Signature on documents.

Dear Mr. Pepper:

Papers have been received for filing in the above-captioned case which do not conform to the Local Rules of Civil Procedures for the District Court of Delaware. Your papers have been docketed by the Court, but no action will be taken until the following discrepancies are corrected: No Original Signature on documents. If there are any questions concerning this matter, do not hesitate to contact this office. Also, our web site (frequently asked questions) may be of interest to you, at **http:ww.ded.uscourts.gov**.

Very truly yours,
Peter T. Dalleo, Clerk

*a. Bolton*
Deputy Clerk

Enclosure

cc:   File