IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ORIGINAL

MONTY C PEPPER
        plaintiff      (

V                            (

THOMAS CORROLL       (
BAMBI THOMAS         (
JAMES CORDELE        (   C.A. No. 05-084-JFF
THOMAS SEACORD       (
        defendant    (

+++--------------------------(---------

FILED
FEB 27 2006
U.S. DISTRICT COURT

    Plaintiff as stated in ansure to DEFENDANTS ansure to £1983 claim DEFENDANTS filed a MOTION TO DISMISS /SUMMERY JUDGEMENT on JAN 26 2006 inRESPONSE PLAINTIFF filed MOTION INOPPOSITION filed on FEB14 2006 in this motion DEFENDANTS file affitdavits one by THOMAS SEACORD and one by BAMBI THOMAS in which they swear that the "LEGAL CALL REQUEST FORM " do not exist quote THERE ARE NO SPECIFIC FORM FOR REQUESTING LEGAL PHONE CALLS." as DEFEENDANTS contend that a piece of paper is used however this is faluse PLAINTIFF has shown the court that S.H.U. rules specificly state other wise an in fact say that only a 8x4 LIEUTENANT makes the call not as ms THOMAS BAMBI describes quote " OR HIS(LEAD WORKER) DESIGNEE"

    PLAINTIFF as promised in his response that he would supply the court with that SPECIFIC form in this letter PLAINTIFF has inclosed that form as promised as the court can see the form is specific as to who is to make the call as well as the reason for the form .So that there is a record as who was called when and time

    AS the DEFENDANTS were throwing request on paper out there would be no record HOWEVER thePLAINTIFF will produce copy,s of the request done on paper as soon as possable where they are impression copy,s and there is diffuclty raising letters

    As this should be considerd a CHRIMNAL acts of CONSPIRACY and therats areconsidered TERRISTIC THREATING

    ASthe ATTORNEY GENRAL OFFICE should invesigating the criminal acts they are however defending the perperpators PLAINTIFF had contacted there office long ago as the CIVIL DIVISION of the ATTORNEY GENRAL OFFICE there for there may be a conflict of intrest AS the PLAINTIFF has shown that he needs some fasian to raise the lettering on the copys and the fact that there has been crimes commeted PLAINTIFF would ask the court for a soulition . THAT may involve asking the F.B.I. to intervene or the UNITED STATES ATTORNEY GENERALS OFFICE where they to are aware of this situation

THE PLAINTIFF respectfully request the COURT to intervene to allow the PLAINTIFF to aquire CARBON PAPER to raise the copys of have the F.B.I. forenics raise the lettering where it is in the best intrest of the justice of this case

Date FEB 17 2006

respectfully

Monty C Pepper
D.C.C.
1181 Paddock RD
smyrna Del
    19977

(14 oct startled 5 week)

# LEGAL TELEPHONE CALL REQUEST

**To:** Security Housing Unit Lieutenant
Maximum Housing Unit Lieutenant

I __Monty Pepper__ SBI# __00156920__
 (Print Name)
BUILDING __18__ CELL ASSIGNMENT __B L8__

I wish to make a legal telephone call to my attorney. The following information is provided to verify that my attorney will accept a collect telephone call (do not include a date and time, attorney will advise when to call):

ATTORNEY NAME: __Beath Savitz__
 (Print Name)

TELEPHONE NUMBER: AreaCode __(302) 734 7401__

......................................................................
**DO NOT WRITE BELOW THIS LINE**
**Unit Lietenant Only**

Contact made with _____ on __4/m 11/17/04 1220__

___ Attorney will accept a collect call at _____ hours on _____

___ Attorney will not accept a collect call

Notes* __Left Message for Ms. Savitz on 11/17/04 1220__
**************************************************************
**Housing Area Staff Only**


ATTORNEY CALL WAS MADE @ _____ HOURS ON _____.


SIGNED: _____  DATE: _____
 SIGNATURE OF BUILDING STAFF MEMBER ACCOMPLISHING CALL

Return this form to Unit Commander's Office upon completion of call!

FORM # 883

## Certificate of Service

I, __MONTY C PEPPER_____ , hereby certify that I have served a true

And correct cop(ies) of the attached: __LETTER TO THE COURT_____

_____ upon the following

parties/person (s):

TO: __LISA BARCHI_____          TO: _____

__Deputy Attorney Genral__              _____

__820N French Street 6 th Floor__       _____

__Wilimington Del 19801__               _____

_____                      _____


TO: _____                  TO: _____

_____                      _____

_____                      _____

_____                      _____


BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this __122__ day of __Feb_____ ,200 __6__

_____

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MONTY C PEPPER (
    V (
(
THOMAS CAROLL (
BAMBI THOMAS (  C.A. No. 05-084-JJF
JAMES GARDELS (
THOMAS SEACORD (

PLEASE TAKE NOTICE that the attached Evedance (A) Exhibit (A) in reply To D.I. 2 is herewith presented to the Court for consideration

    PLAINTIFF in filing on or about Febuary 15 2005 a complaint was filed in Federal District Court for the District of Delaware against Thomas Carroll Bambi Thomas James Gardels Thomas seacord case (D.I.2)

    PLAINTIFF in ~~answering~~ SUBMITING to the above presents this to the HONORABLE COURT

DATED THIS DAY 23 OF Febuary 2006

MONTY C PEPPER
1181 Paddock Rd
Smyrna DEL 19977



I/M Pepper
SBI# 156920 UNIT D W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

office of The Clerk
844 King Street Loxbox 18
United States District Court
Wilmington Del
19801