Peter Dalleo Clerk

Sir I sent one "Copy" of this reply to Defendants ansure to writ of Mandamas (Perminate Injunction) as docketted The First may not have original and original siginature This contains both sorry for error

monty Pepper
1181 Paddock Rd
Smyrna del 19977

Febuary 24 2006

FILED
FEB 28 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE