**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MONTY C PEPPER　　　　　　　　(
　　　v　　　　　　　　　　　　(
THOMAS CARROLL　　　　　　　　(
BAMBI THOMAS　　　　　　　　　(
JAMES GARDELS　　　　　　　　　(　　C.A.No.  05-084-JFF
THOMAS SEACORD　　　　　　　　(
　　　　　　　　　　　　　　　　(

PLEASE TAKE NOTICE that the attached _Reply To Defendants ansure To Writ of Mandams and Memorandum_ IS HEREWITH PRESENTED TO THE COURT

PLAINTIFF in filling on or about Febuary 15 2005 a complaint was filed inFederal District Court for the District of Delaware against Thomas Carroll Bambi Thomas James Gardels Thomas seacord case (D.I.2)

PLAINTIFF in ~~answering~~ _reply_ the above presents this to the HONORABLE COURT



FILED
FEB 28 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

DATED THIS DAY _23_ OF _Febuary_ 2006

MONTY C PEPPER
1181 Paddock Rd
Smyrna DEL 19977

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MONTY C. PEPPER
    Plaintiff

Vs.                                        C.A. No: 05-084-JJF

THOMAS CARROLL et.al.

    Now Comes The Plaintiff To argue To The Court To Uphold and affirm Writ of Mandamas Permanent Injunction DI 25 in a fashion That can be agreed upon by The Plaintiff To afford The Plaintiff with Time To research on day Time hours 9 - 2:30 and consider ways To improve Time That is aloted by possable allowing Photo Copys of law for inmates To Take To Their Cell, or as To Plaintiff.

    This would be in The best intrest To Justice and public where if a small fraction of 2400 inmates were To request Law Library Time There would be no relief possable.

    Plaintiff in The fallowing memorandum shows

That only 3-10 inmates at a avrage are in The Law Library and The Defendant Carroll has not Produced fact otherwise. Therefore Plaintiff added Time would put no one out and There exist a second room That is not used

Further Plaintiff shows That PLRA rules have been exhausted all avalable remedy Futher shows That a civil fedral a criminal and civil state cases all are active and futher are shown To have actual success

Plaintiff Shows That Law Library Time is used moastly for copying case law and law or Rules instead of research. And as Far as S.H.U. Law Library Plaintiff shows That questons asked and Law requested do not Fall within Time liments of Mr Engrams Affidavit This issue is moot as far as This instant Mandamas is consern but not as The damages action is consern.

Plaintiff shows That he Lost his withdraw of plea Failed To file a Petition To return Property which was so legaly deficiant it was not even sent and futher a motion for reduction of sentence That To was

so poorly written it failed

The damage that the defendants is non issue where no money has to be spent except for paper if Photo Copying was demanded by this Court

Plaintiff to show that he would had prevaled on motions and cases the Court would have to retri each but the Post Conviction Motion 61 (Exhibit F) dose show evedance of ineffective counsel as well a Proceedural errors in Superior Court

Plaintiff dose contend that Defendants counsel did cause prejudice to the Plaintiff where the Sentencing order added to their ansure was purposly to bring to light the Charges of the Plaintiff. Plaintiff on page ___ explains to a point but will put fourth that because of the Sentencing Guidelines Mandiatory and minum mandiatory sentencing and addictions the Plaintiff did plea to something he did not do. and was Threaten with 140 years in prison. as a single Father this entire situation has devestated everyone involved and Plaintiff is beyound remorsefull and feels the court and Prosecution Sentenced him with a closed mind

This is why Plaintiff is seeking to correct his sentence and charges against him. Plaintiff's back ground was never considered nor was the accuser put on a Lie detector, if she had she "would" fail.

These are part of Constitutional Questions of law that the Plaintiff seeks to attack. a unfair Sentencing guidelines, extream sentences to force a plea not because their just. Courts with Closed Minds as to addictions and UnConstitutional manditory and minum mandatory Sentencing where the Judge is removed from Judgement. and meaning full Rehiblitation in prisons as well as befor prison.

Plaintiff's son Matthew Pepper is the most harmed where he lost his father has no mother only grand Parants who are God sent. The faar of the prison moving the Plaintiff from Delaware or D.C.C. would devestate him as well as the Plaintiff where the restrainting order will be droped.

Plaintiff also asserts the prejudice by Attorney Genrals Office where they were notified of the abuses and did nothing untill the instant action Than defended the perpertraters

Plaintiff asserts that he did have a addiction to internet Pornography and sought help for that addiction and this to ment nothing to the court.

Plaintiff the court to consider the falling memorandam and under stand the situation the Plaintiff is in as well as others and find in favor of the Plaintiff

Feb 21   2006

Monty Pepper

## Certificate of Service

I Monty Pepper here by certify That I have served a True And correct cop(ies) To/of The attached Reply To Defendants Ansure To writ of Mandamas upon The fallowing parties / person

To Lisa Barchi
Deputy Attorney Genral
820 N French Street 6Th Floor
Wilimington Del 19801

Monty Pepper
DCC
1181 Paddock Road
Smyrna Del
19977

By Placing same in a sealed Envelope and depositing same in The United State Mail at Th Delaware Correctional Center Smyrna Del 19977

on This day 21 of Febuary 2006

IM: m Pepper
SBI# 156920  UNIT D.W.
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S.
X-RAY

Office of the Clerk
United States District Court
844 N King Street Lox Box 18
Wilmington Del
19801-3570