# EXHIBIT G

as I can research and hand copy case law Constitutional law and Civil and Criminal [image] Court Rules as required To file affective Civil Action as well as defend my self in Criminal Court

The fallowing are some of actions That are To be filed and court errors and constitutional questions of law and rights and prisoner rights

1 inaffective Counsel     Super Court

(A) The STaTe Failed To Keep a CommiTmenT conserning sentence recommendations

(B) Pre Sentence ReporT was not seen by me There For I coold not explain or denie bamd USCA

(C) VicTum impacT sTaTmenTs or other staTmenT used aT and For Sentencing were not hurd by me

(D) Pre Sentence report may be incomplete where my son my nighbors my mom were not questond

(E) Tis Form Shews 2-5 year presump. 10 considered

Tis Filled out in attorneys hand writing Manditory X out

(F) Counsel Failed To give meTigaTing Facts as required

(G) counsel Failed To properly investigate evedance proof

(H) Counsel Failed To show porn addiction and The help I

sought for This problum   no collecTions

(I) no FacT ThaT I was a single FaTher For 9 years

(J) Abuse of a Search WarranT DeT Word. againsT

my will quesTond my son 9 year old sexual quesTon goT caughT

by my sisTer, agensT 11 § 2301 10.4004 Family CourT 5 (B) This

was cummising and ProperTy had not been removed I was noT

under arresT no adulT presanT   my son would had been my

wiTness   a FlagranT abuse of Power   Scaird my son deTained

(K) Prosicution Lied 3 Times in courT DeT Wood Lied 1

Time and purposly decived abouT 1 homosexual phoTo only

(L) My Counsel ToTaly unprepaird as paid counsel staTing she

can handelit and she could noT   ToTaly incompeTanT affecTed The plea

(m) questioned me during search warrant no meranda

(n) Accuser had no lie dectoc if she had she would Fail

(o) immunity Laws  Perjure of accuser and mother of accuser and abstrution of Justice by accuser & accusers mother  self incrimination Laws

(p) Constitutional Questons of Law

(1) striped of voting wright  1st Amd USCA

(2) striped of Del Driver Licence  Above The Plea and sentencing Guide lines  no crime To account For Punshment Law not rational Legitimate State inTrest

(3) Classification in a ViolanT Feloney, & not admited or found guilty is abouve guide lines  adds punshment after Sentencing and Prison Changes after Sentencing and has additional Punshment after Sentencing in The Point system  as well as Time in Guidelines

Constitutional Questions of Law

(4) Del Code 11 § 770 allows for married people To escape prosicution   egual protection   USCA   Liberty

(5) Del Code 13 § 123 allow one To marry with out age Limits

(6) Knowing 11 = 762 defined 11 £ 231   12 years and up

(7) defence of consent   Victom participation   11 = 451

(8) Construction of Provisions Del code 11 r 308   equal Protection

(9) Liberty USCA 14 amend   under Lawrance v Texas   Age

(10) extortion   force   Fear   Threats of The Plea System
and The direct association with The inflated guideline
and braud punshment   non violant   Less punshment

(11) Violant   and non Violant   crime Class   not rational

(12) Moral Law   Lawrance v Texas   International Law

(13) Queston of Manditory Sentencing   Apperhendi   Fairness

(14) The Competance of sentencing Commission only 1 defence
attorney in 11 un fair

(15) DepicT   This word is making noT Looking USCA

(17) inTernaTicnal Law  STaTe law  assoaTien To Moral

    Law  and The  LegiTimaT  sTaTe  inTresT

(18) Looking aT PhoTos   USCA   moral Law   raTional

(20) Down loading  knowling  I donT know whaTs comming

(21) Age in STaTes  and inTerneT  inTernaTional Age of consenT

(22) appeals  courT  rules  Law  how To appeal 6 l moTion

(23) Supream courT  rules  Laws  Forms  appeals

(24) Fileing consTiTuTional suTes  Supream CourT  CirTificaTion

(25) damage done To Familys  verses  moral Law and

    accomplace  in crime  willing parTisipanT ar accomplace

(26) Judges record of accepTing pleas on cirTen crimes

    prejudice  in Type of crime and accoaTion To plea

    accepTance for sex crimes    Superor CoorT

n my Fedral Court Case   05-84-JJF

① denial of access To The Courts, 6 amendment

② denial of religious services, ③ privlages, ④ Law Library,

⑤ Greivance system with no remedy ⑥ Medical

request unheard no remedy, ⑦ no Mental health

help ⑧. Retalation For fileing greaivances

⑨ Tampering with Food, ⑩ impeding legal action,

⑪ Retalation To stop legal action ⑫ Constutianal rights

of prisoners ⑬ Wistel Blower Status for officer

witness ⑭ Supena's For Witnesses ⑮ Court Appointed

Master ⑯ Medical records Greivance records

⑰ Court Rules For District Court and ⑱ Court of appeals

⑲ Supream Court ect   none of This Law Do I know or

can fully under stand with out "Research" This is

some aspects There are more as The Court is aware

# EXHIBIT H

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR KENT COUNTY

In Re:                          :
MONTY PEPPER                     :    C.A. No.  05M-11-009 RBY
                                 :

## ORDER OF REFERENCE

This /7 day of November, 2005,

**IT IS ORDERED** that the Petition for Return of Property in the above

matter is referred to Superior Court Commissioner Andrea M. Freud for proposed

findings and recommendation pursuant to 10 *Del. C.* § 512(b) and Superior Court

Civil Rule 132.

_____
Judge

oc:    Prothonotary
cc:    Hon. Andrea M. Freud
       Attorney General's Office
       Petitioner
       File

my
copy

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
### IN AND FOR NEW CASTLE COUNTY

|  |  |
|---|---|
| Monty Pepper Petitioner | C.A. No. _____ |
| vs. | Jury Trial Demanded:<br>yes ✓   no__ |
| State of Delaware |  |
| Respondent |  |

## PETITION FOR RETURN OF PROPERTY

Pursuant to 16 Del.C. § 4784 (j) and Superior Court Civil Rule 71.3, Claimant petitions the Court for return of property seized pursuant to 16 Del.C. § 4784.

1) (a) Name of Claimant ___Monty Pepper___

   (b) Address ___D.C.C.   1181 Paddock Rd___

     ___Smyrna  De  19977___

   (c) Telephone Number ___n A___

2) Description of the property sought to be returned:

   ___Computers   CDRom Drive  maddog___

   ___Floppies   CDs   other___

   ___property As To warrant inventory___

   ___Case no 0402012084   0401017318___

3) Description of your ownership/interest in the property and how you acquired it:

   ___purchased Dell new From Dell___

   ___other's Auction CDrom maddog new___

   ___officemax   Floppys ? used|new___

IN AND FOR KENT COUNTY

STATe of Delaware
                                                                    ACTION #
        ✓    = RespondenT

                                          ID no #
MonTy   C Pepper                          Case no 0402012084
              PeTiTioner                   Case no 0401017318

## MOTION TO

## To Hold and/or ReTurn ProperTy

Now Comes    MonTy Pepper  Pro Se  Do here by
requesT The courT To sTay The disposal of properTy
held by The STaTe, seized  Jan/22/2004 by DecT.
Wood  by a warranT of search and seizure
prsuanT To 11 DelC 2301  aT residanT of
228 Gelden Rd FelTon Del  19943

ProperTy in quesTion numerous CompuTers SoftWare
CD Rom Drive  Floppies  oTher as seT in
warranT invenTory  I need To opTain invenTory lisT

AT Plea Colloqui  BeTh SaviTz asked For
compuTers To be reTurned  verbally  - -
indicaTing ThaT I wanTed properTy ReTurned
on 8/16/2004 " saying ThaT I wanTed my son's
CompuTers reTurned "

2

On 10/12/2004 I fired Beth Savitz as counsel
due To her ineffective counsel

The office of Disciplinary Counsel has
been conTacTed To invesTigaTe BeTh SaviTz
10/10/2005 - +

From 10/1/2004 To 4/30/2005 DCC denied
Legal calls To aTTorney's and impeded
my access To Law Library and Legal
maTerial, no access To counsel from 10/1/2004
To 2//2005

I asked Sheryl Rush MilsTead esq  Public
DeFender  in a leTTer on Apr 5 2005
She sTaTes The Plea agreemenT conTrols
and colloquy clearly seTs ForTh The
agreemenT ThaT all such properTy shall be
ForFeiTed , yeT aT Colloquy a verbal
requesT was made

3

Prior To Plea I indicated That I wanted my
son's Computer's and other ProperTy reTurned
This is what was Told To Beth SaviTz

