IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| MONTY C PEPPER | ) | |
| V | ) | |
| THOMAS CARROLL | ) | |
| BAMBI THOMAS | ) | |
| JAMES GARDELS | ) | C.N. No.05-084-jjf |
| THOMAS SEACORD | ) | |
| | ) | |

PLEASE TAKE NOTICE that the attached Motion To Amend under Rule 15a Fed RCiv P _____ is herewith presented to the Court.

PLAINTIFF in filling on or about Febuary 15 2005 a complaint was filed in Federal District Court for theDistrict of Delaware against Thomas Corroll, Bambi Thomas, James gardels, Thomas seacord, case (D.I.2)

PLAINTIFF in ~~answering~~ Amending tothe above presents this to the HONORABLE COURT (DI 39)

DATED THIS DAY 23)OF Febuary ___2006

MONTY C PEPPER
1181 Paddock Rd
Smyrna DEL 19977
sbi  156920

FILED

FEB 2 8 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MONTY C PEPPER
plaintiff

    V

THOMAS CARROLL
BAMBI THOMAS
THOMAS SEACORD
JAMES GARDELS
    defendants

(
(
(
(
(    C.A. No.05-084-JJF
(
(
(
(

---

MOTION TO AMEND UNDER RULE 15(a) Fed.R.Civ.P.

---

NOW COMES Plaintiff Monty C Pepper do request The court To AMEND The fallowing issue To Join in To doinder of Claims under Rule 18a Fed R Civ P where The fallowing consTiTuTional issue has noT been remedyed and sTems From The original abuse recieved in D.C.C. which were addressed in original complainT Plaintiff has FurTher aTTempTed To seek remedy wiTh ToTal Failure being These concerns helTh and medical issues Plaintiff afTer original ComplainT as well a addiTions of DI 2 DI DI 7 DI 8 DI 12 DI 25 would had expecTed acTion To cure The issues deFendanT have noT DeFendanT (Wardon) Thomas Carroll as The person overseeing prison condiTions rules and securiTy of both inmaTes as well as public is responsable as well as medical issues

The PlainTiff puTs FourTh ThaT For over a year The PlainTiff has requesTed help on a cough ThaT will noT go away oTher inmaTes have iT PlainTiFF dose noT Know why may be Possibal PolesTer From BlankeTTs a Form of AsbesTosis From PolesTer

Plaintiff is Just spectulating on why he has The cough Also The back issues still go un looked aT or diganosed Plaintiff is in constanT Pain From back Lower back pain. Also Plaintiff has a meaty Lump on his spine mid back. That hurts at Times and has grown. Medical will not look at iT will noT give me a appointmenT or see if iT cancer This is verry dangrious. Also Plaintiff still soffers from bouts of depression and paanoia paranoia From guards as well as relalaTion of what he has recived and may recive

The neglegant and deliberate indifference standard applys and if This is part of The on going retalaTion or Just plain neglect or abuse This is criminal. Plaintiff is constanT Pain and worrie

Plaintiff has included greavances and sick calls That he gathered and This medical issues go back To ocT 2004 as DI 2 will show (Exhibits 1-17)

There For Plaintiff requesT The Honarable Court To Joinder or Join This added complainT inTo The existing ComplainT

I noT The Plaintiff will File a sepreat ~~suit~~ suiT To The issue

Again some copys are impression others are being senT inTo D.C.C. By Plaintiffs ParenTs

monTy Pepper
Feb 13 2006

FORM #585

MEDICAL GRIEVANCE

FACILITY:_____ _____    DATE SUBMITTED:_____ _____

INMATE'S NAME: _____    SBI#:_____ _

HOUSING UNIT: _____ _____    CASE #:_____

//////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: _____

TYPE OF MEDICAL PROBLEM:

_____

_____

_____

_____

_____

_____

_____

_____

GRIEVANT'S SIGNATURE:_____    DATE:_____

ACTION REQUESTED BY GRIEVANT: _____

_____

_____

_____

DATE RECEIVED BY MEDICAL UNIT: _____ _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
# FACILITY: DELAWARE CORRECTIONAL CENTER
## This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

