IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONTY C. PEPPER | : | |
| | : | |
| V. | : | CRIM.ACTION.NO: |
| | : | #05-084-JJF |
| | : | |
| THOMAS SEACORD | : | |
| THOMAS CARROLL | : | |
| BAMBI THOMAS | : | |
| JAMES CARDELS | : | |

FILED
FEB 28 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PLEASE TAKE NOTICE, that the attached Plaintiff Response To and Memorandum In Response To Defendants Motion To Dismiss is herewith presented to this honorable court.

PLAINTIFF, in filling on or about FEBUARY 15, 2005 a complaint was filed in federal district court for the district of Delaware against THOMAS CARROLL, BAMBI THOMAS, JAMES CARDELS, and THOMAS SEACORD case (D.I.2). (DI 25)

PLAINTIFF, in answering reply To the above presents this to the honorable court. (DI 40)

DATED: Febuary 23 2006

MONTY C. PEPPER
SBI #156920
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MONTY C PEPPER
    plaintiff (

V (

THOMAS CARROLL (
BAMBI THOMAS (   C.A. NO. 05-084-JJF
THOMAS SEACORD (
JAMES GARDELS (
(

PLAINTIFFs RESPONSE TO AND MEMORANDUM IN RESPONSE TO
DEFENDANTS MOTION TO DISMISS/SUMMARY JUDGEMENT

Plaintiff Request The Honarbal Court denie The Defendants motion To Dismiss/ summary Judgement where The Facts within The Fallowing memorandum will show That Plaintiff was in Fact denied access To counsel and suffered mental as well as physical damage at The hands of The Defendants and as The added amendment shows That Deliberate Indifferenbe stadard has been crossed by The continued absence of Remedy To Plaintiffs Health and Mental needs

As in Hicks v Frey 992 F2d 1450 6ct 1993) states Extreme conduct by costedians That cause sever emotional distress is sufficent and in Scher v Engelke 943 F3d 921 8th cir 1981 evidence of Fear mental anguish and misery can establish The requisit injury for Eight Amendment Claim 112 s ct 1516 (1992)

As well as Helling v Mckenny, unsafe conditions That pose an unreasonable risk of serious damage To a prisoners Future helth may violate The 8 amendment even if The damage has not yet occurred and may not affect every prisoner exposed To

The Conditions deliberate Indifference a standard of recklesness which permits defendants to be held liable based on what they "should" have known or what was obvious if prison officials know that conditions are objectively cruel and fail to remedy them they are diliberate Indifference The Defendants were aware

I request The Court to denie Defendants Motion and or stay so Plaintiff can gather and cataloge the 100+ documents greavance copys sickcall copys as well as resposnes to Affitadavits and Prothonatory Defendant is still limeted to time in Law Library

Monty Pepper
Feb 23 2006

I/M M Pepper
SBI# 156920 UNIT D W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of The Clerk
United States District Court
844 Kings Street Lox boy 18
Wilmington Del
19801