Peter T Dalleo Clerk

As To your Febuary 12 06 letter for "original signature". I have supplied original signature and original written Pages of replys and Amended complaint DI 39 Plaintiff response To aad Memorandum in Response To Dismiss/summery DI 40 Plaintiff Memorandum of Fact an Brief in Opposition To Defendants motion To dismiss Summary Judgement and (DI 41)

That you received by on February 17 2006 sir I sent docketed front Page and all original could not sTable was refused Law Library on Friday The 24th Feb. Sorry for problums only were of local Fedral Rules Book 2ⁿᵈ LasT week

FILED
FEB 28 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Monty Pepper
1181 Paddock Rd
Smyrna del 19977

Febuary 24 2006