Peter Dalleo Clerk

05-84 (JJF)

Sir inclosed is response To Ansers of The Defendant's Where I was Denied access To law library on friday 24 which is my deadline To aquire post Mark before Feb 27 2006

I could not supply copys To Attorney Genral nore could I include copys of Documents grivances and letters

Also Call's are being made between Mr Johnson and Attorney Genral Lisa Barchi This is innappropate and To me is causing prejudice and suspicion as To denials of access

Febuary 24 2006

Monty Pepper
1181 Paddock Rd
Smyrna Del 19977

FILED
FEB 28 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE