IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MONTY C PEPPER )
    plaintiff (
v (
THOMAS CARROLL (
BAMBI THOMAS (   C.A.No 05-084 JJF
JAMES GARDELS (
THOMAS SEACORD (

FILED FEB 28 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Plaintiff reply To Defendants objection To Plaintiff motion For Temporary Restrainting order without notice and for Preliminary injunction and notice of Emergency injunction and summery Judgement or relief.

Plaintiff request The "with draw" of (DI 12) "Temporary Restrainting order with out notice"

Plaintiff request a continuance as To (DI 8) where due To denial of access To law library and The acts of Mr Ed Johnson did cause prejudice and Plaintiff can not copy or research To supply The court with evidance which Plaintiff possess and copy To conform To Local fedral District Court Rules. The Fallowing explaination is supplied To The court. affiTidaviT and explanataion

Febuary 24 2006

Monty C Pepper
1181 Paddock Rd
Smyrnd del 19977

State of Delaware ) 
                 ) SS.
County of New Castle )

Affidavit of: Monty Pepper
Dated: Feb 23 2006

## AFFIDAVIT

I, Monty Pepper, being first duly sworn deposes and says that the foregoing statement is a true and correct observation of what occurred on the above date herein at/in Law Library located in the Delaware Correctional Center, Smyrna, Delaware, in that I was a part of or witnessed the incident described herein. I would clearly state under penalty of perjury of the laws of the State of Delaware.

IT is 12:15 I requested additional Time To ansure The Defendants Objection To Plaintiffs motion for Temporary Restraining order without notice and for Preliminary Injunction ~~which~~ and Notice of emergency motion injunction and/or summary Judgement or Relief which I recived on Feb 19 2006 Giving That Plaintiff has only 5 days To ansure where monday was a holaday Tuesday had regular appointment. Wendday Plaintiff had doctor appointment Thursday was given extria Time in AM morning could not attend due To doctor appointment Though made regular appointment Plaintiff requesteing additional Time on Fryday The dead line Plaintiff was "refused" where Copys can not be made a response can only be sent To court I was refused Time by Mr Johnson, and refused Copys of a generac opening Page as required By Rule 5.3 and Threaten To kick me out

Affiant Signature: [signed]
Print Name: Monty Pepper
Delaware Correctional Center
Smyrna, Delaware 19977

SWORN TO AND SUBSCRIBED before me this 23 day of Feb, 2006.

My Commission Expires:

Notary Public: [signed]

Letter To The Court                    Affidavit
  Plaintiff as To The Following redacted reply
As a inmate incarcerated in Delaware Correctional Center
and as Put Fourth in (DI 25) Writ of Mandamas That
The Court considered a Motion For Permanent Injunction
(DI 25)
  Where on Thursday Febuary 23 2006 Plaintiff
requested Law Library Time on Friday The 24 2006 To
complete and copy and send To The court.
  The Plaintiff was Told "no" by Ed Johnson who is
in charge of law Library. while Leaving on Thursday
2:20 pm Mr Ed Johnson calls The Plaintiff back as says
"If your Trying To intimidate me I'll Press Street charges
on you. your not geting extra Time."
  Plaintiff had said nothing To Mr Ed Johnson and This
was witnessed by four other inmates. This The Plaintiff
considers a Threat were mr Johnson can lie Just as
defendants have and Plaintiff has no recorse where
inmates are not beleaved and There are no video and
Audo Taped camras in D.CC. For The Safty of
inmates from abuse such as This.
  This morning at 9:30 or about Mr Ed Johnson

calls over to Plaintiffs bulding To allow The Plaintiff Time even Though he denied This The day before and also on Tuesday. where Plaintiff asked For Friday Mr Ed Johnson said "you don't Tell me when you can come I'll Tell you"

The Plaintiff had gone To Medical for a dental where it was reseedvaled and if Mr Ed Johnson had given The Plaintiff a appointment, The Medical Could had easly been reseedvaled. When Plaintiff returned at 11:00 "code green" he was Told Johnson had called but it was To late To go (Sgt DoDo.)

Mr Johnson like This dose This To all inmates he knew Tuesday 21 of The dead line Plaintiff on Thursday made a affidavit at 12:15 when he was refused access inclosed. And Put a letter in To Mike littel and a griveance. Last night Feb 23 2006 have copys

The Local Federal Rules were only made known To The Plaintiff Last week. Only Book 1 All Fed Rules were given To Plaintiff yet Plaintiff asked for District Court Rules. There is a systematic attempt To restrict inmates from attacking and presenting Cases were even exhibits cannot be copyed seperate

Plaint states all statements made here in This affidavit are True
February 24 2006

Monty Pepper



I/M M Pepper
SBI# 156920  UNIT D W
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of The Clerk
United States District Court
844 King Street  Lockbox 18
Wilmington  Del
              19801