# EXHIBIT A

(14 ou started 5 week)

# LEGAL TELEPHONE CALL REQUEST

To:     Security Housing Unit Lieutenant
        Maximum Housing Unit Lieutenant

I  Monty Pepper          SBI# 00156920
   (Print Name)
BUILDING  18   CELL ASSIGNMENT  B L 8

I wish to make a legal telephone call to my attorney. The following information is provided to verify that my attorney will accept a collect telephone call (do not include a date and time, attorney will advise when to call):

ATTORNEY NAME:  Beath Savitz
                (Print Name)

TELEPHONE NUMBER: AreaCode (302) 734 7401

..................................................
               DO NOT WRITE BELOW THIS LINE
Unit Lietenant Only                              4/M  11/17/04
Contact made with _____ on _____ 1220

____Attorney will accept a collect call at_____ hours on _____

____Attorney will not accept a collect call

Notes* Left Message for Ms. Savitz on 11/17/04 1220.
*******************************************************
Housing Area Staff Only


ATTORNEY CALL WAS MADE @ _____ HOURS ON _____ .


SIGNED: _____ DATE: _____
        SIGNATURE OF BUILDING STAFF MEMBER ACCOMPLISHING CALL

Return this form to Unit Commander's Office upon completion of call!

FORM # 883