# EXHIBIT B

Case 1:05-cv-00084-JJF    Document 57-3    Filed 03/06/2006    Page 1 of 3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONTY C. PEPPER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Warden THOMAS CARROLL, C/O )<br>BAMBI THOMAS, C/O JAMES )<br>GARDELS, C/O THOMAS SEACORD )<br>)<br>Defendants. ) | C.A. No. 05-084-JJF |

### AFFIDAVIT OF ED MOORE

I, Ed Moore, having been duly sworn according to the law, do hereby depose and state the following:

1. I am employed by the State of Delaware, Department of Correction at the Delaware Correctional Center ("DCC") near Smyrna, Delaware in the DCC print shop. I have been employed by the Department of Correction for 17 years. My duties include supervising the print shop. I have held this position since 1991.

2. In response to a request from the State of Delaware Department of Justice, I am providing the following information regarding the Legal Call Request form, Form number 883.

3. After reviewing the records of the print shop, I found that there has not been a request for Form 883 since December, 2003.

4. In December, 2003, the print shop made 500 copies of this form.

5. I have made these statements based upon my personal knowledge, specialized training,

and experience as an employee of the Department of Correction.

*[signature]*

SWORN TO AND SUBSCRIBED BEFORE ME THIS 3 DAY OF March 2006.

_Michael ~ Little_
NOTARY