# EXHIBIT D

exib B

# TRUTH-IN-SENTENCING GUILTY PLEA FORM
## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
### IN AND FOR __KENT__ COUNTY

STATE OF DELAWARE )  ID: 0402012044-0401017314

v. __PEPPER, MONTY C.__ )

) CRA: __IK-04-03-0351 → 0350; IK04-02-__

*The defendant must answer the following questions in his or her own handwriting.*

Date of Birth __032859__   Last grade in school completed __11th grade__

| | Yes | No |
|---|---|---|
| Have you ever been a patient in a mental hospital? | ☐ | ☒ |
| Are you under the influence of alcohol or drugs at this time? | ☐ | ☒ |
| Have you freely and voluntarily decided to plead guilty to the charges listed in your written plea agreement? | ☒ | ☐ |
| Have you been promised anything that is not stated in your written plea agreement? | ☐ | ☒ |
| Has your attorney, the State, or anyone threatened or forced you to enter this plea? | ☐ | ☒ |

Do you understand that because you are pleading guilty you will not have a trial, and you therefore waive (give up) your constitutional right:
(1) to be **presumed innocent** until the State can prove each and every part of the charge(s) against you beyond a reasonable doubt;
(2) to a **speedy and public trial**;
(3) to **trial by jury**;
(4) to **hear and question the witnesses** against you;
(5) to **present evidence** in your defense;
(6) to **testify or not testify** yourself; and,
(7) to **appeal to a higher court**?   ☒ Yes ☐ No

| OFFENSE | STATUTORY PENALTY (Incarceration) | (Minimum/Mandatory/other conditions) | SENTAC GUIDELINE |
|---|---|---|---|
| Rape 2° | 10-25y | discretion | 2-5y L V / 10yr |
| Use Comput for Child 3rd (2x) | 0-8y (x2) | discretion | up 62y L V |
| Poss Ch... Porn (3x) | 0-3y (x3) | discretion | up 9m L V |

TOTAL CONSECUTIVE MAXIMUM PENALTY: Incarceration: __50y__   Fine: __discretion__

NON-CITIZENS: Conviction of a criminal offense may result in deportation, exclusion from the United States, or denial of naturalization.

| | Yes | No |
|---|---|---|
| Do you understand that, if incarcerated, you will not be eligible for parole, and the amount of early release credits which you may earn will be limited to a maximum of ninety (90) days per year? | ☒ | ☐ |
| Is there a minimum mandatory penalty? If so, what is it? __10yr__ | ☒ | ☐ |
| Is there a mandatory revocation of driver's license or privileges for this offense or as a result of your plea? If so, what is the length of revocation? _____ years | ☐ | ☒ |
| Has anyone promised you what your sentence will be? | ☐ | ☒ |
| Were you on probation or parole at the time of this offense? (A guilty plea may constitute a violation.) | ☐ | ☒ |
| Do you understand that a guilty plea to a felony will cause you to lose your right to vote, to be a juror, to hold public office, and other civil rights? | ☒ | ☐ |
| Have you been advised that this is an offense which results in the loss of the right to own or possess a deadly weapon? | ☒ | ☐ |
| Have you been advised that this is an offense which requires registration as a sex offender? | ☒ | ☐ |
| Are you satisfied with your lawyer's representation of you and that your lawyer has fully advised you of your rights and of your guilty plea? | ☒ | ☐ |
| Have you read and understood all the information contained in this form? | ☒ | ☐ |

_____  __081604__  _____
Defense Counsel            Date         Defendant

Print name: __Ben Deborah Savin__   Print name: __Monty Pepper__

Copies: Superior Court, Attorney General, Attorney for Defendant, Defendant

Document No.: 02-03-10-00-05-01 (Rev. 03/09/00)

Exib C

Superior Court of the State of Delaware, __KENT__ County

## PLEA AGREEMENT

State of Delaware v. __Monty C. Pepper__

Case No(s): __0401017318__    Cr.A.#s: __0402012084__

☐ Title 11 HAB. OFFENDER _____     ☐ BOOT CAMP ELIGIBLE     ☐ INELIGIBLE
☐ RULE 11(e)(1)(C) — If out of guideline, reason is as follows: _____
☒ Title 11, § 4336, sex offender notification required     ☐ Title 11, § 9019(e), forensic fine ☐ $100(F), ☐ $50(M)

Defendant will plead guilty to:

| Count | Cr.A.# | Charge [LiO if applicable] |
|---|---|---|
| 1 | K04-02-0594 | Rape Second Degree |
| 3 | K04-03-0351 | Use of Computer for Child Prohibited Sexual Act |
| 4 | K04-03-0352 | Use Computer Child Prohibited Sexual Act |
| 18 | K04-03-0366 | Poss Child Pornography |
| 19 | K04-03-0367 | Poss Child Pornography |
| 20 | K04-03-0368 | Poss Child Pornography |

Upon the sentencing of the defendant, a nolle prosequi is entered on ☒ the following charges / ☐ all remaining charges on this indictment: __0401017318 & 0402012084__

Count    Cr.A.#    Charge

Sentence Recommendation/Agreement:    ☒ PSI    ☐ Immediate Sentencing

State agrees not to recommend more than 10 yrs. at Level V at sentencing

State and Defendant agree to the following:
☐ Restitution: _____
☒ No _____ contact w/ Brittany Bartsch & her son
☒ Other Conditions: forfeit computers; no access to computers; no contact with children < 18 yrs — extent of contact w/ his son Matthew to be determined by Court @ PST

DAG: __Marie O'Connor Grehan__     DEF. COUNSEL: __Beth Deborah Savitz__

Date: __05/6/07__    DEFENDANT: [signed]

XC: Attorney for Defendant, Defendant
Attorney General, Attorney General Worksheet

Page 1 of 1