**EXHIBIT F**

3/30/05

Mr. Pepper:

You should write the Clerk of the Court for the U.S. District Court, the District of Delaware and ask for a docket sheet for your case. Include all the information you have sent us. This is the only way that you can track your suit.

GENERAL REQUEST FORM         BLD. = 18
                             Cell = 28

This request should be used to request general information, case law and/or photocopies from the Law Library. Case law is on loan only! It must be returned to receive any new case law, which is usually loaned out on a five for five basis. There should be no writing on legal materials stamped SHU Law Library.

1. Milton v Morris 767 F2d 1443 9th CT
2. Tucker v Randall 948 F2d 388 7 CT
   Cases on Legal calls
3. Maclary v Carroll 2005 WL 440581 — 2+ (D Del Feb 25 2005 (no CIV A, 03-984(JJF))
   law suit
4. _____

**RECEIVED**
**MAR 29 2005**
**SHU LAW LIBRARY**

Name: Monty Pepper    S.B.I. 00156920    Date: 3/25/05

Date Received: 3-29-05          Pay-to Log # _____
Date Sent: 3-31-05              Staff Initials: B.E.

Staff Notes: Sent (3) Ct. Cases — 12 pgs.

Sent: F/m SL-Response
(B.E) 3/31/05.

RECEIVED
MAR 29 2005
SHU LAW LIBRARY

B.E.

I want to find out the status of my sute don't know if that's called Sheperdising cases or what

But can you get me the Case Log on my case and up coming cases in US District court agenst DCC hicars The case numbers
civ.no. 05-084-JJF

or    2/23/2005
case name Pepper V Caroll et al
case number 1:05-cv-84

Judge Joseph J Farnan Jr.
US District Court

Monty Pepper

1 B B L8    3/28/05

Thanks
They still refuse Leagl calls

Please

4/25/05

Mr. Pepper:

Pleas are part of the Superior Court Criminal Rules, Delaware Rules Annotated. Rule 11 details the steps necessary to insure a plea is voluntary. The most frequently use method to establish is a plea is voluntary is the plea colloquy. See Fromal v. State, 399 A2d 529, for details on plea colloquies. When a defendant accepts a plea he acknowledges that he is giving up and waiving several constitutional rights. See Somerville v. State, 703 A2d 629. It must be clear on the record that a plea is voluntary. Brown v. State, 250 A2d 503. You may research plea bargains under the following West Digest Topics: Criminal Law - 36.6, 273.1(2) 273.1(4); Attorney Client 47.1; Sentencing and Punishment 2264, 2272.

Delaware's Rules of Evidence, Del. Rules Annot., Article IV, "Relevancy and Its Limits" are contained in Rule 401-415. Getz v. State, 538 A2d 726, deals with a presumption of innocence in a sex case under Rule of Evidence #413.

This material is available from the S.H.U. Law Library.

RECEIVED
APR 25 2005
LAW LIBRARY



*I/m Grievance Procedures* can be signed out from SHU Law library upon request. B.E.

## GENERAL REQUEST FORM

BLD. # 15
Cell # 28

This request should be used to request general information, case law and/or photocopies from the Law Library. Case law is on loan only! It must be returned to receive any new case law, which is usually loaned out on a five for five basis. There should be no writing on legal materials stamped SHU Law Library.

1  Rule 15 Federal Civil Judical Procedure and Rules                     can't read writing?

2  Freeman V Snyder 2001 EW LS 152658 inmate at DCC Amended complaint To include more defenda. have 15 + now unshour of amunity from montery Relife

3  42 USCA § 1997 e                  rules By Prisoners on nominal Damages Federal Pratice Digest 4Th 1469 B.E. Key 1461 Civil Rights

4  need case Law on 42 1997 E (c) Dismissal

5  Sir As This case enters Court I will need more Than 5, E is Ther Law PreTaining To greavance sysTem " iT is CrropT!" SuTe has been assigned a Judge on 23 need Asap

Name Monty Pepper    S.B.I. 00156920   Date: Mar 8 05 Thanks

Date Received: RECEIVED MAR 0 9 2005     Pay-to Log # _____

Date Sent  3-17-05                        Staff Initials: B.E.

