# EXHIBIT G

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one):  MEDICAL  DENTAL  MENTAL HEALTH

RECEIVED JAN 3 1 2006

Name (Print): MonTy Pepper

Housing Location: D WesT C 1 2

Date of Birth: 3 28 59

SBI Number: 156920

Date Submitted: Jan 26 06

Complaint (What type of problem are you having?)

I need a little help depressed

Inmate Signature: _____

Date: Jan 26 06

**The below area is for medical use only. Please do not write any further.**

S: Seen on 2-1-06 in infirmary bld.
see mental health note 2-1-06.

O: Temp:____  Pulse:____  Resp:____  B/P:____  WT:____

A:

P:

E:

Provider Signature & Title: Charles B____ MD, ____

Date & Time: 2-1-06

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one): MEDICAL DENTAL MENTAL HEALTH

Monty Pepper
Name (Print)

D West C 12
Housing Location

3 28 69
Date of Birth

156920
SBI Number

Jan 26 06
Date Submitted

Complaint (What type of problem are you having?)

My back has a Lump on my spine
and somethingwrong with my thought
I put in greavances and sick call no one
is doing anything

Inmate Signature

Jan 26 06
Date

**The below area is for medical use only. Please do not write any further.**

S: Scheduled

O:   Temp: _____   Pulse: _____   Resp: _____   B/P: _____   WT: _____

A:

P:

E:

RECEIVED
JAN 30 2006
Date & Time

Provider Signature & Title

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one): (MEDICAL) DENTAL MENTAL HEALTH

Monty Pepper                              V 8 A
Name (Print)                              Housing Location

3 28 59          001S 6920          nov 8 05
Date of Birth      SBI Number          Date Submitted

Complaint (What type of problem are you having)?

I have ringing in my ears ? Back Pain constant! depresson! I've Repeatly asked To have a Cough Look aT by a DocTor This has gone on since LasT year I have back Pain and a Lump on my spine a meaty Lump I need To Find out what iT is by a DocTor not a nurse! if iS cancer I need To know now! ?

_____                          nov 8 05
Inmate Signature                         Date

**The below area is for medical use only.  Please do not write any further.**

S:

_____

_____

O: Temp:____ Pulse:____ Resp:____ B/P:____ WT:____

11-1-05 To be seen. Referred to MHalso (8Ck)

A:

_____

_____

P:

_____

_____

E:

RECEIVED
NOV 0 9 2005

_____          _____
Provider Signature & Title           Date & Time

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

Name (Print): Monty Pepper          V A8

Date of Birth: 3/28/59     SBI Number: 00158920     Housing Location / Date Submitted: OCT 30 05

Complaint (What type of problem are you having)? Repeatly reques T To Look aT my ThroughT a consTanT caugh (others have iT Too) my Back has a Lump on my spine. I have suvenr back Pain all The Time, SomeThing is wrong I wanT To Know if iTs canser? my uran is dirTy color  F wanT a doctor noT a nurse

Inmate Signature          Date: oCT 30 05

**The below area is for medical use only. Please do not write any further.**

S:

O:  Temp:____  Pulse:____  Resp:____  B/P:____  WT:____

A:

P: Refured to a medical provider _____

E:

RECEIVED
OCT 3 1 2005

Provider Signature & Title          Date & Time

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
# FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one):  MEDICAL  DENTAL  (MENTAL HEALTH)

Monty Pepper _____ Shu 18 B L8 _____
_____ Name (Print) _____ Housing Location

3/28/59 _____ 00156920 _____ OCT 4 04 _____
Date of Birth _____ SBI Number _____ Date Submitted

Complaint (What type of problem are you having)? Thinking Too much
I need To increase my dose of
Paxial or have a second dose
I'm Thinking Too much I need To stop

_____ OCT 4 04 _____
Inmate Signature _____ Date

**The below area is for medical use only.  Please do not write any further.**

S: _____
_____
_____

O:  Temp:____  Pulse:_____  Resp:____  B/P:____  WT:____
_____

A:  I/m Seen by Dr. Roman 10/7/04
_____
Meds were adjusted appropriately.
P: _____
_____
_____
_____

E: _____
_____

_____ nscc _____ 10/8/04 _____
Provider Signature & Title _____ Date & Time

3/1/99 DE01
FORM#:
**MED**
**263**

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
# FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): MEDICAL DENTAL MENTAL HEALTH

Monty Pepper

Name (Print)                  Housing Location

3 25 59       00156920       9 29 05

Date of Birth          SBI Number        Date Submitted

Complaint (What type of problem are you having)?

