# EXHIBIT A

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): MEDICAL   DENTAL   **(MENTAL HEALTH)**

Name (Print): Monty Pepper
Housing Location: 18 B L 8
Date of Birth: 3 28 59
SBI Number: 00156920
Date Submitted: July 4 05

Complaint (What type of problem are you having?):
I need to see mental health's ASAP my Back Pain LT Johnson & Ballange forced me to take a 2end Shower in Relalation This is From standing in Shower for 2 hours my Towl was wet They went To get another The Retalation is affecting me mentally as well as my Back

Inmate Signature: [signature]
Date: July 4 05

---

The below area is for medical use only. Please do not write any further.

S: "I have a bad back" "Officers are making me stand up in Shower too long" / Officers Screaming on Tier that I am a child molester".

(officer Watkins Knows my complaint)

O: Temp:___ Pulse:___ Resp:___ B/P:___ WT:___
 0x3, cooperative, soft spoken, have consistent complaints against officers on 1st shift in

A: building #18, no evidence of suicidal ideations, attempts or plans, no evidence of homicidal ideations, attempts or set plans.

P: Appears to have many complaints against staff, refuse to see medical for back problems, refuse to spend $4.00 for sick call slip.

E: Will access m.H. when needed.

Provider Signature & Title: [signature], M.S.
Date & Time: 7/8/05

Received 7/6/05 09:00 Am  ec.

3/1/99 DE01
FORM#:
MED
263

@ 7/17/05

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): MEDICAL / **DENTAL** / MENTAL HEALTH

Name (Print): Monty Pepper
Housing Location: 18 B L8
Date of Birth: 3-28-59
SBI Number: 00456920
Date Submitted: June 13 05

Complaint (What type of problem are you having)? Help soons poss ASAP I have 3 Teeth 1 broken 1 is braking Hurt's off and on becoming absest Please Tell co To Tell me Dental!

Inmate Signature: [signed]
Date: Jun 13 05

The below area is for medical use only. Please do not write any further.

S:

O: Temp:____ Pulse:____ Resp:____ B/P:____ WT:____

A:

P:

E:

Provider Signature & Title: [signed]
Date & Time: 7/7/15

3/1/99 DE01
FORM#:
MED
263



FIRST
CORRECTIONAL
MEDICAL

# Refusal of Procedure and/or Treatment

INMATE NAME: Noah Pepper    INMATE NUMBER: 156920

FACILITY: DCC    DATE: 4/14/05    TIME: ____

1. I, _____, refuse to keep/have the appointment, treatment, and or procedure recommended to me by the medical Staff. (check)

   ____ Physician/ provider appointment
   ____ Chronic Care Clinic appointment
   ____ Nurse Sick Call appointment
   _✓_ Dental appointment SC
   ____ Mental Health appointment
   ____ Outside consult appointment
   ____ Medical observation admission
   ____ Procedure: (Name) _____

   ____ Operation: (Name) _____
   ____ Special procedure: (Name) _____
   ____ Medication: (Name) _____
   ____ Medication: (Name) _____
   ____ Vaccination: (Name) _____
   ____ X-ray (Name) _____
   ____ Lab test: (Name) _____
   ____ Treatment: (Name) _____
   ____ Other: (Name) _____

2. I acknowledge that I have been informed of the risks and possible consequences which include, but are not limited to the following and which may be up to and include death:

   _____
   _____
   _____

3. I release the provider, the medical department, the facility and their employees from all responsibility for adverse or otherwise effects, which may result from my informed decision.

Refused to sign    156920.    4/14/05
Inmate Name    Number    Date    Time

C/O Mike Allen    4/14/05
Witness    Date    Time

_____    ____    ____
Witness    Date    Time

MR-1045    First Correctional Medical

## DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): MEDICAL (DENTAL) MENTAL HEALTH

Name (Print): Monty Pepper
Housing Location: 18 B 28
Date of Birth: 3/28/59
SBI Number: 00156920
Date Submitted: 3 24 05

Complaint (What type of problem are you having)? "emergency" have a broken tooth that is becoming Absest need some pain killer motron or something now please IT needs to be pulled

Inmate Signature
Date: 3 24 05

---

The below area is for medical use only. Please do not write any further.

S:

O: Temp:____ Pulse:____ Resp:____ B/P:____ WT:____

A: 4/14/05

P:

Problem resolved

E:

Provider Signature & Title                     Date & Time

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): **(MEDICAL)** DENTAL **(MENTAL HEALTH)**

Name (Print): Monty Pepper

Housing Location: 18 13 L8

Date of Birth: 3 28 59

SBI Number: 00156920

Date Submitted: 2 16 05

**Complaint** (What type of problem are you having)? Stress need to see M/H deppresed I need matron for bones ake "autritious" don't need an appointment!" my eyes have been burning? don't know why

Inmate Signature: [signed]

Date: 2 16 05

---

The below area is for medical use only. Please do not write any further.

