March 3, 2006

Peter Dalleo
Clerk of The Court

CA no 05-084-JJF

FILED
MAR 06 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sir   I have some questions concerning The last order I recived on March, 2, 2006

This order conserned The US Marshell Forms 285-# for "James Gardels" who was not served due to spelling error. The attorney Genral Lisa Barchi corrected it. I thought that I would have to serve him as she said he had not been served. This order Dated "Feb 27 2006" by Judge JJ Farnan on Page 3 however it has a note ⑦ because

I included a amended complaint which stems from the original complaint and I attempted to realive remedy Through The Prison without remedy I filed it as a ameded complaint to original

on Page 3 a note says "when an amended complaint is filed prior to Service "The court will "Vacate" all previous service orders entered" and service will not take place."

Dose This mean only "James Gardels" service order or Dose This mean The "defendants" all ready served? (Thomas Carroll "Bambi Thomas" Thomas Seacord "defendants all ready served )

Then Page 3 note ⑧ says Discovery motions and motions for appointment of counsel filed prior to service will be dismissed

Dose This include The attorney Genral ansures To original Complaint's and amended complaints

where ansures have been submitted by The attorney genral and I have replyed to Their ansures and have submitted evidance as well as affidavits. Will all This be dismessed? Am I sTarTing over?

Dose This affecT The Mandamas D1 25 and ansures from ATTorney Genral or my reply?

. I have Law Library Tuesday and Thursday I "can noT" geT DockeT sheeT from Law Library or call your office  I need dockeT sheeTs To determin whaT I am refering To. The wriT of Mandamas affecTs The law Library.

I am pro se and have been approve "in forma pauperis". can I geT dockeT sheeT with "no money up fronT,?

Sir iT bad enuff ThaT I requesTed help from The attorney Genral on This abuse and egnored Then They defend The abusers Then The LawLibrary impead any aTTempT To geT action. Then I ask The courT for help I'm doing whaT I can. As a prisoner I'm shour no one caires buT This is criminal whaTs going on. Please can you ansure These few QuesTion's. The main quesTon is dose This enTire suiT sTarT over? or do I JusT waTe for a ansure on The ameded porTion? and all other ansures, moTions, ok and

still in effect.

I attempted To request counsel and was denied I am now Trying To GeT help from Human rights watch in New Yourk.

Sorry for These quesTons.

I'm JusT noT shour whaT sTeps To Take

monTy Pepper
SBI 156920
1181 Paddock Rd
Smyrna Del 19977

IM M Pepper
SBI# 156920   UNIT D west
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of Court
844 King Street Lokbox 18
US Courthouse
Wilmington Del
19801

Legal mail