```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF DELAWARE

MONTY C. PEPPER,                :
                                :
        Plaintiff,               :
                                :
    v.                          :    Civil Action No. 05-84-JJF
                                :
WARDEN THOMAS CARROLL, C/O      :
BAMBI THOMAS, C/O JAMES         :
GARDELS, C/O THOMAS SEACORD,    :
                                :
        Defendants.              :
```

## ORDER

WHEREAS, after State Defendants filed their Motion To Dismiss/Summary Judgment Pursuant to Rule 12(b)(6) Of The Federal Rules Of Civil Procedure (D.I. 33), Plaintiff filed a Motion To Amend (D.I. 49);

WHEREAS, this is Plaintiff's second motion to amend;

WHEREAS, a party may amend its pleading once as a matter of course; any subsequent amendment may only be had by leave of court or by consent of the adverse party, Fed. R. Civ. P. 15(a);

WHEREAS, Plaintiff's amendment would add an entirely new claim to Plaintiff's Complaint;

WHEREAS, the Court granted State Defendants' Motion To Dismiss/Summary Judgment Pursuant to Rule 12(b)(6) Of The Federal Rules Of Civil Procedure (D.I. 33);

   NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion To Amend (D.I. 49) is **DENIED**.

2. The case, 05-84-JJF, is **CLOSED**.

March 22, 2006

_____
UNITED STATES DISTRICT JUDGE