```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF DELAWARE
```

MONTY C. PEPPER,                :
                                :
        Plaintiff,               :
                                :
    v.                          :   Civil Action No. 05-84-JJF
                                :
WARDEN THOMAS CARROLL, C/O      :
BAMBI THOMAS, C/O JAMES         :
GARDELS, and C/O THOMAS         :
SEACORD,                        :
                                :
        Defendants.             :

## ORDER

At Wilmington, the 22nd day of March 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Plaintiff's Motion For Extension Of Time To File Answering Brief To Defendant's Motion And Opening Brief (D.I. 36) is **GRANTED**.

2. State Defendants' Motion To Dismiss/Summary Judgment Pursuant to Rule 12(b)(6) Of The Federal Rules Of Civil Procedure (D.I. 33) is **GRANTED**.

3. Plaintiff's Instant Motion Notice Of Emergency Motion And/Or Summary Judgment Or Relief (D.I. 8) is **DENIED AS MOOT**.

4. Plaintiff's Motion For Temporary Restraining Order Without Notice And For Preliminary Injunction (D.I. 12) is **DENIED AS MOOT**.

5.  Plaintiff's Petition For Writ Of Mandamus (D.I. 25) (docketed as a Motion For Permanent Injunction) is **DENIED AS MOOT**.

_____
UNITED STATES DISTRICT JUDGE