NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. District Court for the District of Delaware

CIRCUIT COURT
DOCKET NUMBER: _____ (leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

MONTY C PEPPER

DISTRICT COURT
DOCKET NUMBER: 05-84-JJF

v.

WARDEN THOMAS CARROLL et.al

DISTRICT COURT
JUDGE: JOSEPH FARNAN Jr

Notice is hereby given that __MONTY PEPPER__
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [/] Judgment, [ ] Order,

[ ] Other (specify) _____

entered in this action on __March 22 2006__
(date)

Dated: __Apr 1 2006__

_____ Pro Se
(Counsel for Appellant Signature)

FILED
APR 20 2006
U.S. DISTRICT
DISTRICT OF

Monty Pepper PRO SE
(Name of Counsel - Typed)

Delaware Correctonal Center
(Address)

1181 Paddock Rd

(City, State Zip)
Smyrna DEL  19977

(Telephone Number)

Lisa Barchi
(Counsel for Appellee)

deputy attorney genral
(Address)

820 N French Street 6th floor

(City, State Zip)
Wilmington Del 19801

(Telephone Number)
302 577-8400

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. District Court for the District of Delaware

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

MONTY C PEPPER

DISTRICT COURT
DOCKET NUMBER: 05-84-JJF

v.

WARDEN THOMAS CARROLL et.al

DISTRICT COURT
JUDGE: JOSEPH FARNAN Jr

Notice is hereby given that __MONTY PEPPER__
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [/] Judgment, [ ] Order,

[ ] Other (specify) _____

entered in this action on __March 22 2006__
(date)

Dated: __Apr 1 2006__

_[signature]_ Pro Se
(Counsel for Appellant Signature)

| Monty Pepper PRO SE | Lisa Barchi |
|---|---|
| (Name of Counsel - Typed) | (Counsel for Appellee) |
| Delaware Correctonal Center | deputy attorney genral |
| (Address) | (Address) |
| 1181 Paddock Rd | 820 N French Street 6th floor |
| (City, State Zip) | (City, State Zip) |
| Smyrna DEL 19977 | Wilmington Del 19801 |
| (Telephone Number) | (Telephone Number) |
|  | 302 577-8400 |

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONTY C. PEPPER, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-84-JJF |
| WARDEN THOMAS CARROLL, C/O BAMBI THOMAS, C/O JAMES GARDELS, and C/O THOMAS SEACORD, | : |
| Defendants. | : |

### ORDER

At Wilmington, the 22nd day of March 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Plaintiff's Motion For Extension Of Time To File Answering Brief To Defendant's Motion And Opening Brief (D.I. 36) is **GRANTED**.

2. State Defendants' Motion To Dismiss/Summary Judgment Pursuant to Rule 12(b)(6) Of The Federal Rules Of Civil Procedure (D.I. 33) is **GRANTED**.

3. Plaintiff's Instant Motion Notice Of Emergency Motion And/Or Summary Judgment Or Relief (D.I. 8) is **DENIED AS MOOT**.

4. Plaintiff's Motion For Temporary Restraining Order Without Notice And For Preliminary Injunction (D.I. 12) is **DENIED AS MOOT**.

5. Plaintiff's Petition For Writ Of Mandamus (D.I. 25) (docketed as a Motion For Permanent Injunction) is **DENIED AS MOOT**.

                                                       _____
                                                       UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONTY C. PEPPER, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-84-JJF |
| WARDEN THOMAS CARROLL, C/O BAMBI THOMAS, C/O JAMES GARDELS, C/O THOMAS SEACORD, | : |
| Defendants. | : |

### ORDER

WHEREAS, after State Defendants filed their Motion To Dismiss/Summary Judgment Pursuant to Rule 12(b)(6) Of The Federal Rules Of Civil Procedure (D.I. 33), Plaintiff filed a Motion To Amend (D.I. 49);

WHEREAS, this is Plaintiff's second motion to amend;

WHEREAS, a party may amend its pleading once as a matter of course; any subsequent amendment may only be had by leave of court or by consent of the adverse party, Fed. R. Civ. P. 15(a);

WHEREAS, Plaintiff's amendment would add an entirely new claim to Plaintiff's Complaint;

WHEREAS, the Court granted State Defendants' Motion To Dismiss/Summary Judgment Pursuant to Rule 12(b)(6) Of The Federal Rules Of Civil Procedure (D.I. 33);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion To Amend (D.I. 49) is **DENIED**.

