UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 06-2410

Pepper v. Carroll
(D. Del. No. 05-cv-84)

To: Clerk

1) Appellant's Motion to Withdraw Appeal

The foregoing Motion is granted. Since the appellant has not paid the fees for the appeal, the appeal cannot be withdrawn pursuant to Rule 42(b), Fed. R. App. P. However, since appellant indicates that he does not intend to pay the required fees for the appeal, the appeal is dismissed pursuant to Rules 3.3 and Misc. 107.1, Third Circuit Local Appellate Rules.



A True Copy:

Marcia M. Waldron, Clerk

Dated: June 12, 2006
SLC/cc: Mr. Monty C. Pepper
        Lisa Barchi, Esq.

For the Court,

/s/ Marcia M. Waldron
Clerk