Del code    11 § 2311
a deTerminaTion independenT of a guilTy verdicT
The sTaTuTe permiTs for ForfeiTure  only if
The properTy was used in The commission
of a crime  and ThaT requires a deTerminaTion
made independenTly  of a guilTy verdicT

waver  of Jury   There afTer defendanT
should  be accorded an opporTuniTy To
elecT a Trial by Jury on The use issue
if The defendanT fails To demand such
Trial The defendanT should be deemed
To have waved iT        331 A2d 385

AT Colloqui   The demand for compuTer
was made clear

4

Due process requirements when forfeiture is sought The state should be obligated To file prior To Trial : As part of The criminal action on appropriat pleading or request so That notice and other procedural requirements of due process may be met

Beth Savitz made no attempt To inform me of my rights To property even after repeated request . Knowing That The property was not used in The commission of a crime   As decribed in 11 § 2311

AT sentenceing again I made note of property and The obstruction To Law Library and Legal material which made it impossible To find my rights To or file Return of Property Petition

Beth Savitz also failed To inform The court or Take proper action To Dect Woods abuse of a warrant   by illegaly questoning my 9 year old son with out my permission

5

with out a adult present asking sexual
questons agenst his specific warrant
agenst  il Del code 2301 and 10 Del code 1004
Duties of a officer and Family Court - -
Criminal Procedure Rule 5 (b) DeT Wood
aTTempTed To do This securilly during
The search and was coughT by my sisTer
This illegal acT was done Knowing ThaT
my son would be my wiTness aT a Trial
inThe acT of seperaTing me From my
son shows a cOnspired acT beTween
DecT Wood and oTher officers who used Their
Police powers To seperaTe us yeT I was
noT accused of a crime.
This is a abuse of a search warranT
and a abuse of Police Power agensT my
consTiTuTional righTs 1st 6th 14Th AmendmenTs
and 11 Del code 2301 search and seizure
Due To D.C.C ResTricTing my access To
Law maTerial I as Pro Se unexperienced
liTiganT and only 5½ hour a week

6

To research Law. Action on 326%61
under Rights That were violated and
consTiTuTional questons of law as well as
certification of Law and raTional queston
of LegislaTion will be presented aT
The earlyesT daTe possibale

Also due To The consTiTuTional RighTs parT
menTioned in This moTion   Those RighTs
ThaT Delaware CorrecTonal Center has
abridged and abuse I have recived as
decribed in Civil acTion No 05-084-JJF
case 1:05-cv-00084 JJF my abiliTy To make
Timely moTions has been greaTly impeded

The Knolage of ReTurn of ProperTy PeTTion
was made To me Dec 14 04 being resTricTed
from law library impeded my abiliTy To
file

Rule 40    criminal forfeiTure

Motion for forfeiTure when The sTaTe
seeks To forfeiT properTy of a person
charged with a criminal offense parsuanT
To a sTaTuTe  auThorizing a criminal
ForfeiTure  such as  11 Del Code 1506  11 Delcode 2324
iT shall file a moTion for  ForfeiTure noT
laTer Than 20 days before a Trial of
The of The criminal offence The
moTion shall allege The FacTual and legal
basis for ForfeiTure and The exTenT
of The inTeresT of properTy subjecT
To ForFeiTure

I was noT presanTed with a moTion and
was noT informed of a moTion before The
Trial daTe of 8/16/04 .The sTaTmenT aT
colloqui ThaT I wanTed my sons compuTers
reTurned made iT clear To The courT and

The STaTe I wanTed my properTy reTurned BeTh SaviTz was also Told This was only one of many misTakes made by BeTh SaviTz Esq

11 Del Code 5122    Empowers The Superam CourT To rule : any inconsisTeney beTween Del code and rules of Criminal proceedure musT be resolved in favor of The rules

859 A2d 624    2004

7

## Conclusion

I ask The court To hold property or return property ThaT was noT included in a criminal charges as 11 § 2311 Del Code requires, To be given To my son MaTThew Pepper aT 1808 berry-Town Rd FelTon Del 19943 and guardian of

I ask The courT To sTay disposial of property unTill I can File in Forma Pauperis and obTain copys of Colloqui and actual proceedings and File under 16 Del C § 4784 which BeTh SaviTz esq Failed To do and or aT filing of a 32 b or 61 posT convicTion and The invesTigaTion compleaTion by Disciplinary Counsel

OCT 28 2005                    ProSe _____

                              MonTy Pepper
                              D.C.C
                              1181 Paddock Rd
                              Smyrna Del
                                   1977

# VERIFICATION

STATE OF DELAWARE:
NEW CASTLE COUNTY: SS.

Comes now _Monty  Pepper_ , and having been sworn according to law deposes and says that he/she is the Petitioner in the foregoing Petition for Return of Property and that the matters stated in said Petition are true and correct to the best of his/her knowledge, information and belief.

_____
Signature

Date: _OcT 28 05_

Sworn to and subscribed before me this _28_ day of _Oct._ , _05_ .

_____
Notary

# EXHIBIT I

879  A2d  1111  2005    Visual Depict 10.13
Dec 15-

1 Criminal Law  Key 1139    Jonathon Moore V ST Mayolo

interpretation of a statute is a queston of Law
and there fore a Court of Appeals reviews the
Circuit Courts decision interpreting a statute de novo

Upon a grant of Certiorari

Holding Upon a grant of Certiorari the Court of Appeals
Raker J held that the phrase "to use a computer to depict
or describe" as used in statute providing that
a person may not use a computer to depict
or describe a minor engaging in a obscene act
sadomasochistic abuse or sexual conduct mean to
use a computer to "Create" not use a computer to
download and thus a person who downloads visual
representations of a minor engaged in obscene act or
Sexual conduct dose not violate the 1 statute
  Statutes Key 181 (1)
2  The cardinal rule of statutory construction is to
ascertain and effectuate the intent of the legislature
  Statutes Key  184  188  190
3
  To ascertaining Legislative intent of a statute
First examins the plain Language . if the plain Language
is unambiguous and consistent with the apparent purpose
of the statute . it gives effect to the statute as it is
written

" unreasonable application" of precedent
" clearly established" standerd
Courts 100
   2 exceptions To Teague doctrin of non retroactivity
1 The rule places a class of private conduct beyond
The power of The state To proscribe and when
The rule is a watershed rule That implicates
The Fundamental Fairness and accuracy of The
Criminal proceeding.

Supream Courts decision in Lawrence v Texas
holding That states could not ~~make~~ enact Law
That criminalizd homosexeal sodimy between
adults " did not announce new rule of Crimmal
Procedure as To be subject To "Teague" retroactivity
analysis but insted announced new substantive
rule That applied retroactively on fed
Habeas revew 28 USCN 2254

(12) Basicly Lawrence ~~so make~~ ^made^ no new
Fundumental right To sexual conduct —

   Lawarence is a new substantive rule and is Thus
retroactive   Anderson v Marro 371 F3d 1022
2004
   412 F3d ^818^

274.5   (2002)

Due process Clause does not permit a State To infringe
on The Fundamental right of parents To make child
rearing decisions simply because a State believes a
"better" decision could be made USCA Const Amend 14


Pa  2003  274.5

where laws infringe upon certain rights considered Fundamental
such as right To privacy right To marry and The right To
procreate  courts apply Strict scrutiny Test for purpose of
Substantive due process analysis   under That Test law may only
be deemed constitutional if it is narrowly Taylored To
compelling State interest

Law To vary and
To put Force not in

Nixon v Com   839 A2d 277  576 Pa 385

nd 2003     274.5

certain Fundamental rights are protected under The
United States Constitution and among Those rights are a parents
rights FourTeenTh Amendment fig liberty intrest in rasing his or
her children as he or she see Fit without undue
interference by The State   USCA Cons Amd 14  Yves 819 A2d 1030

Rational basis Test


Rule 32  super

Jan 24

Checks v State 2000 WL 1505578
Del super citing Mayes v State 604 A2d 839
842-43 Del 1992
Ward v State 562 A2d 1296 1297 Del 1989
Fink Lowered

788
Finks possession of multipl photographs depicting
CP constituted multiple violations of both the dealing
and the possession statute. Each picture is a crime
against the child depicted as well as an offense
to society. Given the express intent of the
General Assembly to prohibit (dealing)
in individual items of material depicting child
P. Fink argument that he could only be charged
with one download or simular, with only one photo
album were multiple picture appears within
one there for only coun under 1110q(4) r
1111 (1) fales to persaude us that Trial Judge
erred

U.S. V Francis   170  1-3 cl 5 96

10 : 10
Jan 24 06

Inproper comments   so infected the trial
with unfairness as to make the resulting conviction
a denial of due process