_____                    _____
Name (Print)                                        Housing Location

_____    _____    _____
Date of Birth                      SBI Number                  Date Submitted

Complaint (What type of problem are you having)? _____

_____

_____

_____

_____                    _____
Inmate Signature                                        Date

**The below area is for medical use only.  Please do not write any further.**

S: _____

_____

_____

O:    Temp:_____  Pulse:_____  Resp:_____  B/P:_____  WT:_____

_____

_____

A: _____

_____

_____

P: _____

_____

_____

_____

E: _____

_____

_____

_____                    _____
Provider Signature & Title                              Date & Time

3/1/99 DE01
FORM#:
**MED**
**263**

Ex 3

**FORM #584**

**GRIEVANCE FORM**

FACILITY:_____          DATE:_____

GRIEVANT'S NAME:_____          SBI#:_____

CASE#:_____          TIME OF INCIDENT:_____

HOUSING UNIT:_____

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

ACTION REQUESTED BY GRIEVANT:_____

_____

_____

_____

GRIEVANT'S SIGNATURE:_____          DATE:_____

WAS AN INFORMAL RESOLUTION ACCEPTED?        _____(YES)   _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____          DATE:_____

**IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

Ex 4

**FORM #585**

**MEDICAL GRIEVANCE**

FACILITY:_____     DATE SUBMITTED:_____

INMATE'S NAME: _____     SBI#:_____

HOUSING UNIT: _____     CASE #:_____

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: _____

TYPE OF MEDICAL PROBLEM:

_____

_____

_____

_____

_____

_____

_____

_____

GRIEVANT'S SIGNATURE:_____     DATE:_____

ACTION REQUESTED BY GRIEVANT: _____

_____

_____

_____

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

EX 4

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
# FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one): ~~MEDICAL~~ DENTAL ~~MENTAL HEALTH~~

Monty Pepper

Name (Print)

3-28-59
Date of Birth

00156920
SBI Number

Aug 2 2005
Date Submitted

Housing Location

Complaint (What type of problem are you having)? a cough and Back Pain The cough is prestant will not stop continus Back Pain This all started in The SHU .

Inmate Signature

Aug 20 05
Date

**The below area is for medical use only. Please do not write any further.**

S:

O:    Temp:_____    Pulse:_____    Resp:_____    B/P:_____    WT:_____

A:    to see Medical

P:

E:

RECEIVED

AUG 2 2005

RECEIVED

Provider Signature & Title

Date & Time

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): MEDICAL DENTAL MENTAL HEALTH

Name (Print): Monty Pepper

Housing Location: ✓

Date of Birth: 3 25 59     SBI Number: 00156920     Date Submitted: 9 29 05

Complaint (What type of problem are you having)? I'm sTill haveing problems I don'T know whaTs going To happen The meds you gave me are Too sTrong Don'T know what They are suposeTo do I have a ringing in my ears consTant They arn'T Takeing care of my back pain I've had recTum bleed when I was in 18 don'T know why haven'T noTiced iT LaTly ? is iT

Inmate Signature: [signature]     Date: 9 29 05     The meds

**The below area is for medical use only. Please do not write any further.**

S:

O:    Temp:____    Pulse:____    Resp:____    B/P:____    WT:____

A:    To see Medical

P:

E:

Provider Signature & Title: _____    Date & Time: _____

3/1/99 DE01
FORM#:
**MED**
**263**

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one): MEDICAL DENTAL MENTAL HEALTH

_____       _____
Name (Print)                    Housing Location

_____    _____    _____
Date of Birth            SBI Number            Date Submitted

Complaint (What type of problem are you having)? _____

_____

_____

_____

_____       _____
Inmate Signature                    Date

**The below area is for medical use only.  Please do not write any further.**

S: _____

_____

O:    Temp:_____    Pulse:_____    Resp:_____    B/P:_____    WT:_____

_____

A: _____

_____

P: _____

_____

_____

E: _____

_____

_____       _____
Provider Signature & Title             Date & Time

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one):  MEDICAL  DENTAL  MENTAL HEALTH

_____          _____
Name (Print)                                          Housing Location

_____   _____   _____
Date of Birth                          SBI Number              Date Submitted

Complaint (What type of problem are you having)? _____

_____

_____

_____

_____          _____
Inmate Signature                                        Date

**The below area is for medical use only.  Please do not write any further.**

S: _____

_____

_____

O:   Temp:_____   Pulse:_____   Resp:_____   B/P:_____   WT:_____

_____

_____

A: _____

_____

P: _____

_____

_____

_____

E: _____

_____

_____          _____
Provider Signature & Title                            Date & Time

Ex 8

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
# FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