Staff Notes: Sent. FRCP 15; USCA 42 s. 1997e & Shops; FPD K 1469

I have contacted ACLU for help As is The restricTions To access Law Libary is damagaing To This suTe As is I informed ... aleaad of ... of my problem hope They understand delays

Office of Disciplinary Counsel

3/3/05

Mr. Pepper:

Please read Rule 15, Federal Civil Judicial Procedure and Rules, in this rule it is stated that the court will grant leave to amend pleadings freely "in the interest of justice." In FREEMAN V. SNYDER, 2001 DLS 1525 the plantiff, an inmate at DCC, amended his complaint to include the warden and others in their official capacity.

You should obtain a copy of 42 USCA § 1997e, suits by prisoners. You may wish to review case law on NOMINAL DAMAGES, Federal Practice Digest 4TH, Key 1461, Civil Rights. You should ask for case law on 42 § 1997e(c), Dismissal. Under part (1) of this section the court can dismiss cases that are found to be malicious.

Request for forms, rules, statutes and case law should be directed to the SHU Law Office.

RECEIVED
MAR 0 3 2005
LAW LIBRARY



Verry importanT Need ASAP, has To Be sent By 15Th need To change if needed

## GENERAL REQUEST FORM

civ no C5-084-JJF

BLD. # 18
Cell # 28

This request should be used to request general information, case law and/or photocopies from the Law Library. Case law is on loan only! It must be returned to receive any new case law, which is usually loaned out on a five for five basis. There should be no writing on legal materials stamped SHU Law Library.

Sir need To know if "Wardon Carroll" is immune from monetary Relief or dose he represent DOC on my sute Distric Cort only PuT Wardon Carroll and Jane doe and John doe officers as "defendants" "NOT" DeparTment of Correctors. Should iT Be "DOC" in seted of "Wardon Carroll" if so how do I change "Send any forms now with Reply plea "no Time" only have unTill "15 march" on my ACT 42 form I puT Wardon Carrll & DeparTment of Correcton on The firsT Page. BuT failed To PuT on Page 3 III Parties "B" only PuT "Wardon Carroll" and "Jane & John doe officers" not "DeparTment of Correctons" been ok'ed for in forma pauperis BuT The fileing fee is 250 "250 noT 150? donT know why

Name monTy Pepper   S.B.I. 001 56970   Date: Feb 28 05

RECEIVED MAR 0 1 2005
Date Received: _____   Pay-to Log # _____
Date Sent   3-4-05   Staff Initials: B.E.

Staff Notes: Sent: Fm PL. Response.

If I need To ammend defendanTs To DOC, Send Papers with Response. Do you Think 1.5 million is nothing as punitive and mental and emotianll damages? or

GENERAL REQUEST FORM    BLD. # 18
                         Cell # 28

This request should be used to request general information, case law and/or photocopies from the Law Library. Case law is on loan only! It must be returned to receive any new case law, which is usually loaned out on a five for five basis. There should be no writing on legal materials stamped SHU Law Library.

1. I need Larnce V Texas Back cite as 539 US 558 /23 scr 2472 (I only have 2 other Pices This 5 for 5 is restrictive

must have → I need an address To governers office or governers Task force on prison
→ Legislative Hall, Dover, DE. 19901

2. Is There Law preTaining To prison verbal and physcial abuse, humelation mental Physcial depravation.

sent to main lib

3. If suTe is denied aT Distric court Level which iT has yet can I appeal To "US CorT of Appeals" if so need paper works Rules

Name Monty Pepper  S.B.I. 00156920  Date: Feb 15 05

Date Received: RECEIVED FEB 16 2005
Date Sent 2-24-05     Staff Initials: B.E.
Pay-to Log # _____