I'm still haveing problems I don't know whats going to happen me The meds you gave me are too strong don't know what they are suposto do I have a ringing in my ears constant They arn't takeing care of my back pain I've had rectum Bleadin when I was in 18 don't know why haven't noticed it lately ? is it the meds

Inmate Signature                 9-29 05      Date

---

**The below area is for medical use only. Please do not write any further.**

S:

O:   Temp:_____   Pulse:_____   Resp:_____   B/P:_____   WT:_____

A:    To see Medical

P:

E:

Provider Signature & Title                Date & Time

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
# FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): (MEDICAL) DENTAL (MENTAL HEALTH)

Name (Print): monTy Pepper

Date of Birth: 3 2869

SBI Number: 00166920

Housing Location / Date Submitted: 9 27 05

Complaint (What type of problem are you having)? I asked beFor To have a Cough CheckooT I had iT Since Xmas 04 SHU Theres a Lump on my Back Also need To check and Back pain   Also The medican mental healTh gave me is Too STronge iTput me To Sleep I need Some Thing Elce , Pleas donT secul me on wendsdays

Inmate Signature

Date: 9 22 05    Law Library

**The below area is for medical use only. Please do not write any further.**

S: Scheduled

O:  Temp:____  Pulse:____  Resp:____  B/P:____  WT:____

A:

P:

E:

Provider Signature & Title

RECEIVED
SEP 29 2005

Date & Time

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
# FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

Monty Pepper                                V

_____
Name (Print)                                        Housing Location

3/28/59          00158920          Sep 1 05
_____
Date of Birth          SBI Number          Date Submitted

Complaint (What type of problem are you having)?  Sorry I had a visit
They sceduled me That afternoon no one seen
me 1# My Back hurTs Spasms hearing Problem
2 The meds That mental health I cannoT Take
The Roplen?

_____
Inmate Signature                                    Date

---

**The below area is for medical use only. Please do not write any further.**

S:

O:    Temp:____  Pulse:____  Resp:____  B/P:____  WT:____

A:        to pu Medical

P: Already Takes Motrin without relief. Put in Sov med pass.

E:

[RECEIVED stamp: SEP 0 6 2005]

_____
Provider Signature & Title                          Date & Time

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

Monty Pepper
Name (Print)

Housing Location

3 28 59
Date of Birth

001569200
SBI Number

Aus 2 00S
Date Submitted

Complaint (What type of problem are you having?)  a cough and Back Pain  The cough is presTanT will not sTop  conTinus Back Pain This all sTarTed in The ShU .

Inmate Signature

Aus 20 0S
Date

**The below area is for medical use only. Please do not write any further.**

S:

O:  Temp:____  Pulse:____  Resp:____  B/P:____  WT:____

A:  to see Medical

P:

E:

RECEIVED
AUG 2   2005

Provider Signature & Title

Date & Time

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
# FACILITY: DELAWARE CORRECTIONAL CENTER

**This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH**

Monte Pepper                          18 B 2 8   Ms Elane

Name (Print)                          Housing Location

32859            00156920            July 12 05

Date of Birth          SBI Number          Date Submitted

need To See you ASAP

Complaint (What type of problem are you having)?  To day nute refused
, To Leave Tray aT Lunch I NEED Help
now I Fear From Thomas and Nute don'T
Know whaT They will do  no one is sTopping This
My Back hurTs and don'T know whaT To do

_____          July 12 05
Inmate Signature                          Date

**The below area is for medical use only. Please do not write any further.**

S: Inmate seen on 7/8/05. by mental
health clinician.