S: "I am sleeping, I can't get up as of now, want my sleep."

O: Temp:___ Pulse:___ Resp:___ B/P:___ WT:___

Attempted to see Im regarding this S/C for the 3rd time. He stated he was asleep and tired

A: and refused to respond to questions. He was told that someone from M.H. would made another attempt later in day or

P: in A.M. 2/24/05.

F/U later today or 2/24/05 in a.m.

E:

Provider Signature & Title: [signed] Kamen, MS

Date & Time: 2/23/05 09:00

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

RECEIVED JAN 3 1 2006

This request is for (circle one): MEDICAL  DENTAL  **MENTAL HEALTH**

Name (Print): Monty Pepper

Housing Location: D WesT C 12

Date of Birth: 3 28 59

SBI Number: 156920

Date Submitted: Jan 26 06

Complaint (What type of problem are you having)?

I need a little help depressed

Inmate Signature: [signature]

Date: Jan 26 06

**The below area is for medical use only. Please do not write any further.**

S: Seen on 2-1-06 in infirmary bld.
see mental health note 2-1-06.

O: Temp: ___ Pulse: ___ Resp: ___ B/P: ___ WT: ___

A:

P:

E:

Provider Signature & Title: [signature] MD

Date & Time: 2-1-06

3/1/99 DE01
FORM#:
MED
263

MLI

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): **MEDICAL** DENTAL  MENTAL HEALTH

Name (Print): Monty Pepper
Housing Location: D West C 12
Date of Birth: 3 28 69
SBI Number: 156920
Date Submitted: Jan 26 06

Complaint (What type of problem are you having)?

My back has a Lump on my spine and something wrong with my thought I put in greavances and sick call no one is doing anything

Inmate Signature: [signed]
Date: Jan 26 06

The below area is for medical use only. Please do not write any further.

S: Scheduled

O: Temp:___ Pulse:___ Resp:___ B/P:___ WT:___

A:

P:

E:

Provider Signature & Title

RECEIVED JAN 30 2006
Date & Time

3/1/99 DE01
FORM#:
MED
263

**DELAWARE DEPARTMENT OF CORRECTIONS**
**REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES**
**FACILITY: DELAWARE CORRECTIONAL CENTER**
This request is for (circle one): **MEDICAL** DENTAL MENTAL HEALTH

Name (Print): Monty Pepper
Housing Location: 18 B L8
Date of Birth: 3-29-59
SBI Number: 00156920
Date Submitted: Dec 21 04

Complaint (What type of problem are you having)?
chest Pains cough gass verry bad 50 Farts a day Pain

Inmate Signature _____  Date _____

The below area is for medical use only. Please do not write any further.

S: c/o gas; ✓ OCC chest pain ✓ ⓡ front tooth pain eating ↑ sugar c/o general achiness

O: Temp: 97  Pulse: 82  Resp: 18  B/P: 140/82  WT: ___
ABD ⊖ NT ND ⊕ BS  HRR S₁ S₂ WSS

A: ABD Gas 2° sugar
Pain 2° "arthritis"

P: Motrin
   ↓ CHO

E:

Provider Signature & Title: B. Burken
Date & Time: 12/29/04

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
# FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): **MEDICAL** DENTAL  MENTAL HEALTH

Name (Print): Monty Pepper
Housing Location: V 8 A
Date of Birth: 3-28-59
SBI Number: 00156920
Date Submitted: nov 8 05

Complaint (What type of problem are you having?): I have ringing in my ears? Back Pain Constant! depression! I've Repeatly asked To have a Cough Look aT by a Doctor This has gone on Since Last year I have back Pain and a Lump on my spine. a meaty Lump I need To Find out what iT is by a Doctor not a nurse. if iT is cancer I need To know now!!

Inmate Signature: [signature]
Date: nov 8 05

---

The below area is for medical use only. Please do not write any further.

S:

O: Temp:___ Pulse:___ Resp:___ B/P:___ WT:___

11-9-05 To be seen. Referred to MH also [illegible]

A:

P:

E:

RECEIVED NOV 0 9 2005

Provider Signature & Title          Date & Time

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): **MEDICAL** DENTAL ~~MENTAL HEALTH~~

Name (Print): Monty Pepper
Housing Location: V A 8
Date of Birth: 3/28/59
SBI Number: 00158920
Date Submitted: OCT 30 05

Complaint (What type of problem are you having)? Repeatlly requesT To Look aT my ThroughT a constanT coash (others have iT Too) my Back has a Lump on my spine. I have sevear back Pain all The Time, SomeThing is wrong I wanT To Know if iTs canser? my uran is dirTy color. I wanT a docTor noT a nurse.