2. The case, 05-84-JJF, is **CLOSED**.

March 20, 2006

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONTY C. PEPPER, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-84-JJF |
| WARDEN THOMAS CARROLL, et al., | : |
| Defendants. | : |

### SUPPLEMENTAL SERVICE ORDER

WHEREAS, Plaintiff named as a defendant James Cordel [sic], but service was returned unexecuted as ."unknown to DCC"(D.I. 32);

WHEREAS, Deputy Attorney General Lisa Barchi advised the Court "that the defendant listed as James Cordell is really James Gardels" (D.I. 28);

WHEREAS, Deputy Attorney General Lisa Barchi has filed pleadings on behalf of James Gardels (D.I. 33, 37);

WHEREAS, Plaintiff has submitted to the Court a new "U.S. Marshal-285" form for service upon James Gardels (D.I. 42);

NOW THEREFORE, IT IS HEREBY ORDERED this 27 day of February, 2006 that:

1. The Clerk of the Court shall cause a copy of this order to be mailed to Plaintiff.

2. Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), Plaintiff has provided the Court with an **original** "U.S. Marshal-285" form for **James Gardels and one copy of the complaint (D.I. 2), the amended complaint (D.I.7), and the second amended**

**complaint (D.I. 16) for service upon James Gardels.**

3. The United States Marshal shall forthwith serve a copy of the complaint and the amended complaints, this order, a "Notice of Lawsuit" form, the filing fee order(s), and a "Return of Waiver" form upon the James Gardels as identified in the 285 form.

4. Within **thirty (30) days** from the date that the "Notice of Lawsuit" and "Return of Waiver" forms are sent, if an executed "Waiver of Service of Summons" form has not been received from James Gardels, the United States Marshal shall personally serve said defendant pursuant to Fed. R. Civ. P. 4(c)(2) and said defendant shall be required to bear the cost related to such service, unless good cause is shown for failure to sign and return the waiver.

5. Pursuant to Fed. R. Civ. P. 4(d)(3), a defendant who, before being served with process timely returns a waiver as requested, is required to answer or otherwise respond to the complaint within **sixty (60) days** from the date upon which the complaint, this order, the "Notice of Lawsuit" form, and the "Return of Waiver" form are sent. If a defendant responds by way of a motion, said motion shall be accompanied by a brief or a memorandum of points and authorities and any supporting affidavits.

6. No communication, including pleadings, briefs, statement

of position, etc., will be considered by the Court in this civil action unless the documents reflect proof of service upon the parties or their counsel.

7. **Note:** *** When an amended complaint is filed prior to service, the court will **VACATE** all previous service orders entered, and service **will not take place**. An amended complaint filed prior to service shall be subject to re-screening pursuant to 28 U.S.C. §1915(e)(2) and § 1915A(a). ***

8. **Note:** *** Discovery motions and motions for appointment of counsel filed prior to service will be dismissed without prejudice, with leave to refile following service. ***

                                    _____
                                    UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONTY C. PEPPER, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-84-JJF |
| WARDEN THOMAS CARROLL, C/O BAMBI THOMAS, C/O JAMES GARDELS, and C/O THOMAS SEACORD, | : |
| Defendants. | : |

## ORDER

At Wilmington, the 22nd day of March 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Plaintiff's Motion For Extension Of Time To File Answering Brief To Defendant's Motion And Opening Brief (D.I. 36) is **GRANTED**.

2. State Defendants' Motion To Dismiss/Summary Judgment Pursuant to Rule 12(b)(6) Of The Federal Rules Of Civil Procedure (D.I. 33) is **GRANTED**.

3. Plaintiff's Instant Motion Notice Of Emergency Motion And/Or Summary Judgment Or Relief (D.I. 8) is **DENIED AS MOOT**.

4. Plaintiff's Motion For Temporary Restraining Order Without Notice And For Preliminary Injunction (D.I. 12) is **DENIED AS MOOT**.

5.  Plaintiff's Petition For Writ Of Mandamus (D.I. 25) (docketed as a Motion For Permanent Injunction) is **DENIED AS MOOT**.

*[signature]*
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MONTY C. PEPPER,                          :
                                          :
           Plaintiff,                     :
                                          :
     v.                                   :   Civil Action No. 05-84-JJF
                                          :
WARDEN THOMAS CARROLL, C/O                :
BAMBI THOMAS, C/O JAMES                   :
GARDELS, and C/O THOMAS                   :
SEACORD,                                  :
                                          :
           Defendants.                    :

### ORDER

At Wilmington, the 22nd day of March 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Plaintiff's Motion For Extension Of Time To File Answering Brief To Defendant's Motion And Opening Brief (D.I. 36) is **GRANTED**.

2. State Defendants' Motion To Dismiss/Summary Judgment Pursuant to Rule 12(b)(6) Of The Federal Rules Of Civil Procedure (D.I. 33) is **GRANTED**.

3. Plaintiff's Instant Motion Notice Of Emergency Motion And/Or Summary Judgment Or Relief (D.I. 8) is **DENIED AS MOOT**.

4. Plaintiff's Motion For Temporary Restraining Order Without Notice And For Preliminary Injunction (D.I. 12) is **DENIED AS MOOT**.