Jan 24        This

of CP pursuant to 1111(J) constitutes a lesser
included offence of dealing with CP pursuant
to 1109 4) and therefore is the same offense,
under the Block buyer test  the trial record
reveals that over 190 images of alleged CP were
presented to the jury  The jury coold there for
have easly found that 15 different pictures met the
elements of dealing in CP and 15 other pictures
met the elements of possession  of CP  The
elements of dealing in CP

The dealing counts were not dependent upon images
or depictions necessarily used for conviction of
possesson of CP  There for the rule against
multiplicit, was not violated because the
doub Jeop Clause was is not implicated when
multipl separate violations of the two
distinct statutes are charge multiple, counts

I

Jan 12:56

Double Jepards

when the same conduct violates two statutory
provisions The first step in a double jeopardy
analysis is to determine weather the
legislature intended that each violation be
treated as a separate offense

    USCOS1 CcsItAnd 5

Dou Jaopard

    Do Jeo Clause is not implicated when
multiple separate violations of two distinct
statutes are charged in multiple counts

    overly braud

        where may have be over braud

I

# EXHIBIT J

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

MONTY C. PEPPER, )
)
      Plaintiff, )
)
v. ) C.A. No. 05-084-JJF
)
Warden THOMAS CARROLL, C/O )
BAMBI THOMAS, C/O JAMES )
GARDELS, C/O THOMAS SEACORD )
)
      Defendants. )

### AFFIDAVIT OF ED JOHNSON

I, Ed Johnson, having been duly sworn according to the law, do hereby depose and state the following:

1.    I am employed by the State of Delaware, Department of Correction at the Delaware Correctional Center ("DCC") near Smyrna, Delaware as a Paralegal. I have been employed by the Department of Correction for 10 years. My duties include providing legal materials to inmates as requested in the main prison law library. This information is accessed through Westlaw or from existing files of the main Law Library. Also, I provide photocopies and notary service to inmates. I assist with managing and maintaining a file for each inmate regarding their legal requests for appointments for the law library. I have held this position since 1995.

2.    In response to a request from the State of Delaware Department of Justice, I have obtained documentation relating to the frequency of inmate Monty Pepper's appointments at the law library, and the number of hours he has in the law library each week.

3.    The main law library at DCC serves most of the approximately 2400 inmates at DCC, in addition to the requests sent by inmates at the Central Violation of Probation Center.

3.    Inmates-make appointments to use the main law library at DCC. They submit a request form for the days that they wish to use the library. They are then assigned an appointment time.

4.    The main law library can accommodate up to twenty inmates at one time. The number is limited for space, supervisory and security purposes.

5.    If an inmate has a court deadline he is allowed extra time in the law library. The inmate who has a court deadline of ten days to two weeks is given preference for appointments and is allowed as much time as needed in the library. A court deadline of sixty days hence is not considered urgent enough to give an inmate extra time in the library.

6.    Inmates come to the law library at approximately 9:45 A.M. This is not considered a scheduled appointment time. For security reasons inmates who have appointments in the afternoon at the law library are brought over at 9:45 A.M. They are allowed to use the books and do research between 9:45 and 11:30 A.M. They then come back at 12 noon, after lunch, for their scheduled appointments, and are in the library from 12 noon to 2:20 P.M. This allows an inmate two hours and twenty minutes in the afternoon, and one hour and forty five minutes in the morning.

7.    Inmate Pepper has sent in appointment requests for 40 law library appointments between August 5, 2005 and February 7, 2006.

8.    He has been granted appointments and has had 40 appointments set up with the law library between August 5, 2005 and February 7, 2006.    He has failed to appear for 11 appointments.

9.    He has regularly been scheduled for appointments at his request, on Wednesdays and Fridays.

10    Inmate Pepper has approximately eight hours per week in the law library.

11.    Mr. Pepper continues to have access to the above-listed legal resources.

12.    I have made these statements based upon my personal knowledge, specialized training, and experience as an employee of the Department of Correction.

Ed Johnson

SWORN TO AND SUBSCRIBED BEFORE ME THIS   8   DAY OF   Feb , 2006.

NOTARY

# EXHIBIT K

# DCC LAW LIBRARY APPOINTMENTS
## FOR WEEK OF: 08/15/05
### FRIDAY MORNING

| | NAME | SBI | BLDG |
|---|---|---|---|
| ( L ) | CUBBAGE, JARID | | W |
| ( · ) | ROYAL, EDWARD | | V |
| ( L ) | FLEMING, SEBRON | | W |
| ( L ) | ZUPPO, ANTHONY | | W |
| ( L ) | BRUTON, RAYMOND | | W |
| ( · ) | GRIFFIN, GREGORY | | V |
| ( L ) | CRUMP, ERNEST | | W |
| ( L ) | BROWN, WINFRED JR | | V |
| ( · ) | NIEVES, LUIS | | V |
| ( . ) | REESE, MICHAEL | | V |
| ( L ) | REED, RONALD | | V |
| ( ) | BAILEY, EDMUND | | W |
| ( L ) | PEPPER, MONTY | | V |

## PARALEGAL APPOINTMENTS

| | NAME | SBI | BLDG |
|---|---|---|---|
| ( ) | SAMPSON, EUGENE | | W H.J. |
| ( L ) | KRAFCHICK, STEVEN | | V l/ |
| ( L ) | HARDEN, WALLACE | | W W.J. |
| ( L ) | WELLS, JAMES | | V l/ |

## SPECIAL APPOINTMENTS

| NAME | SBI | BLDG |
|---|---|---|
| | | |

# DCC LAW LIBRARY APPOINTMENTS
## FOR WEEK OF: 08/29/05

### WEDNESDAY AFTERNOON

| NAME | SBI | BLDG |
|------|-----|------|
| ( L ) BROWN, WINFRED SR | | V |
| ( ) DYTON, JAMES | | W |
| ( L ) BROOKS, DASHAWN | | W |
| ( L ) ROYAL, EDWARD | | V |
| ( ) MORRIS, DASHAUN | | W |
| ( ) BRUTON, RAYMOND | | W |
| ( L ) FLEMING, SEBORN | | W |
| ( ) CUBBAGE, JARID | | W |
| ( ) MCMILLIAN, BENJAMIN | | W |
| ( ) BACON, RONALD | | W |
| ( ) WIDGEON, CECIL | | W |
| ( ) NEWSOME, WILLIE | | V |
| ( L ) REESE, MICHAEL | | V |
| ( L ) BAILEY, EDMUND | | W |
| ( ) FRANCIS, WILLIAM | | W |

### PARALEGAL APPOINTMENTS

| NAME | SBI | BLDG |
|------|-----|------|
| ( L ) KRAFCHICK, STEVEN | | V HJ |
| ( ) REED, RONALD | | V h |
| ( L ) PEPPER, MONTY | | V u |
| ( L ) NEWSOME, WILLIAM | | V u |

### SPECIAL APPOINTMENTS

| NAME | SBI | BLD |
|------|-----|-----|

# DCC LAW LIBRARY APPOINTMENTS
## FOR WEEK OF: 09/05/05

### WEDNESDAY AFTERNOON

| | NAME | SBI | BLDG |
|---|---|---|---|
| (✓) | FOREMAN, ELIJAH | | W |
| ( ) | WIDGEON, CECIL | | W |
| (✓) | ANDERSON, PETE | | W |
| ( ) | BRUTON, RAYMOND | work release | W |
| ( ) | CUBBAGE, JARID | | W |
| ( ) | MORGAN, ANTHONY | | W |
| ( ) | HARBER, DEMARRO | | W |
| ( ) | LABERGE, ROGER | | V |
| (✓) | BROWN, WINFRED SR | | V |
| ( ) | BAILEY, EDMUND | | W |
| (✓) | FLEMING, SEBRON | | W |
| (✓) | PASWUALS, MICHAEL | | W |
| (✓) | SAMPSON, DELBERT | | W |

0935

### PARALEGAL APPOINTMENTS

| | NAME | SBI | BLDG |
|---|---|---|---|
| ( ) | ~~KRAFCHICK, STEVEN~~ | D-E | V |
| (✓) | PEPPER, MONTY | | V |
| (✓) | ZUPPO, ANTHONY | | W |
| ( ) | SERRANO, VICTOR | | W |

### SPECIAL APPOINTMENTS

| NAME | SBI | BLD |
|---|---|---|

K

# DCC LAW LIBRARY APPOINTMENTS
## FOR WEEK OF: 09/12/05

### MONDAY AFTERNOON

5 + 4 = 9

| NAME | SBI | BLDG |
|------|-----|------|
| ( ) COLLINS, JOHNNY | | E |
| ( ) ORTIZ, CARLOS | | E |
| ( ) MORGAN, THOMAS | | E |
| ( ) PARULAK, PAUL | | E |
| ( ) MARINE, RICKY | | E |
| ( ) FINK, KENNETH | | E |
| ( ) PAYNE, JERRY | | E |