_____                           _____
Name (Print)                                          Housing Location

_____     _____      _____
Date of Birth                   SBI Number            Date Submitted

Complaint (What type of problem are you having)? _____

_____

_____

_____

_____                           _____
Inmate Signature                                      Date

**The below area is for medical use only.  Please do not write any further.**

S: _____

_____

_____

O:    Temp:_____   Pulse:_____   Resp:_____   B/P:_____   WT:_____

_____

A: _____

_____

P: _____

_____

_____

_____

E: _____

_____

_____                           _____
Provider Signature & Title                            Date & Time

**3/1/99 DE01**
FORM#:
**MED**
**263**

FORM #585

**MEDICAL GRIEVANCE**

FACILITY:_____

DATE SUBMITTED:_____ _____

INMATE'S NAME: _____ _____ _____

SBI#:_____ _____

HOUSING UNIT: _____,

CASE #:_____ _____

//////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: _____ _____

TYPE OF MEDICAL PROBLEM:

_____

_____

_____

_____

_____

_____

_____

_____

GRIEVANT'S SIGNATURE:_____          DATE:_____

ACTION REQUESTED BY GRIEVANT: _____

_____

_____

_____

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

EX 10

10-17-05

## FORM #585

### MEDICAL GRIEVANCE

FACILITY: DCC

INMATE'S NAME: MonTy Pepper

HOUSING UNIT: 18 B L8

DATE SUBMITTED: July 14 05

SBI#: 00156920

CASE #: 18742

////////////////////////////////////////////////////////////////////////////////////////////////////////////

### SECTION #1

DATE & TIME OF MEDICAL INCIDENT: July 14 05    s4:30

TYPE OF MEDICAL PROBLEM:

Iv Asked for 2 days To see menTal healTh
I need DR Remmie or Dr Elean only J The
herey seT indean Dr egnored my issue Dr Elean
was suposTo Talk To major Holton? I need
To get out of PC for my safTy The guards have
been messing wiTh myLunch I will noTeaT iJ when Thomas nuto
or ballanger are on duTie These are The only shifT ThaTs a
problum The sTress is causing my back To hurT and Im getting
depressed more and more and fear for myLife and well Being They can
wriTe me up for noThing and oThe hearing Seacord egnored the issue

GRIEVANT'S SIGNATURE: [signature]    DATE: July 15 05

ACTION REQUESTED BY GRIEVANT: Seacord said 5 years ago he'd of kicked my ass said he was
going To move me To SCI
I wanT To go To Compound E or B Like
me and porter Talked abouT or I need To
go To infermery I don'T TrusT Seacord if he moves me

DATE RECEIVED BY MEDICAL UNIT: _____

RECEIVED
JUL 2 2 2005

NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.

Inmate Grievance Office

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
# FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

_____          _____
Name (Print)                                          Housing Location

_____     _____     _____
Date of Birth                             SBI Number                        Date Submitted

Complaint (What type of problem are you having)? _____

_____

_____

_____

_____          _____
Inmate Signature                                        Date

**The below area is for medical use only.  Please do not write any further.**

S: _____

_____

O:   Temp:_____    Pulse: _____    Resp: _____    B/P: _____    WT: _____

_____

_____

A: _____

_____

P: _____

_____

_____

_____

E: _____

_____

_____          _____
Provider Signature & Title                              Date & Time

3/1/99 DE01
FORM#:
MED
263

EX 12

## DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): MEDICAL DENTAL  MENTAL HEALTH

MonTy Pepper
Name (Print)

V 8 A
Housing Location

3 28 59
Date of Birth

00156920
SBI Number

nov 8 05
Date Submitted

I have ringing in my ears ? Back Pain ConsTanT! depresson !
Complaint (What type of problem are you having? I've RepeaTly asked To
have a Cough LookaT by a DocTor This has gone on
since LasT year I have back Pain and a Lump on my
spine a meaTy Lump I need To Find ouT whaT iT is by
a DocTor noT a nurse. if iB cancer I need To know now! ?

nov 8 05
Inmate Signature                                  Date

**The below area is for medical use only. Please do not write any further.**

S:

O:   Temp:_____ Pulse:_____ Resp:_____ B/P:_____ WT:_____
11-9-05 To he seen. Refennel to mH aless 18Ch)

A:

P:

E:

NOV 0 9 2005

Provider Signature & Title                        Date & Time

3/1/99 DE01
FORM#:
MED
263

EX 13

**FORM #585**

**MEDICAL GRIEVANCE**

FACILITY: _D CC_

INMATE'S NAME: _MonTy Pepper_

HOUSING UNIT: _WX D/W_

Sunday
DATE SUBMITTED: _NOV 19 05_

SBI#: _00 1566920_

CASE #: _2/200_

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: _nov 19 05  STarTed Dec 04_

TYPE OF MEDICAL PROBLEM:

ATT Chris Malony HSA
I have asked over and over To geT my
Throat Looked aT no action This
since LasT year Dec t-04 Also a Lumpon my
back bone The Size of a gulf Ball half and
back pain every day I Also have a ringing
in my ears numness in my hands someTimes I sall menTal helTt
for 30 seconds onThe 17 nov no help in Fear oF whatThey
my duc because of SuTe I have deppresson I gcTno help
I'm Takeing paxial DocT said no side effects colord urin 3

GRIEVANT'S SIGNATURE: _____    DATE: _NOV 19 2005_

ACTION REQUESTED BY GRIEVANT: _____

_____

_____

_____

DATE RECEIVED BY MEDICAL UNIT: _____

**RECEIVED**

NOV 2 1 2005

Inmate Grievance Offi

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

EX 14

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): MEDICAL DENTAL MENTAL HEALTH

Name (Print): Monty Pepper

Date of Birth: 3 28 69    SBI Number: 00156920    Date Submitted: 9 27 05

Housing Location: ✓

Complaint (What type of problem are you having)? I asked befor To have a Cough CheckouT I had iT Sinc Xmas 04 SHU Theres a Lump on my Back Also need To check and Back pain Also The medican mental healTh gave me is Too Stronge iT put me To Sleep! Need Some Thing Else , Pleas don't secud me on wendsdays

Inmate Signature    Date: 9 22 05    Law CJ Brary

**The below area is for medical use only. Please do not write any further.**

S: Scheduled

O: Temp:___ Pulse:___ Resp:___ B/P:___ WT:___

A:

P:

E:

SEP 28 2005

Provider Signature & Title    Date & Time

3/1/99 DE01
FORM#:
MED
263

Ex 15

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): ~~MEDICAL~~ DENTAL (MENTAL HEALTH)

Name (Print): monTy Pepper

Date of Birth: 3/28/59

SBI Number: 00 158920

Housing Location: ✓

Date Submitted: Sep 1 05

Complaint (What type of problem are you having)? Sorry I had a visiT
They sccdualed me ThaT afTernoon no one seen
me 1# My Back hurTs Spasms hearing Problem
2 The meds ThaT mental health I cannoT Take
The Roplem 3

Inmate Signature _____    Date _____

**The below area is for medical use only. Please do not write any further.**

S:

O:  Temp:____  Pulse:____  Resp:____    B/P:____   WT:____

A:        49 per Medical

P:

E:

[RECEIVED stamp: SEP 0 3 2005]

Provider Signature & Title _____    Date & Time _____

3/1/99 DE01
FORM#:
MED
263

*Exit*

**FORM #585**

**MEDICAL GRIEVANCE**

FACILITY:_____     DATE SUBMITTED:_____

INMATE'S NAME:_____     SBI#:_____

HOUSING UNIT:_____     CASE #:_____

///////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT:_____

TYPE OF MEDICAL PROBLEM:

_____

_____

_____

_____

_____

_____

_____

_____

GRIEVANT'S SIGNATURE:_____     DATE:_____

ACTION REQUESTED BY GRIEVANT:_____

_____

_____

_____

DATE RECEIVED BY MEDICAL UNIT:_____.

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

EX 17

## FORM  #585

## MEDICAL GRIEVANCE

FACILITY:_____          DATE SUBMITTED:_____

INMATE'S NAME: _____          SBI#:_____

HOUSING UNIT: _____          CASE #:_____

/////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

### SECTION #1

DATE & TIME OF MEDICAL INCIDENT: _____

TYPE OF MEDICAL PROBLEM:

_____

_____

_____

_____

_____

_____

_____

_____

_____

GRIEVANT'S SIGNATURE:_____          DATE:_____

ACTION REQUESTED BY GRIEVANT: _____

_____

_____

_____

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

I/M  M Pepper

SBI# 1569 20 UNIT D W

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

office of The Clerk

United States District Court

844 Kings Street  Lox box 18

Wilmington Del

19801