Staff Notes: Sent: (1) Ct. Case - 24 pgs. ; (1) Address

suTe has been senT, no Ansur back yeT! if need To appeal would it be is US CourT of appeals circuT court #(nail) do.you have

*3 Circuit Appeal*

February 17, 2005

Mr. Pepper:

42 U.S.C. § 1997ee applies to claims for mental or emotional injury. Rowe v. Shake, 196 F.3d 778 (1999). The other descriptive words do not implicate the statute. However, a deprivation of Eighth Amendment right standing alone is a conizable injury. Rhodes v. Chapman, 452 U.S. 337, 344, 101 S.Ct. 2392 (1981)

See Federal Rules of Appellate Procedure 3 for appeals from judgments and orders of district court; Local Appellate Rules 3.4 Notice of Appeal in pro se cases.

The referred statutes, case law, court rules, and notice of appeal for the third Circuit are available through Mr. Brian Engrem, SHU Law Library

RC

GENERAL REQUEST FORM   BLD. # 18
                       Cell # 48

This request should be used to request general information, case law and/or photocopies from the Law Library. Case law is on loan only! It must be returned to receive any new case law, which is usually loaned out on a five for five basis. There should be no writing on legal materials stamped SHU Law Library.

1. I need Larnce V Texas Back cite as 539 US 558 123 scr 2472 (~~I only~~ have 2 other Rices This S for 5 is restrictive

must Have { I need an address To governers office or governers Task force on prison

2 * { is There Law pretaining To prison verbal and physcial abuse humelation mental Physcial depravation.

yet  If sute is denied aT Distric court Level which iThs can I appeal To "US Cort of Appeals" if so need paper work & Rules

Name Monty Pepper   S.B.I. 00156920   Date: Feb 15 05

Date Received: RECEIVED FEB 16 2005    Pay-to Log # ____   RECEIVED
Date Sent 2-18-05    Staff Initials: B.E.   FEB 17 2005
                                             LAW LIBRARY
Staff Notes Sent: * I/m PL. Response.

sute has been sent, no Ansur back yet! if need To appeal would it be is US Cort of appeals circut court # (what) do you have

*Legal Materials are not photocopied for you to have as your own or any other purpose.* (B.E.)

**GENERAL REQUEST FORM**  BLD. # 18  Cell # L8

This request should be used to request general information, case law and/or photocopies from the Law Library. Case law is on loan only! It must be returned to receive any new case law, which is usually loaned out on a five for five basis. There should be no writing on legal materials stamped SHU Law Library.

I need 3 copys of inclosed suTe and orgnial As soon as possibal
(sent back 399 A 2d 529 returned)

1. need 1 copy of Larnce V Texas cite as 539 US 558 123 SCT 2472 (23 pases)

2. need Ascroft V The free speach Colation 122 SCT 1389

3. need Pub L 108-21 Title V § 502 (A) 3 Apr 30 2003 117 STaT 678

Thanks

4. I only have one case law now

5. Dose This suTe need To be noTerised (NO B.E.)

Name: Monty Pepper   S.B.I. 00156920   Date: Feb 8 05

Date Received: [RECEIVED stamp]   Pay-to Log # _____
Date Sent  2-11-05   Staff Initials: B.E.

Staff Notes: Sent: Photocopies - 108 pgs.; (1) Ct. Case - 22 pgs.

February 8, 2005

Monty Pepper:

In a 42 § 1983 Civil Rights action, you can ask for monetary relief. You can ask for nominal damages and/or punitive damages. See <u>Hock v. Thipedeau</u>, 238 F.Supp.2d. 446 However, when you ask for money you create two more grounds to have your case dismissed. First, your case can be dismissed if it "seeks monetary relief from a defendant who is immune from such relief." Second, by asking for a disproportionally large amount of money your case can be dismissed as "malicious". Both of these grounds are codified in Title 42 § 1997e of the United States Code.

<u>Hock v Tripedeau</u>, 238 F.Supp.2d 446 and 42 USCA § 1997e are available to you from the SHU law library.