O:  Temp:____  Pulse:____  Resp:____  B/P:____  WT:____

A: ox4 affect wnL, continues to complain about
certain officers who he claims are out to get
him and make his life miserable. He is
now focusing on Sgt. Thomas and officer Dardels.

P: He continues to also complain about a bad
back, he had seen medical last week
but insists they are not doing anything about it.
He feels he needs more medication to help
with the pain. Denies S/HI.

E:

_____, MS          7/13/05  11:20 am
Provider Signature & Title          Date & Time
Mental Health Clinician

3/1/99 DE01
FORM#:
**MED**
263

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one):  MEDICAL  DENTAL  **MENTAL HEALTH**

Monty Pepper                                18 B L 8
Name (Print)                                Housing Location

3 28 59            00156920            July 4 05
Date of Birth       SBI Number           Date Submitted

I need To See mental health's ASAP
Complaint (What type of problem are you having)?  my Back Pain
LT Johnson & Ballange forced me To Take a Zend
Shower in Relalation This is From standing in Shower
for 2 hours my Towl was wet They went To get another
The Retalation is affecting me mentaly as well as my Back

Inmate Signature                            July 4 05

**The below area is for medical use only.  Please do not write any further.**

S: "I have a bad back" Officers are making
me Stand up in Shower too long"
Officers screaming on Tier that I am Chied Molester."

*Officer Watkins Knows my complaints*

O: Temp:____  Pulse:____  Resp:____  B/P:____  WT:____

0x3, cooperative, Soft Spoken, have consistent
complaints against Officers on 1st shift in

A: building #18  No evidence of suicidal ideation,
attempts or plans, no evidence of homicidal
ideation, attempts or set plans.

P: Appears to have many complaints against
staff, refuse to see medical for back
problems, refuse to spend $4.00 for
sick call slip +

E: Will access m, H. when needed.

_____ M S          7/8/05
Provider Signature & Title                Date & Time

3/1/99 DE01
FORM#:
MED
263

Received 7/6/05   09:00 Am

## DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one):  MEDICAL  DENTAL  MENTAL HEALTH

Alvin Phillips
Name (Print)

9-7-65
Date of Birth

#174171
SBI Number

Max #17 B upper 5
Housing Location

6-18-05
Date Submitted

Complaint (What type of problem are you having)? I've Just came From Gander hill Prison on 6-14-05 and I haven't received my Med's Yet so can someone From mental health Please come in see me. thank You.

Alvin Phillips
Inmate Signature

6-18-05
Date

**The below area is for medical use only.  Please do not write any further.**

S: I/m was seen for a sick call visit in the BWU. "I've been on Seroquel and would like to be put back on". I/m reported being on the transition unit @ Gtt.
~ Unable to locate chart @ time of visit.

Temp: _____ Pulse: _____ Resp: _____ B/P: _____ WT: _____

O: I/m was Alert and OX3. No evidence of mood disturbance, ØA/V hal. ØSI/HI. I/m could not articulate why he needed ℞ meds.

A: Possibly drug seeking, Dx deferred @ this time.

P: ① Locate I/m chart and review past ℞ notes and Hx of medication.
② Refer to ℞ for eval if Hx reported accurately.
③ continue to monitor during rounds

E:

Jenn D. McCabe MGCC
Provider Signature & Title

6/24/05
Date & Time

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER
#### This request is for (circle one):  MEDICAL  DENTAL  MENTAL HEALTH

Monty Pepper
Name (Print)

18 B L8
Housing Location

3 28 59
Date of Birth

00156920
SBI Number

June 13 05
Date Submitted

Complaint (What type of problem are you having?)  Help soas poss ASAP

I have 3 Teeth 1 broken 1 is braking Hurts off and on  becoming absest Please Tell co To Tell me Dental!