Inmate Signature: [signature]
Date: ocT 30 05

The below area is for medical use only. Please do not write any further.

S:

O: Temp:___ Pulse:___ Resp:___ B/P:___ WT:___

A:

P: Refured to a midlevel provider — 11/2/05 [initials]

E: [stamp: RECEIVED OCT 31 2005]

Provider Signature & Title          Date & Time

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): MEDICAL   DENTAL   **(MENTAL HEALTH)**

Name (Print): Monty Pepper
Housing Location: Shu 18 B L8
Date of Birth: 3/28/59
SBI Number: 00156920
Date Submitted: OCT 4 04

Complaint (What type of problem are you having)? Thinking Too much I need To increase my dose of Paxial or have a second dose I'm Thinking Too much I need To stop

Inmate Signature: [signature]
Date: OCT 4 04

---

The below area is for medical use only. Please do not write any further.

S:

O: Temp:____ Pulse:____ Resp:____ B/P:____ WT:____

A: I/M Seen by Dr. Raman 10/7/04

Meds were adjusted appropriately.

P:

E:

Provider Signature & Title: [signature] nsc c
Date & Time: 10/8/04

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): **MEDICAL** DENTAL **MENTAL HEALTH** ?

Name (Print): Monty Pepper

Housing Location: ✓

Date of Birth: 3-25-59

SBI Number: 00156920

Date Submitted: 9-29-05

Complaint (What type of problem are you having)?
I'm still haveing problems, I don't know what's going to happen. The meds you gave me are too strong Don't know what they are suposto do. I have a ringing in my ears constant. They arnT Takeing care of my back pain. I've had rectum bleed when I was in 18 don't know why haven't noticed it lately ? Is it the meds

Inmate Signature: [signature]    Date: 9-29-05

The below area is for medical use only. Please do not write any further.

S:

O: Temp:____ Pulse:____ Resp:____ B/P:____ WT:____

A: To see Medical

P:

E:

Provider Signature & Title    Date & Time

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
# FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): **MEDICAL** DENTAL **MENTAL HEALTH**

Name (Print): Monty Pepper

Date of Birth: 3 28 69

SBI Number: 00156920

Housing Location: V

Date Submitted: 9 27 05

Complaint (What type of problem are you having?): I asked befor To have a Cough Chockout I had iT sinc Xmas 04 SHU Theres a Lump on my Back Also need To check and Back pain Also The medican mental health gave me is Too sTronge iT put me To sleep I need Some Thing Else , Pleas don't seccd me on wendsdays

Inmate Signature: [signature]

Date: 9 22 05  Law Library

The below area is for medical use only. Please do not write any further.

S: Scheduled

O: Temp:____ Pulse:____ Resp:____ B/P:____ WT:____

A:

P:

E:

Provider Signature & Title

Date & Time: SEP 29 2005

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): **MEDICAL** DENTAL **MENTAL HEALTH**

Name (Print): Monty Pepper

Housing Location: V

Date of Birth: 3/28/59

SBI Number: 00158920

Date Submitted: Sep 1 05

**Complaint (What type of problem are you having?)** Sorry I had a visit They sceduale me That afternoon no one seen me 1# My Back hurTs spasms hearing Problem 2 The meds That mental health I cannot Take The Roplem 3

Inmate Signature: [signed]

---

The below area is for medical use only. Please do not write any further.

S: _____

O: Temp:___ Pulse:___ Resp:___ B/P:___ WT:___

A: to per Medical

P: Already takes Motrin without relief. Put in for medication,

E:

[Stamp: RECEIVED SEP 06 2005]

Provider Signature & Title: [signed]

Date & Time: ___

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): **MEDICAL** DENTAL **MENTAL HEALTH**

Name (Print): Monty Pepper

Housing Location: _____

Date of Birth: 3-28-59

SBI Number: 00156920

Date Submitted: Aug 2005

Complaint (What type of problem are you having)? a cough and Back Pain The cough is prestant will not stop continus Back Pain This all started in The SHU.