5.  Plaintiff's Petition For Writ Of Mandamus (D.I. 25) (docketed as a Motion For Permanent Injunction) is **DENIED AS MOOT**.

                                                                    */s/ Joseph J. Farnan, Jr.*
                                              UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MONTY C. PEPPER,                          :
                                          :
          Plaintiff,                      :
                                          :
     v.                                   :    Civil Action No. 05-84-JJF
                                          :
WARDEN THOMAS CARROLL, C/O                :
BAMBI THOMAS, C/O JAMES                   :
GARDELS, C/O THOMAS SEACORD,              :
                                          :
          Defendants.                     :

### ORDER

WHEREAS, after State Defendants filed their Motion To Dismiss/Summary Judgment Pursuant to Rule 12(b)(6) Of The Federal Rules Of Civil Procedure (D.I. 33), Plaintiff filed a Motion To Amend (D.I. 49);

WHEREAS, this is Plaintiff's second motion to amend;

WHEREAS, a party may amend its pleading once as a matter of course; any subsequent amendment may only be had by leave of court or by consent of the adverse party, Fed. R. Civ. P. 15(a);

WHEREAS, Plaintiff's amendment would add an entirely new claim to Plaintiff's Complaint;

WHEREAS, the Court granted State Defendants' Motion To Dismiss/Summary Judgment Pursuant to Rule 12(b)(6) Of The Federal Rules Of Civil Procedure (D.I. 33);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Plaintiff's Motion To Amend (D.I. 49) is **DENIED**.

2. The case, 05-84-JJF, is **CLOSED**.

March 20, 2006

/s/ Joseph J. Farnan
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MONTY C. PEPPER, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-84-JJF |
| WARDEN THOMAS CARROLL, et al., | : | |
| Defendants. | : | |

### SUPPLEMENTAL SERVICE ORDER

WHEREAS, Plaintiff named as a defendant James Cordel [sic], but service was returned unexecuted as "unknown to DCC" (D.I. 32);

WHEREAS, Deputy Attorney General Lisa Barchi advised the Court "that the defendant listed as James Cordell is really James Gardels" (D.I. 28);

WHEREAS, Deputy Attorney General Lisa Barchi has filed pleadings on behalf of James Gardels (D.I. 33, 37);

WHEREAS, Plaintiff has submitted to the Court a new "U.S. Marshal-285" form for service upon James Gardels (D.I. 42);

NOW THEREFORE, IT IS HEREBY ORDERED this 27 day of February, 2006 that:

1. The Clerk of the Court shall cause a copy of this order to be mailed to Plaintiff.

2. Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), Plaintiff has provided the Court with an **original** "U.S. Marshal-285" form for **James Gardels and one copy of the complaint** (D.I. 2), the amended complaint (D.I.7), and the second amended

**complaint (D.I. 16) for service upon James Gardels.**

3. The United States Marshal shall forthwith serve a copy of the complaint and the amended complaints, this order, a "Notice of Lawsuit" form, the filing fee order(s), and a "Return of Waiver" form upon the James Gardels as identified in the 285 form.

4. Within **thirty (30) days** from the date that the "Notice of Lawsuit" and "Return of Waiver" forms are sent, if an executed "Waiver of Service of Summons" form has not been received from James Gardels, the United States Marshal shall personally serve said defendant pursuant to Fed. R. Civ. P. 4(c)(2) and said defendant shall be required to bear the cost related to such service, unless good cause is shown for failure to sign and return the waiver.

5. Pursuant to Fed. R. Civ. P. 4(d)(3), a defendant who, before being served with process timely returns a waiver as requested, is required to answer or otherwise respond to the complaint within **sixty (60) days** from the date upon which the complaint, this order, the "Notice of Lawsuit" form, and the "Return of Waiver" form are sent. If a defendant responds by way of a motion, said motion shall be accompanied by a brief or a memorandum of points and authorities and any supporting affidavits.

6. No communication, including pleadings, briefs, statement

2

of position, etc., will be considered by the Court in this civil action unless the documents reflect proof of service upon the parties or their counsel.

7.  **Note:** \*\*\* When an amended complaint is filed prior to service, the court will **VACATE** all previous service orders entered, and service **will not take place.** An amended complaint filed prior to service shall be subject to re-screening pursuant to 28 U.S.C. §1915(e)(2) and § 1915A(a). \*\*\*

8.  **Note:** \*\*\* Discovery motions and motions for appointment of counsel filed prior to service will be dismissed without prejudice, with leave to refile following service. \*\*\*

_____
UNITED STATES DISTRICT JUDGE

3

I/M M. Pepper
SBI# 0156920 UNIT Dwest
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of The Clerk
United States District Court
844 N King Street Lockbox 18
Wilmington Del
19801-3570

U.S.M.S. X-RAY