11/7

−2 + 7 = 9

### PARALEGAL APPOINTMENTS

| NAME | SBI | BLDG |
|------|-----|------|
| ( ) McCAFFERTY, HUGH | | E W.J |
| ( ) McCORKLE, DAVID | | E L.K |
| ( ) LOFLAND, AMOS | | E A.J. |
| ( ) PEPPER, MONTY | | ✔ 11 |

### SPECIAL APPOINTMENTS

| NAME | SBI | BLDG |
|------|-----|------|
| | | |

## DCC LAW LIBRARY APPOINTMENTS
## FOR WEEK OF: 09/12/05

### FRIDAY MORNING

| | NAME | SBI | BLDG |
|---|---|---|---|
| ( ) | RESSE, MICHAEL | | V |
| ( ) | RICHARDSON, LARRY | | V |
| (L) | RIVERA, FRANCISCO | | W |
| (L) | ZUPPO, ANTHONY | | W |
| (L) | RONDON, ROBERT | | W |
| ( ) | PEPPER, MONTY | | V |
| ( ) | CRUMP, ERNEST | | W |
| ( ) | LIONEL, ASHLEY | | W |
| ( ) | JOHNSON, RYAN | | V |
| (L) | BROWN, WINFRED SR | | V |
| (L) | FLEMING, SEBRON | | W |
| ( ) | BAILEY, EDMUND | | W |
| (L) | Warrington, Robert | | V |

17/9

### PARALEGAL APPOINTMENTS

| | NAME | SBI | BLDG |
|---|---|---|---|
| (L) | HARDEN, WALLACE | | W WJ. |
| ( ) | ESDAILE, DONOVAN | | W 11 |
| (L) | CUBBAGE, JARID | | W 11 |
| ( ) | RUSSELL, JAMES | | W 11 |

### SPECIAL APPOINTMENTS

| NAME | SBI | BLDG |
|---|---|---|

K

# DCC LAW LIBRARY APPOINTMENTS
## FOR WEEK OF: 09/19/05

### WEDNESDAY AFTERNOON

| NAME | SBI | BLDG |
|------|-----|------|
| ( L ) PASQUALE, MICHAEL | | W |
| ( ) FLEMING, SEBRON | | W |
| ( L ) PEPPER, MONTY | | V |
| ( L ) ANDERSON, RICHARD | | W |
| ( ) BAILEY, EDMUND | | W |
| ( ) BROWN, WINFRED JR Sr. | | V |
| ( L ) FINK, KENNETH | | W |
| ( L ) BELL, DANIEL | | V |
| ( ) WEIDGEON, CECIL | | W |
| ( ) DEPUTY, KENNETH | | W |

## PARALEGAL APPOINTMENTS

| NAME | SBI | BLDG |
|------|-----|------|
| ( L ) ZUPPO, ANTHONY | | W W.J. |
| ( L ) CUBBAGE, JARID | | W " |
| ( L ) BROWN, WINFRED SR | | Y " |
| ( L ) HARDEN, WALLACE | | W " |

## SPECIAL APPOINTMENTS

| NAME | SBI | BLD |
|------|-----|-----|
| ( L ) Fisher, Royal | | C' |

# DCC LAW LIBRARY APPOINTMENTS
## FOR WEEK OF: 09/19/05

### FRIDAY MORNING

| | NAME | SBI | BLDG |
|---|---|---|---|
| ( L ) | PASQUALE, MICHAEL | | W |
| ( L ) | FLEMING, SEBRON | | W |
| ( L ) | PEPPER, MONTY | | V |
| ( · ) | ANDERSON, RICHARD | | W |
| ( ) | BAILEY, EDMUND | | W |
| ( ) | BROWN, WINFRED JR | | V |
| ( ) | FINK, KENNETH | | W |
| ( ) | BELL, DANIEL | | V |
| ( ) | WIDGEON, CECIL | | W |
| ( ) | ZUPPO, ANTHONY | | W |

## PARALEGAL APPOINTMENTS

| | | |
|---|---|---|
| ( L ) | CUBBAGE, JARID | W  W.J. |
| ( ) | HARDEN, WALLACE | W  U |
| ( ) | Fleming | W |
| ( ) | Pasquale, | W |
| ( ) | Pepper | V |

## SPECIAL APPOINTMENTS

| | NAME | SBI | BLDG |
|---|---|---|---|
| ( ) | Allen, mike | | S-1 |
| ( X ) | Warrington, Robert | | W. |

K

# EXHIBIT L

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

MONTY C. PEPPER,                      )
                                      )
            Plaintiff,                )
                                      )
      v.                              )     C.A. No. 05-084-JJF
                                      )
Warden THOMAS CARROLL, C/O            )
BAMBI THOMAS, C/O JAMES               )
GARDELS, C/O THOMAS SEACORD           )
                                      )
            Defendants.               )

## AFFIDAVIT OF BRIAN ENGREM

I, Brian Engrem, having been duly sworn according to the law, do hereby depose and
state the following:

1.    I am employed by the State of Delaware, Department of Correction at the Delaware
Correctional Center ("DCC") near Smyrna, Delaware as a paralegal. I have been employed by
the Department of Correction for four years. My duties include providing legal materials to
inmates as requested, who are housed in the Security Housing Unit ("SHU"). The information
provided to inmates is accessed through Westlaw or from existing files of the SHU Law Library.
I have held this position since April 1, 2001.

2.    In response to a request from the State of Delaware Department of Justice, I have
obtained documentation relating to the frequency of inmate Monty Pepper's law library usage,
the number of uses of the prison's notary, and the frequency and volume of copied pages of legal
material provided to Mr. Pepper by the Delaware Correctional Center.

3.    While in SHU, inmates are not allowed to go to the law library. They must request law
library services. A log is kept of all the law library services requested by inmates in the SHU.

The requests are filled, and the items are sent to the inmate, usually within seven days of the request. On the log, "Date In" means the date the inmate's request was received by the library, and "Date Out" means the date the requested items were sent to the inmate.

4.    After Inmate Pepper transferred to the SHU on September 18, 2004, he did not contact the SHU Law Library for any legal services until November 29, 2004. (*See* Law Library Log attached as Exhibit "E").

5.    While in SHU, inmate Pepper received the services of the law library seventy seven times. Copies of case law were made for him as requested. The copy count on the log does not include copies of case law and court rules that were made for Inmate Pepper. The average turn around time for Inmate Pepper's requests was three to five days. (Exhibit E).

6.    Paralegals who are employees of the Department of Correction do not provide legal advice, as this is considered practicing law without a license.

7.    Since leaving the SHU, Mr. Pepper continues to have access to the above-listed legal resources in the Main Law Library at DCC.

8.    I have made these statements based upon my personal knowledge, specialized training, and experience as an employee of the Department of Correction.

Brian Engrem

SWORN TO AND SUBSCRIBED BEFORE ME THIS 7TH DAY OF February 2006.

NOTARY

# EXHIBIT M

| I/M Name | SBI | DATE IN | DATE OUT | ITEMS SENT |
|---|---|---|---|---|
| Monty Pepper | 156920 | 11/29/2004 | 11/30/2004 | I/M PL. Response |
| Monty Pepper | 156920 | 12/2/2004 | 12/7/2004 | Super.Ct.Cr.R.11,32,61; Ct. Cases (3) 7 pgs. |
| Monty Pepper | 156920 | 12/2/2004 | 12/9/2004 | I/M PL. Response |
| Monty Pepper | 156920 | 12/9/2004 | 12/9/2004 | Return Super.Ct.Cr.R.11,32,61;Ct.Cases (3) |
| Monty Pepper | 156920 | 12/13/2004 | 12/15/2004 | I/M PL. Response |
| Monty Pepper | 156920 | 12/20/2004 | 12/23/2004 | I/M PL. Response; Title11s.2301,2311,3513 |
| Monty Pepper | 156920 | 12/20/2004 | 12/23/2004 | Ct. Case(1) 3pgs.;DE.Const.Art.1s.6 |
| Monty Pepper | 156920 | 12/20/2004 | 12/23/2004 | Super.Ct.Cr.R.41 |
| Monty Pepper | 156920 | 12/28/2004 | 12/28/2004 | Return Title 11 s.3513,2301,2311 |
| Monty Pepper | 156920 | 12/28/2004 | 12/28/2004 | Return Super.Ct.Cr.R.41;DEConst.Art.1s.6 |
| Monty Pepper | 156920 | 12/28/2004 | 12/28/2004 | Return Ct. Case (1) |
| Monty Pepper | 156920 | 12/28/2004 | 12/30/2004 | Title 10 s. 1004; Fam.Ct.Cr.R.5 |
| Monty Pepper | 156920 | 12/28/2004 | 12/30/2004 | Ct. Cases (2) 9 pgs. |
| Monty Pepper | 156920 | 1/10/2005 | 1/11/2005 | Ct. Case (1) 2pgs.; Title 11 s.1109,1111;TISPg. |
| Monty Pepper | 156920 | 1/10/2005 | 1/11/2005 | Request for Notary |
| Monty Pepper | 156920 | 1/13/2005 | 1/18/2005 | I/M PL. Response; Memo Re:Beth Savitz |
| Monty Pepper | 156920 | 1/19/2005 | 1/19/2005 | Title 11 s.1109,1111 |
| Monty Pepper | 156920 | 1/19/2005 | 1/25/2005 | USCA42s.1983;FPDK.4(4);Ct.Case(1)24pgs |
| Monty Pepper | 156920 | 1/24/2005 | 1/27/2005 | (1) 1983 Form |
| Monty Pepper | 156920 | 1/27/2005 | 1/27/2005 | Return FPDK4(4); USCA 42 s. 1983 |
| Monty Pepper | 156920 | 1/27/2005 | 2/1/2005 | I/M PL. Response |
| Monty Pepper | 156920 | 1/31/2005 | 2/3/2005 | I/M PL. Response |
| Monty Pepper | 156920 | 2/3/2005 | 2/8/2005 | USCA 18 s.2256; Memo Re: Legal Copies |