Sincerely,

[signature]

Monty Pepper   Sent: * In Pl. Response BE
1513. L8     c0156922         ASAP 2/1/05

mr Ingrim      B.E

Sorry for The hassel

1. I need another form for Sute complaint messed up page 1-2
   us Distric Corts "
   Distri of Del

*sent to main L-(89)*

2. can I sue for mentery Relife in This court $1.5 mill on punTive and other realif  have Plenty of Proof

3. dose This need To be noterised if yes seT iT up for as soon as possible I have IT Ready and am Ready To file

After iT's noterised I send To you for copys?

named
Wardon Caroll
and Department of Corrections
as defendants  This is 19 pages Long all on The same issue abuse of Powers and inmates me guess
I'll need 4 copys 1 for me 3 for court
"other inmates want To be witnesses"
"got new atterney"

RECEIVED FEB 0 7 2005

GENERAL REQUEST FORM          BLD. # __18__
                              Cell # __L8__

This request should be used to request general information, case law and/or photocopies from the Law Library. Case law is on loan only! It must be returned to receive any new case law, which is usually loaned out on a five for five basis. There should be no writing on legal materials stamped SHU Law Library.

Please send me The forms To file suTe agensT DCC I senT a requesT Friday donT know if you goT iT The wonT give me general RequesT forms or any other form's in hear requesTed sick call and greavance forms Today and was denied one guard said NO!

\* Sent to main L.L. B.E.

Also There was a supream courT Ruling on fake - compuTer genraTed PhoTos, This was Probily a computer child Porn - nudesT - or copy RighT case IT covered ThaT There was no vicTum on compuTer genraTed images, you mighT check on ACLU web siTe This was in The pasT 2 years was used To define child Porn

Name: ManTy Pepper       S.B.I. 00156920     Date: Jan 24 05

Date Received: _RECEIVED JAN 27 2005_   Pay-to Log # _____
Date Sent: 2-1-05                        Staff Initials: B.E.
Staff Notes: SenT; I'm PL Response.

GENERAL REQUEST FORM    BLD. # 1813
                       Cell # 28

This request should be used to request general information, case law and/or photocopies from the Law Library. Case law is on loan only! It must be returned to receive any new case law, which is usually loaned out on a five for five basis. There should be no writing on legal materials stamped SHU Law Library.

1  Lawrencie V Texas 123 S.CT. 2472
2  Prisons key #4 (4) westkeydigest Pretrial concl.
3  Civil Rights Act 42 USCA § 1983

Not Sure> how do I contact minners Task force
(P.R.) 4  in 2003-4 Supreum Court Ruleing on fake images 2002?
and no victum accoatid with computer generated
images on the internet & PC's I Think
the ACLU was involved
     wish I lived in Canada we all would
be free "sociallisim" do you have anything
on that when are we a socialist country
how do we stop it!

Name Monty Pepper   S.B.I. 0015 6920   Date: Jan 18 05

Date Received: _____ JAN 19 ____ Pay-to Log # _____
Date Sent      1-25-05              Staff Initials: B.E.

Staff Notes: Sent: USCA 42§ 1983; FPD K.4(4); (1) Ct Case — 24 pgs

Recd  1/14/05

Mr Pepper:

You can find case law on Pre-Trial Conditions of Confinement under <u>Prisons Key #4(4)</u> West's Digest Key Number System. You may file a complaint under the Civil Rights Act, 42 USCA § 1983, in Delaware District Court if you feel your rights are being violated.

The case you may be referring to is <u>Lawrence v. Texas</u>, 123 S.Ct. 2472. This case involves two men and the acts they engaged in, in the privacy of their home.

Please refer to Title 11 § 1103, Definitions relating to children, Delaware Code Annotated, Volume 7. This statute describes prohibited sexual acts and simulation of sexual acts by children or those who appear to be children. <u>Ashcroft v. American Civil Liberties Union</u>, 124 S.Ct. 2785, this case concerned the application of the Child Online Protection Act (COPA), 47 USCA § 231. The address for the ACLU of Del. is:

100 West 10 St., Suite 309
Wilmington, De. 19801

These keys, statutes and case law are available from the S.H.U. Law Office.