Inmate Signature

Jun 13 05
Date

**The below area is for medical use only.  Please do not write any further.**

S:

O:    Temp:_____    Pulse:_____    Resp:_____    B/P:_____    WT:_____

A:

P:

E:

Provider Signature & Title

7/1/05
Date & Time

3/1/99 DE01
FORM#:
MED
263



**FIRST CORRECTIONAL MEDICAL**

## Refusal of Procedure and/or Treatment

INMATE NAME: _Monty Pepper_     INMATE NUMBER _156920_

FACILITY: _Dcc_     DATE: _4/14/05_     TIME: _____

1.  I, _____, refuse to keep/have the appointment, treatment, and or procedure recommended to me by the medical Staff. (check)

_____ Physician/ provider appointment

_____ Chronic Care Clinic appointment

_____ Nurse Sick Call appointment

_l_ Dental appointment _SCI_

_____ Mental Health appointment

_____ Outside consult appointment

_____ Medical observation admission

_____ Procedure: (Name) _____

_____ Operation: (Name)_____

_____ Special procedure:(Name)_____

_____ Medication: (Name)_____

_____ Medication: (Name)_____

_____ Vaccination : (Name)_____

_____ X-ray (Name)_____

_____ Lab test: (Name)_____

_____ Treatment: (Name):_____

_____ Other: (Name)_____

2.  I acknowledge that I have been informed of the risks and possible consequences which include, but are not limited to the following and which may be up to and include death:

_____

_____

_____

3.  I release the provider, the medical department, the facility and their employees from all responsibility for adverse or otherwise effects, which may result from my informed decision.

_Refused to sign_     _156920_     _4/14/05_
Inmate Name     Number     Date     Time

_C/O Mike Allen_     _4/14/05_
Witness     Date     Time

_____     _____     _____
Witness     Date     Time

MR-1045     First Correctional Medical

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER
**This request is for (circle one): MEDICAL DENTAL MENTAL HEALTH**

Monty Pepper                    18  B  L 8

Name (Print)                              Housing Location

3/28/59          001569 20          3  2 4 05

Date of Birth          SBI Number          Date Submitted

Complaint (What type of problem are you having)? "emergancy"

have a broken Tooth That is becoming
Absest need some pain killer
moTron or something now please.
IT needs To be Pulled
                              3  24 05

Inmate Signature                          Date

**The below area is for medical use only. Please do not write any further.**

S:

_____

_____

O:    Temp:____    Pulse:____    Resp:____    B/P:____    WT:____

_____

A:                              4/14/05

_____

P:

Problem resolved

_____

E:

_____

_____

Provider Signature & Title          Date & Time

3/1/99 DE01

FORM#:

**MED**
**263**

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
# FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one): (MEDICAL) DENTAL (MENTAL HEALTH)

Monty Pepper _____    18 13 L8
Name (Print)                 Housing Location

3 28 59        00156920        2 16 05
Date of Birth    SBI Number     Date Submitted

Complaint (What type of problem are you having)? STress need To See M/H deppresed
I need moTron For bones ake
nutritious "don't need an appointment !"
my eyes have been burning ? don't Know why

_____         2 16 05
Inmate Signature                 Date

**The below area is for medical use only. Please do not write any further.**

S: " I am sleeping, I can't get up as of now, want my
sleep "

O: Temp:____ Pulse:____ Resp:____ B/P:____ WT:____
Attempted to See I'm regarding this s/c for the
3rd Time. He Stated he was asleep and Tired
A: And refused to respond to questions. He was
Told that someone from M.H. would
made another attempt later in day or
P: in A.M. 2/24/05.

F/u later today or 2/24/05 in A.m.

E:

_____ , ms        2/23/05   09:00
Provider Signature & Title           Date & Time

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one): (MEDICAL) DENTAL  MENTAL HEALTH

Monty  Peppev                           1 8  B   L 8
Name (Print)                            Housing Location

3 2 9 5 4        00156920       Dec 21 04
Date of Birth       SBI Number          Date Submitted

Complaint (What type of problem are you having)?