Inmate Signature: [signature]

Date: Aug 2005

---

**The below area is for medical use only. Please do not write any further.**

S:

O: Temp:____ Pulse:____ Resp:____ B/P:____ WT:____

A: to see Medical

P:

E:

[RECEIVED stamp: AUG 2 2005]

Provider Signature & Title          Date & Time

3/1/99 DE01
FORM#:
MED
263

**DELAWARE DEPARTMENT OF CORRECTIONS**
**REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES**
**FACILITY: DELAWARE CORRECTIONAL CENTER**
This request is for (circle one): MEDICAL   DENTAL   (MENTAL HEALTH)

Name (Print): MonT Pepper
Housing Location: 18 B 28 MS Elam
Date of Birth: 32857
SBI Number: 00156920
Date Submitted: July 12 05

Complaint (What type of problem are you having?): need To See you ASAP To day nuTe refused To Leave Tray aT Lunch I NEED Help now I Fear From Thomas and nuTe don'T Know whaT They will do no one is sTopping This my Back hurts and don't know what To do

Inmate Signature: [signed]
Date: July 12 05

---

The below area is for medical use only. Please do not write any further.

S: Inmate seen on 7/8/05 by mental health clinician.

O: Temp:___ Pulse:___ Resp:___ B/P:___ WT:___
ox4 affect WNL, continues to complain about certain officers who he claims are out to get

A: him, had made his life miserable. He is now focusing on Sgt. Thomas and officer Dardels. He continues to also complain about a bad

P: back, he had seen medical last week but insists they are not doing anything about it. He feels he needs more medication to help with the pain. Denies S/HI.

E:

Provider Signature & Title: [signed] MS
Mental Health Clinician
Date & Time: 7/13/05 11:40 Am

3/1/99 DE01
FORM#:
MED
263

*got pain*

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): **MEDICAL** DENTAL **MENTAL HEALTH**

Name (Print): Mooty Pepper
Housing Location: 18 B L8
Date of Birth: 3/28/59
SBI Number: 00156920
Date Submitted: Dec 19 04

Complaint (What type of problem are you having)? Sir I need to speak to you again as soon as possible about my condition and medication and Aspran for pain Please verry important please

Inmate Signature: [signature]
Date: 12/19/04

**The below area is for medical use only. Please do not write any further.**

S:

O: Temp: ___  Pulse: ___  Resp: ___  B/P: ___  WT: ___

A:

P:

E:                                           RECEIVED DEC 2 0 2004

Provider Signature & Title           Date & Time

3/1/99 DE01
FORM#:
MED
263



**FIRST CORRECTIONAL MEDICAL**

## Refusal of Procedure and/or Treatment



B18-18

INMATE NAME: Pepper Monty    INMATE NUMBER: 00156920
FACILITY: DCC    DATE: 9/8/04    TIME: 11:45

1. I, **X**_____, refuse to keep/have the appointment, treatment, and or procedure recommended to me by the medical Staff. (check)

   ___ Physician/ provider appointment
   ___ Chronic Care Clinic appointment
   ___ Nurse Sick Call appointment
   **✓** Dental appointment  JOE
   ___ Mental Health appointment
   ___ Outside consult appointment
   ___ Medical observation admission
   ___ Procedure: (Name) _____

   ___ Operation: (Name) _____
   ___ Special procedure: (Name) _____
   ___ Medication: (Name) _____
   ___ Medication: (Name) _____
   ___ Vaccination: (Name) _____
   ___ X-ray (Name) _____
   ___ Lab test: (Name) _____
   ___ Treatment: (Name): _____
   ___ Other: (Name) _____

2. I acknowledge that I have been informed of the risks and possible consequences which include, but are not limited to the following and which may be up to and include death:
   _____
   _____
   _____

3. I release the provider, the medical department, the facility and their employees from all responsibility for adverse or otherwise effects, which may result from my informed decision.

X _[signature]_    X 00156920    X 9-8-04    X 1145
Inmate Name          Number         Date        Time

_Danielle Y Walls_                 9/8/04    11:45
Witness                             Date       Time

_____
Witness                             Date       Time

MR-1045                First Correctional Medical

**DELAWARE DEPARTMENT OF CORRECTIONS**
**REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES**
**FACILITY: DELAWARE CORRECTIONAL CENTER**

16894

This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

Name (Print): Monty Pepper
Housing Location: Pre Trile
Date of Birth: 3-28-59
SBI Number: 00156920
Date Submitted: Aug 29 04

Complaint (What type of problem are you having)? Constipation Cant go colaids are not working need some thing stronger The small yellow ones worked last Time

Inmate Signature: [signature]
Date: Aug 29 04

The below area is for medical use only. Please do not write any further.

S:

O: Temp:___ Pulse:___ Resp:___ B/P:___ WT:___

A: Scheduled to see Medical  P. [signature]

P:

E:

Provider Signature & Title

RECEIVED AUG 3 0 2004

3/1/99 DE01
FORM#:
MED
263