| | | | | |
|---|---|---|---|---|
| Monty Pepper | 156920 | 2/9/2005 | 2/9/2005 | Return Ct. Cases (2) |
| Monty Pepper | 156920 | 2/9/2005 | 2/11/2005 | Photocopies (108pgs); Ct. Case (1) 22 pgs |
| Monty Pepper | 156920 | 2/16/2005 | 2/18/2005 | I/M PL. Response |
| Monty Pepper | 156920 | 2/16/2005 | 2/24/2005 | Ct. Case (1) 24 pgs.; Address (1) |
| Monty Pepper | 156920 | 3/1/2005 | 3/4/2005 | I/M PL. Response |
| Monty Pepper | 156920 | 3/9/2005 | 3/17/2005 | FRCP 15; USCA42s.1997e&Sheps. |
| Monty Pepper | 156920 | 3/9/2005 | 3/17/2005 | FPD K.1469 |
| Monty Pepper | 156920 | 3/29/2005 | 3/29/2005 | Return USCA42s.1997e&Sheps.;FPDK1469 |
| Monty Pepper | 156920 | 3/29/2005 | 3/29/2005 | Return FRCP15; Ct.Cases (1) |
| Monty Pepper | 156920 | 3/29/2005 | 3/31/2005 | Ct. Cases (3) 12 pgs. |
| Monty Pepper | 156920 | 3/29/2005 | 3/31/2005 | I/M PL. Response |
| Monty Pepper | 156920 | 4/4/2005 | 4/4/2005 | Return Ct. Cases (2) |
| Monty Pepper | 156920 | 4/4/2005 | 4/8/2005 | I/M Grievance Procedures return by 4/11/05 |
| Monty Pepper | 156920 | 4/4/2005 | 4/8/2005 | Atl.Dig.K.641.12(2);FPDK272(2);FRCP15 |
| Monty Pepper | 156920 | 4/4/2005 | 4/8/2005 | Ct.Cases(2)7pgs;USDist.Ct.Appt.CounselF. |
| Monty Pepper | 156920 | 4/11/2005 | 4/11/2005 | Return Ct. Case (1); I/M Griev. Procedures |
| Monty Pepper | 156920 | 4/13/2005 | 4/13/2005 | Title 11 s.770-72; I/M PL. Response |
| Monty Pepper | 156920 | 4/21/2005 | 4/21/2005 | Return Atl.Dig.K.641.12(2); Title 11 s. 770-72 |
| Monty Pepper | 156920 | 4/21/2005 | 4/21/2005 | Return Ct. Cases (1) |
| Monty Pepper | 156920 | 4/21/2005 | 4/25/2005 | I/M PL. Response; Sent.Red.Form |
| Monty Pepper | 156920 | 4/21/2005 | 4/26/2005 | DE S Ct Not Appl Form; IFP Form |
| Monty Pepper | 194496 | 4/25/2005 | 4/26/2005 | Ct. Case (1) 10 pgs. |
| Monty Pepper | 156920 | 5/2/2005 | 5/10/2005 | Photocopies 3 pgs.; TIS Pg.29 |
| Monty Pepper | 156920 | 5/3/2005 | 5/5/2005 | I/M PL. Response |
| Monty Pepper | 156920 | 5/3/2005 | 5/10/2005 | Super.Ct.Cr.R.35 |
| Monty Pepper | 156920 | 5/17/2005 | 5/17/2005 | ReturnFRCP15;Ct.Case(2);TISPg.29 |
| Monty Pepper | 156920 | 5/17/2005 | 5/17/2005 | Return FPD K.272(2) |
| Monty Pepper | 156920 | 5/17/2005 | 5/20/2005 | PSHLM T.O.C. |
| Monty Pepper | 156920 | 5/26/2005 | 6/8/2005 | Ct. Cases (2) 31 pgs; Title 11 s.770-73,1109-11 |
| Monty Pepper | 156920 | 5/31/2005 | 6/8/2005 | Response (See File) |
| Monty Pepper | 156920 | 6/15/2005 | 6/15/2005 | Return Ct. Cases(2);Title11s.770-73,1109-1111 |
| Monty Pepper | 156920 | 6/15/2005 | 6/15/2005 | Return Super.Ct.Cr.R.35 |
| Monty Pepper | 156920 | 6/15/2005 | 6/16/2005 | Photocopies 90pgs |
| Monty Pepper | 156920 | 6/15/2005 | 6/16/2005 | CC Penal Discipline-return by June 20, 2005 |

3/30/05

MR. PEPPER:

YOU SHOULD WRITE THE CLERK OF THE COURT
FOR THE U.S. DISTRICT COURT, THE DISTRICT OF DEL-
AWARE AND ASK FOR A DOCKET SHEET FOR
YOUR CASE. INCLUDE ALL THE INFORMATION.
YOU HAVE SENT US. THIS IS THE ONLY WAY THAT
YOU CAN TRACK YOUR SUIT.

GENERAL REQUEST FORM

BLD. = _18_
Cell  = _28_

This request should be used to request general information, case law and/or photocopies from the Law Library. Case law is on loan only! It must be returned to receive any new case law, which is usually loaned out on a five for five basis. There should be no writing on legal materials stamped SHU Law Library.

1   Milton v Morris   767 F2d 1443   9Th cT

2   Tucker v Randall   948 F2d 388   7 cT

    Cases on Legal calls

3   Maclary v Carroll   2005 WL 440581  —

    24 (D Del Feb 25 2005 (no CIV. A. 03-984(JJF)

    Law suite

4   _____

**RECEIVED**

MAR 29 2005

**SHU LAW LIBRARY**

Name _Monty Pepper_   S.B.I. _00 15 6920_   Date: _3/25/05_

Date Received: _3-29-05_   Pay-to Log # _____

Date Sent _3-31-05_   Staff Initials: _73. E._

Staff Notes: _Sent: (3)Ct. Cases — 12 pgs._

Sent: F/m BL - Response
(B.L) 3/31/05.

RECEIVED

MAR 29 2005

SHU LAW LIBRARY

BoE.

I want To find out The
status of my sute don'T
know if ThaTs called Sheperding
cases or what
But can you geT me
The Case Log on my case
and up coming cases in
US DisTricT courT agensT DCC
hears The case numbers
the civ. no. 05 - 084 - JJF

or                    2/23/2005
case name    Pepper V Caroll eT al
case number    1:05 - CV - 84

Judge Joseph J Farnand.
US DisTricT CourT
MonTy Pepper

18 B L 8            3/28/05

Thanks
They sTill refuse Leagl calls

4/25/05

Mr. Pepper:

Pleas are part of the Superior Court Criminal Rules, Delaware Rules Annotated. Rule 11 details the steps necessary to insure a plea is voluntary. The most frequently used method to establish is a plea is voluntary is the plea colloquy. See <u>Fromal v. State</u>, 399 A2d 529, for details on plea colloquies. When a defendant accepts a plea he acknowledges that he is giving up and waiving several constitutional rights. See <u>Somerville v. State</u>, 703 A2d 629. It must be clear on the record that a plea is voluntary. <u>Brown v. State</u>, 250 A2d 503. You may research Plea Bargains under the following West Digest Topics: <u>Criminal Law</u> - 36.6, 273.1(2) 273.1(4); <u>Attorney Client</u> 47.1; <u>Sentencing and Punishment</u> 2264, 2272.