Drew Fenelle

*I max have court on The 30*

*Thanks*
*Merry Xmass*

GENERAL REQUEST FORM      BLD. # 15B
                          Cell # L8

This request should be used to request general information, case law and/or photocopies from the Law Library. Case law is on loan only! It must be returned to receive any new case law, which is usually loaned out on a five for five basis. There should be no writing on legal materials stamped SHU Law Library.

1. I need 10 § 1004 Duties of officer in custody / is This The same if child is not in custody?

2. State v Rossitto 331 A 2d 385

3. Search and Seazure 11 DelC §§ 2301 2311 Del const art I § 6

4. Court Criminal Rule 41

quest 5. Are Leagal calls from DCC a Right or a prlivage. I have been denied call

6. questioning child without permission During a search warrent dose This consTiTute The abuse of search warrent can iT Through iT out

Name __Monty Pepper__ S.B.I. 00 1569 20  Date: Dec 15 04

Date Received: RECEIVED DEC 20 2004   Pay-to Log # _____  RECEIVED

Date Sent  12-23-04    Staff Initials: B.E.   DEC 2 1 2004

Staff Notes: Sent: 1) Ct. Case - 3pgs, DE. Const. Art. 1 s.6; Super. Ct. Cr. R. 41
Hm Pl. Response; Title 11 s. 2301, 2311, 3513 LAW LIBRARY

quesTion 6 " Can case or search warrent Be desmessed " I not conscerned what my son said he is my witness Police would had been aware of That dose This cause a major problem in Their case acct info"

GENERAL REQUEST FORM          BLD. # 18
                              Cell # L8

This request should be used to request general information, case law and/or photocopies from the Law Library. Case law is on loan only! It must be returned to receive any new case law, which is usually loaned out on a five for five basis. There should be no writing on legal materials stamped SHU Law Library.

1. Sirs I need Title 10 § 1004   you sent 11 3513 This deals with statment of abused child my son is not aaccuser he is my witness The cop asked questons about The case To get info. cop did this secreatly! my son was heading for my sisters car, cop did not ask if he was in danger he wasnt. This information can be used To iform The accuser which is Lieing! have Proof

2. Divers v. D.O.C. 921 F.2d 191
   Family cort Chimmonal Procdure Rule 5(b)

3. Palmer v State 626 A.2d 1358

4. have any extra state Paper They wonT give any hear    3-4 sheets

re manditory sentancing guidelines → 5 constitutionality of sentances by Legaslature and plea Bargon system — Blackmail

Name Monty Pepper       S.B.I. 00156920    Date: Dec 26 04

Date Received: RECEIVED DEC 28 2004      Pay-to Log #
Date Sent: 12-30-04                       Staff Initials: B.E.

Staff Notes: Sent: Title 10 S. 1004; Fam. Ct. Cr. R. 5; (2) Ct Cases — 9 pgs.

Is plea bargon system Leagal Blackmail so The reason for higher and higher SenTances yet Low in a plea

GENERAL REQUEST FORM        BLD. # 18 B
                            Cell # 68

This request should be used to request general information, case law and/or photocopies from the Law Library. Case law is on loan only! It must be returned to receive any new case law, which is usually loaned out on a five for five basis. There should be no writing on legal materials stamped SHU Law Library.

Need The Law. Rules ? on police questoning a child — without permission is iT Leagal ? did The police break The Law ( not worried about admissibal In corT ) can They do ThaT

Also can Police keep properTy Taken from home during search warrenT when not any Part of a crime Rules – Laws

Thanks SaP

Name: Monty Pepper    S.B.I. 00156920    Date: Dec 8 04

Date Received: RECEIVED DEC 13 2004    Pay-to Log # _____
Date Sent: 12-15-04    Staff Initials: D.E.

Staff Notes: Sent F/m Pl. Response RECEIVED
DEC 13 2004