Chest Pains  cough
gass  verry  bad   50 Favis a day
Pain

_____       _____
Inmate Signature                       Date

**The below area is for medical use only. Please do not write any further.**

S: C/O gas ; ✓ see chest pain ✓ ℞
fait tooth pain  eatir ↑ sugar
c/o general achiness

O: Temp: 97  Pulse: 88  Resp: 18  B/P: 140/82  WT: ___
ABD ⊖ NT ND ⊕ BS  HRR S, S2 VSS

A: ABD  Gas 2° Sugar
Pain 2° "aartruths"

P: Motrin
↓ c Htz

E:

_____       _____
Provider Signature & Title             Date & Time   12/29/04

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one):  MEDICAL  DENTAL  MENTAL HEALTH

Mooty Pepper
Name (Print)

18 B L8
Housing Location

3/28/59
Date of Birth

0016920
SBI Number

Dec. 19 04
Date Submitted

Complaint (What type of problem are you having)?  Sir I need to speak To you again as soon as possible about my condition and medication and Aspran for pain Please verry important please

Inmate Signature

12 19 04
Date

**The below area is for medical use only.  Please do not write any further.**

S:

O:    Temp:_____    Pulse:_____    Resp:_____    B/P:_____    WT:_____

A:

P:

E:                                        RECEIVED DEC 2 0 2004

Provider Signature & Title                          Date & Time

3/1/99 DE01
FORM#:
MED
263



**FIRST CORRECTIONAL MEDICAL**

# Refusal of Procedure and/or Treatment

INMATE NAME: _Pepper Monty_    INMATE NUMBER _00156920_

FACILITY: _DCC_    DATE: _9/8/04_    TIME: _11:45_

1.    I, X_____, refuse to keep/have the appointment, treatment, and or procedure recommended to me by the medical Staff. (check)

_____ Physician/ provider appointment

_____ Chronic Care Clinic appointment

_____ Nurse Sick Call appointment

✓ Dental appointment _IOE_

_____ Mental Health appointment

_____ Outside consult appointment

_____ Medical observation admission

_____ Procedure: (Name) _____

_____ Operation: (Name) _____

_____ Special procedure:(Name) _____

_____ Medication: (Name) _____

_____ Medication: (Name) _____

_____ Vaccination : (Name) _____

_____ X-ray (Name) _____

_____ Lab test: (Name) _____

_____ Treatment: (Name): _____

_____ Other: (Name) _____

2.    I acknowledge that I have been informed of the risks and possible consequences which include, but are not limited to the following and which may be up to and include death:

_____

_____

_____

3.    I release the provider, the medical department, the facility and their employees from all responsibility for adverse or otherwise effects, which may result from my informed decision.

X _____    X _00156920_    X _9-8-04_    X _1145_
Inmate Name    Number    Date    Time

_Danielle Walls_ _____    _9/8/04_    _11:45_
Witness    Date    Time

_____    _____    _____
Witness    Date    Time

MR-1045    First Correctional Medical

**DELAWARE DEPARTMENT OF CORRECTIONS**
**REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES**
**FACILITY: DELAWARE CORRECTIONAL CENTER**
**This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH**

*16784*

Monty Pepper
Name (Print)

Pre Trile
Housing Location

3 28 59
Date of Birth

001556920
SBI Number

Aug 29 04
Date Submitted

Complaint (What type of problem are you having)?  ConsTipaTion
CanT go colaids are noT working
need some Thing sTronger The
Small yellow ones worked LasT Time

_____
Inmate Signature

Aug 29 04
Date

**The below area is for medical use only.  Please do not write any further.**

S: _____

_____

_____

O:  Temp:____  Pulse:____  Resp:____  B/P:____  WT:____

A: Scheduled to see Medical                    P. _____

P: _____

_____

_____

_____

E: _____

_____

_____
Provider Signature & Title

RECEIVED
AUG 30 2004
Date & Time

3/1/99 DE01
FORM#:
**MED**
**263**