Delaware's Rules of Evidence, Del. Rules Annot., Article IV, "Relevancy and Its Limits" are contained in Rule 401 -415. <u>Getz v. State</u>, 538 A2d 726, deals with a presumption of innocence in a sex case under Rule of Evidence #413.

This material is available from the S.H.U. Law Library.

RECEIVED

APR 2 5 2005

LAW LIBRARY





I/m Grievance Procedures can be signed out from
SHU Law Library upon request. B.E

GENERAL REQUEST FORM

BLD. # _15_
Cell # _Z8_

This request should be used to request general information, case law and/or photocopies
from the Law Library. Case law is on loan only! It must be returned to receive any new
case law, which is usually loaned out on a five for five basis. There should be no writing
on legal materials stamped SHU Law Library.

1 _Rule 15 Federal Civil Judical Proccedure and_
_Rules_                              _can't read writing?_

2 _Freeman V Snyder 2001 Ew LS 1545-8_
_inmate at DCC Amended complaint To include more defenda_
_have 15 + now inshour of Amunity from montery Relife_

3 _42 USCA § 1997 e_          _Jutes By Prisoners_
_on nominal Damages Federal Pratice Digest 4 th_
_1469 B.E_
_Key 1461 Civil Rights_

4 _need case Law on 42 1997 E (c) Dismissal_
_~~under~~; Sir As This case enters Court I will need more Than 5 E F_

5 _is Ther Law PreTaining To greavance sysTem" it is CrrupT!"_
_JuTe has been assigned a Judge on 23 need Asap_

Name _MonTy Pepper_ S.B.I. _0015 69 20_ Date: _Mar 8 05_ Than K S

Date Received: RECEIVED MAR 0 9 2005          Pay-to Log # _____

Date Sent     _3-17-05_                Staff Initials: _B.E._

Staff Notes: _Sent: FRCP 15; USCA 42 s.1997e & Shops,: FRD K 1469_

I have conTacTed ACLU for help As is The resTricTions
To access Law Libary is damagaing To This soTe As is I informed
The Clrk alread of eourt of my problem hope They undersTand delays

Office of Disciplinary Counsel

3/3/05

Mr. Pepper:

Please read Rule 15, Federal Civil Judicial Proc-
edure and Rules, in this rule it is stated that the
court will grant leave to amend pleadings freely
"in the interest of justice". In FREEMAN V. SNYDER, 2001 QL 51525
the plaintiff, an inmate at DCC, amended his complaint
to include the warden and others in their official
capacity.

You should obtain a copy of 42 USCA § 1997e,
suits by prisoners. You may wish to review case law
on NOMINAL DAMAGES, Federal Practice Digest 4,TH
Key 1461, Civil Rights. You should ask for case law
on 42 § 1997e (c), Dismissal. Under part (1) of this
section the court can dismiss cases that are
found to be malicious.

Request for forms, rules, statutes and
case law should be directed to the SHU law
office.

RECEIVED

MAR 0 3 2005

LAW LIBRARY

(OS)

Verry important need ASAP has
To Be Sent By ISGENERAL REQUEST FORM need To chause if needed
civ no C5-084-JJF    BLD. # _18_
Cell # _48_

This request should be used to request general information, case law and/or photocopies
from the Law Library. Case law is on loan only! It must be returned to receive any new
case law, which is usually loaned out on a five for five basis. There should be no writing
on legal materials stamped SHU Law Library.

Sir need To know if Wardon Carroll "is immune
from monetary Relief or dose he represent DOC
on my sute Distric Cort only Put Wardon Carroll and
Jane doe and John doe ∉ficere as a defendant's NOT " Department of Corrector.
Ishould iT Be "DOC" in seTed of "Wardon Carroll" if so
how do I change". Send any forms now with Reply ½ Plea
"no Time" only have unTill '15 march'' on my ACT42
form I puT Wardon Cathl & DeparTmenT OF Corrector on The
first Page But failed To PuT on Page 3 III Parties
"B" only PuT "Wardon Carroll" and "Jane & John doe officers"
noT Department of Corrector," been okd for informa pacperis
BuT The fileing fee is 350 $250 noT 150 ? donT know why

Name _MonTy Pepper_    S.B.I._00156970_ Date: _Feb 28 05_

RECEIVED MAR 0 1 2005
Date Received: _____    Pay-to Log # _____
Date Sent _3-4-05_    Staff Initials: _B.E._

Staff Notes: _Sent: For PL. Response._

If I need To ammend defendanTs to OOC,
Send Papers with Response. Do you Think 1.5 million
is molicious as punitive and mental and emotional damages ? or

GENERAL REQUEST FORM

BLD. # _16_
Cell # _25_

This request should be used to request general information, case law and/or photocopies from the Law Library. Case law is on loan only! It must be returned to receive any new case law, which is usually loaned out on a five for five basis. There should be no writing on legal materials stamped SHU Law Library.

1  I need Larnce V Texas Back
Cite as 539 US 558 123 scr 2472
( I only have 2 other Rices This S for I is restrictive

MUST Have { I need an address To governers office
or governers Task Force on prison
→ Legislative Hall, Dover, DE. 19901

2  is There Law pretaining To prison
cont to main [v] [p]  verbal and physcial abuse humelation mental
Physcial depravation.

yet  If sute is denied aT Distric court Level which iThe
can I appeal To "US corT of Appeals" if so need paper work & Rules

Name Monty Pepper  S.B.I. 00 156920  Date: Feb 15 05

Date Received: RECEIVED FEB 1 0 2005

Pay-to Log # _____

Date Sent 2-24-05

Staff Initials: B.E.

Staff Notes: Sent: (1) Ct. Case - 24 pgs. ; (1) Address

sute has been senT, no Ansur back yeT! if need To appeal
would iT be is Us courT of appeals circuT courT #(nat) do you have

3 circuit 0 appeal

February 17, 2005

Mr. Pepper:

42 U.S.C. § 1997ee applies to claims for mental or emotional injury. Rowe v. Shake, 196 F.3d 778 (1999). The other descriptive words do not implicate the statute. However, a deprivation of Eighth Amendment right standing alone is a coninizable injury. Rhodes v. Chapman, 452 U.S. 337, 344, 101 S.Ct. 2392 (1981)

See Federal Rules of Appellate Procedure 3 for appeals from judaments and orders of district court; Local Appellate Rules 3.4 Notice of Appeal in pro se cases.

The referred statutes, case law, court rules, and notice of appeal for the third Circuit are available through Mr. Brian Engrem, SHU Law Library

RC

GENERAL REQUEST FORM

BLD. = 16
Cell  # 28

This request should be used to request general information, case law and/or photocopies
from the Law Library. Case law is on loan only! It must be returned to receive any new
case law, which is usually loaned out on a five for five basis. There should be no writing
on legal materials stamped SHU Law Library.

1    I need   Larnce V Texas   Back

Cite as 539 US 558 123 scr 2472

( I only have 2 other Rices This S For I is restrictive

MUST   {   I need an address To governers office

Have   ( or governers Task Force on prison

2   ( is There Law pretaining To prison

※   ) verbal and physcial abuse   humelation   mental

( Physcial depravation.

※ If suTe is denied aT DisTric court Level which iThs

yet   Can I appeal To "US CorT of Appeals" if so need paper work & Rules

Name Monty Pepper   S.B.I. 00156920   Date: Feb 15 05

Date Received: RECEIVED FEB 1 6 2005    Pay-to Log #   RECEIVED

Date Sent   2-18-05    Staff Initials: B.E.   FEB 1 7 2005

Staff Notes Sent: ※ I'm PL. Response.   LAW LIBRARY

suTe has been senT, no Ansur back yeT! if need To appeal
would iT be is US CourT = F appeals CircuT courT (what) do you have

*Legal Materials are not photocopied for you to have as your own or any other purpose.* (B.E.)

GENERAL REQUEST FORM       BLD. # _18_
                          Cell  # _L8_

This request should be used to request general information, case law and/or photocopies
from the Law Library. Case law is on loan only! It must be returned to receive any new
case law, which is usually loaned out on a five for five basis. There should be no writing
on legal materials stamped SHU Law Library.

I need 3 copys of inclosed Sute and orgnal

As soon as possibal

( Sent Back 399 A 2d 529 reTorned )

1 { need 1 copy of Larnce V Texas

{ CiTe as 539 US 558 123 SCT 2472 (23 pages)

2 { need AscrofT V The free speach ColaTion

{ 122 SCT 1389

3 { need Pub L 108-21 Title V § .502 (A) 3

{ Apr 30 2003  117 STaT 678

Thanks

4  I only have one case Law now

5  ● Dose This suTe need To be noTerised

Name Monty Pepper       S.B.I. 00156920     Date: Feb 8 05

Date Received: RECEIVED FEB 0 8 2005      Pay-to Log # _____

Date Sent ____2-11-05____      Staff Initials: _B. E._

Staff Notes: Sent: Photocopies - 108 pgs.; (1) Ct. Case - 22 pgs.

February 8, 2005

Monty Pepper:

In a 42 § 1983 Civil Rights action, you can ask for monetary relief. You can ask for nominal damages and/or punitive damages. See Hock v. Thipedeau, 238 F.Supp.2d. 446 However, when you ask for money you create two more grounds to have your case dismissed. First, your case can be dismissed if it " seeks monetary relief from a defendant who is immune from such relief." Second, by asking for a disproportionally large amount of money your case can be dismissed as "malicious". Both of these grounds are codefied in Title 42 § 1997e of the United States Code.

Hock v Tripedeau, 238 F.Supp.2d 446 and 42 USCA § 1997e are available to you from the SHU law library.

Sincerely,

Molly Pepper    Sent: * In Re Response
1513. LS    COI5 69 20    BE
    ASAP 2/1/05

mr Ingrim    B.E.

Sorry for The hassel

I    I need another form for SuTe
    complainT messed up Page1-2
        us DisTric CorTs ''
        DisTri of Del
* 2    can I sue for monTery Relife
sent    in This courT $1.5 mill on punTive
to    and other realif    have PlenTy of Proof
main 3    dose This need To be noTerised
L-0 69    if yes    seT iT up for as soon
    as possible    I have IT Ready
    and am Ready To File

    AfTer iTs noTerised I send To
    you for copys ?

RECEIVED FEB 0 7 2005    named
    Wardon Caroll
    and DeparTmenT of CorrecTions
    as defendanTs    This is 19 pages
    Long all on The same issue abuse
    of Powers and inmaTes ne guess
    I'll need 4 copys 1 for me 3 for courT
    "oTher inmaTes wanT To be wiTnesses
    '' goT new aTTerney ''

GENERAL REQUEST FORM

BLD. # 18
Cell # L8

This request should be used to request general information, case law and/or photocopies from the Law Library. Case law is on loan only! It must be returned to receive any new case law, which is usually loaned out on a five for five basis. There should be no writing on legal materials stamped SHU Law Library.

Please send me The forms To file suTe agenst DCC
I senT a requesT Fryday donT know if you goT iT The wonT give me
general RequesT forms or any other form's in hear requesTed
sick call and greavance forms Today and was denied one guard said NO!

Also There was a supream courT Ruling on
Fake - compuTer genraTed PhoTos, This was
Probily a compuTer child Born - nudesT - or
Copy RighT case IT covered ThaT There was no vicTom
on compuTer genraTed images, you mighT check on
ACLU web siTe This was in The pasT 2 years was used
To define child Born

* Sent to main L.L. B.E.

Name ManTy Pepper    S.B.I. 0015692 0    Date: Jan 24 05

Date Received: _____ Pay-to Log # _____
Date Sent    2-1-05    Staff Initials: B.E.

Staff Notes: SenT; Frm PL Response.

GENERAL REQUEST FORM          BLD. # _18 13_
                                   Cell  # _28_

This request should be used to request general information, case law and/or photocopies
from the Law Library. Case law is on loan only! It must be returned to receive any new
case law, which is usually loaned out on a five for five basis. There should be no writing
on legal materials stamped SHU Law Library.

1   Laurencie V Texas 123 S. CT. 2472

2   Prisons key #4 (4) westkerdigest Pretrial concl.

3   Civil Rights Act 42 USCA § 1983

Not Sure> how do I contact minners Task Force

(P.2.) 4  in 2003-4 Supreem Court Ruleing on fake images
        2002 ?
    and no victum accoaTid with computer genaaTed

    images on The internet & PC's I Think

    The ACLU was involved

        wish I Lived in Canda Canada we all would

        be free "sociallisim" do you have anything

    on That when are we a socialist contry countiy

    how do we stop iT !

Name _Monty Pepper_ S.B.I. _0015 6920_ Date: _Jan 18 05_

Date Received: _RECEIVED JAN 19 2005_ Pay-to Log # _____

Date Sent ___1-25-05___     Staff Initials: _73.E._

Staff Notes: _Sent: USCPA 42s 1983; FPD K.4(4); (1)Cl Case—24/pgs._

Rec'd                1/14/05

Mr Pepper:

You can find case law on Pretrial Conditions of Confinement under Prisons Key #4(4) West's Digest Key Number System. You may file a complaint under the Civil Rights Act, 42 USCA§ 1983, in Delaware District Court if you feel your rights are being violated.

The case you maybe referring to is Lawrence v. Texas, 123 S.Ct. 2472. This case involves two men and the acts they engaged in, in the privacy of their home.

Please refer to Title 11 § 1103, Definitions relating to Children, Delaware Code Annotated, Volume 7. This statute describes prohibited sexual acts and simulation of sexual acts by children or those who appear to be children. Ashcroft V. American Civil Liberties Union, 124 S.Ct. 2783, This case concerned the application of the Child Online Protection Act (COPA), 47 USCA§231. The address for the ACLU of Del. is:

100 West 10 ST., Suite 309
Wilmington, De. 19801

These Keys, Statutes and Case Law are available from the S.H.U. Law Office.

Drew Fenelle

I max have court on The 30

Thanks
Merry Xmass

GENERAL REQUEST FORM

BLD. # 15 B
Cell # L8

This request should be used to request general information, case law and/or photocopies from the Law Library. Case law is on loan only! It must be returned to receive any new case law, which is usually loaned out on a five for five basis. There should be no writing on legal materials stamped SHU Law Library.

1   I need 10 & 1004 Duties of officer in custody / is This The same if Child is not in custody?

2   State V Rossito 331 A 2d 385

3   Search and Seazure 11 DelC ?P 2301 2311 Dec const art I 36

4   court Criminal Rule 41

quesTS 5   Are Leagal Calls from DCC a Right or a Prlivage. I have been denied call

6   questioning child with out permission During a seachawarrent dose This consTiuTe The abuse of search warrent can iT Through iT ouT!

Name Monty Pepper S.B.I. 00 1569 20 Date: Dec 16 '04

Date Received: RECEIVED NOV 2 0 2004   Pay-to Log # _____

Date Sent   12-23-04   Staff Initials: B.E.   RECEIVED

Staff Notes: Sent: Ct Case - 3 pgs; D.E. Const. Art. I s.6; Super. Ct. Cr. R. 41
Ttm PL Response; Title 11s. 2301, 2311, 3513 LAW LIBRARY

" Can case or seach warrent Be desmessed
questoin 6 # Im not conserened what my son said he is my witness Police would had bec aware of That dose
This cause a major Problem in Ther case accT ine "

GENERAL REQUEST FORM

BLD. # 18
Cell #13 L8

This request should be used to request general information, case law and/or photocopies from the Law Library. Case law is on loan only! It must be returned to receive any new case law, which is usually loaned out on a five for five basis. There should be no writing on legal materials stamped SHU Law Library.

1. Sirs I need Title 10 § 1004    you sent 113573
This deals with statment of abused child my son is not
aaccuser he is my witness The cop asked questions abou1
The case To get info. cop did This secreatly! my son
was heading for my sisters car, cop did not ask if he was in danger
he wasn'T. This information can be used To iform The
accuser which is Lieing! have Proof                    ✓

2. Divers v. D.O.C. 921 F.2d 191
Family cort Chiminal Procdure Rule 5(b)

3. Palmer v STaTe  626 A.2d 1358
                                    3-4 sheets
4. have any extra siaTe Paper They wont give any hear

1 e nditory
manditory
senTancing
guidLines

5. constiTionality of senTances by LegisaTure and plea Bargon systen
                                                          Blackmail
Name Monty Pepper   S.B.I.001 56920   Date: Dec 26 04

Date Received: RECEIVED DEC 2 8 2004   Pay-to Log # _____
Date Sent   12-30-04   Staff Initials: B.E.

Staff Notes: Sent: Title 10 5. 1004; Fam. Ct.Cr.R. 5;
               (2) Ct Cases - 9pgs.

Is plea bargon system Leagal Blackmail so The reason
for higher and higher SenTances yet Low in a plea

GENERAL REQUEST FORM          BLD. # 18 B
                                                            Cell  # 48

This request should be used to request general information, case law and/or photocopies from the Law Library. Case law is on loan only! It must be returned to receive any new case law, which is usually loaned out on a five for five basis. There should be no writing on legal materials stamped SHU Law Library.

need The Law . Rules ? on police
quesToning a child — wiThouT permission
is iT Leagal ? did The police break The Law
(noT worried abouT admissibal in corT )
can They do ThaT
Also can Police Keep properTy
Taken from home ~~Hadur~~ during search
warrenT when noT any ParT of a crime
Rules - Laws

Thanks  SaP

Name monTy Pepper    S.B.I. 0015 6920 Date: Dec 8 04

Date Received: RECEIVED DEC 1 3 2004  Pay-to Log # _____

Date Sent _____ 12-15-04 _____ Staff Initials: B.E.

Staff Notes: Sent: F/m Pl. Response

RECEIVED
DEC 1 3 2004

# EXHIBIT N

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
## IN AND FOR KENT COUNTY

| | | |
|---|---|---|
| STATE OF DELAWARE | ) | |
| | ) | |
| v. | ) | I.D. No. 0401017318 |
| | ) | |
| MONTY C. PEPPER | ) | |
| SBI No. 00156920 | ) | |

RECEIVED AND
FILED

05 JUL 20  AM 10: 24

PROTHONOTARY

## ORDER

This _____ day of July, 2004, upon consideration of defendant's motion for sentence reduction, response in opposition to the motion by the Deputy Attorney General, prior record, and the sentence imposed upon the defendant;

**NOW, THEREFORE, IT IS ORDERED** that defendant's motion for reduction of sentence is **DENIED** for the following reason(s):

☐ The sentence in this case was imposed pursuant to a Plea Agreement between the State and the defendant and signed by the defendant.

☐ The motion was filed more than 90 days after imposition of the sentence and is, therefore, time-barred. The Court does not find the existence of any extraordinary circumstances.

☐ Pursuant to Superior Court Criminal Rule 35(b), the Court will not consider repetitive requests for reduction or modification of sentence.

☐ The sentence imposed is mandatory and cannot be reduced or suspended.

☐ The sentence was imposed after a violation-of-probation hearing was held, and the Court determined the defendant had violated the terms of his probation. The defendant is not amenable to probation at this time.

☒ The sentence is appropriate for all the reasons stated at the time of sentencing. No additional information has been provided to the Court which would warrant a reduction or modification of this sentence.

☐ Other: _____

_____

_____

**Honorable James T. Vaughn, Jr.**

oc:    Prothonotary
cc:    Marie O'Connor Graham, Esquire.
       Beth Deborah Savitz, Esquire.
       Evelyn Stevenson, DCC Classification Officer
       Monty C. Pepper, DCC

IN THE    SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR _____Kent_____ COUNTY

STATE OF DELAWARE

V.

Monty C Pepper,
                Defendant,

:
:
:
:
:
:
:
:
:
:

1K 04·C2·0594
1K 04·03·0368
1K 04·03·0367
1K 04·03·0351
1K04·03·0366
C. A. No. 1K 04·03·0352

I.D. No.   0401017318
           0402012084

## NOTICE OF MOTION

PLEASE TAKE NOTICE, that the attached _____Motion To_____
_____Reduce_____ will be presented at the convenience of the
Honorable Court, _____.

_____Monty. Pepper_____

DATED: _____June 16  05_____

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

### IN AND FOR ___Kent___ COUNTY

| | |
|---|---|
| State of Delaware | ) |
| | ) |
| vs. | ) ID No. 0401017318 |
| | ) |
| MONTY C PEPPER | ) Crim. Action Nos. IK 04-02-0594 |
| Correct full name of Movant | )                IK 04-03-0351 |
| | )                IK 04-03-0352 |
| _____ | )                IK 04-03-0366 |
| Movant's Alias(es), if any | )                IK 04-03-0367 |
| | )                IK 04-03-0368 |
| DOB: 3 28 1959 | ) |
| | ) |
| SBI: 00 156920 | ) |

Motion for ___Reduction___
(Sentence Reduction/Modification)

1. The Court imposed Movant's sentence on the following date: 4 15 05

2. The judge who imposed the sentence was: James Vaughn Jr

3. Offenses for which Movant was sentenced and length of sentence(s):

K 04-02-0594  Rape 2nd Trust  10 yr  1 yr Lev 4   8 yr pro 3

K 04-02-0351  Child porn Comp 1 yr Lev 5/2 Leigh 3

K 04-03-0352  child porn Comp 1 LeS / 2 Leval 3

K 04-03-366  Poss Child Porn 6 m Lev 5   2 yr L 3

IK 04 03 0367  Poss child Porn 6 mont Lev 5 / 2 year L3

IK 04-03-0368  Poss child Porn 6 month Lev 5 / 2 year L3

4.  State the grounds upon which you believe that the Court should modify or reduce your sentence. You must state the relevant facts in support of the grounds you raise:

sorry

Ground one 1-1 illegal SenTance. Plea ConsTiTuTionaliT

~~Ground one:~~ Under Lawrence v Texas 539 us 558 123 SCT 2472

Supporting facts: A Law branding one class of persons as CRimina

Based solely on The STaTes "moral disapproval" of That Class and "conduct"

associaTed with ThaT class runs conTrary To The values of The consTiTuTion and

"Equal Protection Clause" under any sTandard of review. Laws banning 1-1 →

Ground two:  2-1  illegal  SenTance

Supporting facts: ConsTiTuTionaliTy  of  child  porn  possesion

Law

Ground three:  3-1  illegal  SenTance

Supporting facts:  denial  of  ConsTiTuTional  RighTs

11-1111 - Through comp use down Load. —

Ground four:  4-1  illegal  SenTance

Supporting facts: ConsTiTuTionaliTy  of  Age  of  consenT.

Del code 11  Del code 770 – 773

Wherefore, in light of the above, Movant asks that the Court modify/reduce his/her sentence as follows: _____

I wish for my "10 year mandiTary"
To be reduced To "2 year" or Less
Porn charges To be reduced To "ProbaTion"
"give me and my son's Life back" address
The consTiTuTional issues I Am a PoliTical Prisoner
STop The Religous TorTure respect "LiberTy"
ConTrole

Signature of attorney (if any)

I declare the truth of the above under penalty of perjury.

June 14 05
Date signed

Signature of Movant (Notarization not required)

Fear of The governmenT is why I Took a Plea
130 years is A deaTh ThreaT  governmenT Tierniee
is desTorying Familys Lives Fear of The govermenT
and STaTe is unconsTiTuTional

f:\forms\motion for reduction-modification

3

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

Monty Pepper   Petitioner )
)
vs. )
)
State of Delaware )
)
Respondent )
)
)

C.A. No. _____

Jury Trial Demanded:
    yes___    no__

## PETITION FOR RETURN OF PROPERTY

Pursuant to 16 Del.C. § 4784 (j) and Superior Court Civil Rule 71.3, Claimant petitions the Court for return of property seized pursuant to 16 Del.C. § 4784.

1) (a) Name of Claimant ___Monty C Pepper___

   (b) Address ___228 ~~Brer~~ Gelden Rd___

   ___Felton Del 19943___

   (c) Telephone Number ___284 9435___

2) Description of the property sought to be returned:

   1 Dell 933mhz computer 1 Celavon
   1 CDRW maddog riter  misc DVDs
   other computers not involved
   in any crime Taken during search warrei

3) Description of your ownership/interest in the property and how you acquired it:

   The Dell was purched new is my sons computer
   CDRW Purched from store The rest
   Purcheed alcesd from saile Auction

4) (a) Date when property was acquired: _Jan 27 unKnown_

(b) From whom property was acquired: _unKnown Dell - Officemax_

5) Provisions of 16 Del. C. § 4784 relied on in asserting that the property is not subject to forfeiture: (e.g., property was unlawfully seized or used without owner's consent - See attached statute)

_The 2 used in suspedded crime without hard dr_

_The property was not used in any_

_crime should be reTurned and others_

6) Facts supporting response to question 5:

_Evedance shows ThaT They were noT used in_

_Crime and ones suspecTed Hard drivs can•bedebt_

_The oThers hold Family PhoTos_

Wherefore, the Petitioner hereby prays that the Court grant this Petition for Return of Property, granting such relief as the Court may deem just and fair under the circumstances.

_____
Signature

Date: _Jan 11 05_

-2-

## VERIFICATION

STATE OF DELAWARE:
NEW CASTLE COUNTY: SS.

Comes now _Monly Tepper_, and having been sworn according

to law deposes and says that he/she is the Petitioner in the foregoing Petition for Return

of Property and that the matters stated in said Petition are true and correct to the best of

his/her knowledge, information and belief.

_____
Signature

Date: _1 12 05_

Sworn to and subscribed before me this _13th_day of _January_, _2005_.

_Osman Sammauander_
Notary

# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

## IN AND FOR NEW CASTLE COUNTY

|  |  |
|---|---|
| Petitioner ) | |
| ) | C.A. No. _____ |
| vs. ) | |
| State of Delaware ) | |
| Respondent ) | |

**ORDER**

Now, this \_\_\_\_\_ day of _____, _____ Defendant's Petition

for Return of Property is granted in the following respects:

_____

_____

_____

_____

_____

_____

_____

Judge

Date: _____